**CLEARY GOTTLIEB STEEN**
**& HAMILTON LLP**
Heather S. Nyong'o (SBN 222202)
hnyongo@cgsh.com
650 California Street Suite 2000
San Francisco, CA 94108

Elizabeth Vicens (*Pro Hac Vice* forthcoming)
Andrew Khanarian (*Pro Hac Vice* forthcoming)

**GIFFORDS LAW CENTER TO**
**PREVENT GUN VIOLENCE**
Esther Sanchez-Gomez (SBN 330408)
David Pucino (*Pro Hac Vice* forthcoming)
William T. Clark (*Pro Hac Vice* forthcoming)

[*additional addresses on signature page*]

Attorneys for Plaintiff John Lindsay-Poland

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### OAKLAND DIVISION

| | |
|---|---|
| JOHN LINDSAY-POLAND,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF JUSTICE; and BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES,<br><br>Defendants. | Case No. 22-cv-07663<br><br>**COMPLAINT FOR INJUNCTIVE RELIEF** |

## INTRODUCTION

1.     This is an action under the Freedom of Information Act ("FOIA"),

5 U.S.C. § 552 *et seq.*, for injunctive and other appropriate relief seeking the release of agency

records improperly withheld from John Lindsay-Poland ("Mr. Lindsay-Poland" or "Plaintiff") by

the Department of Justice ("DOJ"), and its component Bureau of Alcohol, Tobacco, Firearms and

Explosives ("ATF" and, together with the DOJ, "Defendants").

1        2.      On March 22, 2021, Mr. Lindsay-Poland submitted a FOIA request (the "March

2  22 Request" attached as Exhibit 1) to the ATF.

3        3.      The March 22 Request stated as follows:

4      I request records based on a database query containing data on firearms recovered in
Mexico, Guatemala, Honduras, and El Salvador, and traced by the ATF, since Dec.

5      31, 2014. From this, I request database query results with the following data:

6      a)      Number of firearms traced, and with the following disaggregations, for each
        country where firearm was recovered and each year:

7                i.    state of FFL where firearm was purchased
               ii.   county of FFL where firearm was purchased

8              iii.   zip code of FFL where firearm was purchased
              iv.   type of firearm (rifle, shotgun, pistol, revolver, other)

9               v.   caliber of firearm
              vi.   make of firearm

10

11      b)      Number of buyers to which recovered firearms were traced as purchases, by year,
        by country where firearm was recovered, and by county of purchase

12      c)      Number of FFLs to which recovered firearms were traced as purchases, with the
        following disaggregations for each country and year of purchase:

13                i.    county and state of purchase
               ii.   type of firearm (rifle, shotgun, pistol, revolver, other)

14              iii.   caliber of firearm

15        4.      Defendants denied Mr. Lindsay-Poland's request on December 14, 2021 in its

16  entirety (the "December 14 Denial" attached as Exhibit 2), despite Mr. Lindsay-Poland being

17  legally entitled to access the records.

18        5.      Mr. Lindsay-Poland filed a timely administrative appeal of Defendants' denial on

19  March 14, 2022 (the "March 14 Appeal" attached as Exhibit 3).

20        6.      On October 7, 2022, Defendants denied the March 14 Appeal (the "October 7

21  Appeal Denial" attached as Exhibit 4), despite Mr. Lindsay-Poland being legally entitled to the

22  records sought in the March 22 Request.

23        7.      Mr. Lindsay-Poland now asks the Court for an injunction requiring Defendants to

24  release the improperly withheld records promptly.

25                          **JURISDICTION AND VENUE**

26        8.      The Court has subject matter jurisdiction over this action and personal jurisdiction

27  over the parties pursuant to 5 U.S.C. §§ 552(a)(4)(B).  The Court also has jurisdiction over this

28  action pursuant to 28 U.S.C. §§ 1331.

9.      Venue lies in this district under 5 U.S.C. § 552(a)(4)(B) and 28 U.S.C. §§ 1391(e). Mr. Lindsay-Poland resides in this district.

10.     Assignment to the Oakland Division is proper pursuant to Local Rule 3-2(c) and (d) because a substantial portion of the events giving rise to this action occurred in Alameda County, where Mr. Lindsay-Poland resides.

## PARTIES

11.     Plaintiff John Lindsay-Poland is a writer, researcher and member of the news media residing in Oakland, California.  His reporting and research focus on human rights and demilitarization, and he has published extensively about human rights, the firearms trade, and U.S. foreign policy in Latin America.  His reporting and analysis have appeared in publications including Los Angeles Times, The Intercept, HuffPost, El Economista, and Univision.  He also coordinates Stop US Arms to Mexico, a project with the Global Exchange, which regularly publishes information concerning the arms flow from the United States to Mexico.

12.     The DOJ is a department of the executive branch of the U.S. government and an "agency" within the meaning of 5 U.S.C § 552(f)(1).

13.     The ATF is a component of the DOJ and an "agency" within the meaning of 5 U.S.C § 552(f)(1).

## STATEMENT OF FACTS

**A.     ATF's trace data is of critical importance to the public and those seeking to prevent the serious public harm caused by American guns.**

14.     Guns trafficked from the United States take innocent lives, enable suppliers of deadly narcotics, and embolden major criminal organizations whose control strips communities of essential services and sends refugees on dangerous journeys that often end in devastation. Defendants are withholding crucial information from the public on an issue that is "unquestionably one of public importance."  *Ctr. for Investigative Reporting v. U.S. Dep't of Justice*, 14 F.4th 916, 922 (9th Cir. 2021).  Proper disclosure of the trace data sought here would benefit people affected by this violence, those who are working to construct solutions to this epidemic of violence, and the public at large.

