**CLEARY GOTTLIEB STEEN & HAMILTON LLP**
Heather S. Nyong'o (SBN 222202)
hnyongo@cgsh.com
(415) 796-4400
650 California Street Suite 2000
San Francisco, CA 94108

Elizabeth Vicens (Admitted *Pro Hac Vice*)
Andrew Khanarian (Admitted *Pro Hac Vice*)

**GIFFORDS LAW CENTER TO PREVENT GUN VIOLENCE**
Esther Sanchez-Gomez (SBN 330408)
David Pucino (*Pro Hac Vice* forthcoming)
William T. Clark (*Pro Hac Vice* forthcoming)

[*additional addresses on signature page*]

Attorneys for Plaintiff John Lindsay-Poland

**BRIAN M. BOYNTON**
Principal Deputy Assistant Attorney General
**MARCIA BERMAN**
Assistant Branch Director

James Bickford (N.Y. Bar No. 5163498)
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20530
James.Bickford@usdoj.gov
Telephone: (202) 305-7632

Attorneys for Defendants
U.S. DEPARTMENT OF JUSTICE
BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

JOHN LINDSAY-POLAND,

Plaintiff,

v.

UNITED STATES DEPARTMENT OF JUSTICE; and BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES,

Defendants.

Case No. 3:22-cv-7663-EMC

**JOINT CASE MANAGEMENT STATEMENT**

Pursuant to this Court's order of December 21, 2022 (ECF No. 9), Civil Local Rule 16-9 and the Standing Order for All Judges of the Northern District of California, the parties to the above-entitled action jointly submit the following case management statement:

**1) Jurisdiction and Service.** Subject matter jurisdiction arises under the Freedom of Information Act, 5 U.S.C. §§ 552(a)(4)(B), and the federal question statute, 28 U.S.C. § 1331. There are no issues regarding personal jurisdiction, venue, or service, and no parties remain to be

served.

**2) Facts.** John Lindsay-Poland submitted a Freedom of Information Act request to the Bureau of Alcohol, Tobacco, Firearms and Explosives ("ATF") on March 22, 2021. Mr. Lindsay-Poland sought "records based on a database query containing data on firearms recovered in Mexico, Guatemala, Honduras, and El Salvador." Compl. ¶ 3, ECF No. 1. ATF denied the request on December 14, 2021. Mr. Lindsay-Poland submitted an administrative appeal on March 14, 2022, which the Department of Justice denied on October 7, 2022. Mr. Lindsay-Poland filed suit on December 5, 2022.

**3) Legal Issues.** Whether Mr. Lindsay-Poland is legally entitled to the records requested or whether they are exempt from disclosure.

**4) Motions.** There are no prior or pending motions. The parties expect this case to be resolved on cross-motions for summary judgment.

**5) Amendment of Pleadings.** The parties do not expect to amend the pleadings.

**6) Evidence Preservation.** The parties have reviewed the Guidelines Relating to the Discovery of Electronically Stored Information. Because this is a Freedom of Information Act case, the parties do not currently anticipate any discovery. Defendants will exercise reasonable diligence to preserve any records responsive or potentially responsive to Plaintiff's Freedom of Information Act request, even if they believe such records may be exempt from disclosure.

**7) Disclosures.** The parties agree and stipulate pursuant to Federal Rule of Civil Procedure 26(a)(1)(A) that initial disclosures are not necessary, as this is a Freedom of Information Act case for which there is no need to exchange such disclosures.

**8) Discovery.** The parties do not anticipate any discovery in this Freedom of Information Act case.

**9) Class Actions.** This is not a class action.

**10) Related Cases.** The parties are not aware of any related cases.

**11) Relief.** Plaintiff seeks production of the requested records and his costs and reasonable attorneys' fees.

**12) Settlement and ADR.** This case has been assigned to the ADR Multi-Option

Program, and the parties have conferred about ADR processes in conformance with ADR Local Rule 3-5. The parties do not believe that formal settlement discussions or ADR are likely to be productive in this case. The parties have filed their respective ADR Certifications, ECF Nos. 25, 26.

**13) Consent to a Magistrate Judge for All Purposes.** The parties do not consent to have a magistrate judge conduct all further proceedings in this case.

**14) Other References.** This case is not suitable for another referral.

**15) Narrowing of Issues.** The parties do not believe that the issues in this case can be narrowed by agreement. As stated above, the parties expect the entire case to be resolved on cross-motions for summary judgment.

**16) Expedited Trial Procedure.** This case should not be handled under the Expedited Trial Procedure of General Order No. 64 Attachment A.

**17) Scheduling.** The parties propose the following schedule for summary judgment briefing:

| | |
|---|---|
| Defendants' Motion for Summary Judgment | May 18, 2023 |
| Mr. Lindsay-Poland's Cross-Motion and Opposition | July 17, 2023 |
| Defendants' Opposition and Reply | August 7, 2023 |
| Mr. Lindsay-Poland's Reply | August 28, 2023 |

Plaintiff respectfully requests leave for his Reply to be up to 20 pages.

Mr. Lindsay-Poland anticipates that one or more amicus may seek leave to file a brief in his support, with any such brief to be filed no later than July 24, 2023.

**18) Trial.** The parties do not anticipate that this Freedom of Information Act case will go to trial.

**19) Disclosure of Non-party Interested Persons or Entities.** Plaintiff has filed the "Certification of Interested Entities or Persons" required by Civil Local Rule 3-15, ECF No. 23, and Defendants are exempt from that filing. Plaintiff restates that there is no conflict or interest (other than the named parties) to report

**20) Professional Conduct.** All attorneys of record for the parties have reviewed the

Guidelines for Professional Conduct for the Northern District of California.

/s/ Andrew G. Khanarian

CLEARY GOTTLIEB STEEN
& HAMILTON LLP
Heather S. Nyong'o (SBN 222202)
hnyongo@cgsh.com
650 California Street Suite 2000
San Francisco, CA 94108

Elizabeth Vicens (Admitted *Pro Hac Vice*)
Andrew Khanarian (Admitted *Pro Hac Vice*)
One Liberty Plaza
New York, NY 10006

GIFFORDS LAW CENTER TO
PREVENT GUN VIOLENCE
Esther Sanchez-Gomez (SBN 330408)
268 Bush Street # 555
San Francisco, CA 94104

David Pucino (*Pro Hac Vice* forthcoming)
William T. Clark (*Pro Hac Vice* forthcoming)
223 West 38th St #90
New York, NY 10018

Attorneys for Plaintiff John Lindsay-Poland

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

MARCIA BERMAN
Assistant Director, Federal Programs Branch

/s/ James Bickford
JAMES BICKFORD
Trial Attorney (N.Y. Bar No. 5163498)
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20530
James.Bickford@usdoj.gov
Telephone: (202) 305-7632
Facsimile: (202) 616-8470

Counsel for Defendants


**ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(h)(3)**

I, James Bickford, attest that concurrence in the filing of this document has been obtained from the other signatories.

DATED: March 7, 2023

By: /s/ James Bickford
JAMES BICKFORD

Counsel for Defendants