| | |
|---|---|
| **CLEARY GOTTLIEB STEEN & HAMILTON LLP**<br>Heather S. Nyong'o (SBN 222202)<br>hnyongo@cgsh.com<br>(415) 796-4400<br>650 California Street Suite 2000<br>San Francisco, CA 94108<br><br>Elizabeth Vicens (Admitted *Pro Hac Vice*)<br>Andrew Khanarian (Admitted *Pro Hac Vice*)<br><br>**GIFFORDS LAW CENTER TO PREVENT GUN VIOLENCE**<br>Esther Sanchez-Gomez (SBN 330408)<br>David Pucino (*Pro Hac Vice* forthcoming)<br>William T. Clark (*Pro Hac Vice* forthcoming)<br><br>[*additional addresses on signature page*]<br><br>Attorneys for Plaintiff John Lindsay-Poland | **BRIAN M. BOYNTON**<br>  Principal Deputy Assistant Attorney General<br>**MARCIA BERMAN**<br>  Assistant Branch Director<br><br>James Bickford (N.Y. Bar No. 5163498)<br>United States Department of Justice<br>Civil Division, Federal Programs Branch<br>1100 L Street, NW<br>Washington, DC 20530<br>James.Bickford@usdoj.gov<br>Telephone: (202) 305-7632<br><br>Attorneys for Defendants<br>U.S. DEPARTMENT OF JUSTICE<br>BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES |

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| JOHN LINDSAY-POLAND,<br><br>                           Plaintiff,<br><br>     v.<br><br>UNITED STATES DEPARTMENT OF JUSTICE; and BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES,<br><br>                           Defendants. | Case No. 3:22-cv-7663-EMC<br><br>**DEFENDANTS' STIPULATED MOTION FOR EXTENSION OF BRIEFING SCHEDULE** |

Pursuant to Local Civil Rule 6-2(a), the parties jointly stipulate to a two-week extension of the summary judgment briefing schedule in this case.  After the Court entered the briefing schedule, defense counsel was assigned to oppose a motion for preliminary injunction in *Texas v. Brooks-LaSure*, 6:23-cv-161 (E.D. Tex.).  That 35-page opposition brief was due last Friday, May 12, and consumed a substantial portion of the time that would have been devoted to the government's summary judgment motion in this case, which is currently due May 18.  Bickford Decl. ¶ 2.

Defendants therefore respectfully request that the Court extend all briefing deadlines in this case by two weeks, as follows:

| | |
|---|---|
| Defendants' Motion for Summary Judgment | June 1, 2023 |
| Mr. Lindsay-Poland's Cross-Motion and Opposition | July 31, 2023 |
| Defendants' Opposition and Reply | August 21, 2023 |
| Mr. Lindsay-Poland's Reply | September 11, 2023 |

Plaintiff Mr. Lindsay-Poland stipulates to this relief.

**PURSUANT TO STIPULATION, SO ORDERED** this __30th__ day of __May__, 2023.

_____
Edward M. Chen
United States District Judge

|  |  |
|---|---|
| | Respectfully submitted, |
| */s/ Andrew G. Khanarian* | BRIAN M. BOYNTON<br>Principal Deputy Assistant Attorney General |
| CLEARY GOTTLIEB STEEN<br>& HAMILTON LLP<br>Heather S. Nyong'o (SBN 222202)<br>hnyongo@cgsh.com<br>650 California Street Suite 2000<br>San Francisco, CA 94108 | MARCIA BERMAN<br>Assistant Director, Federal Programs Branch<br><br>*/s/ James Bickford*<br>JAMES BICKFORD<br>Trial Attorney (N.Y. Bar No. 5163498) |
| Elizabeth Vicens (Admitted *Pro Hac Vice*)<br>Andrew Khanarian (Admitted *Pro Hac Vice*)<br>One Liberty Plaza<br>New York, NY 10006 | United States Department of Justice<br>Civil Division, Federal Programs Branch<br>1100 L Street, NW<br>Washington, DC 20530<br>James.Bickford@usdoj.gov |
| GIFFORDS LAW CENTER TO<br>PREVENT GUN VIOLENCE<br>Esther Sanchez-Gomez (SBN 330408)<br>268 Bush Street # 555<br>San Francisco, CA 94104 | Telephone: (202) 305-7632<br>Facsimile: (202) 616-8470<br><br>Counsel for Defendants |
| David Pucino (*Pro Hac Vice* forthcoming)<br>William T. Clark (*Pro Hac Vice* forthcoming)<br>223 West 38th St #90<br>New York, NY 10018 | |

Attorneys for Plaintiff John Lindsay-Poland

DATED: MAY 17, 2023

### ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(h)(3)

I, James Bickford, attest that concurrence in the filing of this document has been obtained from the other signatories.

DATED: May 17, 2023        By:   */s/ James Bickford*
                                                JAMES BICKFORD

                                                Counsel for Defendants