James Bickford (N.Y. Bar No. 5163498)
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20530
James.Bickford@usdoj.gov
Telephone: (202) 305-7632

Attorney for Defendants
UNITED STATES DEPARTMENT OF JUSTICE
BUREAU OF ALCOHOL, TOBACCO,
   FIREARMS AND EXPLOSIVES

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
## OAKLAND DIVISION

| | |
|---|---|
| JOHN LINDSAY-POLAND,<br><br>               Plaintiff,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF JUSTICE; and BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES,<br><br>               Defendants. | Case No. 3:22-cv-7663-EMC<br><br>**NOTICE OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**<br><br>Date: October 19, 2023, 1:30 p.m.<br><br>Location: Via Zoom<br><br>Judge: Hon. Edward M. Chen |

Please take notice that at 1:30 p.m. on October 19, 2023, Defendants will appear and move for summary judgment. As explained in the accompanying memorandum of law, Congress has prohibited Defendants from releasing the records that Plaintiff seeks under the Freedom of Information Act, 5 U.S.C. § 552.

                                            Respectfully submitted,

                                            BRIAN M. BOYNTON
                                            Principal Deputy Assistant Attorney General

                                            MARCIA BERMAN
                                            Assistant Director, Federal Programs Branch

                                            */s/ James Bickford*
                                            JAMES BICKFORD
                                            Trial Attorney (N.Y. Bar No. 5163498)
                                            United States Department of Justice

Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20530
James.Bickford@usdoj.gov
Telephone: (202) 305-7632
Facsimile: (202) 616-8470

*Counsel for Defendants*

Date: June 1, 2023