15.     High-powered guns made in or imported into the United States and delivered across its southern border have shot down government helicopters,[1] been used to assassinate journalists,[2] killed refugees and children, and destroyed entire communities.[3]

16.     Whether wielded by cartels, domestic abusers, or corrupt officers, guns trafficked from the United States to Mexico and Central America's Northern Triangle present not only a humanitarian crisis, but a national security threat to all nations they reach.

17.     Transnational criminal organizations and gangs rely on U.S. guns to protect their illicit operations throughout countries including Mexico[4] and the Northern Triangle of El Salvador, Guatemala, and Honduras.[5]

18.     In these four countries, guns kill more people than any other means of homicide.[6] In 2019, excluding accidents and suicides, the gun death rate per 100,000 people was 2.23 globally, while it soared to 15.55 in Mexico, 21.22 in Honduras, 28.23 in Guatemala, and 35.5 in El Salvador, which has the highest rate of gun deaths in the world.[7]

---

[1] Diego Oré & Drazen Jorgic, *'Weapon of war': the U.S. rifle loved by drug cartels and feared by Mexican police*, REUTERS (Aug. 6, 2021), https://www.reuters.com/world/americas/weapon-war-us-rifle-loved-by-drug-cartels-feared-by-mexican-police-2021-08-06/.

[2] Phineas Rueckert & Nina Lakhani, *'They're culpable': the countries supplying the guns that kill Mexico's journalists*, THE GUARDIAN (Dec. 11, 2020), https://www.theguardian.com/world/2020/dec/09/mexico-cartel-project-weapons-import-trafficking.

[3] *No Way Out: The Humanitarian Crisis for Migrants and Asylum Seekers Trapped Between the United States, Mexico and the Northern Triangle of Central America*, DOCTORS WITHOUT BORDERS 28 (Feb. 2020), https://www.doctorswithoutborders.org/sites/default/files/documents/Doctors%20Without%20Borders_No%20Way%20Out%20Report.pdf.

[4] U.S. Government Accountability Office, GAO-21-322, *Firearms Trafficking: U.S. Efforts to Disrupt Gun Smuggling into Mexico Would Benefit from Additional Data and Analysis* 4 (Feb. 2021), https://www.gao.gov/assets/gao-21-322.pdf (report to Congressional requesters).

[5] U.S. Government Accountability Office, GAO-22-104680, *Firearms Trafficking: More Information Is Needed to Inform U.S. Efforts in Central America* 3 (Jan. 2022), https://www.gao.gov/assets/gao-22-104680.pdf (report to Congressional requesters).

[6] *Global Study on Homicide*, UNITED NATIONS OFFICE ON DRUGS AND CRIME 81 (July 2019), https://www.unodc.org/documents/data-and-analysis/gsh/Booklet_3.pdf.

[7] *Global Burden of Disease database*, INSTITUTE FOR HEALTH METRICS AND EVALUATION, UNIVERSITY OF WASHINGTON, https://vizhub.healthdata.org/gbd-results?params=gbd-api-2019-permalink/24fa65025d050309542cd867de4a6308 (last accessed Aug. 12, 2022); Nurith Aizenman, *Gun Violence Deaths: How the U.S. Compares with the Rest of the World*, NPR (May 24, 2022), https://www.npr.org/sections/goatsandsoda/2021/03/24/980838151/gun-violence-deaths-how-the-u-s-compares-to-the-rest-of-the-world; *see also* German Lopez, *America is one of 6 countries that make up more than half of gun deaths worldwide*, VOX (Aug. 29, 2018), https://www.vox.com/2018/8/29/17792776/us-gun-deaths-global.

19.     The United States is the leading supplier of firearms globally.[8]  The Mexican Government has accused U.S. gun manufacturers of "actively facilitating the unlawful trafficking of their guns to drug cartels."[9]

20.     Criminal organizations in Mexico and the Northern Triangle use guns and the threat of force to manipulate, extort, and recruit people and to protect their firearm, drug, and human trafficking routes and illicit profits.[10]

21.     The proliferation of guns in these countries is dramatically escalating domestic violence against women; in 2018, six women were fatally shot in Mexico each day.[11]

22.     The level of violence in the Northern Triangle is comparable to war zones.[12]

23.     These dangerous conditions have displaced or separated thousands of families. More than two million people are estimated to have left Northern Triangle countries since 2014, often to escape chronic violence.[13]  In 2020, more than half of total asylum applications filed in the United States came from Northern Triangle countries and Mexico, with nearly 144,000 applications among the four countries.[14]  More than two-thirds of migrants and refugees from the Northern Triangle left after their relatives were murdered, disappeared, or kidnapped, according

---

[8] Alex Yablon, *U.S. Gun Makers Send Weapons South as Migrants Flee North*, THE TRACE (March 8, 2019), https://www.thetrace.org/2019/03/american-gun-exports-violence-latin-america-colt/.

[9] Dave Graham & Laura Gottesdiener, *Mexico Sues U.S. Gun Makers, Eyes $10 Billion in Damages*, REUTERS (Aug. 4, 2021), https://www.reuters.com/world/americas/mexico-sues-several-weapons-manufacturers-us-court-2021-08-04/.

[10] *Supra* note 4 at 4; *supra* note 5.

[11] Meaghan Beatley, *America's Guns Fuel Mexico's Domestic Violence Epidemic*, FOREIGN POLICY (May 27, 2020), https://foreignpolicy.com/2020/05/27/american-guns-mexico-domestic-violence-femicide/.

[12] *Supra* note 3 at 4.

[13] Amelia Cheatham & Diana Roy, *Central America's Turbulent Northern Triangle*, COUNCIL ON FOREIGN RELATIONS (June 22, 2022, 3:20 PM), https://www.cfr.org/backgrounder/central-americas-turbulent-northern-triangle

[14] *See* Ryan Baugh, *Fiscal Year 2020 Refugees and Asylees Annual Flow Report*, U.S. DEPARTMENT OF HOMELAND SECURITY 16-17 (March 8, 2022), https://www.dhs.gov/sites/default/files/2022-03/22_0308_plcy_refugees_and_asylees_fy2020_1.pdf.

1   to a 2020 Doctors Without Borders report.[15]  Nearly 62% were exposed to a violent situation in
2   the two years before they left their home country.[16]

3          24.     Violence continues to threaten migrants along their journeys, with disappearances
4   and mass deaths reported along migration routes where criminal organizations are active.  Over
5   1,000 migrants have been reported missing in Central America since 2019, the majority heading
6   toward the United States-Mexico border.[17]

7          25.     Children exposed to violence are severely affected.  While people traveling with
8   children are most likely to cite violence as their reason for leaving the Northern Triangle, children
9   still face violence along migration routes, accounting for more than one-fifth of sexual violence
10  cases.[18]  More than nine in every 10 unaccompanied children who sought asylum in the United
11  States in 2020 came from Guatemala, Honduras, or El Salvador.[19]

12         26.     In Guatemala, El Salvador, Honduras and Belize, 4,761 of the 10,915 U.S.-sourced
13  firearms recovered and submitted for tracing from 2015 to 2019 – more than 43% – were first
14  legally exported to those countries, suggesting "that the firearms had likely been diverted from
15  legal commerce in that country rather than smuggled from another country," according to the
16  Government Accountability Office.[20]

17                                          *El Salvador*

18         27.     El Salvador's intentional homicide rate was 37 per 100,000 people in 2019, among
19  the highest in the world.[21]  Its gun homicide rate is the world's highest.[22]

20         28.     Roughly 1,750 people were killed with guns in El Salvador in 2019, accounting for
21  73% of homicides.[23]

22

23  [15] *Supra* note 3 at 5 (among 480 people interviewed in a structured survey along the migration
    route).
24  [16] *Id.*
    [17] Migration Within the Americas, MISSING MIGRANTS PROJECT,
    https://missingmigrants.iom.int/region/americas  (last accessed Oct. 17, 2022).
25  [18] *Supra* note 3 at 5, 18.
    [19] *Supra* note 14 at 16.
26  [20] *Supra* note 5 at 17.
    [21] UN Office on Drugs and Crime's International Homicide Statistics Database, THE WORLD
27  BANK, https://data.worldbank.org/indicator/VC.IHR.PSRC.P5?locations=SV.
    [22] Aizenman, *supra* note 7.
28  [23] *Supra* note 5 at 4.

29.     Nearly half of crime guns recovered in El Salvador in 2021 and traced by the ATF came from the United States.  In 2021, 49.2% of firearms recovered from crime scenes in El Salvador and submitted to the ATF for tracing were either manufactured in or imported into the United States.[24]

30.     Fortified with these guns, "well-armed" violent street gangs in El Salvador commit arms trafficking, murder-for-hire, extortion, carjacking, drug sales, and other aggravated street crime.[25]  Gang conflict is the principal driver of the country's high homicide rate.[26]  Of 3,103 firearms seized in El Salvador in 2018, the majority were suspected to be linked to trafficking and 11% were associated with violent crime.[27]  One of the most high-profile arms trafficking operations involved El Salvador's top military official.[28]

31.     Generalized violence has caused El Salvador in recent years to rank among the top 10 countries for refugee arrivals to the United States.[29]  From 2018 to 2020, 8,121 Salvadorans were granted asylum in the United States and 1,397 were granted refugee status.[30]  Many more were unsuccessful: during that time, more than 108,000 Salvadorans filed asylum cases, while the United States removed more than 47,000 Salvadorans.[31]

*Guatemala*

---

[24] Firearms Trace Data: Central America - 2021, BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES, https://www.atf.gov/resource-center/firearms-trace-data-central-america-2021 (last accessed Sept. 23, 2022).
[25] *Supra* note 5 at 4.
[26] *Supra* note 6 at 58.
[27] UNODC Research, Global Study on Firearms Trafficking 2020, UNITED NATIONS OFFICE ON DRUGS AND CRIME 69 (2020), https://www.unodc.org/documents/data-and-analysis/Firearms/2020_REPORT_Global_Study_on_Firearms_Trafficking_2020_web.pdf.
[28] InSight Crime & the Asociación para una Sociedad Más Justa, *Firearms Trafficking in Honduras*, INSIGHTCRIME 27 (2017), https://insightcrime.org/images/PDFs/2017/Firearms-Trafficking-Honduras.pdf.
[29] Norwegian Refugee Council, *The Impact of Violence on the Right to Health for Displaced Persons in the North of Central America and Mexico*, REDLAC 2 (June 2020), https://www.nrc.no/globalassets/pdf/reports/protection-snapshot-9-the-impact-of-violence-on-the-right-to-health-for-displaced-persons/protection-snapshot-9---july-2020---english.pdf.
[30] *See supra* note 14 at 10, 19.
[31] *Fiscal Year 2020 Enforcement and Removal Operations Report*, U.S. Immigration and Customs Enforcement 28, https://www.ice.gov/doclib/news/library/reports/annual-report/eroReportFY2020.pdf.

32.     In 2019, the intentional homicide rate was 25 per 100,000 people.[32]  More than 2,800 people were killed with guns in Guatemala in 2019, representing 79% of homicides, according to Guatemala's National Security Council.[33]  A "heavily armed population" contributes to Guatemala's high murder rate, according to a 2020 U.S. State Department report.[34]  Data from Guatemala indicates that 80% of firearms seized in 2017 were linked to violent crime.[35]

33.     Roughly 35.7% of guns recovered in Guatemala and submitted to the ATF for tracing in 2021 were either manufactured in or imported into the United States.[36]

34.     Guatemala has the largest arms market in Central America, with at least 1.9 million weapons estimated in circulation, of which only a small fraction are legally registered.[37] Guatemala's "vibrant private security economy" spurs the movement of guns from the state to private citizens.[38]  Its government stockpiles often supply criminal groups from other countries. For example, a Mexican criminal group procured thousands of weapons, including leaked military arms, while using Guatemala as its "virtual bodega" for several years.[39]  Honduran traffickers also capitalize on this market.[40]  Nevertheless, the U.S. Department of Commerce authorized the export of 99,270 firearms to Guatemala in a 13-month period in 2020-2021,[41] an increase from 12,372 authorized in 2019,[42] which in turn represented an increase from the average of 4,269 actual U.S. exports of semi-automatic firearms in 2013-2018.[43]

---

[32] *Supra* note 21.
[33] *Supra* note 5 at 4.
[34] *Supra* note 5 at 4.
[35] *Supra* note 27 at 69.
[36] *Supra* note 24.
[37] *Supra* note 28 at 26 (estimates vary).
[38] *Id.*
[39] *Id.* at 26-27.
[40] *Id.* at 27.
[41] *Supra* note 5.
[42] U.S. Dep't of State, *Report to Congress on Direct Commercial Sales Authorizations to Foreign Countries and International Organizations for Fiscal Year 2019*, https://www.pmddtc.state.gov/sys_attachment.do?sysparm_referring_url=tear_off&view=true&sys_id=3b39303bdb1414105c3070808c9619e6.
[43] U.S. INT'L TRADE COMM'N, https://datawebbeta.usitc.gov (last accessed Nov. 8, 2022).

35.     In 2021 alone, 243,000 Guatemalans became internally displaced by conflict and violence.[44]  From 2018-2020, nearly 138,000 Guatemalans sought asylum in the United States and 6,780 were granted asylum.[45]

*Honduras*

36.     In 2019, the intentional homicide rate in Honduras was 42 per 100,000 people.[46]

37.     Nearly 3,000 people were killed with firearms in 2019 in Honduras, accounting for 73% of homicides.[47]  In the early months of 2022 alone, several human rights activists were killed in Honduras, including Pablo Isabel Hernández, who was shot in the back while walking to church, and Thalía Rodriguez, who was shot while in her own bed.[48]  Armed Honduran gangs specialize in violent crime including murder-for-hire, carjacking, and extortion.[49]  Transnational criminal organizations in Honduras use violence to protect their trafficking of narcotics and other illicit items.[50]  Honduran police forces have also committed violence with American guns.[51]

38.     Honduran investigators say the majority of illegal guns seized at crime scenes come from the United States.[52]  Of firearms recovered in Honduras and traced by the ATF in 2021, 62% were either manufactured in or imported into the United States.[53]

39.     Officials from both countries have identified three main ways weapons appear to flow from the United States to Honduras: Through legitimate military purchases and aid packages; hidden in legitimate goods imports such as cars and appliances; and stowed away in

---

[44] Internal Displacement Monitoring Centre, *Internally Displaced Persons, Total Displaced by Conflict and Violence*, THE WORLD BANK, https://data.worldbank.org/indicator/VC.IDP.TOCV?locations=MX.
[45] *Supra* note 14 at 17, 19.
[46] *Supra* note 21.
[47] *Supra* note 5 at 4.
[48] Sarah Johnson, *'Two murders in a week': Honduran Activists Risk Death to Defend Rights*, THE GUARDIAN (March 22, 2022), https://www.theguardian.com/global-development/2022/mar/22/two-murders-in-a-week-honduran-activists-risk-death-to-defend-rights.
[49] *Supra* note 5 at 4.
[50] *Id*.
[51] Sarah Blaskey, *They're Killing Us in Honduras with U.S.-Made Guns, Some in Caravan Say*, MIAMI HERALD (Nov. 23, 2018), https://www.miamiherald.com/news/nation-world/article221908900.html.
[52] *Supra* note 28 at 18.
[53] *Supra* note 24.

passengers' luggage on commercial airlines, though that method has been used less since the 9/11 terrorist attacks.[54]  Many guns smuggled into Honduras first travel from the United States to Mexico.[55]

40.     It can be very difficult to obtain any—much less, reliable—information concerning weapons trafficked to Honduras from the United States.  Customs officials regularly fail to search for guns and allow many through points of entry.[56]  Another concern is leakage from military stocks that include U.S. government exports, both in Honduras and neighboring countries.[57]  However, two major suspected sources of illegal firearms in Honduras, the police and the military, do not disclose information that is necessary to determine "leakage" and form a clear picture of the illegal arms trade in Honduras.[58]  The Honduran government also lacks a centralized database for tracking firearms seizures or sales,[59] making the ATF's trace data for guns recovered in Honduras especially valuable.

41.     In 2021 alone, 247,000 Hondurans became internally displaced by conflict and violence.[60]  From 2018-2020, 5,080 Hondurans were granted asylum in the United States out of more than 105,500 asylum seekers.[61]

*Mexico*

42.     In 2019, the intentional homicide rate in Mexico was 29 per 100,000 people.[62]

43.     More than 20,000 people were shot dead in Mexico in 2018, nearly seven times as many as in 2003.[63]  Increases in Mexico's homicide rate have largely been attributed to heightened drug-related violence, such as control over drug routes.[64]

---

[54] *Supra* note 28 at 19-23.
[55] *Id.*
[56] *Id.* at 28.
[57] *Id.* at 24.
[58] *Id.* at 4.
[59] *Id.* at 7.
[60] *Supra* note 44.
[61] *Supra* note 14.
[62] *Supra* note 21.
[63] Kate Linthicum, *Mexicans are Killing Each Other at Record Rates. The U.S. Provides the Guns*, LOS ANGELES TIMES (Oct. 6, 2019), https://www.latimes.com/world/mexico-americas/la-fg-mexico-guns-20190430-story.html.
[64] *Mexico: Organized Crime and Drug Trafficking Organizations*, CONG. RESEARCH SERV. (June 7, 2022), https://sgp.fas.org/crs/row/R41576.pdf.

44.     Most of these guns do not come from Mexico, where the only gun store is located on a military base.[65]  They come from the United States, which sends so many firearms to Mexico with such consistency that many call it the iron river.  More than two million guns have been smuggled over the U.S. border in the last decade,[66] and approximately 200,000 firearms are smuggled to Mexico from the United States annually, according to the Mexican government.[67]

45.     The United States also legally exports millions of dollars of guns to Mexico each year.  From 2006-18, Mexican police acquired nearly 300,000 firearms from U.S. sources–more than from any other country–including 71,000 rifles.[68]   Some of those guns end up in dangerous hands. Between 2006-19, 12,581 handguns and 4,104 long guns were reported stolen or lost from Mexican police.[69]

46.     From 2016-21, roughly 68% of crime guns recovered in Mexico and submitted to the ATF for tracing were either U.S.-manufactured or legally imported by a federal firearms licensee.[70]  Because many firearms trace requests do not contain sufficient information, that figure may be significantly higher.[71]  If guns used in fatal shootings in Mexico follow that trend, that would imply that American guns kill more people in Mexico than domestically, according to Stop US Arms to Mexico.[72]

47.     Of guns recovered in Mexico and traced to U.S. sources in 2021, 51.1% were traced to a retail buyer in the United States, another 3% had been transferred from a U.S. FFL to a

---

[65] *Supra* note 64.
[66] Ioan Grillo, *How Smugglers Flood Mexico With Cheap U.S. Guns*, VICE WORLD NEWS (March 11, 2021), https://www.vice.com/en/article/5dpvex/how-smugglers-flood-mexico-with-cheap-us-guns.
[67] *Supra* note 4 at 1.
[68] *Firearms Sold to Policemen*, STOP US Arms to Mexico & Mexican Commission for the Defense and Promotion of Human Rights, https://union-dnc.com/mapa-armas/armas-comercializadas.php?language=en.
[69] *Weapons Lost or Stolen from Police in Mexico*, STOP US ARMS TO MEXICO & MEXICAN COMMISSION FOR THE DEFENSE AND PROMOTION OF HUMAN RIGHTS, https://union-dnc.com/mapa-armas/armas-extraviadas.php?language=en.
[70] Firearms Trace Data: Mexico – 2016 - 2021, BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES, https://www.atf.gov/resource-center/firearms-trace-data-mexico-2016-2021  (last accessed Sept. 23, 2022).
[71] *See Id.*
[72] John Lindsay-Poland, *How US Guns Push Central Americans to Flee*, STOP US ARMS TO MEXICO (Feb. 6, 2019), https://stopusarmstomexico.org/guns-and-forced-migration/.

foreign entity, and the ATF could not determine a buyer for the remaining 46%.[73]  In 2021 alone, 379,000 Mexicans became internally displaced by conflict and violence.[74]  From 2018-2020, 4,138 Mexicans were granted asylum in the United States out of 91,392 asylum seekers.[75]

*American guns fuel the nation's drug epidemic*

48.    American guns also fuel America's drug epidemic by arming drug traffickers who control the national market.[76]

49.    U.S.-sourced firearms trafficked into Mexico further contribute to violence by facilitating the illicit drug trade.[77]  Heightened violence in Mexico has been tied to a transition to synthetic drug production and trafficking.[78]  The U.S. Drug Enforcement Administration (the "DEA") also considers Mexico-based transnational criminal organizations the greatest drug trafficking threat to the United States.[79]  These transnational criminal organizations have strong affiliations to criminal groups in the United States and control most of the nation's drug market, supplying most cocaine, methamphetamine, heroin, and fentanyl smuggled into the United States.[80]  Locally, violence-prone street gangs then dominate retail sale and distribution of these narcotics.[81]

50.    In 2019, 71% of fentanyl tablets analyzed by the DEA appeared consistent with manufacturing techniques used by Mexican transnational criminal organizations and 92% of heroin analyzed by the DEA came from Mexico.[82]  With more fentanyl arriving in the United

---

[73] *Supra* note 70.
[74] *Supra* note 44.
[75] *Supra* note 14 at 4.
[76] Br. of District Attorneys as Amici Curiae in Support of Pl.'s Opp'n to Defs.' Mots. to Dismiss, *Estados Unidos Mexicanos v. Smith & Wesson Brands, Inc.*, 1:21-cv-11269-FDS (D. Mass Feb. 03, 2022), ECF 123 at 10-18; *see also* Press Release, Drug Enforcement Agency, *DEA Launches New Initiative to Combat Drug-Related Violence and Overdoses in Communities across America* (Feb. 7, 2022), https://www.dea.gov/press-releases/2022/02/07/dea-launches-new-initiative-combat-drug-related-violence-and-overdoses (noting that "almost all of the identified criminal drug networks that sell . . . fentanyl or methamphetamine . . . are also engaged in violent gun crimes").
[77] *Supra* note 4 at 3.
[78] *Supra* note 64 at 2.
[79] 2020 National Drug Threat Assessment, Drug Enforcement Administration (March 2021), https://www.dea.gov/sites/default/files/2021-02/DIR-008-21%202020%20National%20Drug%20Threat%20Assessment_WEB.pdf.
[80] *Id.*
[81] *Id.*
[82] *Id.* at 13, 17.

States from Mexico, the proportion of fentanyl tablets containing a lethal dose has increased.[83] More than a quarter of fentanyl tablets seized in 2019 contained potentially lethal doses, compared with 1% in 2017 and 14% in 2018.[84]   As Mexico-based traffickers achieved greater control of the opioid market, more people in the United States experienced overdoses, according to CDC data.  Analysts believe that Mexican transnational criminal organizations' role in opioid production and trafficking is continuing to expand.[85]

*Semi-automatic rifles*

51.     Firearms recovered in Mexico and traced to U.S. sources from 2014-2018 included 19,000 long guns, which are most commonly recovered near the Texas border.[86]  In 2020 alone and again in 2021, firearms traced from Mexico included 7,359 long guns–the most since 2015– though it is unclear how many of those long guns came from the United States because the ATF does not publish the source country for specific categories of firearms.[87]  Also in 2021, the ATF traced 169 long guns from El Salvador, 448 from Guatemala, and 49 from Honduras.[88]

52.     The prevalence of high-caliber rifles is of particular concern to Mexican officials because of their powerful range and ability to pierce armored gear and trucks, despite availability for purchase in U.S. retail stores.[89]  Criminal enterprises have carried out numerous attacks on Mexican security forces, increasingly using .50 caliber and modified fully automatic rifles and machine guns.[90]

53.     One study found that gunshot victims are close to five times as likely to die when they are shot with a large-caliber gun as when they are shot with a small-caliber gun.[91]

---

[83] *Id.* at 17.
[84] *Id.*
[85] *Supra* note 64.
[86] Also included 36,000 handguns, which Mexican officials say are more commonly recovered near the California border. *Supra* note 4 at 14.
[87] *See supra* note 70 (long guns include 6,249 rifles and 1,110 shotguns in 2020 and 6,252 rifles and 1,107 shotguns in 2021).
[88] *Supra* note 24 (Long guns include 40 rifles and 129 shotguns from El Salvador, 157 rifles and 291 shotguns from Guatemala, and 34 rifles and 15 shotguns from Honduras).
[89] *Supra* note 4 at 4.
[90] *Supra* note 4 at 4.
[91] Linda Carroll, *High Caliber Guns More Deadly*, REUTERS HEALTH (July 27, 2018), https://www.reuters.com/article/us-health-firearms-wounds/high-caliber-guns-more-deadly-idUSKBN1KH26T.

1         54.     In 2020, cartel assassins targeting Mexico City's police chief killed a civilian and

2 two police officers in a shootout in 2020.[92]  The assassins' arsenal had many American weapons,

3 and their guns included .50-caliber sniper rifles and 5.56 caliber rifles.[93]

4         55.     In 2019, another cartel used .50-caliber rifles to overpower government agents and

5 free a prominent member who was under arrest.[94]

6         56.     In March 2018, an organized crime group ambushed Mexican security units in

7 Nuevo Laredo with a .50 caliber weapon that could blast through the Mexican units' armored

8 vehicles.[95]

9                          *Limitations of available data*

10         57.     Both U.S. and foreign officials say the ATF's tracing system is the most reliable

11 and informative data on firearms recovered in Northern Triangle countries.  However, the

12 public's knowledge is restricted because the ATF fails to disclose much of its data.

13         58.     The data ATF selectively discloses is of little practical use because it omits key

14 information about guns recovered in Mexico, Guatemala, Honduras, and El Salvador, information

15 that the ATF already has stored in its databases.  It omits how many buyers in each country had

16 guns traced back to them and how many FFLs in each U.S. county or state had guns traced back

17 to them from each country.  It does not show the county, zip code, or even state of FFLs where

18 traced guns were sold.  It omits the caliber and make of traced firearms.

19         59.     All the above information exists within the ATF's databases and is necessary to

20 understand arms trafficking in each of the countries mentioned.  In the public's interest, Mr.

21 Lindsay-Poland has requested from the ATF this information.  Providing the requested

22 information to Mr. Lindsay-Poland would result in its publication.  Mr. Lindsay-Poland is a

23

24 [92] James Fredrick, *Mexico's Suit Against U.S. Gun Companies May Seek More Than A Court Win*,
NPR (Aug. 7, 2021), https://www.npr.org/2021/08/07/1025636092/mexico-lawsuit-united-states-
25 gun-companies-analysis.
[93] *Id.*
26 [94] Kate Linthicum & Cecilia Sanchez, *Eight killed in Mexico as Cartel Gunmen Force Authorities
to Release El Chapo's Son*, LOS ANGELES TIMES (Oct. 18, 2019),
27 https://www.latimes.com/world-nation/story/2019-10-17/chaos-in-mexico-as-el-chapos-son-a-
leader-of-the-sinaloa-cartel-is-reportedly-captured.
28 [95] *Supra* note 4 at 4.

recognized expert who has published extensively on issues related to firearms trafficking in the Americas.  His work has been featured in publications including The Trace, Los Angeles Times, The Intercept, HuffPost, and Univision.  He also coordinates Stop US Arms to Mexico, a project with the Global Exchange, which regularly publishes information concerning the arms flow from the United States to Mexico.  As stated in the March 22 Request, disclosing the aggregate trace data that is currently withheld would contribute significantly to the public's understanding of its government and policies.  Without the level of aggregate detail requested, it is difficult for anyone–the public, the press, activists and humanitarian groups–to pinpoint problems and work toward solutions.

60.    The U.S. Government Accountability Office ("GAO") said additional analysis of ATF data could improve understanding of sources and smuggling routes over the United States-Mexico border.[96]  The GAO called for more information on guns traced in Mexico and other Central American Countries including El Salvador, Guatemala, and Honduras.[97]  Withholding aggregate trace data from the public is contrary to these priorities.

61.    Aggregate data on the counties and times in which trafficked firearms were purchased will facilitate understanding of trafficking routes, the extent to which straw purchasers are spreading out FFLs from which they purchase in order to evade required Multiple Sales Reports, impacts of state firearms legislation, and changes over time in these patterns.  Aggregate data on the numbers of buyers will facilitate understanding of how trafficking is organized and the role of straw buyers in such organizations.  Aggregate data on types, makes and calibers of trafficked firearms will facilitate understanding of preferences of criminal organizations and changes or consistency in these preferences over time.  These understandings and analysis are likely to be useful for public policy development, private violence prevention initiatives, and law enforcement strategies in the United States, Mexico and Northern Triangle countries.

62.    According to the GAO, the ATF has trafficking data on firearms recovered in Mexico from 2014-18 and traced to initial purchasers that shows "most U.S.-sourced firearms

_____

[96] *Supra* note 4 at 23.
[97] *Supra* note 4; *supra* note 5.

acquired by [transnational criminal organizations] are (1) initially purchased in U.S. states along the U.S.–Mexican border and (2) purchased primarily through the secondary market."[98]  Of U.S-sourced firearms recovered from 2014-18 and traced by the ATF, nearly 19% were traced to an initial buyer in Texas, 9% to California, 8% to Arizona, 12% to other states, and 2% to a foreign purchaser, while half were not traced to an initial buyer.[99]  However, the ATF refuses to release even aggregate data to Mr. Lindsay-Poland.

63.     The public cannot, and should not, rely on the government to voluntarily release what it is entitled to know or what is in its best interests, as evidenced by the ATF's denial of the March 22 Request.  Journalists and analysts such as Mr. Lindsay-Poland maintain a vital role in filling these types of information gaps and their work is critical to public understanding of gun trafficking.

64.     Yet journalists on the ground in the Northern Triangle and Mexico have been targeted in violent attacks that have increased in recent years, making these countries among the world's most dangerous countries to practice journalism.[100]  Many journalists in these countries report a chilling effect and self-censorship.  Since 2012, 87 journalists and media workers have been killed in Mexico, 19 in Honduras, 9 in Guatemala, and one in El Salvador, according to the Committee to Protect Journalists.  Already in 2022, at least 16 media workers have been killed in these countries.[101]  Reporters who investigate narco-politics–"the web of influence and interest woven by corrupt officials and organi[z]ed crime"–are most frequently targeted.[102]

65.     Given the prevalence of American guns, journalists have undoubtedly been killed by some of the same weapons they are trying to cover.  That the origin of the guns used in these

---

[98] *Supra* note 4 at 18.
[99] *Supra* note 5.
[100] *Supra* note 64.
[101] Database of attacks on the press, COMMITTEE TO PROTECT JOURNALISTS, https://cpj.org/data/killed/2022/?status=Killed&motiveConfirmed%5B%5D=Confirmed&motive Unconfirmed%5B%5D=Unconfirmed&type%5B%5D=Journalist&type%5B%5D=Media%20Wo rker&cc_fips%5B%5D=ES&cc_fips%5B%5D=GT&cc_fips%5B%5D=HO&cc_fips%5B%5D= MX&start_year=2022&end_year=2022&group_by=location (last visited Nov. 9, 2022).
[102] Nina Lakhani, Dana Priest & Paloma Dupont, *Murder In Mexico: Journalists Caught in the Crosshairs*, THE GUARDIAN (Dec. 6, 2020), theguardian.com/world/2020/dec/06/murder-in-mexico-journalists-caught-in-the-crosshairs-regina-martinez-cartel-project.

murders is not always publicly known only emphasizes the need for the ATF to release more aggregate trace data.

**B.    Defendants Improperly Denied Mr. Lindsay-Poland's March 22 Request**

66.    On March 22, 2021, Mr. Lindsay-Poland transmitted the March 22 Request to the ATF by means of an online form.

67.    By letter dated December 14, 2021 (the "December 14 Denial Letter"), Adam C. Siple, Chief, Information and Privacy Governance Division, denied Mr. Lindsay-Poland access to records responsive to the March 22 Request.

68.    The December 14 Denial Letter cited Exemption 3 to the FOIA, as well as the 2012 Tiahrt Rider, Pub. L. No. 112–55, 125 Stat. 552, 609-10, as the basis for withholding the requested records.  No other basis for denial was provided.

69.    On March 14, 2022, Mr. Lindsay-Poland appealed the December 14 Denial Letter.

70.    On October 7, 2022, Defendants denied the March 14 Appeal.  The October 7 Appeal Denial again cited Exemption 3 to the FOIA and the 2012 Tiahrt Rider as the sole basis for denying Mr. Lindsay-Poland access to the records responsive to the March 22 Request.

71.    Exemption 3 to the FOIA includes information that is:

(3) specifically exempted from disclosure by statute (other than section 552b of this title), if that statute--
    (A)    (i) requires that the matters be withheld from the public in such a manner as to leave no discretion on the issue; or
            (ii) establishes particular criteria for withholding or refers to particular types of matters to be withheld; and
(B) if enacted after the date of enactment of the OPEN FOIA Act of 2009, specifically cites to this paragraph.

72.    However, both Exemption 3 and the 2012 Tiahrt Rider do not provide a lawful basis for withholding responsive documents to the March 22 Request.

73.    The Open FOIA Act of 2009, 5 U.S.C. § 552 (b)(3)(B), requires that any statute cite to the Open FOIA Act in order to serve as a basis for invoking Exemption 3 to FOIA. However, the 2012 Tiahrt Rider does not reference the Open FOIA Act of 2009. *See Ctr. for Investigative Reporting*, 14 F.4th at 927 ("[I]t is plain that, though enacted after the OPEN FOIA Act of 2009, [the 2012 Tiahrt Rider] makes no reference to 5 U.S.C. § 552(b)(3).").  Thus,

Exemption 3 is not a valid basis for denying the March 22 Request. *See id*. Moreover, even if the Tiahrt Rider met the statutory requirements of the Open FOIA Act, it does not "require[] that the matters be withheld from the public in such a manner as to leave no discretion on the issue," thus falling outside of Exemption 3. *See* 5 U.S.C. § 552(b)(3). Indeed, the 2012 Tiahrt Rider grants broad authority to Defendants to release the data requested by Mr. Lindsay-Poland.

74. Additionally, the 2012 Tiahrt Rider does not independently prohibit Defendants from releasing the data requested by Mr. Lindsay-Poland separate and apart from Exemption 3. Congress made clear that the 2012 Tiahrt Rider:

> shall not be construed to prevent [. . .] the publication of annual statistical reports on products regulated by the [ATF], including total production, importation, and exportation by each licensed importer (as so defined) and licensed manufacturer (as so defined), or statistical aggregate data regarding firearms traffickers and trafficking channels, or firearms misuse, felons, and trafficking investigations. Pub. L. No. 112–55, 125 Stat. at 610.

The type of information requested by Mr. Lindsay-Poland squarely falls within the exemptions to the 2012 Tiahrt Rider and, thus, the 2012 Tiahrt Rider is not a valid basis for withholding the requested records. *See Ctr. for Investigative Reporting*, 14 F.4th at 933–36.

75. Therefore, Mr. Lindsay-Poland is legally entitled to the records responsive to the March 22 Request.

## CAUSE OF ACTION

### First Cause of Action:

### Violation of the FOIA for Failure to Make Promptly Available the Records Sought by Plaintiffs' March 22 Request

76. Mr. Lindsay-Poland repeats and realleges paragraphs 1-75.

77. Defendants are subject to the FOIA and are legally obligated to promptly make available all records responsive to the March 22 Request. *See* 5 U.S.C. § 552(a)(3)(A).

78. Defendants have no lawful basis for declining the release of the records in response to the March 22 Request.

79. Mr. Lindsay-Poland has not received any records from Defendants in response to the March 22 Request.

80.    The DOJ's failure to make promptly available the records sought by the March 22 Request violates the FOIA, 5 U.S.C. § 552(a)(3)(A), and Defendants' own regulations promulgated thereunder.

81.    The ATF's failure to make promptly available the records sought by the March 22 Request violates the FOIA, 5 U.S.C. § 552(a)(3)(A), and Defendants' own regulations promulgated thereunder.

82.    Mr. Lindsay-Poland is entitled to an order compelling Defendants to produce records responsive to the March 22 Request.

**REQUESTED RELIEF**

WHEREFORE, Plaintiff prays that this Court:

A.    ORDER each of the Defendants and their components to produce to Plaintiff, or make available to Plaintiff for copying, all information responsive to the March 22 FOIA Request in their possession, custody or control on or before March 22, 2021, or such other date as the Court deems appropriate;

B.    AWARD Plaintiff his costs and reasonable attorneys' fees incurred in this action; and

C.    GRANT such other relief as the Court may deem just and proper.

1    Dated: December 5, 2022

2

3

4

5    Respectfully submitted,

6    CLEARY GOTTLIEB STEEN & HAMILTON LLP

7    By: */s/ Heather S. Nyong'o*

8

9    Heather S. Nyong'o (SBN 222202)
     hnyongo@cgsh.com
10   650 California Street Suite 2000
     San Francisco, CA 94108

11   Elizabeth Vicens (*Pro Hac Vice* forthcoming)
12   Andrew Khanarian (*Pro Hac Vice*
     forthcoming)
13   One Liberty Plaza
     New York, NY 10006

14   GIFFORDS LAW CENTER TO
15   PREVENT GUN VIOLENCE

16   Esther Sanchez-Gomez (SBN 330408)
     268 Bush Street # 555
17   San Francisco, CA 94104

18   David Pucino (*Pro Hac Vice* forthcoming)
     William T. Clark (*Pro Hac Vice* forthcoming)
19   223 West 38th St #90
     New York, NY 10018

20   *Attorneys for Plaintiff John Lindsay-Poland*

21

22

23

24

25

26

27

28