1

**CLEARY GOTTLIEB STEEN
& HAMILTON LLP**
Heather S. Nyong'o (SBN 222202)
(415) 796-4400
hnyongo@cgsh.com
650 California Street Suite 2000
San Francisco, CA 94108

Elizabeth Vicens (Admitted *pro hac vice*)
Andrew Khanarian (Admitted *pro hac vice*)
One Liberty Plaza
New York, NY 10006

**GIFFORDS LAW CENTER TO
PREVENT GUN VIOLENCE**
David Pucino (*Pro hac vice* pending)
William T. Clark (*Pro hac vice* forthcoming)
244 Madison Ave Suite 147
New York, NY 10016

*Attorneys for Plaintiff John Lindsay-Poland*

**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| JOHN LINDSAY-POLAND,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF JUSTICE; and BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES,<br><br>Defendants. | Case No. 3:22-cv-07663-EMC<br><br>**DECLARATION OF PLAINTIFF JOHN LINDSAY-POLAND IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGEMENT AND PLAINTIFF'S CROSS-MOTION FOR SUMMARY JUDGMENT**<br><br>Judge: Hon. Edward M. Chen |

Pursuant to 28 U.S.C § 1746, I declare as follows:

1.   I am the plaintiff in this action and requested the records that are the subject of this litigation (the "Requested Records").  I submit this Declaration in support of *Plaintiff's Opposition to Defendants' Motion for Summary Judgment and Plaintiff's Cross-Motion for Summary Judgement*.

2.   My request for the Requested Records (the "FOIA Request") sought, *inter alia*, information concerning the number of firearms traced, number of buyers to which recovered firearms were traced, and number of FFLs to which recovered firearms were traced as purchases with respect to Mexico, Guatemala, Honduras, and El Salvador.  A complete and accurate copy of my FOIA Request is attached as Exhibit A to the Declaration of Adam C. Siple, ECF 33–1.

3.   I requested the Requested Records as part of my work as a journalist, researcher and analyst.  My reporting, research and analyses focus on the firearms trade to Mexico and Central America.  I currently serve as the Coordinator of Stop U.S. Arms to Mexico, an organization that analyzes, researches and reports on the flow of firearms to Mexico and other countries.  As part of my job as a journalist, researcher and analyst, I frequently publish my work on issues related to firearms trafficking in Mexico and Central America.

4.   Prior to serving as the Coordinator of Stop U.S. Arms to Mexico, I was an editor and staff writer for Panamá Update (from 1992 to 1999), Puerto Rico Update (from 2000 to 2005), Colombia Update (from 2006 to 2011) and Latin America Update (from 2011 to 2014).  I have devoted much of my 30-year career to writing about and researching human rights and U.S. security policy in Latin America.

5.   As part of my work as a journalist, I regularly gather information from various sources and disseminate it to the public, including through my role as Coordinator of Stop U.S. Arms to Mexico.  For example, I regularly communicate with local experts and human sources, and review open-source intelligence sources pertaining to these topics.  I have travelled to Mexico and Central America more than 30 times.  I incorporate the information that I gather into my reporting, research and analyses on international arms trafficking.

6.   I specifically requested the Requested Records for upcoming projects on the flow of firearms to Mexico and Central America that I anticipate publishing upon completion.  I currently anticipate publishing a pilot study on firearms trafficked and recovered in Mexico in December of this year, in

1  collaboration with other U.S. and Mexican researchers.  As part of this project, I plan to publish some or

2  all of the data contained in the Requested Records so that the public can better understand the nature of

3  illegal arms trafficking to Mexico and Central America.  I also anticipate publishing some or all of the

4  data contained in the Requested Records in additional projects that will follow.  I further plan to use and

5  disseminate the data in consultation with the other researchers and journalists who consult with me

6  regularly on this subject.

7      7.  I have previously disseminated firearm trace data to the public through my reports, articles and

8  website.  Past instances where I have published firearm trace data include:

9          a.  The publication of an interactive database of firearms recovered in Mexico by the army

10             from 2010 to 2021, which I made publicly available at the following URL:

11             https://stopusarmstomexico.org/interactive-firearms-in-mexico/;

12          b.  The publication of an interactive map of firearms recovered by the army in Mexico from

13             2010 to 2018, which I made publicly available at the following URL:

14             https://stopusarmstomexico.org/firearms-recovered-in-mexico-2010-2018/; and

15          c.  The publication of data embedded in an article that I published on December 6, 2022, which

16             I made publicly available at the following URL: https://stopusarmstomexico.org/leaked-

17             army-emails-shed-bright-light/.

18      8.  I regularly review and analyze data that ATF discloses to the public.  The ATF data that I have

19  reviewed omits important information about firearms recovered in Mexico and Central America.  Based

20  on my experience, I understand that this missing information is key for members of the public to gain a

21  better understanding of the nature of firearms flowing to Mexico and Central America.  Specifically, this

22  missing information is important for public policy development, private violence prevention initiatives,

23  and law enforcement strategies in the United States and abroad.  I sought the Requested Records in order

24  to help fill these gaps in publicly-available information concerning the illegal flow of firearms to Mexico

25  and Central America.  I plan to make the Requested Records as widely available as possible upon gaining

26  access to them.

27                              **Publications**

28      9.  I have authored or co-authored the following publications:

---

DECLARATION OF JOHN LINDSAY-POLAND
CASE NO. 3:22-CV-07663-EMC

a.  John Lindsay-Poland, *The Guns that Make You Keep Running*, UNIVISION NEWS (Feb. 17, 2022), https://www.univision.com/univision-news/opinion/oped-john-lindsey-poland-guns-mexico-united-states.  A publicly available copy is attached as Exhibit A.

b.  John Lindsay-Poland, *America's Guns: Made in the U.S., Killing in Mexico*, ALJAZEERA (Mar. 28, 2018), https://www.aljazeera.com/opinions/2018/3/28/americas-guns-made-in-the-us-killing-in-mexico/.  A publicly available copy is attached as Exhibit B.

c.  John Lindsay-Poland, *Leaked Mexican Army Emails Shed Bright Light on Weapons Trafficked, Exported to Mexico*, STOP U.S. ARMS TO MEX. (Dec. 6, 2022), https://stopusarmstomexico.org/leaked-army-emails-shed-bright-light/.  A publicly available copy is attached as Exhibit C.

d.  John Lindsay-Poland & William D. Hartung, *Op-Ed: Trump Made it Easier to Export U.S. Guns. Biden Must Reverse These Dangerous Policies*, L.A. TIMES (Mar. 12, 2021, 3:05 AM), https://www.latimes.com/opinion/story/2021-03-12/gun-exports-us-biden-trump.  A publicly available copy is attached as Exhibit D.

e.  John Lindsay-Poland & Dee Rowland, *Stemming the Guns of Massacre in Mexico*, SALT LAKE TRIBUNE (Nov. 14, 2019), https://www.sltrib.com/opinion/commentary/2019/11/16/john-lindsay-poland-dee/.  A publicly available copy is attached as Exhibit E.

f.  Gabriel Schivone & John Lindsay-Poland, *Opinion: Mexico's Gun Violence a "Moral Crisis of Complicity" for U.S. Border States*, ARIZ. DAILY STAR (Dec. 17, 2018), https://tucson.com/opinion/local/opinion-mexicos-gun-violence-a-moral-crisis-of-complicity-for-u-s-border-states/article_2292df4f-b0f9-54bd-924d-66b5d2470573.html.  A publicly available copy is attached as Exhibit F.

g.  John Lindsay-Poland, *Much of the Work to Demilitarize Police has to be Done at the Local Level*, RESPONSIBLE STATECRAFT (July 1, 2020), https://responsiblestatecraft.org/2020/07/01/much-of-the-work-to-demilitarize-police-has-to-be-done-at-the-local-level/.  A publicly available copy is attached as Exhibit G.

h.  John Lindsay-Poland, *How U.S. Guns Sold to Mexico End Up with Security Forces*

  *Accused of Crime and Human Rights Abuses*, THE INTERCEPT (Apr. 26, 2018, 1:29 PM),
https://theintercept.com/2018/04/26/mexico-arms-trade-us-gun-sales/. A publicly
available copy is attached as Exhibit H.

 i. John Lindsay-Poland, *On Washington's Watch*, HUFF POST (July 1, 2015, 12:34 PM),
https://www.huffpost.com/entry/on-washingtons-watch_b_7705958.  A publicly available
copy is attached as Exhibit I.

 j. John Lindsay-Poland et al., *Stopping Gun Violence in the Americas: A Preventable
Pandemic*, PLOS (Sept. 26, 2022),
https://speakingofmedicine.plos.org/2022/09/26/stopping-gun-violence-in-the-americas-
a-preventable-pandemic/.  A publicly available copy is attached as Exhibit J.

 k. Stop U.S. Arms to Mex. et al., *Report: Invisible Weapons, Indelible Pain: The Urgent
Necessity for Transparency in the U.S. and Mexican Gun Trade*, (July 2021),
https://stopusarmstomexico.org/invisible-weapons-indelible-pain/.  A publicly available
copy is attached as Exhibit K.

 l. John Lindsay-Poland, *Italian Weapons in Mexico*, STOP U.S. ARMS TO MEX. (Nov. 7,
2019), https://stopusarmstomexico.org/italian-small-arms-to-mexico/. A publicly
available copy is attached as Exhibit L.

 m. John Lindsay-Poland & Carlo Tombola, *Italy's Contribution to the Mexican Powder Keg*,
OSSERVATORIO PERMANENTE ARMI LEGGERE E POLITICHE DI SICUREZZA – BRESCIA &
STOP U.S. ARMS TO MEX. (Nov. 2019), https://stopusarmstomexico.org/wp-
content/uploads/2019/11/ItalyPowerkegMexico.Eng_.pdf.  A publicly available copy is
attached as Exhibit M.

 n. John Lindsay-Poland, *Assault Weapons in Mexico*, STOP U.S. ARMS TO MEX. (Jan. 23,
2019), https://stopusarmstomexico.org/assault-weapons-in-mexico/.  A publicly available
copy is attached as Exhibit N.

 o. John Lindsay-Poland, *The U.S. is Flooding the World with Guns. Congress Can Stop That.*,
FOREIGN POL'Y IN FOCUS (July 22, 2019), https://fpif.org/the-u-s-is-flooding-the-world-
with-guns-congress-can-stop-that/.  A publicly available copy is attached as Exhibit O.

p.   John Lindsay-Poland, *Bullet Points: The Gun Problem We Share with Mexico*, W. FRIEND (Jan. 2019), https://westernfriend.org/article/bullet-points.   A publicly available copy is attached as Exhibit P.

q.   John Lindsay-Poland, *Mexican Police Who Massacred Guatemalan Migrants Get Their Guns from the U.S.*, NACLA (Apr. 1, 2021), https://nacla.org/news/2021/03/29/mexican-police-massacre-guns-tamaulipas.   A publicly available copy is attached as Exhibit Q.

r.   John Lindsay-Poland et al., Gross Human Rights Abuses: The Legal and Illegal Gun Trade to Mexico, MEXICAN COMMISSION FOR THE DEFENSE AND PROMOTION OF HUMAN RIGHTS & STOP U.S. ARMS TO MEX. (Aug. 2018), http://www.stopusarmstomexico.org/wp-content/uploads/2018/08/THE-LEGAL-AND-ILLEGAL-GUN-TRADE-TO-MEXICO_August2018.pdf.   A publicly available copy is attached as Exhibit R.

s.   John Lindsay-Poland, *Las Vegas, SWAT Teams, and the Cult of the Gun*, HUFF POST (Oct. 17, 2017, 6:46 PM), https://www.huffpost.com/entry/las-vegas-swat-teams-and-the-cult-of-the-gun_b_59e68546e4b0153c4c3ec394.   A publicly available copy is attached as Exhibit S.

t.   John Lindsay-Poland, *Removing Military Weaponry From our Streets*, HUFF POST (Aug. 6, 2015, 11:57 AM), https://www.huffpost.com/entry/deescalate-the-arms-race_b_7913922 (last modified Dec. 6, 2017).   A publicly available copy is attached as Exhibit T.

u.   John Lindsay-Poland, International Delegation Report: Investigating the Global Firearms Trade and Its Human Impacts in Mexico, STOP U.S. ARMS TO MEX. (Apr. 21, 2023), https://stopusarmstomexico.org/international-delegation-report/.   A publicly available copy is attached as Exhibit U.

v.   John Lindsay-Poland, *Supplying the World's Third Most-Deadly War*, HUFF POST (Sep. 24, 2015, 2:03 PM), https://www.huffpost.com/entry/supplying-the-worlds-thir_b_8186220 (last modified Dec. 6, 2017).   A publicly available copy is attached as Exhibit V.

w.   John Lindsay-Poland et al., Where the Guns Go: U.S. Arms and the Crisis of Violence in

Mexico, AM. FRIENDS SERV. COMM. (Nov. 2016), https://afsc.org/sites/default/files/documents/2016%20Where%20the%20Guns%20Go.pdf. A publicly available copy is attached as Exhibit W.

x.  John Lindsay-Poland, *Confronting the Crisis of U.S. Gun Violence in Mexico*, ARMED WITH REASON (Apr. 13, 2023), https://armedwithreason.substack.com/p/confronting-the-crisis-of-us-gun. A publicly available copy is attached as Exhibit X.

y.  John Lindsay-Poland, *'Good Guy' Narratives and Community Safety*, HUFF POST (Sep. 13, 2016, 2:33 PM), https://www.huffpost.com/entry/good-guy-narratives-and-c_b_11955842 (last modified Sep. 14, 2017). A publicly available copy is attached as Exhibit Y.

z.  John Lindsay-Poland, *Mission Creep Dispatch*, MOTHER JONES (Sep. 25, 2008), https://www.motherjones.com/politics/2008/09/mission-creep-dispatch-john-lindsay-poland/. A publicly available copy is attached as Exhibit Z.

aa. John Lindsay-Poland, *Leaving Children Behind*, HUFF POST (Mar. 19, 2015, 3:47 PM), https://www.huffpost.com/entry/leaving-children-behind_b_6897880.

bb. John Lindsay-Poland, *Don't Feed the Beast*, HUFF POST (Feb. 10, 2015, 9:55 AM), https://www.huffpost.com/entry/dont-feed-the-beast_b_6647428.

cc. John Lindsay-Poland & Nick Morgan, *Overseas Military Bases and Environment*, FOREIGN POL'Y IN FOCUS (June 1, 1998), https://fpif.org/overseas_military_bases_and_environment/.

dd. Press Release, Stop US Arms to Mexico, Global Exchange welcomes letter from US Senators on control of arms exported to Mexico (Sep. 2021), https://stopusarmstomexico.org/global-exchange-welcomes-letter-from-us-senators/.

ee. John-Lindsay Poland, *U.S. Gun Export Data Update for 2020*, STOP U.S. ARMS TO MEX. (Mar. 7, 2021), https://stopusarmstomexico.org/us-gun-exports-2020/.

ff. Arnie Alpert & John Lindsay-Poland, *Rochester and the State are Now Partners in Gun Violence*, STOP U.S. ARMS TO MEX. (Jan. 17, 2021), https://stopusarmstomexico.org/rochester-and-the-state-are-now-partners-in-gun-violence/.

gg. John Lindsay-Poland, *Deadly Trade: How European and Israeli Arms Exports are Accelerating Violence in Mexico*, STOP U.S. ARMS TO MEX.   (Dec. 19, 2020), http://stopusarmstomexico.org/deadly-trade/.

hh. John Lindsay-Poland, *U.S. Gun Exports Have Spiked During the Pandemic*, INKSTICK (Sep. 9, 2020), https://inkstickmedia.com/us-gun-exports-have-spiked-during-the-pandemic/.

ii. John Lindsay-Poland, *Corruption in the Gun Trade Hits Home*, N.H. BUS. REV. (Aug. 2, 2019), https://www.nhbr.com/corruption-in-the-gun-trade-hits-home/.

jj. John Lindsay-Poland, *Grand Jury Report on SWAT Training Exercise Got It Wrong*, E. BAY EXPRESS (July 24, 2019), https://eastbayexpress.com/grand-jury-report-on-swat-training-exercise-got-it-wrong-1/.

kk. John Lindsay-Poland, *Fact Sheet on U.S. Weapons Sales to Honduras*, STOP U.S. ARMS TO MEX. (June 2019), https://stopusarmstomexico.org/wp-content/uploads/2019/06/Fact-Sheet-Gun-Sales-to-Honduras.pdf.

ll. John Lindsay-Poland, *Open Forum: Effective Disaster Preparedness Keeps Community at its Center*, S.F. CHRON. (Apr. 9, 2019, 4:00 AM), https://www.sfchronicle.com/opinion/openforum/article/Open-Forum-Effective-disaster-preparedness-keeps-13754689.php.

mm.     John Lindsay-Poland, *Making Visible the Weapons of Empire*, NACLA (Jan. 4, 2019), https://nacla.org/news/2019/01/04/making-visible-weapons-empire.

nn. John Lindsay-Poland, *Fact Sheet on Sig Sauer Arms Exports to Mexico*, STOP U.S. ARMS TO MEX. (Nov. 9, 2018), https://stopusarmstomexico.org/sig-sauer-mexico-fact-sheet/.

oo. John Lindsay-Poland, *Opinion: Berkeley Police Association PR Campaign Distorts Evidence*, BERKELEYSIDE (Jan. 9, 2018, 10:54 AM), https://www.berkeleyside.org/2018/01/09/opinion-berkeley-police-association-pr-campaign-distorts-evidence.

pp. John Lindsay-Poland & Linda Sanchez, *A Federal Program that S.F. Needs to Cut*, 48 HILLS (Feb. 6, 2017), https://48hills.org/2017/02/83105/.

1       qq. John Lindsay-Poland, *The Movement to Stop the Militarization of Police*, STREET SPIRIT
2            (Oct. 11, 2015), https://thestreetspirit.org/2015/10/11/the-movement-to-stop-the-
3            militarization-of-police/.

4       rr. John Lindsay-Poland et al., *The U.S. Shouldn't Export Colombia's Drug War 'Success'*,
5            INSIGHT CRIME (July 9, 2015), https://insightcrime.org/news/analysis/the-us-shouldnt-
6            export-colombia-drug-war-success/.

7       ss. John Lindsay-Poland, *The Mexican Military's Buying Binge*, NACLA (Mar. 23, 2015),
8            https://nacla.org/news/2015/03/23/mexican-military%27s-buying-binge-0.

9       tt. John Lindsay-Poland, *Theater and Substance at the School of the Americas*, FOR PEACE
10           PRESENCE IN COLOM. ARCHIVE (Nov. 25, 2014),
11           https://omeka.as.kent.edu/items/show/703.

12      uu. John Lindsay-Poland, *"Guerrillas Killed in Combat" and the Colombian Military's
13           Persistent Impunity*, NACLA (June 16, 2014), https://nacla.org/article/guerrillas-killed-
14           combat-and-colombian-military%27s-persistent-impunity.

15      vv. John Lindsay-Poland & Jennifer Tu, *Equipped for War: Exposing Militarized Policing in
16           California*, AM. FRIENDS SERV. COMM. (Apr. 2022),
17           https://afsc.org/sites/default/files/2022_Equipped_for_wa_CA_web.pdf.

18      ww.      John Lindsay-Poland, *Considering the Panama Invasion, 25 Years Later*, TELESUR
19           (Dec. 19, 2014), https://www.telesurenglish.net/opinion/Considering-the-Panama-
20           Invasion-25-Years-Later-20141219-0044.html.

21      xx. John Lindsay-Poland, *Pentagon Continues Contracting U.S. Companies in Latin America*,
22           FOR PEACE PRESENCE IN COLOM. ARCHIVE (Jan. 31, 2013, 8:57 PM),
23           https://omeka.as.kent.edu/items/show/965.

24      yy. John Lindsay-Poland, *Beyond the Drug War: The Pentagon's Other Operations in Latin
25           America*, NACLA (June 30, 2011), https://nacla.org/article/beyond-drug-war-
26           pentagon%E2%80%99s-other-operations-latin-america.

27      zz. John Lindsay-Poland, *The US Military Bases: Will They Stay or Go?*, NACLA (Sep. 25,
28           2007 https://nacla.org/article/us-military-bases-will-they-stay-or-go.

aaa.    John Lindsay-Poland, *Y2K Anxieties in Panama*, NACLA (Sep. 25, 2007), https://nacla.org/article/y2k-anxieties-panama.

bbb.    John Lindsay-Poland, *U.S. Chemical Weapons in Panama: A Dangerous Legacy*, Envio (Sep. 1998), https://www.envio.org.ni/articulo/1386.

ccc.    John Lindsay-Poland, *Armas y matanzas en México*, Nexos (Nov. 11, 2019), https://seguridad.nexos.com.mx/armas-y-matanzas-en-mexico/.

ddd.    John Lindsay-Poland, *Armas de EU en México requieren intervenciones económicas*, El Economista (Oct. 12, 2022, 1:32 AM), https://www.eleconomista.com.mx/opinion/Armas-de-EU-en-Mexico-requieren-intervenciones-economicas-20221012-0115.html.

eee.    Jennifer Tu & John Lindsay-Poland, *Lessons from San Francisco's Killer Robot Debate*, ACLU N. Cal. (Dec. 20, 2022), https://www.aclunc.org/blog/lessons-san-francisco-s-killer-robot-debate.

fff.    John Lindsay-Poland, *Maquiladoras de armas, fábrica de balas: el flujo de municiones al norte en un tiempo violento*, Animal Politico (Aug. 24, 2022), https://www.animalpolitico.com/analisis/organizaciones/verdad-justicia-y-reparacion/maquiladoras-de-armas-el-flujo-de-municiones-al-norte.

ggg.    John Lindsay-Poland & Carlos A. Pérez Ricart, *La falta de coherencia en la política en torno a las armas de fuego*, Nexos (June 21, 2022), https://seguridad.nexos.com.mx/la-falta-de-coherencia-en-la-politica-en-torno-a-las-armas-de-fuego/.

hhh.    John Lindsay-Poland & Eugenio Weigand Vargas, *Luz en el debate sobre armas*, Stop U.S. Arms to Mex. (Aug. 12, 2019), https://stopusarmstomexico.org/luz-en-el-debate-sobre-armas/.

iii.    John Lindsay-Poland, Vieques y Activismo, 22 P.R. Health Sci. J. 95 (2003).

jjj.    John Lindsay-Poland, Emperors in the Jungle: The Hidden History of the U.S. in Panama (Duke Univ., 2003).

kkk.    John Lindsay-Poland & Philip McManus, *Militarización Resurgente*, Cuadernos (Mex.) (Oct. 1999).

lll. John Lindsay-Poland, PLAN COLOMBIA: U.S. ALLY ATROCITIES AND COMMUNITY ACTIVISM (Duke Univ. Press, 2018).

mmm.　　John Lindsay-Poland, Military Assistance and Human Rights: Colombia, U.S. Accountability, and Global Implications, FELLOWSHIP OF RECONCILIATION AND U.S. OFF. ON COLOM. (Sep. 22, 2010).

nnn.　　John Lindsay-Poland, Understanding Police Militarization in the Global Superpower, 28 PEACE REV. 151 (2016).

ooo.　　John Lindsay-Poland, US Military Bases in Latin America and the Caribbean, THE BASES OF EMPIRE: THE GLOBAL STRUGGLE AGAINST U.S. MILITARY POSTS 71 (NYU Press, 2009).

ppp.　　John Lindsay-Poland, La Zona del Canal de Panamá: Donde el Hombre Blanco Florecerá, LOS TORMENTOS DE LA MATERIA 143 (Buenos Aires: CLACSO, 2006).

qqq.　　John Lindsay-Poland, *Toxic Aftertaste*, THE PROGRESSIVE (Dec. 1998).

rrr. John Lindsay-Poland & Marcela Vásquez, Will Common Sense Ever Prevail? Lost Lessons, Militarization and Cycles of Violence and Impunity in Colombia and Mexico, REVISTA DE ESTUDOS UNIVERSITARIOS (2013), https://periodicos.uniso.br/reu/article/view/804.

sss. John Lindsay-Poland, PLAN COLOMBIA: ATROCIDADES, ALIADOS DE ESTADOS UNIDOS Y ACTIVISMO COMUNITARIO (Editorial Universidad del Rosario, 1st ed. 2020).

ttt. Carlos A. Pérez Ricart & John Lindsay-Poland, *Derechos Humanos y Exportación Legal de Armas: Estados Unidos y Alemania frente a la Crisis Mexicana*, FORO INTERNACIONAL (2019), https://forointernacional.colmex.mx/index.php/fi/article/view/2607/2538.

uuu.　　John Lindsay-Poland, *Protecting the Panama Canal*, SAN FRANCISCO CHRONICLE (July 23, 1997).

vvv.　　John Lindsay-Poland, Test Tube Republic: Chemical Weapons Tests in Panama and U.S. Responsibility, FELLOWSHIP OF RECONCILIATION (Aug. 1998).

www.　　John Lindsay-Poland, Soft-pedaling American Intervention, 8 PEACE REV. 181 (1996).

xxx.    John Lindsay-Poland, Lingering US Foothold in Panama, ST. LOUIS POST-DISPATCH (Jan. 4, 1995).

yyy.    Tom Barry, John Lindsay-Poland, Marco Gandásegui & Peter Simonson, INSIDE PANAMA (Interhemispheric, revised ed. 1995).

zzz.    John Lindsay-Poland, *Unwelcome in El Salvador*, THE PROGRESSIVE (May 1989).

**Quotations in publications**

10. I have been quoted in the following publications:

a.  Sarah Morland, *U.S. Must Stem 'Iron River' of Guns Flowing to Latin America, Activists Say*, REUTERS (Apr. 18, 2023, 10:30 PM), https://www.reuters.com/world/americas/us-must-stem-iron-river-guns-flowing-latin-america-activists-say-2023-04-18/.  A publicly available copy is attached as Exhibit AA.

b.  David Agren & Amanda Holpuch, *Mexico Sues U.S. Gunmakers in Unprecedented Attempt to Stop Weapons Crossing Border*, THE GUARDIAN (Aug. 4, 2021, 4:42 PM), https://www.theguardian.com/world/2021/aug/04/mexico-guns-us-manufacturers-lawsuit.  A publicly available copy is attached as Exhibit BB.

c.  Akela Lacy, *Biden Pledged to Reverse Trump's Weak Export Rules – But Instead Did Nothing*, THE INTERCEPT (Feb. 7, 2023, 5:23 PM), https://theintercept.com/2023/02/07/biden-trump-gun-exports-migration/.  A publicly available copy is attached as Exhibit CC.

d.  Onz Chéry & Murdith Joseph, *Arms Smuggling Fuels Gang Violence in Port-au-Prince*, THE HAITIAN TIMES (Sep. 15, 2022), https://haitiantimes.com/2022/09/15/arms-smuggling-fuels-gang-violence-in-port-au-prince%EF%BF%BC/.  A publicly available copy is attached as Exhibit DD.

e.  Phineas Rueckert & Nina Lakhani, *"They're Culpable: The Countries Supplying the Guns that Kill Mexico's Journalists,"* THE GUARDIAN (Dec. 11, 2020, 4:23 PM), https://www.theguardian.com/world/2020/dec/09/mexico-cartel-project-weapons-import-trafficking.  A publicly available copy is attached as Exhibit EE.

**Film**

11. I have produced the following film:

    a. Where the Guns Go: U.S. Policy and Human Rights in Mexico, VIMEO (2017), https://vimeo.com/214922986.

**Presentations and Interviews**

12. I have given the following interviews and presentations:

    a. Center for American Progress, Guns Without Borders, YOUTUBE (April 2023), https://www.youtube.com/watch?v=na6taxyTXx8&t=868s.

    b. Newton Action Alliance, *Are US Guns Fighting Against Drugs in Mexico*, YOUTUBE (May 2023), https://www.youtube.com/watch?v=8JUBTfSsZ2w.

    c. Center for American Progress, Why I Fight to End Gun Violence, YOUTUBE (Dec. 2019), https://www.youtube.com/shorts/g_AvkKFWzE8.

    d. Boston Debate League, US Weapons Exports to Mexico, YOUTUBE (Aug. 2019), https://www.youtube.com/watch?v=Wes-ZsqpJ98&t=1471s.

    e. Newton Action Alliance, *Where Do the Guns Used in Violence in Mexico Come From?*, YOUTUBE (May 2023), https://www.youtube.com/watch?v=L7RaMHON-sY.

    f. Newton Action Alliance, *What weapons have been used in human rights atrocities in Guerrero?*, YOUTUBE (May 2023), https://www.youtube.com/watch?v=VzI93bfFvwg.

    g. DemoxMedia, *John Lindsay Poland Interview*, YOUTUBE (Mar. 2023), https://www.youtube.com/watch?v=_sEw25V9q0o.

    h. Interfaith Council for Peace and Justice, *U.S. Guns & Militarism in Mexico with John Lindsay Poland*, YOUTUBE (Feb. 5, 2023), https://www.youtube.com/watch?v=aSinDQafJL4.

    i. Mexican Ministry of Foreign Relations and Colegio de México, *Construyendo voluntades políticas para detener el tráfico de armas de Estados Unidos a México*, YOUTUBE (Nov. 2022), https://www.youtube.com/watch?v=QD_54Z1tP-g.

    j. Presbyterian Mission Agency, *Connecting the Dots: Gun Violence and Militarism*, YOUTUBE (May 2022), https://vimeo.com/706225647.

    k. Women's International League for Peace and Freedom, *Militarized Police Forces in Santa*

1          *Clara County*, YOUTUBE (May 2022), https://www.youtube.com/watch?v=oP4mqlovvPA.

l.   Rompeviento TV, *La demanda de México contra las empresas de armas estadunidenses*,
     YOUTUBE (Feb. 23, 2022), https://www.youtube.com/watch?v=T_QV0WVDrr4 .

m.   CODEPINK, *Capitol Calling Party: Arms Sales & Transparency*, YOUTUBE (Dec. 21,
     2021), https://www.youtube.com/watch?v=pG2vSY2jBZs&t=1558s.

n.   US Border Crossers: Guns, MEX. SOLIDARITY PROJECT (Dec. 2021),
     https://mexicosolidarityproject.org/voices/57/.

o.   Rompeviento TV, La venta de armas a México, YOUTUBE (Oct. 2021),
     https://www.youtube.com/watch?v=O0a_F3H8u2Y&t=8823s.

p.   Rompeviento TV, El "Entendimiento Bicentenario": ¿Qué implica la nueva alianza
     México-EEUU para la seguridad?, YOUTUBE (Oct. 2021),
     https://www.youtube.com/watch?v=665_qNOtSag.

q.   School of Americas Watch, Voices and Silences: 'False Positive' Killings in Colombia,
     US Military Aid, and how to stop them, YOUTUBE (May 2014),
     https://www.youtube.com/watch?v=ODjko7i8ZAE.

r.   Forum on the Arms Trade, Legal Approaches to Reduce Gun Violence: Mexican and U.S.
     Strategies, YOUTUBE (Aug. 2021),
     https://www.youtube.com/watch?v=cg3WshmbtfI&t=126s.

s.   Massachusetts Peace Action, The Impact of US Guns in Mexico, YOUTUBE (May 2021),
     https://www.youtube.com/watch?v=C5np8-0EsTg.

t.   Massachusetts Peace Action, Confronting Central America Realities: Militarism, Human
     Rights, Immigration, Guns, YOUTUBE (May 2021),
     https://www.youtube.com/watch?v=mrEDdavlPJk&t=2358s.

u.   Berkeley Society of Friends, Police militarization and its connection to Mass Incarceration,
     YOUTUBE (Feb. 2021), https://www.youtube.com/watch?v=Y7Q-NhOXJyQ.

v.   Cobertura sobre tráfico de armas: ángulos y geografías, PERIODISTAS DE A PIE (Jan. 29,
     2021), https://periodistasdeapie.org.mx/2021/01/29/cobertura-sobre-trafico-de-armas-
     angulos-y-geografias-2/.

w. Biden Policy Towards Colombia and El Salvador, CODEPINK Radio (Jan. 2021), https://www.codepink.org/episode_75.

x. School of Americas Watch, From the Beginning to the End: The United States in the Colombian Armed Conflict, YOUTUBE (Jan. 2021), https://www.youtube.com/watch?v=gEY_HeauItE.

y. Witness for Peace Solidarity Radio podcast, The Hidden Pandemic: How U.S. Arms Sales Have Fueled Decades of Violence in Latin America, SPOTIFY (Dec. 2020), https://podcasters.spotify.com/pod/show/solidaritycollective/episodes/The-Hidden-Pandemic-How-U-S--Arms-Sales-Have-Fueled-Decades-of-Violence-in-Latin-America-enqp7e/a-a44lelo.

z. The Gun Trade to Mexico, KGNU HEMISPHERES (May 2020), https://www.kgnu.org/hemispheres/5/5/2020.

aa. School of Americas Watch, Researching US Militarization of Borderland and Mesoamerica, VIMEO (Apr. 2020), https://vimeo.com/404960816.

bb. Consortium of Universities for Global Health, Gun Violence in the Americas | Focus: Mexico, YOUTUBE (Mar. 2020), https://www.youtube.com/watch?v=jtV-FWGCD8A.

cc. American Friends Service Committee, Gun violence prevention and migrant justice in Mexico and Colorado, YOUTUBE (Mar. 3, 2020), https://www.youtube.com/watch?v=NEbcstPLspI&t=10s,

dd. Peace and Conflict Studies, Nonviolence and armed conflict in Latin America, YOUTUBE (Feb. 28, 2020), https://www.youtube.com/watch?v=MdsPywSIT8k&list=PLrj7eQjjfPEYJ4tis5eCy9mSJGEHgwWTu&index=21.

ee. Latin America Working Group, Gross Human Rights Abuses: The Legal and Illegal Gun Trade to Mexico, FACEBOOK (Aug. 2018), https://www.facebook.com/lawgaction/videos/10155713819807083.

ff. Stop the War Machine Conference, Police militarization, VIMEO (2018), https://vimeo.com/260601974.

gg. Scott Horton Radio, Pentagon Using Drug Wars as Excuse to Build Bases in Latin America, YOUTUBE (Jan. 2018), https://www.youtube.com/watch?v=S5q5atprgdM.

hh. Forum on the Arms Trade, Mexico, Arms and the Trump Administration - First 100 Days, YOUTUBE (Apr. 2017), https://www.youtube.com/watch?v=68UjFxi8efQ.

ii. Activism Munich, US Military Bases & Foreign Policy, YOUTUBE (June 2016), https://www.youtube.com/watch?v=4lMDzrT0Y_A.

jj. School of Americas Watch, US Arms Trade to Mexico, VIMEO (2016), https://vimeo.com/183051649.

kk. War Prevention Initiative, Structurally Transforming Militarism for Peace, YOUTUBE (2015), https://www.youtube.com/watch?v=JEcXDONwn1w.

ll. Center for Economic and Police Research, Obama in Latin America: The Region's Leftward Shift and the "War on Drugs," YOUTUBE (June 2013), https://www.youtube.com/watch?v=LP-cxjrXZQc .

mm. Latin America Solidarity Coalition, U.S. Military Bases Globally, VIMEO (Apr. 2011), https://vimeo.com/23655295.

nn. Cumbre de Paz, Guillermo Solarte Lindo Entrevista a John Lindsay-Poland, YOUTUBE (Jan. 2011), https://www.youtube.com/watch?v=TQkGU1fIzRQ.

oo. Fellowship of Reconciliation, The Other Side of Despair: Columbia, U.S. Policy, and the Energy of Nonviolent Resistance, VIMEO (July 2009), https://vimeo.com/5474517.

pp. John Lindsay-Poland, Presentation to Marin Interfaith Task Force on the Americas: A Response to the Drug War (Sep. 2013).

qq. John Lindsay-Poland, Paper Presented at the Univ. Cong. on Vieques, Univ. of P.R.: Aspectos de la Transferencia del Este de Vieques de la Marina al Departamento del Interior (Apr. 2003).

1  Executed this 31st day of July, 2023.

2

3

4                                                    John Lindsay-Poland

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# EXHIBIT A



SECCIONES

TU CIUDAD    SHOWS    NOTICIAS    FAMOSOS    DEPORTES    LIFESTYLE    RADIO    SHOP

SHOP    EN VIVO

# The guns that make you keep running

Seventy percent of guns recovered from crime scenes in Mexico are traced to the United States, and they contribute to Mexico's more than 22,000 yearly gun-related homicides. The Mexican government has filed suit in a federal court in Massachusetts against some of the largest U.S. producers of firearms, including Smith & Wesson, Glock, and Beretta.

POR::  JOHN LINDSAY-POLAND

PUBLICADO 17 FEB 2022 – 11:37 AM EST | ACTUALIZADO 17 FEB 2022 – 11:37 AM EST

COMPARTE



National Rifle Association members look over guns in the Smith & Wesson display at the 146th NRA Annual Meetings & Exhibits on April 29, 2017 in Atlanta, Georgia.
Crédito: Scott Olson/Getty Images

Last September, 12 men and a teenage boy departed from two northern Mexican cities in search of

asylum in Texas. They paid a coyote for safe crossing through areas controlled by criminal groups. Nevertheless, in the border area of Ojinaga, they were blocked by masked, heavily armed men who kidnapped the men but told the teenager to run. He reported hearing gunshots as he fled, and to this day, the other migrants have not been located.

In 2017, Yosimar García Cruz, a police officer in Mexico's Pacific coastal city of Culiacán, was abducted from his home and forcibly disappeared by men armed with rifles. His commander and other officers from his unit were also disappeared, apparently in retaliation for assisting assisted a military patrol when it was ambushed several months prior.

What do these violent stories have in common? They were criminal acts likely committed with U.S. weapons. Seventy percent of guns recovered from crime scenes in Mexico are traced to the United States, and they contribute to Mexico's more than 22,000 yearly gun-related homicides. The U.S. gun market supplies military-grade arms in thousands of retail locations in U.S. border states, and purchasing restrictions are lax. As a result, 250,000 guns are estimated to be trafficked into Mexico from the U.S. annually.

Given these grim stories and statistics, last August, the Mexican government filed suit in a federal court in Massachusetts against some of the largest U.S. producers of firearms, including Smith & Wesson, Glock, and Beretta. Mexico seeks an end to the companies' negligence and marketing practices that have predictably led to the massive use of their guns to commit violence in Mexico.

Last week, 13 states, dozens of U.S. cities and a range of legal and academic experts formally filed a statement in support of Mexico's litigation. So did Yosimar's mother, Maria Isabel Cruz.

Mexicans and migrants traversing the country in search of safe harbor are especially vulnerable to gun violence and illegal groups who run human and drug trafficking operations. To make matters worse, armed state agents are tasked with deporting migrants, and in so doing, they often push them straight into the arms of the traffickers. Attacks or threats with firearms are growing and are a principal driver of forced migration into and from Mexico.

## Más sobre Opinion

In addition to homicide, kidnapping, and extortion, guns are often used to commit rape and domestic violence, and to repress protests. More than 94,000 people have been forcibly disappeared in Mexico, most of them at gunpoint.

Central Americans are also fleeing growing gun violence in their countries. Yet "disrupting firearms trafficking is not an explicit US objective in Central America," according to a Government Accountability Office report published last month. What's worse, the GAO reported that nearly half of over 10,000 U.S.-sourced firearms recovered in four Central American countries were legally exported from the United States and diverted to criminal entities.

The United States is selling a growing number of weapons to Mexican and Central American police and military, purportedly to fight the country's skyrocketing violence. The Commerce Department, for example, approved exports of nearly 100,000 firearms to Guatemala in a recent 12-month period.

Without a policy to identify the guns' end users, these weapon sales are likely to do the opposite. For example, last January, a police unit armed with U.S. weapons in Mexico's northern Tamaulipas state attacked a group of Guatemalan migrants in Camargo, close to the U.S. border, killing 19 people.

The only way to combat Mexico's debilitating U.S.-sourced gun violence is to make it an integral part of the debates about the enormous human cost of firearms. Even with the unprecedented increase in gun homicides in the United States since 2019, Mexico experienced more than twice the rate of homicides with U.S.-sourced guns last year – approximately 15 per 100,000 inhabitants – than the entire United States did (6.25/100,000).

Assault rifles are a glaring example. In the United States, these weapons are often used in mass shootings. And while it is true that assault-rifle related shootings represent a small portion of the total number of overall gun deaths in this country, U.S.-sourced assault rifles are the weapon of choice for much organized criminal activity in Mexico.

Information like this needs to become an integral part of all kinds of policy discussions, and it has to be addressed with with diverse strategies from multiple sectors. A growing transnational network of gun violence prevention groups, public health advocates, victims collectives, and academics research the issue and participate in policy and advocacy efforts.

Transparency and data, from both the Mexican and U.S. governments, are critical to creating and supporting strategies that reduce the flow and impacts of guns in Mexico. That, combined with detailed storytelling, including testimonials from gun violence victims can sensitize policymakers and the general public to how the current U.S. gun market is generating devastating harms on both sides of the border. Only then can we coordinate actions to turn this nightmare around.

*John Lindsay-Poland coordinates Stop US Arms to Mexico, a project of Global Exchange. More information at stopusarmstomexico.org.*

COMPARTE

# EXHIBIT B

play

LIVE

Show navigation menu

## OPINION

Opinions | Gun Violence

# America's guns: Made in the US, killing in Mexico

*Last year, more Mexicans were killed with guns than in any year on record. Most of those guns came from the US.*



**John Lindsay-Poland**
John Lindsay-Poland coordinates the Project to Stop US Arms to Mexico.

28 Mar 2018



The massacre in Parkland, Florida and the massive protests it inspired have rightly highlighted how military-grade assault weapons, along with high-capacity magazines, should not be sold commercially. These types of rifles produce greater damage in their human victims, and their ease of rapid fire has made them a weapon of choice in mass shootings in the United States.

It is true that handguns are used in the vast majority of gun homicides in the US. But in Mexico, assault rifles are the preferred weapon for organised crime, which seeks military assets to control territory, as Al Jazeera's Juliana Ruhfus found in the investigation for her film "America's Guns: Arming Mexico's Cartels" that aired earlier this month. The result of the steady flow of assault weaponry into Mexico has only gotten worse. Last year, Mexico opened 16,828 gun homicide investigations – more than in any year of its recorded history, and more than in the entire US, even though Mexico has less than half the population of its northern neighbour.

Most of the guns used in those crimes came from the US – 70 percent of guns recovered at crime scenes in Mexico and traced since 2009 were purchased in the US and trafficked across the border. Doing so is easy, since the US-Mexico border is designed principally to facilitate massive volumes of trade. The Border Patrol, fences, and militarised infrastructure on that border are to stop migrants moving from south to north, not threats that move from the US into Mexico.

The human toll in Mexico from the gun trade is devastating. Dr Marvin Hernandez Ortega and three other young professionals were travelling on the federal highway near Acapulco on June 19, 2015, when they were forcibly disappeared. Five days later, local authorities found bodies that they said were the young men's. Near their burned-out vehicle, shell casings from assault rifles were found. "These weapons are instruments of the growing violence and homicides in Mexico," Hernandez Ortega's uncle, Romualdo Hernandez, told me when he visited Washington in 2016. "We demand that the US government exercise control over the weapons companies and border crossings."

To reduce the flow of weaponry that feeds violence in Mexico requires looking not only at the border crossings themselves, but upstream – to the production of and legal access to weapons made for killing people. That is why it is important for the US Congress – and failing that, southern border states – to prohibit assault weapons and high-capacity magazines, and to make gun trafficking itself a crime.

The problem is cultural and ethical, as well as one of policies and laws. While hundreds of thousands of people in 800 cities and towns in the US marched for legislation to prevent gun violence last Saturday, gun company Sig Sauer was showing small children how to shoot pistols and sniper rifles with silencers at the Game and Fish Expo in Arizona – a state that is ground zero for the legal and illegal export of guns to Mexico.

The legal export of guns by US gun producers to Mexican police is also feeding criminal activities and the illegal gun market in Mexico, in several ways. The Mexican military is the only legal importer of firearms in Mexico; in turn, it sells weapons to police throughout the country, and, to a lesser extent, to private individuals and security companies.

State and local police in Mexico have had more than 20,000 firearms go missing or stolen since 2006, according to Mexican military documents. More than 8,000 rifles and handguns disappeared during that time from police arsenals in the city and state of Mexico and Guerrero state alone. In Guerrero, infamous for corruption and human rights violations by its police and military, out of every five firearms legally acquired by police, more than one went missing or stolen.

US exports of weapons to the Mexican armed forces have grown enormously as part of the militarised security strategy that has disastrously failed to reduce homicides. The use of state weapons in operations to decapitate the leadership of criminal organisations has provoked more violence among prospective successors, while also feeding an arms race between criminal groups and the parts of the state that fight them. In addition, many Mexican police armed with US weapons directly commit

human rights violations. The local police who attacked students from the Ayotzinapa teachers school and disappeared 43 of them in 2014, for example, were armed with AR-15 rifles exported by Colt Industries in Connecticut, according to court records.

When police collude with criminal organisations by giving them information or fighting their rivals in exchange for money, they are strengthening organised crime, even without directly trafficking weapons to it. US gun exports to Mexico thus strengthen the very forces, in many instances, that the arms sales are supposed to combat.

The Trump administration plans to deregulate such sales further, which will likely lead to even more US weapons in the hands of corrupt or abusive military and police forces. The US should instead suspend gun export licenses to Mexico and reorient its security policy there.

In the US, given the failure of the federal government in Washington to adequately control the illegal gun market, there are important steps that state governments can take, especially the southern border states, where more than three out of four illegal guns in Mexico traced to the US are purchased, according to the Government Accounting Office.

When the federal assault weapons ban expired in 2004, the sudden, easy availability in Texas and Arizona of these military-grade rifles accelerated killing in northern Mexican communities, independent of the growth of the drug war in that period, causing hundreds of additional annual deaths, according to a New York University study. California, on the other hand, kept an assault weapons ban in place, and also requires universal background checks on gun sales, unlike Texas and Arizona. As a result, guns used in crimes in Mexico were traced to Texas and Arizona at more than three times the rate per capita, compared with California, between 2009 and 2014. "Since 40 percent of all Mexican crime guns comes from Texas, state leaders should step up to study and implement sensible solutions to the deadly problem of gun trafficking," says Andrea Bauer of the group Texas Gun Sense.

Eighteen members of Congress last year called on the governors of the four southern US border states to "institute greater controls over southbound commercial activity. Agencies charged with enforcing firearm laws should be provided effective mandates, funding, and leadership".

For its part, Mexico can make stopping the border gun trade an important part of its bilateral agenda with the Trump administration, and reframe the failed drug war policies that further arm police without holding them accountable for abuses and collusion with criminal forces.

Regional representatives will meet next week in Mexico City to consider how to effectively confront international arms trafficking. Gun victims in Mexico need action, as badly as the Parkland students and other gun victims do across the US.

***The views expressed in this article are the author's own and do not necessarily reflect Al Jazeera's editorial stance.***

aj-logo

# EXHIBIT C

Donate    Take Action    Contact Us

 Stop US Arms to Mexico

ABOUT    NEWS    RESOURCES    DONATE    EVENTS    TAKE ACTION    VIDEO    ESPAÑOL

# Leaked Mexican army emails shed bright light on weapons trafficked, exported to Mexico

 > English > Leaked Mexican army emails shed bright light on weapons trafficked, exported to Mexico

 John  -
 December 6, 2022  -
 English

By John Lindsay-Poland

In late September, the hacker activist group Guacamaya revealed a massive leak of four million emails from the server of the Mexican army, known as SEDENA.

The emails reveal how the Mexican army, a conservative institution known for its resistance to change, functions on many levels. Mexican journalists have published dozens of stories based on information from the hack about the army's involvement in economic projects and cases of corruption of both military and civilian officials. The leaks show how the army spied on journalists using the Israeli spyware Pegasus, classified feminist groups as subversive, and spied on parents of the 43 disappeared Ayotzinapa students and other social leaders.

Guacamaya made the material, consisting of six terabytes of data, available to journalists and researchers. Stop US Arms to Mexico obtained access to the trove of leaked material.

The Mexican army documents include detailed data on firearms recovered in Mexico and traced to purchases in the United States – data that the United States restricts because of the gun lobby. The Tiahrt Amendment, a federal budget rider since 2005, prohibits the Bureau of Alcohol Tobacco and Firearms (ATF) from disclosing such trace data except to law enforcement agencies. This has limited understanding of the patterns of gun trafficking from the United States to Mexico.

## DONATE & SUPPORT

## SUBSCRIBE VIA EMAIL

Stay up to date on Mexico and our campaign to stop the U.S. weapons trade into Mexico.

## FILM: WHERE THE GUNS GO

https://vimeo.com/214922986?loop=0

Reports shared with SEDENA give trace information on more than 22,000 firearms recovered in Mexico in 2019-2020 and traced to the United States, including the purchase location for US-manufactured weapons and the importer for weapons imported to the United States.

Of nearly 17,000 firearms produced in the United States and recovered in Mexico in 2019-2020, 321 were traced to distributors in the Mexican military or other Mexican state agencies, include 25 to state governments.



## Texas and Arizona largest sources of guns trafficked to Mexico

The U.S. state from which most weapons were trafficked was Texas, consistent with U.S. data for the last 15 years. An infographic for guns recovered and traced in 2020 showed Texas had an even greater portion of gun dealers with multiple guns traced to them – 423 dealers, of 58% of the total – and of repeat purchasers of guns traced from Mexico, with 119 or 66% of the identified multiple purchasers in the United States. The infographic was produced by the Mexican government's Center for Planning, Analysis and Information to Combat Crime (CENAPI), based on an analysis of 18,209 firearms recovered in Mexico from January 1, 2020 to December 3, 2020.

Arizona accounted for 151 firearms dealers with multiple sales of guns recovered in Mexico and traced back to them. The report identified an individual in Arizona who bought 149 firearms, including 140 in multiple purchases, that were recovered in Mexico. In October, the Mexican government filed a lawsuit against five firearms dealers in Arizona for allegedly illegal and negligent practices leading to large number of military-style weapons trafficked to Mexico.



Weapons imported into the United States and trafficked to Mexico were also plentiful. CENAPI reported 7,287 firearms recovered in Mexico that trace data showed were imported into the United States before being trafficked over the border. Six companies accounted for more than half of these imported, trafficked weapons: Glock (Austria), Romarm (Rumania), Taurus (Brazil), Beretta (Italy), Norinco (China), and Browning (Belgium).

At least one report in the leaked material documented weapons trafficking to organized crime by two army officers outside Mexico City in 2019. An officer offered 70 grenades for more than a thousand dollars apiece to operators in La Familia. The officer was identified by criminal operators as an aide to a colonel whom they called "new commander."

A criminal leader sought seven thousand bullets for assault rifles from the officer, who in turn offered to collaborate in locating a prosecutor in the State of Mexico, whom the criminal group apparently planned to assassinate. The other officer linked in the report to the criminal group "La Familia" was the source of weapons and military equipment was based in Military Camp No. 1 in Mexico City.

**Share this:**

 



Youth from 67 Sueños protest at U.S.-Mexico border against guns and imprisoning of migrants.

**FOLLOW US**

 

**SEARCH**

# EXHIBIT D



## Los Angeles Times

OPINION

# Op-Ed: Trump made it easier to export U.S. guns. Biden must reverse these dangerous policies



During the huge surge in gun exports, many weapons have gone to repressive countries that commit firearm violence with impunity.  (Ikon Images via Associated Press)

BY JOHN LINDSAY-POLAND AND WILLIAM D. HARTUNG

MARCH 12, 2021 3:05 AM PT

Last March, the Trump administration implemented regulations to make it easier for U.S. companies to export firearms. Since the new rules took effect, overseas sales of U.S. semiautomatic pistols more than doubled, with potentially devastating consequences.

The Biden administration should restore the previous restrictions and take additional measures to prevent U.S.-supplied guns from ending up in the hands of criminal gangs, human rights abusers and terrorists.

The new regulations dramatically decreased scrutiny over U.S. gun exports. They transferred jurisdiction of many types of semiautomatic rifles and pistols, as well as sniper rifles, from the State Department to the Department of Commerce. The rule change resulted in reduced human rights vetting and less rigorous tracking of where U.S. firearms end up, making it easier to sell them to human rights abusers or divert them to third parties, including terrorists and drug cartels.

At the time of the rule change, Sen. Robert Menendez (D-N.J.) pointed out that "semiautomatic firearms and ammunition are uniquely dangerous. They are easily modified, diverted and proliferated, and are the primary means of injury, death and destruction in civil and military conflicts throughout the world."

They should be subject to "more rigorous export controls and oversight," not less, he said.

The increase in firearm exports in the last six months of 2020 compared with the last six months of 2019 — the most relevant periods for gauging the effects of the new regulations — has been staggering. Foreign sales of semiautomatic pistols increased by nearly 125% during that time, according to U.S. Census Bureau trade records. In 2020 as a whole, a record number of military rifles and shotguns were exported by the U.S., more than 175,000 overall, according to U.S. tariff and trade data.

The huge surge in gun exports is troubling in its own right. But it is even more concerning when the destination of these firearms is considered.

The countries receiving the most U.S. handgun exports in 2020 were Thailand, about 214,200; Mexico, nearly 55,740; Tunisia, more than 18,730; Brazil, almost 14,060;

Saudi Arabia, around 12,640; and the Philippines, 11,110.

Given their repressive conduct and firearms violence committed with impunity, none of these countries should be receiving U.S. guns, much less large increases in these deadly exports.

Thailand's military dictatorship brutally repressed massive protests last year, leading the democracy think tank Freedom House to change its designation of the status of the nation from "partly free" to "not free." Near the Mexico-U.S. border, a Mexican police unit armed with U.S. rifles massacred 19 people, just one atrocity among many occasioned in the ongoing drug war. Brazil has one of the highest rates of murder by firearm in the world.

ADVERTISEMENT

Saudi Arabia and its chief ally, the United Arab Emirates, head a coalition that has waged war since 2015 in Yemen that has killed thousands of civilians and triggered an unprecedented humanitarian crisis. Weapons supplied by the U.S. to the Saudi-led coalition have ended up in the hands of extremist militias, members of Al Qaeda in the Arabian Peninsula and the Houthi opposition.

And in the Philippines, there have been tens of thousands of gun-related killings. They include extrajudicial murders carried out by the military, police and government-

affiliated death squads of human rights defenders and critics of the regime of Philippine President Rodrigo Duterte.

The biggest beneficiaries of the export changes have been U.S. gun manufacturers, who pushed vigorously for the Trump reforms, joined by their allies in the National Rifle Assn. Just one firm — Sig Sauer — accounted for more than half of handgun export revenues in 2020. The company was a staunch supporter of President Trump, who appeared at the Sig Sauer plant in New Hampshire in the run-up to his 2016 presidential run and benefited from a $100,000 contribution to GunVote, a political action committee that spent money to help elect Trump president.

But what's good for Sig Sauer and its ilk is bad for virtually everyone else. The oversize influence of the gun industry should not be allowed to override the need to reduce the human suffering enabled by U.S. firearm exports.

The Biden administration should take immediate steps to rein in these runaway U.S. gun exports. The first step should be restoring State Department jurisdiction over all firearms exports and reinstating advance reporting to Congress of major sales so it can take action to block problematic deals. The administration should also ensure that all end-user certificates for firearms exports correctly identify who are the ultimate buyers of U.S. weapons. Finally, the State Department should be given a clear mandate to make vetting of gun exports a priority, and the resources to do so.

The Trump administration's dangerous gun-export policies can't be reversed soon enough.

*John Lindsay-Poland coordinates Stop U.S. Guns to Mexico, a project of Global Exchange. William D. Hartung is the director of the Arms and Security Program at the Center for International Policy.*

# EXHIBIT E

# John Lindsay-Poland and Dee Rowland: Stemming the guns of massacre in Mexico

(Trent Nelson | Tribune file photo) Childrens' caskets and photographs are on display after the funeral for Maria Rhonita Miller and four of her children in La Mora, Sonora, Mexico, on Thursday Nov. 7, 2019. Three mothers and at six children were killed Monday, Nov. 4, 2019 in northern Mexico after they were ambushed and shot to death by gunmen. The children killed were Howard Jacob Jr., 12; Krystal Bellaine, 10; Titus Alvin Miller, 8 months; and his twin sister, Tiana Gricel.

By John Lindsay-Poland and Dee Rowland | Special to The Tribune
| Nov. 16, 2019, 10:00 p.m.
| Updated: Nov. 14, 2019, 11:35 p.m.

The massacre of six children and three women in northern Mexico touched many Utahns. Occurring on the heels of other mass killings last month in Mexico, it shows how the American assault weapons market is feeding the crisis of violence in that country.

There are several hypotheses for the motives and authors of the Nov. 4, 2019 attack on the LeBaron family. But this and other prominent recent killings all have in common the use of



sold legally in Mexico — came from the United States as well.

Seventy percent of guns recovered at crime scenes in Mexico are traced to retail sales or production in the United States, according to federal data. And criminal organizations in Mexico frequently use military-style weapons like the AR-15 and high-capacity ammunition magazines in homicides and kidnappings. Mexican authorities have recovered more than 112,000 high-capacity magazines in Mexico since 2010.

The single most important action the United States could take to reduce violence in Mexico would be to end the commercial sale and easy availability of assault weapons and high capacity magazines, measures supported by close to a majority in the House of Representatives.

The killings in Sonora also demonstrate why so many families in Central America and Mexico choose to leave home, livelihood, community and property when faced with devastating armed violence. U.S. guns trafficked to Mexico create a boomerang of misery that pushes people to our borders.

President Trump responded to the massacre last week with an offer to send troops to wage war on the cartels in Mexico. Sen. Tom Cotton of Arkansas went further, saying that, "If the Mexican government cannot protect American citizens in Mexico, then the United States may have to take matters into our own hands."

But the deployment of military forces against criminal organizations in Mexico, known as the Merida Initiative, which began with U.S. assistance in 2007, has been disastrous. Gun homicides in Mexico have risen from 3,208 in 2005 to more than 25,000 last year, with no end in sight. One reason is that arresting and killing cartel leaders causes ruthless competition for control of the lucrative illegal businesses they control, leading to further violence. Another is that Mexican armed forces face intense pressures to collude with organized crime.

The Merida Initiative was accompanied by an exponential growth in U.S. weapons exports to Mexican police, which have remained high. Media reports now indicate that the Trump administration has decided to move forward with rules that could help U.S. weapons companies sell even more military-style firearms to Mexico.

Under the new rules, export licensing for semi-automatic firearms, their ammunition and other weapons would move from the State Department to the Commerce Department, with no congressional oversight, a move that the gun industry estimates will increase exports by 20%. The administration, in other words, seeks to address the lack of controls on weapons with – more weapons.

U.S. gun laws and military strategy increase both the destructive capacity of criminal organizations and the spiraling cycle of violence in Mexico. Former Deputy Assistant Secretary of State Joel Rubin described the U.S. weapon supply as "a river flowing south from the United States full of guns and weapons."

"The United States," he said, "we have to look at ourselves … at whether or not we too, are provoking the violence."

John Lindsay Poland

Dee Rowland

**John Lindsay-Poland** *coordinates* Stop US Arms to Mexico, *a research and advocacy project of the human rights organization* Global Exchange. **Dee Rowland** *has served as the past president of the* Gun Violence Prevention Center of Utah *and as the government liaison for the Catholic Diocese of Salt Lake City.*

By John Lindsay-Poland and Dee Rowland | Special to The Tribune

# EXHIBIT F

https://tucson.com/opinion/local/opinion-mexicos-gun-violence-a-moral-crisis-of-complicity-for-u-s-border-states/article_2292df4f-b0f9-54bd-924d-66b5d2470573.html

TOP STORY

# Opinion: Mexico's gun violence a "moral crisis of complicity" for U.S. border states

**By Gabriel Schivone**

**and John Lindsay-Poland Special to the Arizona Daily Star**

Dec 17, 2018



In this file photo, soldiers put final touches on a giant "No More Weapons" billboard made with crushed firearms placed near the U.S. border in Ciudad Juarez, Mexico Friday Feb. 17, 2012. (AP Photo/Raymundo Ruiz)

Raymundo Ruiz

By Gabriel Schivone

and John Lindsay-Poland Special to the Arizona Daily Star

**M**any southern neighbors are hopeful about the overwhelming victory in Mexico by new president Andrés Manuel López Obrador, who enjoys comparisons with independent Sen. Bernie Sanders and British Labour Party leader Jeremy Corbyn. But the logistical and political challenges that face López Obrador are enormous.

Since Mexico's transition to nominal democracy in the last two decades, crime and gun violence continue to afflict communities throughout the country, with more gun homicides in 2017 than any year on record and increased violations by state forces, many of whom are colluding with criminal groups. More than 120,000 people have been killed during the term of outgoing president Enrique Peña Nieto.

This is not just a concern for Mexicans. Mexican gun violence remains a moral crisis of complicity for those of us in border states that oversee the legal and illegal provision of weapons used for violence in Mexico. The market for semi-automatic assault rifles provided by gun shops in Tucson and other southwestern cities is perfect for criminal groups that use them to commit violence in Mexico.

## People are also reading…

1   **Two teens accused of fatally dragging 17-year-old with vehicle**

2   **Tucson man sentenced to prison for road rage incidents**

3   **Australian castaway recounts comfort he felt adrift at sea, thanks to meditation, swimming and dog**

4   **Michael Lev: Arizona Wildcats should follow Colorado and depart disintegrating Pac-12**

For example, a local gun shop sold at least nine guns, including assault rifles, that were trafficked to Mexico and recovered at crime scenes between 2007 and 2010 (the period for which detailed data is available). The sales are part of the **70 percent of guns** seized in Mexico that are traced to U.S. gun stores.

Also in Tucson, just a short westerly walk from Flowing Wells High School, Milkor USA produces grenade multi-launchers in partnership with Abrams Manufacturing that are used by the Mexican army's Special Forces Group (GFE). The GFE, which has received U.S. military training, is the successor to the Grupo Aeromóvil de Fuerzas Especiales (GAFEs), many of whom received U.S. military training and later founded Los Zetas, one of the most feared and brutal Mexican cartels.

In 2016, Mexico **purchased** more than 2,000 military rifles from Mesa-based Nammo Talley, for more than $8 million. Dillon Aero, in Scottsdale, has sold Mexican forces 44 mini-guns, at $67,600 apiece, that fire 125 rounds per second. One was fired from a helicopter to kill five people in a massacre in Tanhuato, Michoacán, in 2015, according to **an investigation** by Mexico's national human rights commission.

Raytheon Missile Systems produces bomb kits and missiles designed to carry cluster bombs at its Tucson location next to the airport and recently agreed to **export missiles** for $41 million to the Mexican Navy. Raytheon cluster bombs have been exported from Tucson to Saudi Arabia and earlier this year **killed 23 people** at a wedding in Yemen. Last year, Arizona companies exported an unprecedented $8.1 million worth of "military explosives" to Mexico.

In this climate, bold advocacy work is needed more than ever. On Nov. 16, for example, more than 300 people peacefully protested Milkor USA's exports from its Tucson plant of grenade launchers to Mexico. The protest occurred on the 10th anniversary of the forced disappearance, torture, and murder of two brothers from their home, carried out by the same special forces armed by Milkor's weapons.

The best way for us to support Mexicans in their quest for peace is to stop the causes of bloodshed. That includes stopping the massive flow of guns used in the violence.

Gabriel Schivone

# EXHIBIT G

**ANALYSIS | ENDLESS WAR**

# Much of the work to demilitarize police has to be done at the local level

Members of Congress have jumped to action in the wake of the mass protests against police brutality but most often it's the local police forces that have been militarizing themselves.

JULY 1, 2020

Written by

## John Lindsay-Poland

 Share

Copy

Print

As police use rubber bullets, tear gas, flash bang grenades, and other weaponry against those protesting police violence and systemic racism, there is a growing call to demilitarize policing in the United States and around the world. Members of Congress are finally hearing the calls of their constituents and introducing legislation to address the problem. But if we truly want to demilitarize the police, we need significant action at the state and local levels as well.

The movement to defund police seeks to reduce the scope of policing, and demilitarization is a critical component of shrinking that scope. While many have been rightly pointing to the federal government's role in police militarization, a substantial part of militarization happens at the local level.

The military gives surplus equipment to local police, but police and sheriff departments also use local budgets to purchase thousands of assault rifles, tear gas, launchers, flashbang grenades, tasers, armored vehicles, battering rams, soldier-looking uniforms, and other militarized gear.

The most well-known of the federal militarization initiatives is the Pentagon's 1033 program, which has gifted tank-like vehicles and military assault rifles to thousands of police departments across the country. Since its early stages, the 1033 program has also supplied Customs and Border Patrol on the southern border with military equipment. The program continues even though studies have demonstrated that departments getting more 1033 weaponry are more likely to act violently, with no decrease in violent crime.

In recent weeks, we have seen several federal proposals to address this problem. A bill introduced by Rep. Nydia Velazquez would end the 1033 program. The Stop Militarizing Law Enforcement Act, put forth by Sens. Brian Schatz and Rand Paul, would ban the transfer of weapons from the Pentagon to police and create similar prohibitions on militarized equipment through cash grants from the Departments of Justice and Homeland Security. They along with Sens. Murkowski and Harris announced this week they would introduce an amendment based on their bill to this year's National Defense Authorization Act.

Rep. Ro Khanna's bill would deny Justice Department grants to states and localities that don't adopt stricter use of force legislation or policies. The stricter standard for federal police could have its biggest impact on Border Patrol, who have killed more than 100 people in the last decade. Justice Department grants to police are ubiquitous and large, so the incentives for police to adopt policies to use force only when *necessary* (as opposed to *reasonable*) could have a big impact.

But the politics and budgets of policing are still mostly local. Pentagon surplus equipment represents only a small fraction of militarized gear used by police departments. Public records show no grants of tear gas, rubber bullets, flash bang grenades, or gas launchers through the 1033 program. Police departments in Minneapolis and Oakland — both of which deployed like armies in the George Floyd protests — have received little to nothing from the 1033 program.

The movements to defund and demilitarize the police must confront police departments' lack of transparency about how they spend enormous portions of city budgets. How much officer time is spent handling mental health calls that should be addressed by a clinician? Where in the budget do purchases of stun

grenades or AR-15s live? We don't know, and most local elected officials are used to deferring to police, not probing for information about their budgets.

In Oakland, a proposed city ordinance would require the police department to obtain approval from the City Council to acquire or use militarized equipment — after review by the independent citizen Police Commission. Restrictions on the operations, equipment, and budgets of local police need to consider how to control actions by outside agencies. For example, when multiple police forces deployed tear gas and projectiles in Oakland in recent weeks, the county sheriff reportedly told Oakland PD that if Oakland didn't allow the use of tear gas, he would withdraw his officers from the scene. On June 6, as protests continued in Oakland, California Highway Patrol officers shot Erik Salgado, who was apparently unarmed, more than 40 times with AR-15 assault rifles.

Police violence deployed against multiracial protests made militarization more visible to white America, spurring calls for change. But the police's military gear is much more commonly deployed against Black and Latino people, away from the media spotlight. SWAT teams and other armored deployments are disproportionately directed to neighborhoods of people of color, mostly to serve search warrants. The use of militarized gear that makes police look and act like an invading army is traumatic for communities that experience it — especially children. Yet these deployments are often not considered "uses of force."

A lot will be required to roll back the funding, power, and role of police in the United States. Even more action will be necessary to redirect those resources to the institutions and programs that create safe, healthy communities — including education, health care, and transformative forms of justice — and to repair the harms done to Black and Latino communities.

Written by

John Lindsay-Poland

☐

# EXHIBIT H

# HOW U.S. GUNS SOLD TO MEXICO END UP WITH SECURITY FORCES ACCUSED OF CRIME AND HUMAN RIGHTS ABUSES

The Trump administration is set to make it even easier for guns to flow to Mexico, as part of an overhaul of legal arms exports.

John Lindsay-Poland

April 26 2018, 1:29 p.m.



Mexican soldiers patrol during an operation against alleged members of organized crime in Culiacan, Mexico, on February 16, 2018. Photo: Rashide Frias/AFP/Getty Images

**IN A ROOM** full of weapons industry representatives in Washington, D.C., in February, one by one, people stood to introduce themselves. They had come together as part of the Defense Trade Advisory Group, which advises the State Department about how to make it easier to export U.S. weapons around the world. On the docket for the day was a proposal for something called "batch filing," which would allow weapon companies to submit multiple applications for export licenses at a time.

Many of companies present had a particularly large stake in Mexico: There were representatives from Lockheed Martin, which sends Black Hawk helicopters to Mexico, and from Textron, which owns Bell helicopters, also purchased by Mexico's military. There was someone from Nammo Talley, from which the Mexican military bought more than 2,000 weapons in 2016 for a little over $8.3 million.



Antonio Tizapa the father of Jorge Antonio Tizapa, poses for a photo at City University of New York, in Manhattan, Wednesday, March 18, 2015. The 47-year-old Mexican immigrant saw his son for the last time when the boy was 5-years-old. (AP Photo/Claudia Torrens)

Antonio Tizapa, father of Jorge Antonio Tizapa, poses for a photo at City University of New York on March 18, 2015. The 47-year-old Mexican immigrant last saw his son, who was among the students that disappeared in 2014 in Ayotzinapa, when the boy was 5 years old. Photo: Claudia Torrens

So when the time came for public comment on the proposal, Antonio Tizapa stood. Tizapa's son Jorge Antonio was one of 43 students from a teachers college in Ayotzinapa in the Mexican state of Guerrero, who were attacked and forcibly disappeared in 2014. The local police implicated in the students' disappearance were armed with U.S.-produced Colt assault rifles.

The chair, Bill Wade of the Pentagon contractor L3 Technologies, clearly did not want Tizapa to say anything. "We're really pressed for time, unless you have a question," Wade said. Tizapa had planned to speak in Spanish through an interpreter, but, faced with the chair's hostility, he spoke directly in English.

"My name is Antonio, I am the father of one of the 43 disappeared students in Mexico," he said. "Because the police used weapons, my son disappeared 40 months ago. He is my son. Please, don't send more weapons to Mexico. I am looking for my son. There are not just 43, it's more."

After Tizapa spoke, Wade moved on to the next comment without missing a beat or acknowledging his appeal in any way.

**Join Our Newsletter**
**Original reporting. Fearless journalism. Delivered to you.**
**I'm in →**

The Trump administration is set to make it easier for guns to flow to forces like those that disappeared Tizapa's son. As part of an "Arms Transfer Initiative" aimed at boosting all U.S. weapons sales, the administration will likely soon announce policies that would ease the rules by which the United States sends guns and munitions abroad. Under the new regime, oversight of export licenses is expected to move from the State Department to the Commerce Department, and many fear there will be less scrutiny with regards to human rights and national security concerns.

Mexico has already been a major beneficiary of easy U.S. arms exports. Since 2007, Mexico and the United States have undertaken a joint security strategy aimed at battling cartels and controlling narcotrafficking and other illicit activities. That strategy has coincided with an enormous increase in firearms sales from the U.S. to Mexico.

# "Because the police used weapons, my son disappeared 40 months ago. He is my son. Please, don't send more weapons to Mexico."

Recent Mexican and U.S. government data analyzed by The Intercept shows that legal U.S. gun and explosives exports to Mexico are higher than ever, and that the guns are flowing to all levels of the Mexican security and police apparatus. Legal U.S. firearm and ammunition exports to Mexico between 2015 and 2017 amounted to almost $123 million, according to U.S. Census Bureau trade records — more than a dozen times what they were between 2002 and 2004. Last year, four times such exports went to Mexico than to any other Latin American nation. But if the aim of firearms sales to Mexico is to abate criminal violence, it has failed dramatically. Homicide victims in 2017 in Mexico surpassed 29,000, the highest on record.

The exponential growth in sales to Mexico has not been accompanied by controls to track where the guns go or to ensure that they do not land in the hands of police or military units that are credibly alleged to have committed gross human rights abuses or colluded with criminal groups – the very groups that security forces are being armed to combat. Legally exported U.S. firearms have been used in massacres, disappearances, and by security forces that collude with criminal groups in Mexico on a broad scale.



Three members of the Mexican army keep watch in the residential Anahuac neighborhood in Monterrey, Nuevo León state, Mexico on Feb. 5, 2012, after clashes between a group of gunmen and Mexican army. Photo: Julio Cesar Aguilar/AFP/Getty Images

# How Guns Flow from the Military to Local and State Police

The Mexican military is the only legal importer of firearms into Mexico. In turn, the Mexican army is the only legal distributor of guns within the country; personal possession of firearms is highly restricted, with a single military-run retail store for gun sales in Mexico City. Aside

from the weapons that the military acquires for its own forces, most legally imported guns in Mexico are sold to state and local police forces. More than half of the 305,086 guns sold by the Mexican Secretariat of National Defense – which includes the army and air force and is known by its Spanish acronym SEDENA − from 2010 through 2016 were sold to police, according to documents released by SEDENA in response to a public records request.

Since criminal organizations arm themselves with U.S. assault weapons illegally trafficked from the U.S. retail market, legal exports to police and the military are part of a deadly arms race with these organizations. More than 20,000 firearms obtained by Mexican state and federal police went missing or were stolen from 2006 to 2017, according to SEDENA data. More than 7,000 of the weapons went missing from police in Mexico City and Mexico state. In the state of Guerrero, the number of guns gone missing or stolen between 2010 and 2016 amounts to nearly one-fifth of the firearms police acquired in the state during the same period.

There is also evidence that firearms legally imported from the United States have been used in some of the worst human rights violations in Mexico in recent years. The local police who attacked the 43 Ayotzinapa students were armed with AR6530 rifles, a model variant of the AR-15, legally supplied through licensed shipments from Colt, according to documents in the judicial record.

An investigation by Mexico's National Human Rights Commission found that Federal Police, who carried out the massacre of 22 persons in Tanhuato, Michoacán, in 2015, killed five of them with Dillon Aero guns mounted on Black Hawk helicopters. The Dillon guns fire some 125 rounds per second, and Mexico obtained 16 of them for the army in 2013, for just over $1 million, and then another 12 in 2015, according to Mexico's most recent Arms Trade Treaty report.


In this July 15, 2016 photo, a customer validates his purchase with a soldier before exiting the country's lone gun store in Mexico City. The Geneva-based Small Arms Survey says Mexicans owned 15.5 million firearms in 2007, of which 4.5 million were properly registered with the army. (AP Photo/Nick Wagner)

A customer validates his purchase with a soldier before exiting the country's lone gun store in Mexico City on July 15, 2016. Photo: Nick Wagner/AP

These are unusual cases, in that we know which weapons were involved. Most homicides in Mexico − including those carried out by state forces − are never investigated, so there is no judicial record identifying the firearms that were used. But the volume of U.S. firearms going to Mexico, combined with the well-established record of police and military forces colluding with organized crime and committing gross human rights violations, means that U.S. guns are certainly at the scene of many more crimes.

The example of U.S. gun producer Sig Sauer is instructive as to how guns move from the military to police. In April 2015, the U.S. State Department issued a $266 million license to Sig Sauer: $265 million for gun sales, and $1 million for other equipment and technical support

to the Mexican navy, defense ministry, interior ministry, and federal and state police forces. That year, Mexico imported 3,060 rifles, 3,819 pistols, and 505 machines guns produced by Sig Sauer's New Hampshire production facilities. The license also permits the Mexican navy to assemble Sig Sauer MPX submachine guns, capable of firing 850 rounds a minute, from "kits" made of parts produced by the company. All told, as of January, $29.3 million in guns and gun parts had been exported from Sig Sauer and other New Hampshire manufacturers to Mexico since April 2015, according to Census Bureau trade records — meaning that Sig Sauer has at least $235 million left in sales to make before its license expires in 2024.

**Since 2014, the Mexican military has sold 1,400 U.S.-produced Sig Sauer firearms to police in 18 Mexican states, including states where there is an extensive record of collusion with organized crime.**

On its end, since 2014, the Mexican military has sold 1,400 U.S.-produced Sig Sauer firearms to police in 18 Mexican states, including states where there is an extensive record of collusion with organized crime, such as Tamaulipas, Michoacán, and Chihuahua, SEDENA records show. State authorities also distribute these weapons to local police; in the state of Mexico, for example, Sig Sauer weapons were sold to police in five municipalities, while Colt weapons went to three other municipalities, as well as state police, according to a state police document.

According to data recently released by the Mexican military, other U.S. gun producers that have exported thousands of firearms each to Mexico for use by the police or private individuals include: Colt, Bushmaster, Mossberg, Smith & Wesson, DS Arms, Remington, and Browning. The Mexican military has also purchased military weapons from U.S. producers Nammo Talley, Barrett Firearms, and Knight Armament Company since 2014. In Veracruz, the police responsible for at least 15 death squad murders purchased, since 2013, at least 674 firearms exported by three U.S. arms companies: Colt, Bushmaster, and Combined Systems, according to the Veracruz public security secretariat. Local police in Veracruz also obtained weapons from Sig Sauer and Connecticut-based Mossberg.

Beyond guns, U.S. Census Bureau trade data show that just over $8.3 million in military explosives were delivered to Mexico from Arizona in September and October 2017, more than in any year in the last decade for all states combined. (In all of 2016, military explosives exported from the entire United States to Mexico amounted to less than $800,000.) The Census records do not indicate which company exported the explosives. In addition, Milkor USA, based in Tucson, sold M32A1 grenade launchers used by the Mexican military special forces. In 2017, more than $5 million worth of grenade launchers were exported to Mexico from Texas alone.

The permissive U.S. attitude toward gun exports has prompted several gun producers based in the European Union to beef up production in the United States, thus evading EU restrictions on arms sales to countries with widespread violence or human rights violations. Sig Sauer, for instance, whose parent company is in Germany, more than quadrupled global exports from the United States between 2009 and 2016, according to data from the Bureau of Alcohol, Tobacco and Firearms. (Germany stopped approving licenses for gun exports to Mexico after 2010.) Beretta (Italy) and Glock (Austria) produce guns in Tennessee and Georgia, respectively, and are the two brands that Mexico has imported in the largest numbers since 2007, per SEDENA records. The State Department in February 2016 issued a license to Glock to export more than 11,000 9mm and .45 caliber pistols from its Smyrna, Georgia, facility for re-sale to Mexican police.



Hundreds of firearms are displayed before being destroyed at the Morelos military headquarters in Tijuana, Mexico, on Aug. 12, 2016. According to the army, thousands of weapons were obtained in several seizures and handed in by citizens during Mexico's firearm exchange program. Photo: Guillermo Arias/AFP/Getty

# More Guns, Less Tracking

The State Department is supposed to track end users of U.S. arms exports, to ensure that they don't go missing or end up in the hands of criminal elements – exactly as is feared is the case in Mexico. But the methods for tracking gun shipments have systemic problems, State Department officials admit behind the scenes. And with the Trump administration's proposed changes, the process could be undermined even further.

Officials in the State Department's Directorate of Defense Trade Controls, speaking on background during a meeting last summer, told me that U.S. and Mexican systems for identifying firearm shipments from the United States to Mexico are incompatible and incapable of talking with each other, making it impossible to track firearm shipments without physical inspections, which happen only occasionally.

In addition, when the State Department Bureau of Human Rights, Democracy and Labor, or

DONATE →          f          y

City, according to a DRL official in December, who also spoke on background. That's entirely inconsistent with SEDENA's data, which shows that most of more than 305,000 firearms it distributed between 2010 and 2016 went to police and private users outside Mexico City. (Although the U.S. government compiles and releases some records on gun exports, Mexican public records requests have resulted in this more granular look at the end users in Mexico of

U.S. guns. But Mexico recently passed an "Internal Security Law," which classifies more military information and may make it harder for the public to access those records.)

When the applications did identify units that would receive the firearms, according to a State Department official who spoke on background in May 2017, DRL did not crosscheck those units with a human rights database known as INVEST, which is designed for screening military and police units nominated for U.S. assistance. A State Department spokesperson said that commercial arms sales are subject to a different process from assistance, "which still takes into account reports of human rights violations, including by foreign security units," but neglecting the INVEST database may help explain how many end users with tarred records received U.S. gun exports.

**The administration is poised to make the gun export licensing system favor the arms industry even more, with a planned transfer of export licensing from the State Department to the Commerce Department.**

For its part, the Trump administration is poised to make the gun export licensing system favor the arms industry even more, with a planned transfer of export licensing from the State Department to the Commerce Department.

The arms industry has long pushed for this change – and won significant changes from the Obama administration easing export restrictions on many types of military equipment. Despite soaring arms sales under Obama, human rights controls remained nominally a priority, but many are concerned that the Trump administration's overhaul will jettison them. In announcing the Arms Trade Initiative last week, the White House included human rights among the things to be taken into consideration, but it remains to be seen how vetting will actually be applied. A move to Commerce would remove congressional oversight of the licenses, which has in the past led to the cancellation of gun export deals to the Philippines – where armed forces have allegedly carried out thousands of extrajudicial killings – and to Turkey's presidential guard, after guard members beat up demonstrators in Washington, D.C.

Worried by Trump's proposal, three U.S. senators wrote last September that firearms exports "should be subject to more – not less – rigorous controls and oversight."

Given the record under today's controls, it seems certain that loosening them further will mean that Antonio Tizapa and the tens of thousands of other Mexicans who have lost family members to gun violence will be joined by new victims of U.S.-sourced weaponry.

Top photo: Mexican soldiers patrol during an operation against alleged members of organized crime in Culiacán, Mexico, on Feb. 16, 2018.

**WAIT! BEFORE YOU GO** on about your day, ask yourself: How likely is it that the story you just read would have been produced by a different news outlet if The Intercept hadn't done it?

Consider what the world of media would look like without The Intercept. Who would hold party elites accountable to the values they proclaim to have? How many covert wars, miscarriages of justice, and dystopian technologies would remain hidden if our reporters weren't on the beat?

The kind of reporting we do is essential to democracy, but it is not easy, cheap, or profitable. The Intercept is an independent nonprofit news outlet. We don't have ads, so we depend on our members to help us hold the powerful to account. Joining is simple and doesn't need to cost a lot: You can become a sustaining member for as little as $3 or $5 a month. That's all it takes to support the journalism you rely on.

**We're independent of corporate interests. Will you help us?**



CONTACT THE AUTHOR:



**RELATED**



**Mexicans Fear Abuses as New Law Empowers Military — but U.S. Security Aid Keeps Coming**



**Mass Shooters Love AR-15 Assault Rifles. Now Trump Wants to Sell These Weapons to the World.**

# EXHIBIT I

Log In

**THE BLOG**
**US-POLICY-IN-LATIN-AMERICA**
**COLOMBIA**
**MILITARY AID**

# On Washington's Watch

High-ranking Colombian Army commanders bear responsibility for hundreds of civilian killings committed by troops under their command, according to a scathing report released by Human Rights Watch last week, "On Their Watch."

**By John Lindsay-Poland, Contributor**

Researcher and Analyst of US Military Policy, Policing and Human Rights

Jul 1, 2015, 12:34 PM EDT

*This post was published on the now-closed HuffPost Contributor platform. Contributors control their own work and posted freely to our site. If you need to flag this entry as abusive, send us an email.*





High-ranking Colombian Army commanders bear responsibility for hundreds of civilian killings committed by troops under their command, according to a scathing report released by Human Rights Watch (HRW) last week, *On Their Watch*. Colombian prosecutors are investigating nearly 4,500 such killings.

During the period examined by HRW -- 2002 to 2008 -- more Colombian troops received U.S. training than from any other country, more even than Iraq or Afghanistan. Today, Washington not only claims this aid as "success," it is funding Colombian military and police training for thousands of troops in other nations with abusive and corrupt security forces, especially Honduras.

A primary cause of the killings, according to *On Their Watch* as well as earlier reports by human rights groups and the United Nations Special Rapporteur on Extrajudicial Executions, was relentless pressure from the top for combat killings, with little or no scrutiny of how they were achieved. (Full disclosure: I was a researcher and author of some of the earlier reports.) Some commanders allegedly even ordered, facilitated, or covered up the executions of civilians. Colombian prosecutors have identified 180 battalions and other tactical units reportedly responsible for civilian killings, HRW found.

Of 23 Colombian commanders named by HRW, 20 of them received U.S. military training, mostly at the School of the Americas (SOA, renamed the Western Hemisphere Institute for Security Cooperation, or WHINSEC), according to military school records. This is not surprising, since nearly all Colombian officers must receive at least a two-week course from the United

States on the path to promotion. But many of them also took extended courses in the United States at the National Defense University, U.S. Army War College, Fort Leavenworth, as well as at Fort Benning, Georgia.

What's more, at least four commanders who commanded units with the most egregious patterns of civilian killings were invited instructors in U.S. military schools attended by Latin American soldiers. If we want to understand how abusive practices can be replicated and multiplied through international training and exchange programs, we should review the records of those who serve as teachers in those programs.

One of those, Colonel Santiago Herrera, was invited to teach at WHINSEC for a year in 2005, after he worked with Green Beret trainers in Colombia in 2003. Upon his return to Colombia, Herrera commanded the Army's 15th Mobile Brigade, whose soldiers are under investigation for 38 killings between 2006 and 2008. Herrera is currently on trial. BBC interviewed a sergeant who blew the whistle about murders of civilians committed while he was an intelligence officer in Herrera's brigade. Since testifying to prosecutors, the sergeant has received threats and recently was granted protective measures by the Inter-American Human Rights Commission.

The worst period of "false positive" killings occurred under Colombian Army commander General Mario Montoya from 2006 to 2008. Montoya was also an instructor at Fort Benning, even receiving a U.S. Army commendation for his work there. One retired officer told me how Montoya pressured him to produce more combat kills and to reward soldiers who produced them with money and time off. When I asked if I could quote him by name, he said, "No! I don't have a bodyguard!"

Montoya's successor as Army commander, General Oscar González Peña, also taught at SOA. Prosecutors are investigating at least 113 alleged extrajudicial killings by Fourth Brigade troops during the time that González Peña commanded it, according to HRW.

General Jaime Lasprilla Villamizar, current commander of the Colombian Army, taught at WHINSEC in 2002-03, then received a masters degree in National Security Strategy at the National Defense University in Washington in 2005-06, weeks before assuming command of a brigade in southern Colombia. Troops under his command are under investigation for 48 killings, and dozens more have been documented by human rights organizations. Yet Lasprilla asserts that every single one of these investigations is of a legal combat death.

The HRW report presents persuasive evidence that commanders knew or should have known of the civilian killings committed in the field. That is the standard of criminal responsibility for commanders under international law, if they did not act effectively to stop them. "It seems improbable that low-ranking soldiers could have repeatedly deceived so many commanders, in so many cases, over such a prolonged period of time," Human Rights Watch concluded. It also seems improbable that U.S. military advisors, who had staff offices in the Colombian Army's high command, could have remained in the dark about so many killings of civilians over the course of years, unless their ignorance was willful or they believed the ends justified the means.

Such erasure of massive crimes continues in the assertions that the Colombian military is "heroic" and its expertise should be exported to police and military forces in Central American and Caribbean countries. Last year, Colombian instructors trained more than 3,000 Honduran police on the U.S. dime, according to a State Department response to questions posed by Congressman Hank Johnson.

If Congress approves a billion-dollar aid package currently proposed for Honduras, Guatemala and El Salvador, including a more than doubling of counter-drug police and military funding, we can expect even more Colombian

training of Central American police, with little transparency, even as tens of thousands of protesters call for the resignation of presidents in Honduras and Guatemala who command these police.

It is past time for Congress and the Administration to stop using Colombian soldiers to train Central American forces, which helps to prop up corrupt and abusive regimes there. Instead, we ought to address the abuse of illicit drugs in our own communities through treatment on demand.

## RELATED

| US-POLICY-IN-LATIN-AMERICA |
| --- |
| COLOMBIA |
| MILITARY AID |
| CENTRAL AMERICA |

⌐ GO TO HOMEPAGE

**John Lindsay-Poland, Contributor**
Researcher and Analyst of US Military Policy, Policing and Human Rights

# EXHIBIT J





# Speaking of Medicine and Health

About This Blog    Contact    Author Guidelines

Browse all PLOS Blogs

# Stopping Gun Violence in the Americas: A Preventable Pandemic

September 26, 2022    /    PLOS Global Public Health    /    Global Health
Uncategorized



*By guest contributors Rashi Jhunjhunwala, MD MA; Arturo Cervantes Trejo MD MPH DrPH; Pablo Tarcisio Uribe-Leitz MD MPH; John Lindsay-Poland, Keith Martin MD PC; Stephen Hargarten MD*

## What's the Problem?

When investigating the epidemiology and impact of infectious disease outbreaks, researchers examine all characteristics of biologic injury, evaluate and address elements of disease, and seek efficient prevention strategies and responses. The success of these interventions is rooted in utilizing evidence-based public health strategies, political support, multisectoral participation, adequate funding, and community engagement. Despite overwhelming evidence of the impact of firearm-related violence and injury, why doesn't this tragic humanitarian problem lead to a similarly coordinated response?

## By the Numbers

Each year, firearm-related violence is responsible for tens of thousands of deaths, debilitating injuries, and economic and social losses worldwide. Between 2010 and 2020, firearms caused almost two million fatalities. In 2016, according to the Global Burden of Disease Report, close to 60,000 people younger than age 24 died from firearm-related wounds delivered

through either intentional or unintentional acts.  This violence disproportionately affects Latin America. The same 2016 report showed that about 35% of worldwide firearm-related deaths occurred in only five countries: Brazil, Colombia, Guatemala, Mexico, and Venezuela. Despite these estimates, agencies cannot determine the exact number of deaths from bullets, and much less is known about the non-fatal number of disabling firearm wounds. Moreover, humanitarian crises in Mexico, Central America, Colombia, and Brazil are exacerbated by violence due to the wide availability of firearms.  In 2018, of Guatemala's 3,227 homicides, 80% were committed with firearms. In 2019, 71% of Mexico's 34,582 homicides were committed with firearms, as were 73.1% of homicides in El Salvador and 73% in Honduras. In response to this violence, families, particularly from Central America, are fleeing for safety in increased numbers, either heading for the US border or being internally displaced. The scope of this complex problem has multiple downstream implications for safety, security, and immigration.

**Gun Violence and the Epidemiological Triad**

The gun violence prevention community can learn from infectious disease initiatives. The same principles of public health sciences can be applied to the prevention of injuries from bullets and guns. The designation of public attention and resources for infectious diseases has been facilitated by the epidemiological model of infectious disease causation as well as a public health model of disease management. Both the epidemiological triad of host, agent, and vector/environment and the public health approach of defining the problem, identifying risk and protective factors, developing prevention strategies, and ensuring adoption can be used to frame and address the pandemic of firearm violence.By utilizing the disease model and public health sciences, we can test, implement, monitor, and evaluate programs and policies that address the following: 1) high risk behaviors (host), 2) agent of disease (bullets) 3) vector of disease (firearms), 4) and high-risk environments that facilitate violence (physical, social, and policy environments).

Dr. Rodrigo Guerrero took this approach 30 years ago in Cali, Colombia to address the high volumes of homicide and firearm-related injury at the start of his 1992 Mayoral term. Dr. Guerrero mapped out where and when homicides were likely to occur, creating a visual representation of the problem, its perpetrators, and risk factors for higher incidence of violent behavior. He found that many deaths occurred over the weekend, and victims were likely

to be intoxicated. This prompted restrictions on alcohol sales as well as limitations on when firearms could be legally carried. While these policy changes faced challenges from certain sectors, evaluation of their effects revealed a dramatic drop in hospital admissions for violent injury.

**From Evidence to Policy**

Investment in and broad uptake of evidence-based programs such as this are effective in reducing gun violence. Research is critical to provide policymakers with data to form a path forward which addresses gun violence in a manner that can garner broad support. This can only be undertaken with increased financial investment. In the United States, after more than 20 years of funding neglect, Congress allocated $25 million US dollars to two US federal agencies (CDC and NIH) to study gun violence in 2019, and recommended $50 million in FY2022. These steps allow for further delineation and understanding the full burden of disease.

Next, we must create, implement, and evaluate policies and programs that can prevent and intervene in host and environmental factors that contribute to violence. In 2012 when Dr. Guerrero again became Cali's mayor, the preponderance of violent deaths had shifted from interpersonal disputes to organized crime. Increased social inequality also contributed to environmental facilitators of violence. This example shows the complexity of the factors that lead to violence. One neglected driver of the massive amount of gun violence in Latin America is firearms trafficking and exports from the US. The recent lawsuit by Mexico against US gun manufacturers, which accuses the companies of marketing weapons directly to drug cartels, indicates that some nations are prepared to start holding gun companies accountable for the damage their products cause.

But there remain large gaps of knowledge about firearms across the Americas that require investigation. We need to better understand which factors increase demand for weapons (e.g. organized crime linked to trafficking of drugs, people, wildlife and other illicit markets, as well as social conditions that promote violent behaviors), which contexts reduce their flow (e.g. strong governmental oversight) and reduce demand (e.g. addressing the social determinants of health such as increasing opportunities for youth in their local contexts). With regards to guns themselves, greater attention to legal sales and illicit trafficking of this vector and its flow through borders and

communities can provide contextual evidence of where this violence is most often taking place.

## What's Next?

Leaders of civil society across sectors must collaborate in efforts to stem the uncontrolled transfer of guns to Latin America, invest in gun violence research, and develop and strengthen the implementation of programs and policies that address firearm violence. These efforts would benefit from deploying evidence-based public health principles that have been proven to stop the spread of infectious diseases to address the pandemic of firearm violence.  We must be collectively fearless in speaking out and demand that this neglected global health pandemic threat be comprehensively addressed, as we have for COVID-19, malaria, dengue, and zika. Our future depends on it.

## About the Authors:



**Rashi Jhunjhunwala MD MA** is a general surgery resident at Beth Israel Deaconess Medical Center and Chief Fellow at the Program in Global Surgery and Social Change at Harvard Medical School.  Her clinical interests are in trauma surgery and critical care, and her research interests are in the ethics of global surgery and surgical care delivery, disparities in surgical access, and health equity and anti-racism training and education. Twitter: @rashijjw

**Arturo Cervantes Trejo MD MPH DrPH** is a professor and chair of public health at the Faculty of Health Sciences, Anahuac University Mexico, and active member of the Violence Prevention Alliance of the World Health Organization. He is also a member of Stop US Arms to Mexico, a project of Global Exchange. Twitter: @ahaukine





**Tarsicio Uribe-Leitz MD MPH** is a faculty member at the Program in Global Surgery and Social Change at Harvard Medical School, Instructor in Surgery at Harvard Medical School, Investigator at the Center for Surgery and Public Health at Brigham and Women's Hospital, and a PhD candidate in Epidemiology at the Technical University Munich. Twitter: @TatoUribeLeitz



**John Lindsay-Poland** is a writer, activist, researcher and analyst focused on human rights and demilitarization, especially in the Americas. He has written about, researched and organized action for human rights and demilitarization of US policy in Latin America for 30 years. He coordinates Stop US Arms to Mexico, a project of Global Exchange. Twitter: @johnlp3; @stopusarmstomx

**Keith Martin MD PC** is a physician who, since September 2012, has served as the founding Executive Director of the Consortium of Universities for Global Health (CUGH) Twitter: @keithmartinmd

**Stephen Hargarten MD, MPH**, is a Professor of Emergency Medicine at the Medical College of Wisconsin, (MCW). He currently serves as the Senior Injury and Policy Advisor for the Comprehensive Injury Center at MCW.  He is the founding Dean of



Global Health at MCW and the former chair of the Emergency Medicine Department. Twitter: @HargartenSteve; @GVPAmericas

---

## LEAVE A REPLY

Your email address will not be published.  Required fields are marked *

COMMENT*

NAME*                                    EMAIL*

WEBSITE                                  ORCID

*Add your ORCID here. (e.g. 0000-0002-7299-680X)*

Save my name and email for the next time I comment.

# EXHIBIT K



# INVISIBLE WEAPONS, INDELIBLE PAIN:

## The Urgent Necessity for Transparency in the U.S. and Mexican Gun Trade



# Contents

## Page.

**3.** Introduction

**3.** Context

*Mexico*

*United States*

**7.** Impunity, weapons and transparency:

*How transparency impacts gun violence and human rights in Mexico*

*Who bears responsibility for a death in Mexico or the United States by firearm produced in the U.S. or Europe?*

**11.** Transparency: Toward a policy of accountability

*What is the basis for government actions if their impacts, effectiveness, and performance are not measured?*

*Governments do not have all the responses, information and understanding that are needed*

**15.** International Standards: The Arms Trade Treaty

**16.** Data Discrepancies: A Puzzle Without End

Discrepancies in Data on Firearm Acquisitions Reported by the Mexican Army (SEDENA)

*Firearms Acquisitions for Distribution to State and Local Police*

*Firearms acquired for military use (Army and Navy)*

*Incomplete and contradictory statistics: the case of Colt*

*Recovered firearms*

*Firearms reported as stolen or lost*

**27.** U.S. Firearm Exports Data Discrepancies: *Case of ATF and International Trade Commission*

**28.** Excessive Classification of Information by the United States

**30.** The non-existence and classification of information in Mexico

**33.** Impacts and risks from lack of transparency

    The risks of weakening or eliminating Mexico's transparency agency

    Relevant Rulings by National Institute of Access to Information

**37.** Open Government Partnership

**39.** Recommendations
    For the United States
    For Mexico

# Introduction

This report seeks to show the difficulties of accessing information in Mexico and the United States on an issue that is of vital public importance: the gun trade. There is wide consensus that both countries face humanitarian crises, as a result of gun violence and the proliferation and lack of civilian controls on weapons.

We conducted research over several years, through hundreds of public records requests, reviewing thousands of pages of information related to firearms that we have obtained from military, police and other government agencies. In addition, we studied official firearms trade information published by both nations' governments, which we analyze here.

Based on this research, we have formulated a set of recommendations regarding the transparency that is needed to achieve public accountability in both countries for the movement and control of firearms, with the aim of making policy based on well-founded and accurate evidence.

**This report seeks to show the difficulties of accessing information in Mexico and the United States on an issue that is of vital public importance: the gun trade**

# Context

## *México*

Mexico never experienced such high levels of violence before the military was deployed for law enforcement efforts in December 2006. Since then, law enforcement has been plagued with serious human rights violations. From 2006 to May 2021, Mexico has experienced 309,793 homicides, of which at least 59.2% were committed with a firearm.[1] According to Mexico's Public Security Secretariat, 2019 was the most violent year, with 20,716 gun homicides during the year.[2]

---

[1] Executive Secretariat of the National System for Public Security (SESNSP). *Datos Abiertos de Incidencia delictiva. 1997 a mayo 2021.* (SESNSP. 20 de julio de 2021). Available at: https://www.gob.mx/sesnsp/acciones-y-programas/datos-abiertos-de-incidencia-delictiva.

[2] Executive Secretariat of the National System for Public Security (SESNSP). *Datos Abiertos de Incidencia delictiva. State Crime Incidence Data, 2015- May 2021,*(SESNSP. 20 de julio de 2021). Available at: https://www.gob.mx/sesnsp/acciones-y-programas/datos-abiertos-de-incidencia-delictiva.



Graph: By the authors based on SESNSP public statistics, data as of July 20, 2021.
Data available at: https://www.gob.mx/sesnsp/acciones-y-programas/datos-abiertos-de-incidencia-delictiva

After the deployment of the armed forces, there was a series of allegedly armed confrontations that led to detentions, injuries and deaths among soldiers, presumed criminals, and uninvolved civilians. Information disclosed by the Army (SEDENA), the Navy (SEMAR) and the National Guard indicates that since 2006 the percentage of alleged criminals is much larger than that of soldiers killed during the confrontations.

**Mexico never experienced such high levels of violence before the military was deployed for law enforcement efforts in December 2006**

From 2007 through 2020, official data report 4,995 confrontations between Army soldiers and people who allegedly belonged to organized crime - more than 350 armed confrontations annually. The Navy stated that from 2008 to 2020 it participated in 389 confrontations between Navy personnel and members of organized crime, an average of 29 per year.[3] The National Guard, for its part, participated in at least 120 confrontations in 2019 and 2020.[4]

In all of these incidents, SEDENA had the highest "lethality index." Out of 5,374 reported deaths from 2007 through 2020, 5,042 were civilians, alleged to be criminals, making up 94% of all those killed. SEMAR stated that out of 575 deaths in confrontations from 2008 to 2020, 510 were

---

[3] SEMAR, response to information request, Folio 0001300032321, February 17, 2021.

[4] Guardia Nacional, response to information request, Folio 2800100021321, February 17, 2021.

civilians presumed to be criminals, making 89% of all those killed. The National Guard reported 44 people killed in confrontations, of whom 27 were civilians alleged to be criminals, one uninvolved civilian and 16 National Guard members.[5]

The evidence also indicates that the military strategy increased violence and the commission of serious human rights abuses, including extrajudicial executions committed by soldiers and armed organizations.[6] The majority of the killings were carried out during confrontations initiated by the armed forces.[7]

Moreover, in many cases of military operations, investigations of abuses were opaque, crime scenes were tampered with, guilt was fabricated, and civilians who were extrajudicially killed were criminalized.

For example, on March 3, 2010, a married couple who drove their vehicle out of the business where they worked in Anáhuac, Nuevo León were trapped in crossfire between soldiers and armed individuals. The couple got out of the vehicle and ran. The husband was injured and his wife managed to hide. After the firefight she looked for help, but the soldiers fired at both of them, afterward approaching and killing them. The Army's official version, later discredited by the government's National Commission for Human Rights (CNDH), claimed that soldiers were patrolled when they were attacked with gunfire, which they repelled. When the gunfire was over, they said, they found four people dead, from whom they said they removed several firearms. The victims were presented in public statements as members of organized crime, even giving criminal nicknames or aliases. The CNDH found that soldiers changed the positions of the victims' bodies, planted weapons on them, and that soldiers neglected to give medical attention to injured persons.[8]

The Mexican Commission identified 89 more cases like this one in which they documented the execution of at least 365 people in CNDH reports issued between December 2006 and June 2019, in which officials gave different information from what actually occurred.[9]

**In many cases of military operations, investigations of abuses were opaque, crime scenes were tampered with, guilt was fabricated, and civilians who were extrajudicially killed were criminalized**

**It is undeniable that the firearms acquired by Mexico and used by its security forces are taking innocent human lives**

---

[5] Guardia Nacional, response to information request, Folio 28000100021321, February 17, 2021.

[6] Chávez Vargas, L. y Amaya Lule, J. (coords.). *Entre la brutalidad y la impunidad. Los crímenes atroces cometidos al amparo de la estrategia de seguridad militarizada (2006-2018).* (Mexican Commission for the Defense and Promotion of Human Rights. CdMx. 2020). Available at: http://cmdpdh.org/project/entre-la-brutalidad-y-la-impunidad-los-crimenes-atroces-cometidos-al-amparo-de-la-estrategia-de-seguridad-militarizada-2006-2018/

[7] Mexican Commission for the Defense and Promotion of Human Rights. *Intervención oral en el 47 período de sesiones del Consejo de Derechos Humanos  de Naciones Unidas. Dirigida al Relator especial sobre Ejecuciones Extrajudiciales y Sumarias.* (June 30, 2021).

[8] Chávez Vargas, L. y Amaya Lule, J. (coords.). OP.CIT. Pag. 41.

[9] Chávez Vargas, L. y Amaya Lule, J. (coords.). OP.CIT. Pag. 46.

It is undeniable that the firearms acquired by Mexico and used by its security forces are taking innocent human lives in a context in which it appears that the only existing regulatory framework serves gun violence.



Photo: Tamaulipas Goverment.  Special Forces Group (GOPES for its acronym in Spanish)

## United States

The United States is the source of most firearms used in gun violence in Mexico. In 2020, the United States accounted for 80% of small arms legally exported to Mexico.[10] U.S.-sourced firearms also consistently make up at least 70% of recovered illicit guns.[11]

The United States is also experiencing a crisis of gun violence committed by both police and non-state actors. In 2020, with the onset of the COVID-19 pandemic, people in the United States bought an unprecedented 22 million firearms, an increase of 40% from 2019.[12] In the wake of this enormous growth of gun acquisition, which continues in 2021, the United States has seen an eruption of more gun violence, which already exceeded gun violence in Europe and other wealthy countries, by far. Many have responded to this violence with calls for more armed police in cities throughout the country, despite persistently large numbers of gun homicides by police.[13]

> **I**n 2020, people in the United States bought an unprecedented **22 million** firearms, an increase of **40%** from 2019

---

[10] The United States exported 65,953 out of 82,515 small arms exported from all countries to Mexico, according to Mexico's declaration under the Arms Trade Treaty for 2020. Nearly 89% of Mexico's small arms imports in 2020 (96% of U.S. small arms imports) were for military or police use. See: Informe anual 2020 sobre las exportaciones y las importaciones de armas convencionales, según el artículo 13(3) del Tratado sobre el comercio de armas. (Arms Trade Tready. May 19, 2021). Available at: https://thearmstradetreaty.org/download/bbf4a47a-df68-3a6b-ac74-0677d711da34.

[11] U.S. Department of Justice. Bureau of Alcohol, Tobacco, Firearms and Explosives. *Mexico: Data: Source: Firearms Tracing System January 1, 2014 – December 31, 2019.* (U.S. Deparment of Justice. As of March 10, 2020). Available at: https://www.atf.gov/firearms/docs/undefined/tracedatamexicocy1419finalpdf/download

[12] Nass, D. *How Many Guns Did Americans Buy Last Month? We're Tracking the Sales Boom.* (The Trace. August 3, 2020). Available at: https://www.thetrace.org/2020/08/gun-sales-estimates/.

[13] The Biden administration responded to the growth in gun violence with a package of measures in June 2021 that increase federal resources for police, facilitating the use of American Rescue Plan funds for more police. See:  The White House. *Fact Sheet: Biden-Harris Administration Announces Comprehensive Strategy to Prevent*

In fact, if the same proportion of U.S.-sourced firearms are used in gun homicides in Mexico, then U.S. guns are used in more murders in Mexico than in all of the United States. For this reason alone, any accounting of the impact of the U.S. gun market and its lack of regulations and transparency *must* consider how these weapons are used in violence in Mexico, including homicides, firearm injuries, forced displacement and flight of refugees, rights violations by police and soldiers, forced disappearances, sexual violence, extortion, and human trafficking. This violence has produced a vast humanitarian crisis of enormous human suffering.

How can we mitigate the effects of violence in both countries if that violence is occurs with impunity, or if information and processes are opaque? And how can we attribute responsibility to repair the damage of violence? These are necessary questions.

Free access to information is a key component of accountability, and thus to combat and mitigate the history of endemic impunity in Mexico's criminal justice systems. It is a fundamental element in any effort to identify, charge, oversee, and sanction those most responsible for the multiple atrocities produced as a result of gun violence.

## Impunity, weapons and transparency

### *What does transparency of firearms have to do with violence and human rights in Mexico?* *The case of U.S.-exported weapons delivered to Tamaulipas police offers some lessons*

Cassandra Treviño was with her two-year-old daughter at her father's home in Nuevo Laredo, Tamaulipas, on September 5, 2019, when Tamaulipas state police agents burst in, dragging seven people with them. Shortly after the break-in, Treviño's father and the seven captives had been assassinated with gunshots to the head, according to a local human rights group. The crime was covered up with a claim that the victims had died in a battle against drug traffickers.[14]

A year before, in September 2018, we submitted a records request to the Mexican Army (SEDENA) through Mexico's transparency platform for receipts for sales of firearms to Mexican states that documented the

> In 2020, the United States accounted for **80%** of small arms legally exported to Mexico. U.S.-sourced firearms also consistently make up at least **70%** of recovered illicit guns

> **A**ny accounting of the impact of the U.S. gun market and its lack of regulations and transparency *must* consider how these weapons are used in violence in Mexico

---

*and Respond to Gun Crime and Ensure Public Safety.* (The White House. Briefing room. June 23, 2021). Available at:
https://www.whitehouse.gov/briefing-room/statements-releases/2021/06/23/fact-sheet-biden-harris-administration-announces-comprehensive-strategy-to-prevent-and-respond-to-gun-crime-and-ensure-public-safety/
[14] Zerega, G. *Los falsos positivos de Tamaulipas.* (El País. September 24, 2019). Available at:
https://elpais.com/internacional/2019/09/23/mexico/1569271112_031672.html.

makes, numbers and costs of these firearms. On October 6, SEDENA responded that it had 8,236 pages in paper form, and supplied a form for payment on November 1. After we paid 4,118 pesos for the paper copies, we received them on December 21. However, SEDENA had redacted out the number, cost, and other information about the firearms. In response to an appeal by the requester in January 2019, the Instituto Nacional de Acceso a la Información (INAI) ruled unanimously on February 20, 2019 in favor of releasing the unredacted documents. On March 25, 2019, SEDENA delivered paper copies of 8,236 pages of unredacted receipts for firearms transfers to state and municipal police, for Folio 0000700176018.

The documents included just 60 pages of receipts for firearms transfers to Tamaulipas state and local police between 2006 and 2018, totaling 4,722 firearms for the 13-year period. Yet, a 2017 response by SEDENA indicated it has transferred 508 of Sig Sauer firearms to Tamaulipas police in 2014 and 2016,[15] but no Sig Sauer firearms appeared among the receipts, evidence of inconsistencies in the information.

In February 2020, we submitted an information request to SEDENA for receipts of the Sig Sauer firearms it sold to police in Tamaulipas, including those that SEDENA itself had stated it transferred to Tamaulipas in 2014 and 2016. The receipts released by SEDENA in March 2020 disclosed that nearly 2,000 Sig Sauer firearms had been sold to police in Tamaulipas between 2014 and the end of 2019.[16] According to one receipt, SEDENA sold 500 Sig Sauer rifles to Tamaulipas state police on October 15, 2019, more than one month after the Valles de Anahuac massacre and several weeks after Treviño and other witnesses had denounced the massacre and state police involvement.[17]

One month later, in mid-November 2019, two Tamaulipas State Police agents were charged and arrested for the murders.[18] Yet the following month, SEDENA again transferred Sig Sauer firearms - 100 rifles and 259 pistols - to Tamaulipas state police. Photographs of the Tamaulipas state police later in 2020 showed the Special Forces Group (GOPES) brandishing Sig Sauer rifles.[19]

**In mid-November 2019, two Tamaulipas State Police agents were charged and arrested for the murders. Yet the following month, SEDENA again transferred Sig Sauer firearms - 100 rifles and 259 pistols - to Tamaulipas state police**

---

[15] SEDENA response to information request, Folio 0000700016317, February 17, 2017.

[16] SEDENA response to information request, Folio 0000700059120, March 11, 2020.

[17] Zerega, G. OP. CIT.

[18] Procuraduría General de Justicia del Estado de Tamaulipas. *Procuraduría General de Justicia. Comunicación social. PGJE-327-2019.* (Fiscalía General de Justicia. Prensa. November 15, 2019). Available at: https://www.fgjtam.gob.mx/2019/11/procuraduria-general-de-justicia-comunicacion-social-pgje-327-2019/.

[19] Hernandez , Antonio. *EU entrenó a nuevo equipo policial de operaciones especiales de Tamaulipas.* (Milenio, August 8, 2020). Available at:  https://www.milenio.com/policia/tamaulipas-grupo-operaciones-especiales-entrenado-eu.

Meanwhile, Edgar López, who had lived and worked in Carthage, Mississippi for 22 years, was deported from the United States to Guatemala in July 2020, after enduring 11 months in U.S. migrant detention prisons. His wife and daughters were still in Mississippi, so in January 2021, he joined others from his highland indigenous village on a trek back to the United States, through Mexico - and Tamaulipas.[20] In Camargo, a few miles from the U.S. border, the group's vehicle encountered the Tamaulipas GOPES unit, who fired on them, killing 19 people, including Edgar.[21]

The disclosure by SEDENA of the firearms transfers to Tamaulipas state police should have led to the suspension of the Sig Sauer license by the U.S. government. But by that time, the Trump administration had loosened its export licensing rules. Eight U.S. senators are now questioning the license.[22] It may be that SEDENA's disclosure of U.S. firearms sales to Tamaulipas state police and pressure from U.S. officials and civil society groups will contribute to accountability for the atrocities committed by those police.



Photo: Tamaulipas Goverment.  Special Forces Group (GOPES)

---

[20] Mora, D. y Green, E. *Deported to Death.* (Vice. World News.  February 23, 2021). Available at: https://www.vice.com/en/article/epd9qk/edgar-lopez-murder-trump-zero-tolerance-immigration-policy.

[21] Manuel Juarez, Carlos. *Identifican a 3 guatemaltecos más entre los calcinados en Camargo, Tamaulipas.* (Aristegui Noticias. February 5, 2021). Available at:  https://aristeguinoticias.com/0502/mexico/identifican-a-3-guatemaltecos-mas-entre-los-calcinados-en-camargo-tamaulipas/.

[22] Letter from Senators, March 12, 2021, https://stopusarmstomexico.org/wp-content/uploads/2021/03/Letter-to-Sec-Blinken-on-Firearms-Exports-to-Mexico-2-18-001.pdf.

*Who is responsible for a firearm, produced in Europe or the United States, taking the life of an innocent person in Mexico or the United States?*

There are many actors who play important roles and have high levels of responsibility in these homicides. Nevertheless, in order to prevent violence, if there is no reliable, accessible and timely information on the movement of firearms, both licit and illicit, then strategies to reduce violence produced with firearms will be ineffective and insufficient.

On April 26, 2010, a German Heckler & Koch G3 rifle in the hands of a Mexican soldier took the life of Jorge Parral,[23] who two days earlier had been kidnapped together with another federal official by a commando presumably of a criminal organization.[24] The events were related to an alleged confrontation between the Army and criminal group that occurred the same day, during which three people were killed who SEDENA described - without any evidence - as professional killers (*sicarios*), among whom was Jorge.[25] Eleven people were also detained, of whom seven were apparently released. Though those who carried out the killing and subsequent forced disappearance of Jorge were Mexican Army soldiers, only some of them were criminally charged, while many others participated in the crime.

The Nuevo León state prosecutor and SEDENA tried to hide Jorge's body - though he was fully identifiable - and thus his extrajudicial execution. He was found in a common grave with dozens of other persons who had not been identified. The official report changed his physical characteristics, making the search process begun by his family more difficult.[26]

In this context of gun violence, police or military soldiers may take someone's life arbitrarily in different circumstances and locations. The use of firearms by security forces is a systematic and generalized part of the commission of serious human rights violations. In this sense, transparency of information and investigations is a very important tool for accountability, policies of prevention, the identification of intellectual authors of such serious human rights violations and other violence.

**In order to prevent violence, if there is no reliable, accessible and timely information on the movement of firearms, both licit and illicit, then strategies to reduce violence produced with firearms will be ineffective and insufficient**

---

[23]Mónaco Felipe, P. y Rea Gómez, D. *Abriendo Grietas Contribuciones de sobrevivientes y familiares de víctimas de violaciones graves a derechos humanos al derecho a la verdad.* (Article 19. octubre de 2020). p. 105. Available at: https://articulo19.org/wp-content/uploads/2020/11/INTERIORES_abriendogrietas-FINnov2020_BAJA.pdf.

[24] Mexican Commission for the Defense and Promotion of Human Rights. *Caso Jorge Parral Rabadán*. CMDPDH. Campaña No Olvidamos). Available at:  http://cmdpdh.org/no-olvidamos/jorge-parral-rabadan/.

[25]IDEM.

[26]IDEM.

# Transparency: Toward a Policy of Accountability

Transparency and accountability go beyond the right to information and the state's obligation to guarantee this right. It also includes processes of institutionalization, such as evaluations of policy, budgets, and government programs. An organization would fall short if it made decisions without having data to justify its actions. This impacts not only the government agency, but is also necessarily of citizen interest, because it deals with the use of public resources and with critical issues such as outcomes in areas of security and justice.

Accountability, transparency and generally the state's responsibility to guarantee human rights should be measured and evaluated in public policy. We understand public policy as "structured and stable actions, systematic in their operation, that make up a pattern of behavior or the way in which the government approaches in an ongoing manner the implementation of public functions or attends to certain public problems."[27] The objectives, guidelines, process and resources for public policies are constantly and coherently reproduced to address public problems that require sustained action.

### Attributes of public information in proactive transparency

1. **Accessibility:** that it is shared in such a way that all persons can consult it

2. **Reliability:** that it is credible and trustworthy, providing information and/or data that allow for the identification of its origin and time of creation

3. **Understandability:** that it is simple, clear and understandable for any person

4. **Timeliness:** that it is published in time to maintain its value and be of use for decision-making by users

5. **Truthfulness:** that it is exact and always says, references or shows the truth regarding its subject

6. **Congruence:** that it is related to and coherent with other information generated, used and/or published by the government agency

7. **Holistic:** that is gives all of the data, dimensions, parts and references needed to be complete and encompassing regarding the actions of the government agency

8. **Current:** that it is the most recent information and the result of adding, modifying or creating data based on the actions and activities of the government agency

9. **Verifiability:** that it is possible to test the truthfulness of the information, as well as examine the method by which the government agency generated it

Source: INAI, SFP y Transparencia Proactiva[28]

---

[27]Aguilar, L. *Marco para el análisis de las políticas públicas,* en: Martínez, F. y Vidal, C. (Coord.) *Política pública y democracia en América Latina. Del análisis a la implementación. (*Miguel Ángel Porrúa. México.2009)

[28] Instituto Nacional de Transparencia, Acceso a la Información y Protección de Datos Personales. *Guía de Transparencia Proactiva: Construyendo conocimiento público útil en beneficio de la sociedad.* (Secretaria de la Funcion Pública. Documentos. 2019). p. 18. Available at:

## *What is the basis for government actions if their impacts, effectiveness, and performance are not measured?*

Applying these criteria to the issue of the gun trade, while agencies may well propose reforms, new regulations or elimination of norms, they must first have input for developing assessments and evaluations. Otherwise, a step in any direction will be taken blindly, without key indicators to measure both the real conditions of the problem to solve as well as the impact or lack thereof of the actions that the government may carry out. The same principle holds for the international trade - in this case, of firearms - in which exporting and importing countries need reliable information about the weapons, uses and users before issuing licenses or to evaluate the impact of the transfer of firearms, parts and munitions.

Information that is inaccurate, incomplete or non-existent on issues of the gun trade also tend to make less visible socially disparate impacts, links to other crimes and/or human rights violations, and of course the larger impacts on society. It also distorts our understanding of connections at the international level, including those between gun violence, gun trafficking, drug trafficking and forced migration.

The first step in the cycle of policy development is formulation, which requires assessments. These assessments depend on existing organized information, and for the information to be reliable it needs as much disaggregation as possible, especially when it deals with measuring social phenomena such as crime. In addition, the indicators used to systematize information need to be sensitive to issues such as the intersectionality between social variables. Government decision-makers must recognize that erroneous assessments produce mistaken solutions, which not only will not address the problem adequately, but can create new negative effects that deepen the problem or some of its effects.

**Governments do not have all the responses, information and understanding that are needed.**

Participatory assessments are a necessary tool to address these issues. These may be proposed based on citizen security, in which government agencies work together with civil society organizations, scholars and experts in the issue, as well as diverse sectors of society who understand the specific impacts based on their own experiences, including victims of human rights violations.

**Information that is inaccurate, incomplete or non-existent on issues of the gun trade also tend to make less visible socially disparate impacts**

**Government decision-makers must recognize that erroneous assessments produce mistaken solutions**

https://www.gob.mx/cms/uploads/attachment/file/522552/Gu_a_TransparenciaProactiva2019.pdf. La *Política de Transparencia, Gobierno Abierto y Datos Abiertos de la Administración Pública Federal 2021-2024*, adoptada por el gobierno en junio de 2021, plantea la transparencia proactiva entre sus primeras prioridades y hace referencia a esta guía. *Diario Oficial de la Federación*, 30 de junio de 2021.

*Transparency can also be reflected in the indicators used to systematize information, in their design, and above all what is measured. The clarity of the information is part of citizens' right to it and of the imperative for accountability. Responses of non-existence of information always undermine confidence in whether these agencies in fact possess the requested information but do not wish to share it and so argue it does not exist, or whether the lack of indicators signify a lack of commitment, interest or knowledge regarding the diverse experiences of violence, as well as a lack of will to measure and address such violence."[29]*

Besides the processes of formulating and designing policy, another important aspect is the evaluation process, closely related to accountability. Evaluation facilitates measurement of success, failure, and areas of opportunity for a policy. On the issue of gun control, evaluation allows us to ask whether existing policies have fulfilled their objectives or not, whether reliable assessments have been considered or implemented, and whether there are coordinated policies to address the diversion of firearms. Evaluations should be transparent and have accountability mechanisms, since the objectivity of an evaluation depends on the evaluating entities as well as on the perception and the approval or disapproval of the public, which should be informed in order to itself evaluate government actions.

The processes of access to public information both in Mexico and the United States encounter multiple problems and obstacles that agencies put in place and make access difficult. One of the most common difficulties is delay or deny requests based on how requests are framed or phrased. Some agencies stick to very strict legal terms that for ordinary people may be complex or unknown, which indirectly reduces the public's possibility of using the right to information in the best way.[30]

In the United States, the agency with primary responsibility for information on firearms is the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF). According to an investigative report in 2021, although it is a police and regulatory agency, "the ATF frequently breaks or ignores public information law, making it harder for citizens, journalists, and researchers to monitor its effectiveness."[31]  The average time that the ATF takes to respond to "complex" information requests is 16 months, making it among the agencies with the worst records regarding public information.[32]

**Both in Mexico and the United States encounter multiple problems and obstacles that agencies put in place and make access difficult. One of the most common difficulties is delay or deny requests based on how requests are framed or phrased**

**"The ATF frequently breaks or ignores public information law, making it harder for citizens, journalists, and researchers to monitor its effectiveness"**

[29] García, R. y Yáñez, G. *La transparencia también cuenta para las mujeres*. (Animal Político. June 14, 2021). Available at: https://www.animalpolitico.com/verdad-justicia-y-reparacion/la-transparencia-tambien-cuenta-para-las-mujeres/
[30] IDEM.
[31] Stephens, A. and Nass, D. *The ATF's Failure to Produce Public Records Keeps the Gun Industry in the Shadows* (The Trace. June 25, 2021). Available at:  https://www.thetrace.org/2021/06/atf-foia-request-firearm-industry-regulation-lawsuit/.
[32] IDEM.

Accountability and transparency require at their foundation accurate measurement but also political will. Despite the constitutional right to information in Mexico and the state's obligation to be accountable, political will continues to determine what will be measured, what will be recorded systematically, and what will be disclosed. Because "what is not spoken does not exist and what's uncomfortable is hidden," it is critical to insist on intersectional indicators that, at the least, account for gender, ethnic origin, migratory status, and age group, especially for those government actions that use public funds and are related to people's life, integrity, and security.

At the international level, state agencies' decisions not to produce or share critical information about arms transfers is an obstacle to both transparency and to preventing harmful and illegal uses of exported firearms. Until March 2020, all foreign importers of U.S. weapons had to provide an end user certificate to the exporting company, which would submit it to the U.S. State Department to determine whether the license was granted. Además, desde marzo de 2020, las exportaciones de armas desde los Estados Unidos, excluidas las armas de fuego totalmente automáticas, son supervisadas por el Departamento de Comercio, que tiene menos procedimientos de control de uso final que el Departamento de Estado.

The vast majority of U.S. firearms exported to Mexico - 96% in 2020 - were destined to military or police forces. Receipts obtained from the Mexican military for firearms sold by SEDENA to state and local police from 2006 through 2018, show that the Army sold U.S.-exported weapons to police, including state and local police in Tamaulipas, Guerrero, Chihuahua, and other states with extensive documented records of state violence and corruption.[33] Yet every single end user certificate for more than 147,000 firearms exported from the United States to Mexico for use by police from 2008 through 2019 declared the army as the end user.[34]

In this case, the lack of transparency between two states regarding the destination of lethal firearms not only keeps the public in the dark, but hides information from trade partners that is critical to determining whether a weapons transfer will contribute to violence, be contrary to the weapons transfer's stated purposes, or, indeed, violate laws and policies of the exporting country.

**F**rom 2006 through 2018, the Mexican army sold U.S.-exported weapons to police, including state and local police in Tamaulipas, Guerrero, Chihuahua, and other states with extensive documented records of state violence and corruption

---

[33] SEDENA, response to information request, Folio 0000700176018. Available at https://stopusarmstomexico.org/police-firearms-database/.

[34] SEDENA, responses to information requests, Folio 0000700337819, December 2, 2019 and Folio 0000700033920, March 11, 2020. Since March 2020, firearms exports from the United States excluding fully automatic firearms are overseen by the Commerce Department, which has fewer end use control procedures than the State Department.

# International Standards: The Arms Trade Treaty

The Arms Trade Treaty came into force in 2014 and has among its goals:

> *"Promoting cooperation, transparency and responsible action by States Parties in the international trade in conventional arms, thereby building confidence among States Parties."*[35]

As a mechanism for transparency, it requires the State Parties to produce an initial report and an annual report on small arms imports and exports it carries out. In addition, it encourages the State Parties to include in those reports:

> "the quantity, value, model/type, authorized international transfers of conventional arms covered under Article 2 (1), conventional arms actually transferred, details of exporting State(s), importing State(s), transit and trans-shipment State(s), and end users, as appropriate."[36]

Mexico was one of the countries that promoted the ATT negotiations and the treaty's implementation and since its ratification, has published the initial report and six annual reports for the years 2015 through 2020. In its reports, Mexico has fulfilled most recommendations made by Control Arms in the *ATT Monitor*,[37] as follows:

- Reports have been published on time, have been public, and have not classified information.[38]

- From the first report in 2015 to the most recent in 2020, Mexico has provided the required information, disaggregated by quantities, types, calibers, and models of imported firearms (though they have not included monetary value of these arms).[39]



---

[35] Arms Trade Treaty, Art. 1, Object and Purpose, https://thearmstradetreaty.org/hyper-images/file/ATT_English/ATT_English.pdf?templateId=137253

[36] Ibid., Art.12, Paragraph 3

[37] *ATT Monitor* is an independent project of Control Arms begun in January 2015 that provides analysis and information on the implementation of the ATT and the initial and annual reports produced by State Parties. *ATT Monitor 2019* is available at: https://attmonitor.org/wp-content/uploads/2020/07/SP_ATT_Monitor-Report-2019_Online.pdf.
*ATT Monitor 2020*, Chapter 2: https://attmonitor.org/wp-content/uploads/2021/04/SP_ATT_2020_Chapter_2-1.pdf

[38] A concern of civil society groups involved in arms control that a growing number of States Parties are choosing in recent years to not publish their reports, a worrisome tendency since this reduces transparency. Moreover, the practice continues of keeping initial reports classified on the ATT Secretariat web site, preventing access to information about systems and procedures for controlling transfers, and an indicator of decreased transparency.

[39] The exclusion of this data could be because the ATT reporting format asks to show the number of firearms OR their monetary value, not both, complicating the ability to compare reports, such as between an importing country that reports number of firearms and an exporting country reporting the monetary value.

- The reports name the **exporting country** (the same in nearly all cases with the country of origin).

- Since 2016, the reports include the **firearms' use** (such as hunting, sport, law enforcement, military).

- The reports also include **other types of weapons.**

- It is not clear whether spaces left blank in the reports represent zero imports or something else.[40]

- Not until 2019 did the reports include small arms exports, which went to Guatemala, El Salvador and Costa Rica.



# Data Discrepancies: A Puzzle Without End

Information from official sources that we gathered for the production of this report show a series of significant discrepancies. In some cases, the discrepancies and the lack of confidence in information that results from these discrepancies is equivalent to not disclosing the information. For that reason, we believe it is important to explore further these discrepancies of data on firearms in Mexico and the United States.

## Discrepancies in Data on Firearm Acquisitions Reported by the Mexican Army (SEDENA)

The aim of this section is to describe inconsistencies in information on the acquisition and distribution of firearms, released by SEDENA in response to public records requests. It is important to note that, unlike the federal Freedom of Information Act (FOIA) in the United States and many other public records laws, Mexico's Law for Transparency and Access to Public Information is designed for members of the public to request *information*, while FOIA and other laws are designed to request *documents*. As a result, Mexican agencies frequently respond with information from the records, effectively creating a new document. In the United States FOIA disclosures are of existing documents containing the information.

**SEDENA is the only national agency in Mexico legally authorized to distribute firearms. The aim of this section is to describe inconsistencies in information on the acquisition and distribution of firearms, released by SEDENA in response to public records requests**

---

[40] In other words, the box was left blank instead following the recommendation to put a zero or dash which indicates there were no imports.

SEDENA is the only national agency in Mexico legally authorized to distribute firearms.[41] For this reason, we reviewed the consistency of information disclosed by SEDENA on firearms sold to police in Mexico's states, acquired for military use, stolen or gone missing from police, and recovered illicit firearms.

In the first request, sent in 2017, we sought from SEDENA the number of firearms acquired for their own use, for distribution to Mexican states, and to sell to individuals and private security companies, from 2010 to 2016, disaggregated by year, make of weapon and number of firearms. In response, SEDENA stated that it did not have the requested information since it is "not needed for the functions it carries out," so that by INAI's rules it was not required to create a new document to respond to the request.[42] However, it gave information it had available in four graphs in PDF format (which made data analysis more difficult), one of firearms for the Army's exclusive use, the rest showing firearms distributed to state governments, federal agencies, private companies, and counter sales to the general public.[43]

Using some of the information in this disclosure, we published *Gross Human Rights Abuses: The Legal and Illegal Gun Trade to Mexico* in 2018. For this report, we put this acquisition data into a small database, which we will refer to that data set in this section as ***"Charts."***

As noted above, in 2018 we sent a second information request for receipts of "arms sold from 2006 to 2018, showing end users (names of states [in Mexico]) to which they were sold, number of items, costs, and makes." SEDENA's response was that it could not allow direct access to the documents because of personal data, but offered to supply the receipts as photocopies that redacted confidential data, in 8,236 pages.[44]



Tested receipt from Guerrero

---

[41] SEDENA "functions as an intermediary between sellers and buyers; that is, it does not buy and sell weaponry as such, but is responsible for buying and distributing arms to local governments, companies, and individuals that seek to acquire them." In: CMDPDH- Stop US Arms to Mexico. *Gross Human Rights Abuses: The Legal and Illegal Gun Trade to Mexico*. (CMDPDH. 2018). Available at: http://www.cmdpdh.org/publicaciones-pdf/cmdpdh-the-legal-and-illegal-gun-trade-to-mexico.pdf

[42] This response is notable because, according to Article 19 of the General Law for Transparency and Access to Public Information, all information related to the responsibilities, competencies and functions of an agency is presumed to exist. Article 37 of the Federal Law on Firearms and Explosives identifies SEDENA as responsible for controlling and overseeing activities, industrial operations and commerce related to firearms, munitions and explosives, among other things. This seems to suggest that SEDENA does not consider having this type of detailed information as important for carrying out its arms control functions. Ley General de Transparencia y Acceso a la Información Pública. *Diario Oficial de la Federación* (May 4, 2015) http://www.diputados.gob.mx/LeyesBiblio/pdf/LGTAIP_200521.pdf. Ley Federal de Armas de Fuego y Explosivos. *Diario Oficial de la Federación* (February 11, 1972). http://www.diputados.gob.mx/LeyesBiblio/pdf/102_190221.pdf.

[43] SEDENA, response to information request, Folio 0000700075417, May 23, 2017.

[44] SEDENA, response to information request, Folio 0000700176018, October 6, 2018.

The documents delivered by SEDENA consisted of a large box of receipts that redacted most of the information on firearms, including the number of firearms, going well beyond the redaction of personal data. This led us to appeal the decision, and INAI issued a decision on the appeal that allowed us to finally access the requested information.[45] Based on this response, we systematized the data to generate a detailed database, with a strict revision to detect errors, with 5,666 entries of firearms transactions, which allows us to see in detail the firearms acquired for transfer to state and local police in Mexico. Here we refer to this data set as **"Receipts."**

## Firearms Acquisitions for Distribution to State and Local Police

The data we gathered in *Receipts* is from 2006 until 2019, while the *Charts* data is from 2010 to 2016, so we use this six-year period to compare the two. The two sources show similarities for some years, mostly in 2011 and 2012. After 2014 the number of firearms in both sources declines, but there is a gap between the two.



Firearms sold to Mexican state and municipal police, 2010-2016

Receipts Charts Graph: By the authors, based on  SEDENA public records request responses 0000700075417 and 0000700176018

---

Expressed as a percentage, *Receipts* showed 43% fewer firearms in 2010 than what SEDENA reported in *Charts*, and 3.6% fewer in 2012. While we can see clearly the differences as a whole by year, these discrepancies do not show up the same way when we analyze them using other variables in the information. When the information is broken down by Mexican state that received the firearms, the data in *Receipts* nearly matches the *Charts* data in some cases: for the states of Puebla, Colima, Tlaxcala, Coahuila, Zacatecas, Nuevo León and Jalisco, the difference between what SEDENA reported in the two sources ranges between 0% and 4%. The major differences appear for Tamaulipas, with 130% more firearms reported in *Charts* than in *Receipts*, Michoacán (15% more), and Chihuahua (69% more). On the other hand, for Mexico State 7,400 more firearms were reported in *Receipts* than in *Charts.* On average, 16% fewer firearms were reported per state in *Receipts* than what SEDENA reported earlier.



Firearms transferred by Mexican Army to States, 2006-2016

Receipts Charts Graph: By the authors, based on SEDENA public records request responses
0000700075417 and 0000700176018

A plausible explanation for the differences between the number of firearms reported in the two sources could be that the complete documentation that was requested was not given, that is, that SEDENA delivered copies of only a portion of the receipts for firearms it distributed during this period. There may be several reasons, such as the destruction or loss of part of the documentation, the disclosure of only those documents that were available at the time, or a deliberate decision not to disclose the entirety of documentation.

On the other hand, little is known about how SEDENA assembled the statistics on firearms sold to states that it disclosed in the first request and put into four charts. The question remains whether it has a registry of this information, and whether it has a database of all the transactions or only a physical archive of receipts. In any case, we believe that these discrepancies have serious implications for transparency and the right to access reliable information. As we noted earlier, that SEDENA says that this type of information is "not needed for the functions it carries out" puts in doubt its effective capacity to produce information on the distribution of firearms.

> **We believe that these discrepancies have serious implications for transparency and the right to access reliable information**

### *Firearms Acquired for Military Use (Army and Navy)*

The Navy (SEMAR) responded to an information request on the number of firearms it acquired, broken down by year, type, make, cost and country of origin, from 2007 to 2017.[46] The information states that in 2016 it acquired 85 firearms; nevertheless, Mexico's report for the Arms Trade Treaty (ATT) for 2016 showed 241 firearms acquired for SEMAR, including 116 machine guns and 25 submachine guns. These firearms were invisible in the response by SEMAR to a request for information.[47]

For its part, SEDENA publishes an updated report on its web site of arms acquisitions for its own use from 2006 to the present, which details makes, unit costs and years they were acquired, though the total number of arms acquired, which we will call the ***SEDENA use report***.[48] We compared this report to the reports to ATT, which specify firearms acquisitions for military use. In the ATT reports, some firearms are

---

[46] SEMAR, response to information request, Folio 0001300009518, February 28, 2018.

[47] Arms Trade Treaty. Mexico Report for 2016 at: https://www.thearmstradetreaty.org/download/173746f9-c7a1-34a5-a597-a6e1c3838b7b

All annual reports for México and other State Parties to the ATT for 2015 through 2019 are at: https://www.thearmstradetreaty.org/annual-reports.html?templateId=209826. The ATT States Parties also must present an initial report, which may be viewed at: https://www.thearmstradetreaty.org/initial-reports.html?templateId=209839

[48] Secretaría de la Defensa Nacional. *Armamento Adquirido por la Secretaría de la Defensa Nacional, en el periodo del año 2006 al 2021.* (SEDENA. Acciones y Programas. May 01, 2019). Available at: https://www.gob.mx/sedena/acciones-y-programas/adquisicion-de-aeronaves-armamento-y-vehiculos-17870.

indicated for military use, others for military or police use.[49] Neither the *Charts* data nor the *Receipts* include firearms acquired for military uses.

However, the *SEDENA use report* does not report some firearms that do appear in reports to ATT as acquired for military use. For example, the ATT report for 2019 shows the acquisition of 199 .50-caliber machine guns for military use, produced by the Belgian company FN Herstal; but these firearms do not appear in the *SEDENA use report* for that year. The ATT report for 2017 shows 1,982 pistols acquired from Sig Sauer for military use (not by SEMAR), yet the *SEDENA use report* includes not a single pistol acquired from Sig Sauer in 2017.[50]

### Incomplete and contradictory statistics: the case of Colt

We can see more closely the puzzle of data on imported firearms by examining one make of firearms: Colt Manufacturing, based on Hartford, Connecticut. Mexico has imported more than 20,000 Colt carbines for use by police since 2006, according to Receipts data.[51] Mexico has reported to ATT that Colt exported 10,855 firearms to Mexico from 2015 through 2020.[52]

However, in 2017, the Receipts showed 46% more Colt firearms transferred to Mexican police (1,457) than Mexico reported importing for any use that year. On the other hand, even though private and military purchases account for very few Colt imports to Mexico, Receipts for Colt weapons going to police make up only about half (52%) of all imported Colt firearms that Mexico reported to ATT for the six years of 2015 through 2020.[53]

The picture gets even more confusing. According to U.S. law until March 2020, for all imported firearms the end user must sign an end use certificate which describes the weapons and their quantity, which was submitted to the U.S. State Department.[54] We requested from SEDENA and received copies of all these end use certificates, known as DSP-83 forms, from 2008 through 2019.[55]

**Mexico has imported more than 20,000 Colt carbines for use by police since 2006, according to Receipts data. Mexico has reported to ATT that Colt exported 10,855 firearms to Mexico from 2015 through 2020**



In all nontransfer and use certificates SEDENA appears as end user

---

[49] Arms Trade Treaty. Mexico Reports for years 2015-2020.

[50] Secretaría de la Defensa Nacional. *Armamento Adquirido por la Secretaría de la Defensa Nacional, en el periodo del año 2006 al 2021.* (SEDENA. Acciones y Programas. May 01, 2019). Available at: https://www.gob.mx/sedena/acciones-y-programas/adquisicion-de-aeronaves-armamento-y-vehiculos-17870.

[51] The Army does not report any Colt firearm acquisitions for its own use since 2006, while the Navy did not report any after 2013. In reports to ATT, only 329 Colt firearms were imported for private personal use from 2015 through 2020.

[52] Arms Trade Treaty. Mexico Reports, for years 2015-2020. OP. CIT.

[53] Ibid.

[54] Legal Information Institute. 22 CFR § 123.10 - Non-transfer and use assurances. (Legal Information Institute. 71 FR 20541, Apr. 21, 2006) At: https://www.law.cornell.edu/cfr/text/22/123.10

[55] SEDENA, responses to information requests, Folios 0000700337819, December 2, 2019, and 0000700033920, February 7, 2020.

For 2017, 2018, and 2019, there were 393 more Colt weapons recorded as imported on the DSP-83 forms than Mexico reported to ATT.[56] However, the DSP-83 forms did not even capture all of the Colt imports. SEDENA blacked out some information on many certificates, including the number of Colt firearms that had a total value of more than US$420,000 in 2017-2019, which probably represents 200 more firearms. In addition, SEDENA submitted other end use certificates to the exporting company itself, apparently for different firearms than those documented on the DSP-83 certificates. In 2017-2019, another 203 Colt firearms were reported as imported for police use, further widening the discrepancy between what Mexico reported to ATT and what end use certificates document.

On the other hand, other years show different discrepancies. In 2016, the Receipts documents show only about half the number of firearms transferred to police (1,226) as were reported to ATT for use by police forces in that year (2,368). Similarly, end use certificates submitted by SEDENA for Colt imports for all police use show 1,393 Colt weapons. Even accounting for blacked out data on certificates, the number of Colt imports certified in the documents is likely no more than 1,850 - still considerably less than what Mexico reported to ATT.[57]

U.S. official data does not help clarify how many firearms Colt exported to Mexico. For example, ATF reports indicate that Colt exported 461 rifles and 414 "miscellaneous firearms" globally in 2018 - less than the number of Colt carbines that Mexico alone reported to ATT as importing from the United States that year.[58]

### Recovered Firearms

Several federal and state agencies recover illicit firearms in Mexico, including the Army Navy, National Guard (previously Federal Police), Customs Agency, Prosecutor's Office, and state police. These agencies must by law turn these firearms over to federal or state prosecutors as evidence. The federal prosecutors' office, (Fiscalía General de la República, or FGR), has primary responsibility for entering firearms information into a database called E-trace to trace the origin and purchase of the firearm. The FGR consolidates information on firearms recovered by other agencies, and is thus centrally responsible for transparency and information on illicit firearms in Mexico.[59]

**SEDENA blacked out some information on many certificates, including the number of Colt firearms that had a total value of more than US$420,000 in 2017-2019**

**The FGR consolidates information on firearms recovered by other agencies, and is thus centrally responsible for transparency and information on illicit firearms in Mexico**

---

[56] Arms Trade Treaty. Mexico Reports for years 2015-2020. OP. CIT.

[57] Ibid.

[58] Ibid.

[59] Informal interviews with several officials, Fiscalía General de la República.

In response to information requests, SEDENA has released detailed data on firearms that it recovers during the course of its operations, including the date, municipality, make, caliber and serial number of recovered guns. Through such requests, we have compiled a database of 129,384 firearms recovered by SEDENA from 2010 to 2021.[60]

In contrast, the FGR has responded only partially to information requests for detailed data on firearms recovered by its own agents or other federal agencies and turned over to the FGR. In 2019, we submitted a request to the FGR for a list of arms and magazines recovered since 2010 by the FGR's personnel, with information on each firearm and its recovery: date, municipality, type, caliber, make, and serial number.[61] However, the information disclosed by FGR did not include the municipality where the arms were recovered. In a second request that also asked for data on the agency that recovered the firearm, the FGR disclosed neither which agency had recovered the firearm nor the municipality where it was recovered.[62]

In the United States, the ATF traced 269,250 illicit firearms in 2019, a number that has grown steadily from 170,344 in 2014.[63] However, the Tiahrt Amendment prohibits ATF - at least in the way ATF interprets it - from disclosing detailed trace data on illicit firearms, such as details on individual guns traced, except to law enforcement agencies of the jurisdiction where the guns were recovered. Some local governments, such as Chicago's, have used this exception to publish detailed information and analysis of the illegal arms traffic that is impacting violence in their jurisdictions.[64] The State of California, for its part, maintains a registry of all legal firearm purchases, but it is the only state that does so.

The United Nations Office on Drugs and Crime (UNODC) states that national legislation on firearms registries should contain requirements of several parties: producers, distributors, sellers, gun clubs, private security companies, state agencies (military, police, penal institutions), agencies that authorize civilians to own firearms, and those that keep a complete and detailed registry of firearms, munitions, and parts.[65] The

**UNODC states that national legislation on firearms registries should contain requirements of several parties: producers, distributors, sellers, gun clubs, private security companies, state agencies (military, police, penal institutions), agencies that authorize civilians to own firearms, and those that keep a complete and detailed registry of firearms, munitions, and parts**

---

[60] SEDENA responses to record requests, Folios 0000700079717 (June 6, 2017), 0000700001619 (January 29, 2019), 0000700057819 (March 25, 2019), 0000700283519 (RRA 14274/19), 0000700154320 (June 19, 2020), 0000700106521 (May 3, 2021).

[61] FGR response to records request, Folio 0001700205819, June 26, 2019.

[62] FGR response to records request, Folio 0001700752320, March 26, 2020.

[63] ATF. *Data & Statistics*. (ATF. July 21, 2021). https://www.atf.gov/resource-center/data-statistics.

[64] City of Chicago, *Gun Trace Report 2017*, https://www.chicago.gov/content/dam/city/depts/mayor/Press%20Room/Press%20Releases/2017/October/GTR2017.pdf.

[65] United Nations Office on Drugs and Crime, 2020. Education for Justice. Series of University Modules. Firearms, Module 6. National norms on firearms,  (ONUDC. Viena. 2020) Available at:

registries should be maintained on paper or electronically and be periodically updated, and kept for a period of time long enough to allow the recovery and tracing of older firearms. Although there is no single regulation on the subject, the ATT and Arms Protocol urge that this information be kept for ten years,[66] while the non-binding International Registry Instrument recommends that data in firearms manufacture registries be kept for at least 30 years and all other registries of importation and exportation for at least 20 years.[67]

In the case of firearms recovered in Mexico, data about traces of the firearms to U.S. purchases is carried out together with ATF, through a system known as E-trace. The disclosure of tracing data is subject to a 2010 Memorandum of Understanding between ATF and FGR's predecessor agency, which restricts the disclosure of "sensitive" tracing data, defined as: the location of a crime; the identify of dealers or purchasers of trafficked firearms; and patterns of firearms trafficking.[68] FGR may share this information with Mexican justice agencies without ATF's consent, but both ATF and FGR have interpreted the agreement narrowly. This has been an obstacle to analysis, advocacy, and the development of more effective strategies against illicit gun trafficking.

### Firearms reported as stolen or missing

Finally, we reviewed responses to requests sent to SEDENA in 2019 and 2020 regarding firearms lost and stolen since 2006 by police and military agencies by year and types of weapon, first through 2018 and in the second request, update through 2019.[69] The numbers of lost or stolen firearms reported by SEDENA are nearly identical in the 2019 and 2020 responses. Only for 2018 is there a difference of 57 firearms lost or stolen.

**In the case of firearms recovered in Mexico, data about traces of the firearms to U.S. purchases is carried out together with ATF, through a system known as E-trace**

---

https://www.unodc.org/documents/e4j/Firearms/E4J_Firearms_Module_06_-_National_Regulations_on_Firearms_ES_final.pdf

[66] United Nations. *Arms Trade Treaty. Article  12. Paragraph 4*. (UN. Arms Trade Treatys. December 24, 2014). At: https://unoda-web.s3-accelerate.amazonaws.com/wp-content/uploads/2013/06/Espa%C3%B1ol1.pdf

[67] United Nations. International Instrument to Enable States to Identify and Trace, in a Timely and Reliable Manner,Illicit Small Arms and Light Weapons. Apartado IV, 12 a) y b)
https://www.unodc.org/documents/organized-crime/Firearms/ITI.pdf. This instrument was created within the framework of the UNPoA (Program of Action to Prevent, Combat and Eradicate the Illicit Traffic of Small and Light Arms in all their aspects)

[68] "Memorándum de entendimiento entre la Procuraduría General de la República de los Estados Unidos Mexicanos y la Oficina de Alcohol, Tabaco, Armas de Fuego y Explosivos de los Estados Unidos de América para el acceso al sistema de rastreo de armas fuego ETrace", October 5, 2010, in possession of the authors.

[69] The request stated: "I request to be informed of the number of firearms assigned to public security agencies, including inspector general, prosecutor general and penal systems at the [federal, state and municipal] levels of government, from January 1, 2006 to December 31, 2018, how many of these have been lost or stolen or gone missing. Disaggregated by year, the federal, state or municipal agency from which firearm was stolen or went missing, and type and make of firearm." SEDENA, responses to information requests, Folios 0000700109419, April 16, 2019 and 0000700030020, February 11, 2020.



Graph: By the authors based on SEDENA public requests responses 0000700109419 and 0000700030020

However, compared to responses to requests from previous years, there are changes in the numbers of firearms registered as lost or stolen. The 2020 response revealed discrepancies with the numbers reported in a 2013 information request. While in 2013, the response said that 3,434 firearms were lost or stolen in 2006, in 2020 only 1,571 firearms were counted as lost or stolen in 2006 - 54% fewer guns lost or stolen, as shown in the following graph.[70]

In 2013 **3,434** firearms were lost or stolen in 2006, in 2020 only **1,571** firearms were counted as lost or stolen in 2006 - **54%** fewer

---

[70] SEDENA. Responses to information requests, Folios 0000700119913, September 10, 2013 and 0000700030020, February 11, 2020.



**Firearms reported by Mexican Army as lost or stolen from police, 2006-2012**

Graph: By the authors based on SEDENA public requests responses 0000700119913 and 0000700030020

The reason for this adjustment is unclear. One might think that as information is updated, more reports of lost firearms are added over the years, but the tendency appears to be the opposite. What is the mechanism for these adjustments? Are these lost or stolen firearms that were recovered? Under what conditions? The responses by SEDENA do not clarify this.



Photo: Tamaulipas Goverment. Special Forces Group (GOPES)

26

## U.S. Firearm Exports Data Discrepancies: *Case of ATF and International Trade Commission*

The ATF publishes an annual report, the Annual Firearms Manufacturing and Export Report (AFMER), of the number of complete firearms exported to other nations, disaggregated by company and type of firearm (rifle, shotgun, pistol, revolver, miscellaneous).[71] The U.S. International Trade Commission (USITC) also publishes monthly data on U.S. firearms exports based on customs documents, which show the country of destination, as well as types of firearms.[72]

In 2019, according to the most recent AFMER, U.S. companies exported 315,482 firearms, primarily rifles and pistols.[73] Yet the USITC reported 570,849 firearms exported by the United States in that year, excluding military arms, nearly twice the number registered by ATF.[74]

These discrepancies between what ATF reports and customs data registered by USITC are consistent over nearly two decades. From 2002 through 2019, ATF reported a total of 4.3 million firearm exports, while USITC records show more than 8.3 million firearms exported.[75] Twenty-two states were registered as the origin for U.S.-exported handguns in USITC records for 2019, amounting to more than $13 million. In the same 22 states, no handguns were reported as exported in 2019 by the AFMER. Four of these states - Washington, Pennsylvania, Michigan and Missouri, - registered more than $1 million each in handgun exports in USITC records.

**Discrepancies between what ATF reports and customs data registered by USITC are consistent over nearly two decades**

---

[71] Bureau of Alcohol, Tobacco and Firearms, Firearms Commerce Report in the United States, Annual Firearms Manufacturing and Export Report. Available at: https://www.atf.gov/resource-center/data-statistics. Hereafter cited as AFMER.

[72] USITC, https://dataweb.usitc.gov/. Hereafter cited as USITC.

[73] AFMER. Bureau of Alcohol, Tobacco and Firearms, Firearms Commerce Report in the United States, Data & Statistics.

[74] USITC.

[75] USITC. and AFMER. Bureau of Alcohol, Tobacco and Firearms, Firearms Commerce Report in the United States, Data & Statistics.



Sources: ATF Arms Manufacturing Exports Report; U.S. International Trade Commission

## Conclusions on Data Discrepancies

All of the responses received and official reports show inconsistencies to a lesser or greater extent. In the end, the only thing that is clear is that the information disclosed does not inspire sufficient confidence about the destination of exported and purchased firearms, about recovered crime guns, or weapons reported as lost or stolen. This suggests that, though government agencies may respond to information requests, sometimes after appeals are filed, what is happening with firearms in Mexico and the United States is a dark box.

# Excessive Classification of Information by the United States

The power of the gun industry and its political lobby is reflected in U.S. federal legislation that casts a veil of secrecy, even over firearms that have been illegally purchased, trafficked, or used in crimes. The Tiahrt Amendment, beginning in 2004, prohibited the federal government from maintaining information on gun purchases and purchasers for more than 24 hours after a background check is conducted. "The destruction of these records," according to the Center for American Progress, "means that federal law enforcement is deprived of the opportunity to recognize patterns in apparently legal gun sales that

suggest straw purchasing and gun trafficking." The federal government is also prohibited by law from creating a registry of civilian-owned firearms.[76]

In addition, the Tiahrt Amendment prohibits the U.S. government from releasing information on crime guns traced to a legal purchase, with the exception of disclosures to law enforcement agencies, severely hampering research, policy design, and enforcement of gun laws.

One of the central international instruments for transparency in the firearms trade is the Arms Trade Treaty, which the United States - unlike Mexico - has not signed or ratified. Article 5.5 of the ATT requires nations that have ratified the Treaty - States Parties - to "designate competent national authorities in order to have an **effective and transparent** national control system regulating the transfer of conventional arms covered" by the Treaty.[77] The ATT's Article 15.4 encourages all States Parties to cooperate with each other, including in response to requests for information "in order to prevent and eradicate diversion" of firearms.[78]

**U.S.** Government has refused to release copies of firearms export licenses, including in response to requests via the Freedom of Information Act (FOIA)

The United States publishes some of the information required in annual ATT reports, including the number, type and commercial value of firearms exported to each country, in data published monthly by the U.S. Census Bureau and U.S. International Trade Commission.[79] These reports identify the U.S. state from which exports were shipped, but not the exporting companies.

However, the U.S. Government has refused to release copies of firearms export licenses, including in response to requests via the Freedom of Information Act (FOIA). Federal regulations require the Secretary of State to determine that release of license applications is "in the national interest," something the State Department, as far we know, has never done.[80] As a result, the details of end user controls placed by the U.S. government on firearms exports - to Mexico and every other nation - are completely unknown.



Taken from: https://es.dreamstime.com/photos-images/enmienda.html

---

[76] Stachelberg, W. Gerney, A y Parsons, C. *Blindfolded, and with One Hand Tied Behind the Back.* (Center for American Progress. 2013). p. 4. Available at: https://www.americanprogress.org/wp-content/uploads/2013/03/GunRidersBrief-7.pdf

[77] *See* ATT. Articles 2, 3, 4 y 5. https://thearmstradetreaty.org/hyper-images/file/TratadosobreelComerciodeArmas/TratadosobreelComerciodeArmas.pdf?templateId=137280.

[78] ATT. Article 15.4.

[79] *See* US Trade Online. https://usatrade.census.gov/index.php?do=login and USITC DataWeb. https://dataweb.usitc.gov/.

[80] *Code of Federal Regulations* §126.10 (b). https://www.law.cornell.edu/cfr/text/22/126.10.

# The non-existence and classification of information in Mexico

Mexico's federal Law for Transparency and Access to Public Information establishes criteria for what information may be withheld as classified. The transparency law's basis for classification are founded and motivated by the documentation of evidence of damage, which is analyzed case by case. In addition, Article 112 of the law prohibits classification of information when it

> *"concerns gross violations of human rights or crimes against humanity, or concerns information related to acts of corruption as defined by applicable law."*[81]

Using this legal framework, the classification of some information is justified; however, there is no valid objection for denying the bulk of information about the use, importation and exportation of firearms and explosives, since armed violence results in serious violations of human rights and has a direct relationship to acts of corruption.

Organizations such as Global Exchange and the Mexican Commission for the Defense and Promotion of Human Rights have experienced the omissions and resistance to disclosing information about the end users of firearms that enter Mexico. One problem is the firearms that go missing from security forces, which frequently mean more weapons for criminal organizations, individuals and private companies that commit crimes against community members. Because of the possible connection with corrupt activities related to serious crimes, committed by public officials, disclosure of information about this alarming phenomenon is especially important.

For example, out of 4,178 information requests related to firearms to SEDENA, SEMAR, the Federal Police and the predecessor to the Prosecutor General's Office between 2007 and 2020, the responses in 182 argued that the information could not be shared because it was classified in whole or in part, while 72 argued that the information was non-existent.[82]

In 2021, classification of information on firearms continues to be practiced both at the federal and state levels. The Mexican Commission for the Defense and Promotion of Human Rights (CMDPDH) submitted requests to SEDENA and all 32 states for information on "how many

**We have experienced the omissions and resistance to disclosing information about the end users of firearms that enter Mexico**

---

[81] Ley General de Transparencia y Acceso a la Información Pública. Artículo 110 and 112. (*Diario Oficial de la Federación*. May 20, 2021). At: http://www.diputados.gob.mx/LeyesBiblio/pdf/LGTAIP_200521.pdf.

[82] "30.11.20 Solicitudes de información armas," file compiling requests on Mexico's National Information Platform, produced in the context of Mexico's Open Government Partnership, 2020, at: https://stopusarmstomexico.org/wp-content/uploads/2021/07/30.11.20-Solicitudes-de-información-armas.xlsx.

firearms have been reported as stolen or missing" by federal, state and local security force agencies in Mexico, "including SEDENA and SEMAR, from January 1, 2006 to December 31, 2020. In which states have such reports been made, specifying how many such firearms have been found. Disaggregated by year, the federal, state or municipal agency from which firearm was stolen or went missing, and type and make of firearm."[83]

As of June 2021, several states had not responded. Some of those that did respond, such as Durango and Campeche, argued that they were not the competent agency for responding and that the Prosecutor General's Office or Army were the appropriate agencies.[84] Other states, such as Aguascalientes, Guanajuato, Mexico State and Zacateca did disclose the information.[85]

The response by Tamaulipas exemplifies the ambiguity of some responses. In this case, the Tamaulipas Public Security Secretariat (state police) incorrectly argued evidence of damage, in a way that was inconsistent with what information was requested, and classified the information as secret ("reserved").[86] Moreover, in SEDENA's partial response in May 2021 to our request for information on lost and stolen weapons, it indicated that since 2018 Tamaulipas has not reported the loss of firearms assigned to its police agencies.[87] We do not know whether this is because no firearms went missing, or because there is no record of that information, or simply because Tamaulipas did not report the information to SEDENA.

Now that we have examined a case of information classified as secret, it is useful to link this with arguments that agencies use regarding the "non-existence" of information, such as SEDENA's response, cited above, to a request for information on lost and stolen firearms.[88] In this response, SEDENA issued information only about states and other federal agencies, such as the National Guard, Prosecutor General's Office, the National Intelligence Center and federal protection services agency. But it did not give information from its own records or those of

**In 2021, classification of information on firearms continues to be practiced both at the federal and state levels**

**In the last three years the number of responses that information is "non-existent" has grown,' which undermines confidence in whether these agencies in fact possess the requested information, or rather have it but don't wish to disclose and so argue that it does not exist**

---

[83] SEDENA. Response to information request, Folio 00000700158521, April 24, 2021.

[84] Public Security Secretariat of Durango. Response to information request, Folio 00246621, May 26, 2021; Public Security Secretariat of Campeche. Response to information request, Folio 0101111521, May 4, 2021

[85] Public Security Secretariat of Aguascalientes. Response to information request, Folio 00338821, May 3, 2021; Public Security Secretariat of Estado de México. Response to information request, Folio 0000377435, May 4, 2021; Public Security Secretariat of Guanajuato. Response to information request, Folio 01056821, May 3, 2021; Public Security Secretariat of Zacatecas. Response to information request, Folio 00297321, May 13, 2021.

[86] Public Security Secretariat of Tamaulipas. Response to information request, Folio 00308321, May 19, 2021.

[87] SEDENA. Response to information request, Folio 00000700158521, May 27, 2021.

[88] Ibid.

the Navy (SEMAR). The response was that this information is non-existent, that the agency was not required to have the information, and that the Transparency Committee did not need to certify the non-existence of the information.[89]

In the last three years the number of responses that information is "non-existent" has grown,[90] which undermines confidence in whether these agencies in fact possess the requested information, or rather have it but don't wish to disclose and so argue that it does not exist.

Another case of classification of information related to firearms is the refusal of the Tax Administration Service (SAT) to share in digital format information on bills of lading. In May 2021, we were informed that to access this information we would need to make a payment, then go to the SAT office in order to obtain photocopies. This is not an action of proactive transparency, as it thwarts information of public interest being within reach of everyone, and not only of those who request it.

Excessive classification of information is not limited to public information requests. We also encounter it in advocacy for the development of legislation and policies, including for the development of a new Firearms Law for Mexico, which is much needed after nearly 50 years with the existing firearms law. For civil society organizations, it has been increasingly difficult to have input into meetings and final drafts of legislation that relate to public security and justice. In spite of the Open Government initiative, and although we were informed that there is a draft proposal ready to forward to the Mexican Congress, the agencies that have developed the legislation declined to share the draft proposal before it is presented to Congress with civil society organizations that have expertise on the issue and have dedicated several years to evaluating and making recommendations regarding firearms that enter Mexico.

**Excessive classification of information is not limited to public information requests. We also encounter it in advocacy for the development of legislation and policies**

---

[89] The Transparency Committee is an inter-agency body that oversees and coordinates procedures to implement provisions of Mexico's transparency laws. (*Diario Oficial de la Federación.* May 20, 2021). At: http://www.diputados.gob.mx/LeyesBiblio/pdf/LGTAIP_200521.pdf In some cases, the Transparency Committee does not need to formally confirm the non-existence of information. The General Law for Transparency and Public Information as well as the federal transparency and information law establish procedures for government agencies when requested information is not in their records. It requires, among other things, that the Transparency Committee confirm the non-existence claimed by the agency units that conducted the search for the information. Notwithstanding that, in cases where the agency does not have any obligation to have the information, based on an analysis of rules that apply to the request; and when there is no evidence supporting a belief that the information should exist in the agency's records, it is not required for the Transparency Committee to issue a resolution confirming the information's existence. Response to information request, Folio 00000700158521, May 27, 2021.

[90] Oropeza, J. *18 años de acceso a la información en México.* (Animal Político. Plumaje. June 25, 2020). At: https://www.animalpolitico.com/res-publica/18-anos-de-acceso-a-la-informacion-en-mexico/#:~:text=El%2011%20de%20junio%20de,ejercicio%20de%20los%20recursos%20p%C3%BAblicos.

# Impacts and risks from lack of transparency

Transparency is one way to promote citizen participation and accountability. For this reason, information disclosed by government agencies should be: timely, accessible, verifiable, understandable, up to date, and complete.[91] Transparency should also be transversal: this is absolutely essential for diagnosing and evaluating the implementation of government obligations regarding human rights, so that access to information should be guaranteed without bias, including gender bias.

On several occasions requests to SEDENA and SEMAR have sought data disaggregated by gender on issues such as use of firearms or civilians killed in military operations. The official responses have stated that the agencies do not have this data, as we see in the following response from SEDENA:

> *"Regarding your questions… you are informed that in this Secretariat's database of attacks on military personnel, there is no information in the registry of persons deceased, injured and detained, on sex, gender, if they indigenous, indigenous language or languages spoken, disability, nationality or migratory status; for that reason, directive 07/17 issued by the National Institute of Transparency, Access to Information and Protection of Personal Data is applicable [as it] establishes that it is not necessary for the Transparency Committee to issue a resolution of non-existence of information **in those cases in which an analysis of rules that apply to the request suggests no obligation by the agency to have the information; and when there is no evidence supporting a belief that the information should exist in the agency's records.**"*[92] (highlighting is ours)

What we can see in this response is that SEDENA does not consider this type of disaggregation of information to be a requirement for its records. Risks to access to information can also be reflected in the indicators - or the lack of indicators - that agencies use when they systematize information, and above all what is measured. When there is an absence of indicators, such as measuring impacts by gender, ethnicity or age, it appears that there is disinterest in this information, such as by not institutionalizing transversal or intersectional perspectives that allow us to understand the impacts of these events on the population. Such non-existence of information is a symptom of how government agencies are making operational decisions.

Accountability is a government responsibility. In the absence of government assessments that include disaggregated official

**What we can see in this response is that SEDENA does not consider this type of disaggregation of information to be a requirement for its records**

---

[91] Ley General de Transparencia y Acceso a la Información Pública. Article 2.

[92] SEDENA, response to information request, Folio 0000700078821, March 27, 2021.

information, human rights activists and feminist and intersectional researchers have offered proposals to provide evidence of the impact of firearms violence on women. One research project was *Gender Violence with Firearms in Mexico*, carried out for IM Swedish Development Partner by Intersecta, Data Cívica, Equis Justicia para las Mujeres, 24-0 Horas Sin Violencia, and the Center for Ecumenical Studies.[93] This report analyzes ways that at multiple times government agencies have information on the impacts of gun violence, but there are important gaps in internal coordination within the agencies, so that this information is not always integrated into high-level decisions.

Such is the case of the links between firearms use and homicides of women, 73% of which occur with firearms, according to National Public Security System data cited by UN Women in their report *Femicide Violence in Mexico*.[94] Despite this fact, this information is not an integral part of national security policies, demonstrating the disconnect with human rights impacts as well as governments' disinterest in the intersectional aspects of gender violence or situations impacting ethnic minorities when they regulate gun traffic, public security or the mitigation of gun violence.

Mexico's civilian population has suffered from the absence of policy regarding gun trafficking, including both the absence and infringement of regulations by gun exporting countries. As previously noted, assessments are part of accountability and should serve to support the design, implementation and evaluation of policies on firearms, violence prevention, and citizen security.

Gun violence and the need for transparency for the work of structured government actions have an impact in both Mexico and the United States, whose communities suffer from disparate impacts as a result of the intersectionality of discrimination and inequality. President Joseph Biden affirmed this in April 2021, when he noted that in the United States 106 people die every day from gunshots, that there are 53 femicides every month, in addition to disproportionate impacts of gun violence on African-American and Latino communities.[95] Gun violence in the United States is not new, and data offer us important insight into the links between firearms use and gender violence. According to reporting by

**Mexico's civilian population has suffered from the absence of policy regarding gun trafficking, including both the absence and infringement of regulations by gun exporting countries**

---

[93] Intersecta, Data Cívica, Equis Justicia para las Mujeres, 24-0 Horas Sin Violencia, and Center for Ecumenical Studies, *Violencia de género con armas de fuego en México*. IM Swedish Development Partner, (November 2020).

[94] Onu Mujeres. *La violencia feminicidio en México, aproximaciones y tendencias*.(ONU Mujeres. Diciembre de 2020). p. 36. Available at: https://www2.unwomen.org/-/media/field%20office%20mexico/documentos/publicaciones/2020/diciembre%202020/violenciafeminicidamx_.pdf?la=es&vs=4649.

[95] The White House. Remarks by President Biden on Gun Violence Prevention. (The White House. April 8, 2021) Available at: https://www.whitehouse.gov/briefing-room/speeches-remarks/2021/04/08/remarks-by-president-biden-on-gun-violence-prevention/

the *Centers for Disease Control and Prevention*, from 2015 to 2019, 19,288 women were killed, and in 11,078 of those cases - 57% - a firearm was used.[96]

A vision for citizen security should be based on participatory assessments that facilitate explanations and solutions to gun violence, taking into account that no armed process is identical from one community to another. The impact of gun violence is not the same in a northern Mexico town such as Parral as it is in Ecatepec, Mexico State or in Tapachula, Chiapas. Each region is a melting pot of factors affecting vulnerability and violence. Similarly, we also don't see uniform situations if we compare these communities with high-income sectors or even with the most marginalized communities in the United States.

Transparency allows for a close approximation to the actual state of phenomena such as gun violence, as well as to its impacts on other types of violence, especially on the lives of people and their social or psychological environment. Accountability and transparency are thus part of solutions to gun violence and its impacts, because revealing the true conditions and facts of the problem sheds light on the factors that cause it and on where government action should turn its attention.

## The risks of weakening or eliminating Mexico's transparency agency

The constitutional reform that established the National Institute for Access to Information (INAI) in 2014 made Mexico one of the best countries in the world (after Afghanistan) for legislation on the right to information, according to the global ratings of Access Info Europe and the Center for Law and Democracy.[97] The INAI serves as an arbiter of the right to information.

From the beginning of his administration, President Andrés Manuel López Obrador has had INAI in his sights. In December 2018, he called on the agency to enact austerity measures, accusing it of acting to "keep issues secret" in favor of minorities.[98] He said there would be an effort to "integrate, bring together all government information policy." In 2020, the INAI received a 23% reduction in its budget.[99]

> **T**ransparency allows for a close approximation to the actual state of phenomena such as gun violence, as well as to its impacts on other types of violence, especially on the lives of people and their social or psychological environment

---

[96] Centers for Disease Control and Prevention. *Injury Prevention & Control: Data & Statistics (WISQARS): Fatal Injury Data*
https://search.cdc.gov/search/index.html?query=Injury+Prevention+%26+Control%3A&sitelimit=&utf8=%E2%9C%93&affiliate=cdc-main

[97] Global Right to Information. *Rating Map*. https://www.rti-rating.org/

[98] Animal Político. A*MLO vs órganos autónomos*. (*Animal Político*. December 5, 2019). at:
https://www.animalpolitico.com/2019/12/amlo-autonomos-acusaciones-recortes-reacomodos/.

[99] Press conference of Mexican President Andrés Manuel López Obrador. (December 4, 2018)
https://lopezobrador.org.mx/transcripciones.

The weakening of INAI would represent a setback to guarantees of access to public information and to accountability. The veiled threat to the agency also places in doubt respect for other rights related to the timely disclosure of government affairs. For example, although INAI does not carry out enforcement for violations of law, it has exposed cases of corruption such as the Odebrecht scandal, the Cuernavaca "Paso Express" (a segment of federal highway that collapsed and killed two motorists), and the misuse of public funds related to the 2017 earthquake.[100]

## Relevant Rulings by National Institute of Access to Information

The issue of gun trafficking has become one of wide public interest as a result of the alarming growth of violence in Mexico since 2007. That year, there were 137 information requests to federal agencies for information on firearms, yielding 101 disclosures of information via digital media. By 2019, there were 542 requests for information on firearms, resulting in 457 disclosures of information on digital media. Between 2007 and 2019, there were 223 appeals related to information requests on firearms: appeals by requesters who were not satisfied with the agency's response.[101]

Just a few years ago, there was little publicly available information about imported firearms sold to Mexican police through the Army, despite the many cases of serious human rights violations, as described above, committed by police.

The investigation in 2014 by journalists and human rights defenders of the forced disappearance of 43 Ayotzinapa student teachers, helped to make visible the weapons used by police to commit serious human rights violations. The judicial record in the case demonstrated that municipal police in Iguala, Guerrero that participated in the attack on the students were armed with assault rifles from Heckler & Koch, Beretta and Colt imported from Germany, Italy and the United States, respectively.

Government officials have expressed fear about information on weapons owned by police and military forces being publicly available, especially regarding risks that this information could be utilized by criminal organizations to carry out attacks. For example, in 2018, we submitted a request for the number of firearms, by make and year, sold

> **The weakening of INAI would represent a setback to guarantees of access to public information and to accountability. The veiled threat to the agency also places in doubt respect for other rights related to the timely disclosure of government affairs**

> **Government officials have expressed fear about information on weapons owned by police and military forces being publicly available**

---

[100] Aguirre, S. *El Sabueso: CNDH e INAI, ¿han sido siempre omisos, antes violaciones de derechos y corrupción, como dijo AMLO?*. (*Animal Político*. November 8, 2019). at: https://www.animalpolitico.com/elsabueso/amlo-cndh-inai-omisos-sabueso/.

[101] "30.11.20 Solicitudes de información armas," file compiling requests on Mexico's National Information Platform, produced in the context of Mexico's Open Government Partnership, 2020, at: https://stopusarmstomexico.org/wp-content/uploads/2021/07/30.11.20-Solicitudes-de-información-armas.xlsx.

to governments of each state in Mexico since 2006.[102] SEDENA
responded that the information was classified, and we appealed the
denial. INAI overturned SEDENA's denial and determined that

> *"to disclose the number and characteristics of firearms sold to states from 2006 to
> 2018 does not reveal police departments' capacity of reaction, since the total number
> of firearms acquired by the agency is not being disclosed,"*

since

> "among the firearms acquired there may be weapons that were already retired"
> or distributed to other police agencies in the same state. "Such information lends
> no certainty to the total number of firearms that [the police agencies] have
> today."[103]

It is clear that firearms acquired by Mexico, and specifically by the armed
forces and police, are taking human lives. They have been used at times
to incriminate and criminalize people, and they are a systematic and
generalized presence in the commission of serious human rights
violations. For these reasons, there should be greater visibility of the
paths these weapons take from their purchase to their end user and the
eventual uses these firearms may have.

## Open Government Partnership

The Open Government Partnership (OGP) is an international initiative
begun in 2011 composed of people from government, civil society,
private businesses, non-profit organizations, and others.[104] Mexico and
the United States were among the founding countries. The OGP is based
on the idea that an open government "is more accessible, more
responsive, and more accountable to citizens, and that improving the
relationship between people and their government has long-term,
exponential benefits for everyone."[105]

The OGP's goal is to "promote a more open and horizontal model of
governance that implies a new logic of collaboration between citizens
and government authorities based on four principles: transparency,

---

[102] SEDENA, response to information request, Folio 0000700176018, October 6, 2018.

[103] INAI. Resolution RRA 0569-19 (February 20, 2019) pp. 29-30, regarding SEDENA, response to information request, Folio 0000700176018.

[104] Open Government Partnership. About. (Open Government Partnership. 2021). At: https://www.opengovpartnership.org

[105] Open Government Partnership. About. (Open Government Partnership. 2021). At: https://www.opengovpartnership.org/about/approach/

accountability, citizen participation, and innovation."[106] This is achieved through joint collaboration of participants on National Plans of Action focused on advancing the idea of proactive transparency and fulfilling concrete commitments in various issues.

In 2019, one of the OGP commitments that Mexico adopted in its fourth National Plan of Action was for transparency in the movement and control of firearms. The OGP initiative is an excellent opportunity for Mexico to bring transparency to the legal and illegal flows of firearms into and within Mexico.

There are three types of transparency in theory:

- Reactive transparency: Government agencies create sufficient infrastructure that allows the public to request information.

- Active transparency: Government agencies encourage all public entities to make transparent the information related to their activities and budget.

- Proactive transparency: Government agencies promote the distribution of information that has social utility, that is, that it effectively reaches society with the potential to be used for those things that communities consider relevant.

# Open Government Partnership

The OGP seeks to encourage government agencies to promote proactive transparency together with civil society organizations and other members of the public.

The organizations writing this report have participated actively in the OGP working group on transparency in the movement and control of firearms. Participants included representatives of civil society organizations, National Institute of Access to Information, Public Function Secretariat (comptroller), Tax Administration Service (which includes customs), National Defense Secretariat (Army), Navy, National Public Security System, and Foreign Relations Ministry.

Our participation in the OGP work groups has taught us a great deal about each federal agency's authority regarding firearms of - that is, who does what.  As an exercise in reactive transparency, it has been

> **In proactive transparency, Government agencies promote the distribution of information that has social utility, that is, that it effectively reaches society with the potential to be used for those things that communities consider relevant**

---

[106] Secretaría de Función Pública. *Alianza para Gobierno Abierto.* (Alianza por el Gobierno Abierto). At: http://aga-gobierno-abierto.k8s.funcionpublica.gob.mx/quienes-somos/.

fundamental for the development of this report. Nevertheless, we must recognize that the agencies still do not share the same concept of proactive transparency in which there is ongoing disclosure of information of interest to the public. We still believe in the prospect of progress for such transparency.

The United States' participation in the Open Government Partnership (OGP) has not addressed the trade or control of firearms directly in any way. The most recent action plan includes commitments to improve transparency in the intelligence community and access to federally funded research. But the OGP Action Plan released in 2019 was "comprised primarily of commitments with limited potential impact— many of which derive directly from open government initiatives that were already underway," leading civil society groups to withdraw from the Partnership or express serious concerns about it, according to the Independent Reporting Mechanism about the plan.[107]

> **The United States' participation in the Open Government Partnership (OGP) has not addressed the trade or control of firearms directly in any way**

# Recommendations

## For the United States:

- The U.S. Senate should ratify the Arms Trade Treaty, as a minimal commitment to U.S. transparency for firearms exports and imports.

- The U.S. Congress should repeal the Tiahrt Amendment from future spending bills in order to permit the ATF and other U.S. federal agencies to compile, keep and disclose electronic records of gun production, distribution, purchases, trafficking, and theft of firearms.

- The ATF should review its data-gathering methods for the AFMER report to ensure it fully captures the number and type of firearms that U.S. companies are manufacturing and exporting.

- The U.S. Department of Justice should increase access to and sharing of international gun trafficking data. Specifically, DOJ should revise the Memorandum of Understanding with Mexico's

> **The U.S. Senate should ratify the Arms Trade Treaty, as a minimal commitment to U.S. transparency for firearms exports and imports**

---

[107] Open Government Partnership. Independent Reporting Mechanism (IRM). *United States Design Report 2019–2021. (*Open Government Partnership. Documents. May 17, 2021). Available at:  https://www.opengovpartnership.org/documents/united-states-design-report-2019-2021/.

Prosecutor General's Office (Fiscalía General de la República) for using eTrace data on firearms recovered in Mexico and traced to the United States to exclude unnecessary restrictions on use of trace data.

- Establish a proper tracking system for legal firearms exports to Mexico which includes vital information that transparently registers, controls, and tracks the end uses of exported guns, including all prospective end user units, not only central distribution units.

- Establish a policy to consult the U.S. Department of States' existing INVEST database of alleged human rights violations by foreign security units, designed for use in implementing the Leahy Law, for license applications to export arms to foreign police and military units that may be implicated in serious human rights violations.

**The U.S. Department of Justice should increase access to and sharing of international gun trafficking data**

## For Mexico:

- The Public Function Secretariat (Comptroller) and National Transparency Institute, in addition to implementing the fourth Plan of Action of the Open Government Partnership, should make the dialogues about firearms between representatives of civil society, the Army, Navy and other federal agencies long-term and ongoing.

- Policies and regulatory frameworks for gun control should be designed, implemented and evaluated based on evidence and with civil society participation.

- The current Federal Firearms and Explosives Law is nearly 50 years old (1972) and it is urgent to revise it into a new law that, among other things, creates transparency for information on firearms. The government should publicly share the new draft Firearms and Munitions Law, to permit civil society to advocate fully in the formulation of the legislation.

- Federal, state and municipal agencies should, according to their mandates, gather and proactive distribute data on the impacts of firearms, disaggregated by sex, age, ethnicity, sexual orientation, migratory status, and physical and mental disability.

**Policies and regulatory frameworks for gun control should be designed, implemented and evaluated based on evidence and with civil society participation**

- Federal, state and municipal agencies should, according to their mandates, gather and proactively distribute data on the firearms and ballistic footprints used in violence, disaggregated by caliber, type of firearm, type of crime, and municipality, in addition to characteristics of the victim.

- The Army should identify and declare the true end users of firearms to exporting companies and to governments of exporting countries in certificates issued before licenses are issued and weapons are shipped.

- Guarantee that no details in data about recovered, decommissioned or exchanged firearms are lost or diluted in registries of the agencies involved in these processes (including SEDENA, FGR and local governments, according to their mandates), from the initial point of manual or electronic entry to their concentration at the national level.

- Registries of the importation, manufacture within Mexico and distribution up to end users of firearms, their components, and munitions should be complete, detailed and transparent.

- An integrated registry overseen by civilian agencies is necessary, one that gathers together as much information as possible about firearms in Mexico. Congress should establish a National Unified Firearms Registry under civilian authority with oversight by Congress and the public.

- Government agencies that receive records requests should ensure that the information is available to all persons.

- Government agencies that receive records requests should coordinate efforts with other agencies to guarantee the accuracy and completeness of information provided.

- Government agencies, especially justice and security agencies, should use intersectional indicators for gathering and systematizing information to create institutional assessments of a wide array of elements of gun violence, especially disparate impacts according to: gender, age, ethnic and national origin, migratory status and disability.

**The Army should identify and declare the true end users of firearms to exporting companies and to governments of exporting countries in certificates issued before licenses are issued and weapons are shipped**

**Government agencies, especially justice and security agencies, should use intersectional indicators for gathering and systematizing information to create institutional assessments of a wide array of elements of gun violence**



## Invisible Weapons, Indelible Pain:

*The Urgent Need for Transparency in the U.S. and Mexican Gun Trade*

Was produced by:

The Mexican Commission for the Defense and Promotion of Human Rights (cmdpdh.org), Stop US Arms to Mexico, a project of Global Exchange (stopusarmstomexico.org), and the Center for Ecumenical Studies (estudiosecumenicos.org.mx).

We offer thanks to the Open Society Foundations and many persons who supported the research used in this report.

July 2021

# EXHIBIT L

Donate   Take Action   Contact Us



Stop US Arms to Mexico

ABOUT   NEWS   RESOURCES   DONATE   EVENTS   TAKE ACTION   VIDEO   ESPAÑOL

## Italian Weapons in Mexico

> English > Italian Weapons in Mexico

John -

November 7, 2019 -

English

November 12, 2019 – Italy is exporting tens of thousands of high-powered weapons to Mexican forces involved in human rights violations, corruption, and widespread violence, a study by a bi-national research team revealed.

Read the report: *Italy's contribution to the Mexican powder keg*

Versión en español
Versioni in italiano

In the last twelve years, Italy has been the second largest exporter of non-military guns, rifles and ammunition. On average, Italian companies have sold and shipped ten thousand pistols, revolvers and 1,100 rifles to the Mexican market each year. Mexico has been the second largest Latin American importer of Italian military weapons.

Mexican police armed with Beretta weapons attacked and disappeared 43 student teachers from Ayotzinapa in the southern Mexican state of Guerrero in 2014. "It isn't possible that the gun manufacturers go without recognizing the damage they have done to our children and our people," said Antonio Tizapa, father of one of the 43 disappeared students. "Let us hope that the manufacturers do not continue to sell weapons to Mexico, because they are disappearing us."

The Beretta group has dominated military weapons sales to Mexico (valued at 50 million euros since 2007), as well as being a major

### DONATE & SUPPORT

### SUBSCRIBE VIA EMAIL

Stay up to date on Mexico and our campaign to stop the U.S. weapons trade into Mexico.

### FILM: WHERE THE GUNS GO

https://vimeo.com/214922986?loop=0

player in the civilian weapons market. All Beretta brands and plants have contributed to this arms flow, including Beretta, Benelli, Stoeger, Sako, which are manufactured in Italy, Finland, Turkey and the U. S.

In Mexico, Italian arms enter the market through the army, which distributes weapons to military personnel, state and municipal police and individuals. More than 20,000 such weapons were stolen or went missing since 2006, with many falling into the hands of criminals.

"Italian weapons exports and the lack of end use controls are pouring fuel on the fire of violence in Mexico," said Carlo Tombola of Arms Watch (Osservatorio Permanente Armi Leggere , OPAL). "Italy should suspend its weapons exports to Mexico," he said.

The EU Common Position states that, when "there is a clear risk that the military technology or equipment to be exported might be used for internal repression", export licenses should be denied. This is especially true of countries with serious human rights violations. In fact, the end users of imported weapons are often those police with documented human rights abuse and guilty of colluding with organized criminal groups.

Data and information, gathered by OPAL and Stop U.S. Arms to Mexico, is presented in *Italy's contribution to the Mexican powder keg*, a report released simultaneously in three languages (Italian, Spanish and English).

For more information and to take action, contact:

John Lindsay-Poland, +1 510 282 8983

Stop U.S. Arms to Mexico: [www.stopusarmstomexico.org](http://www.stopusarmstomexico.org)

Carlo Tombola, +39 349 6751366

Arms and Security Policy Observatory (Osservatorio Permanente Armi Leggere e Politiche di Sicurezza) – Brescia: [www.opalbrescia.org](http://www.opalbrescia.org)

**Share this:**

 

Related

[The arms trade keeps Mexico at gunpoint. The role of Italy](#)
February 1, 2021
In "English"

[Two Mass Killings by Shooters in Mexico in as Many Days](#)
October 16, 2019
In "English"

[The Sniper Rifles Flowing to Mexican Cartels Show a Decade of U.S. Failure](#)
November 19, 2020
In "English"

▢ YOU MIGHT ALSO LIKE



[Two Mass Killings by Shooters in Mexico in as Many Days](#)
▢ October 16, 2019



[Rep. Grijalva and Rep. Lowenthal Lead Congressional Letter on U.S. Firearms Sales to Mexico](#)



[Guns Recovered by Mexico's Military Come Mostly From U.S. Makers](#)
▢ October 20, 2022



VIDEO: BORDER ENCUENTRO

Youth from 67 Sueños protest at U.S.-Mexico border against guns and imprisoning of migrants.

FOLLOW US

 

SEARCH

# EXHIBIT M

# Italy's contribution to the Mexican powder keg

Most small arms and light weapons imported into Mexico come from the United States, but most of the rest are manufactured in Italy.

In the last twelve years, Italy has been the **second largest exporter of non-military guns**, rifles and ammunition in Mexico, far ahead of other important exporters such as the Czech Republic, Spain, France, Austria, Belgium, South Korea, and Israel. On average, Italian companies have sold and shipped ten thousand pistols and revolvers and 1,100 rifles to the Mexican market every year for the past twelve years. Many Italian 'civilian weapons' have been also sold to Colombia and Guatemala, probably feeding the grey and black market.

In the same period of 2007-2018, Mexico has been the **second largest Latin American customer of military weapons produced in Italy**, after Brazil. Apart from major weapons systems produced by Leonardo, Beretta group dominates Italian military exports to Mexico: in the same twelve-year period, it sold at least 50 million euros worth of weapons (data is in round figures because Italian government reports on military exports are tricky to interpret).

### What did the Beretta group sell to Mexican armed forces?

- More than 17,150 SCP 70/90 automatic assault rifles (5.56x45 NATO caliber), and 23,000 spare parts for these rifles, in particular ammunition magazines of 30 rounds, since the rifle can fire 670 rounds per minute at a distance of up to 300 meters;

- More than 19,000 ARX 160 assault rifles (5.56x45 NATO caliber) and 16,000 spare parts;

- 650 GLX 160 grenade launchers, adaptable to both the 70/90 rifle and the ARX 160;

- 303 Sako TRG 22 sniper rifles;

- 3,030 guns (40 caliber);

- 505 rifles (22LR caliber);

- 505 guns (22LR caliber);

- 13,130 guns (9x19 mm caliber);

- 2,020 guns (9 caliber short or .380 auto);

- 1,010 Stoeger rifles (12 caliber).

The Beretta arms catalog includes many brands (Beretta, Benelli, Stoeger, Sako). Moreover, Beretta management can arrange arms exports without leaving any statistical trace in Italy, while circumventing the strict Italian laws on arms trade control. To do this, Beretta can conduct intra-group transfers between its Italian plants (Gardone Val Trompia and Urbino) and plants in Turkey (Stoeger Silah Sanayi of Istanbul) and Finland (Sako of Riihimäki).[1]



Beretta can also export arms to Mexico through Beretta USA (based in Gallatin, TN, near Nashville). So Beretta USA also participates in the river of arms flowing from the United States to Mexico. Beretta weapons produced in the United States have very few physical differences from those produced in Italy, as for example the lack of proofing marks stamped onto barrels by the National Testing Bank, which is mandatory for all weapons produced in Italy (as in almost all European countries).

This sheet describes firearms exports, but Italy also exports considerable ammunition. An Italian company, Fiocchi Munizioni, exported 270 metric tons to Mexico in twelve years, valued at € 1.5 million. Fiocchi Munizioni also owns a US subsidiary plant, Fiocchi of America (based in Ozark, Missouri).

## Where in Mexico Do Italian Weapons Go?

Police in every one of Mexico's 32 states have purchased Beretta weapons during the 2006-2018 period. According to the Mexican Secretariat of National Defense (SEDENA, the army), more than 113,000 Beretta firearms (85,941 handguns and 27,292 long guns) were sold to Mexican police between 2007 and 2017. Sako sniper rifles have gone to police in Chihuahua, as well as to police in at least 21 other states in Mexico. In addition, the Mexican army – the only authorized vendor of weapons to individuals in Mexico – sells Beretta 12 gauge shotguns to members of the public.

End users of Beretta weapons include police with documented human rights abuses and collusion with organized criminal groups. For example, municipal police who attacked and forcibly disappeared 43 student teachers from Ayotzinapa, Guerrero in 2014 were armed with 74 Beretta SCP 70/90 assault rifles, according to the judicial record. Weapons sales receipts disclosed by the SEDENA, indicate that more than 6,500 Beretta firearms were sold to police in Guerrero between 2007 and 2014, despite documentation of widespread abuses and collusion with crime by police in that state.

One out of every five weapons sold to Guerrero police between 2010 and 2016 was stolen or went missing, with most ending up in the hands of organized criminal groups.[2] More than 5,400 Beretta weapons were lost or stolen from police throughout Mexico from 2000 through 2015, according to Mexican military records.[3] Police in the state of Nuevo León, which borders Texas, have purchased at least 8,772 Beretta firearms since 2006. State police in Nuevo León have a "crisis of corruption and crime," according to its recently appointed director, Aldo Fasci, including trafficking by police of illegal weapons in the state's prison.[4] State police in Veracruz that were responsible for at least 15 death squad murders[5] purchased more than 6,500 Beretta weapons since 2009, according to the SEDENA sales receipts.

## European Arms Export Standards for End Use

Italian Law 185/1990 covers only military arms and ammunition transfers, and denies export licenses when "adequate guarantees on the final destination of the armament materials are lacking." The European Common Position ECP/2008[6] lists eight criteria for permitting export licenses of military materials, *inter alia* the respect for human rights and international humanitarian laws in the country of final destination. So licenses would be denied when "there is a clear risk that the military technology or equipment to be exported might be used for internal repression" and especially

My name is Antonio Tizapa, and I am the father of Jorge Antonio Tizapa Legideño. Weapons from the Beretta company were used in the disappearance of my son and his 42 classmates, in addition to killing three more students, on September 26 and 27, 2014. Police and organized crime used the weapons, and today we still do not know who killed the students or where they are.

From the information here, it seems as if we were at war. Mexico has acquired exorbitant quantities of weaponry and munitions, and the people at large have no idea of the magnitude of these weapons purchases, which also end up with organized crime.

During the "night of Iguala," [as the night the students were disappeared has come to be known], there were German, Italian and U.S. weapons. It isn't possible that the gun manufacturers go on without recognizing the damage they have done to our children and our people.

I think that if you were in my place, in the place of the mothers and fathers of these 43 young men and knew that these weapons were used in the disappearance of one of your family member, you would be doing the same thing that I am doing.

Let us hope that the manufacturers do not continue to sell weapons to Mexico, because they are disappearing us. Stop arms sales to Mexico.



Antonio Tizapa

in "countries where serious human rights violations have been established by the competent bodies of the United Nations, by the European Union or by the Council of Europe." Other criteria concern internal tensions or armed conflicts, international stability, and "the likelihood of the military technology or equipment being used other than for the legitimate national security and defense of the recipient."

For more information and to take action, contact:
John Lindsay-Poland, +1 510 282 8983
Stop U.S. Arms to Mexico: www.stopusarmstomexico.org



Carlo Tombola, +39 349 6751366
Osservatorio Permanente Armi Leggere e Politiche di Sicurezza – Brescia: www.opalbrescia.org



---

1 Under Italian administrative law, corporations must publish an annual public financial report and, in the case of industrial groups, a 'consolidated' balance sheet as well. Beretta Holding provides balance sheet data about 'intra-group activities.'

2 Mexican Commission for the Defense and Promotion of Human Rights and Stop U.S. Arms to Mexico, *Gross Human Rights Abuses: The Legal and Illegal Gun Trade to Mexico*, 2018, at: https://stopusarmstomexico.org/gross-human-rights-abuses-the-legal-and-illegal-gun-trade-to-mexico/.

3 Secretariat for National Defense (SEDENA), response to public records request, Jandary 8, 2016, Folio 0000700212715.

4 Jesús Padilla, "Crimen y corrupción en seguridad," *Reporte Indigo*, January 7, 2019, at: https://www.reporteindigo.com/reporte/crimen-y-corrupcion-en-seguridad-exhibe-aldo-fasci-solicita-apoyo-gobernador/.

5 Associated Press, "Mexican police allegedly used near death-squad tactics," 28 de febrero de 2018, en: http://www.nydailynews.com/newswires/news/world/mexican-police-allegedly-death-squad-tactics-article-1.3846863.

6 Council Common Position 2008/944/CFSP of 8 December 2008 defining common rules governing control of exports of military technology and equipment, downloadable at: https://eur-lex.europa.eu/legal-content/EN/TXT/?uri=CELEX%3A32008E0944. https://eur-lex.europa.eu/legal-content/ES/TXT/?uri=OJ:L:2008:335:TOC

# EXHIBIT N

Donate    Take Action    Contact Us

## Stop US Arms to Mexico

ABOUT     NEWS     RESOURCES     DONATE     EVENTS     TAKE ACTION     VIDEO     ESPAÑOL



Assault weapons in Mexico

English  >  Assault weapons in Mexico

John  -

January 23, 2019  -

English

Illegally trafficked weapons are difficult to count, but there is much sound data to indicate that U.S.-sourced assault weapons are more commonly used in violent crimes in Mexico than in the United States.

According to records of the Mexican justice department (Fiscalía General de la República, or FGR, formerly the PGR), which keeps data on firearms recovered from crime scenes, of 93,078 guns recovered from 2006 through 2017, more than 40% (38,409) were long guns.[i] Most of those long guns were likely semi-automatic assault rifles.

That is because organized criminal groups use military-grade assault weapons in order to control territory. Assault weapons that are freely available at retail gun shops in Texas, Arizona, and other U.S. states are thus an excellent source of weaponry for those groups.

The Mexican military also keeps records of weapons it has recovered, including the information on caliber and manufacturer. Of 66,011 firearms recovered between 2006 and March 2018 for which the caliber and make were recorded, more than 12,000 could be positively identified as assault weapons. More than 2,000 of these assault weapons were produced by a single manufacturer, Colt Defense Industries of Hartford, Connecticut, more than any other gun maker.[ii]

Other estimates, such as a 2018 report by The Wilson Center, put the portion of assault weapons at close to half the crime guns recovered in Mexico.

### DONATE & SUPPORT

### SUBSCRIBE VIA EMAIL

Stay up to date on Mexico and our campaign to stop the U.S. weapons trade into Mexico.

### FILM: WHERE THE GUNS GO

https://vimeo.com/214922986?loop=0

Private citizens in Mexico may not legally purchase assault weapons, which are restricted to government forces.

 See Procuraduría General de la República, response to public records request, Folio 0001700052217.

 See Secretaría de Defensa Nacional (SEDENA), response to public records request, Folio 0000700097618.

**Share this:**

**Related**

Human Rights Organization Supports U.S. Gun Proposals to Stop Bloodshed in Mexico
January 25, 2019
In "English"

How US Guns Push Central Americans to Flee
February 6, 2019
In "English"

Two Mass Killings by Shooters in Mexico in as Many Days
October 16, 2019
In "English"

☐ YOU MIGHT ALSO LIKE



Activistas apoyan demanda de México contra fabricantes de armas
☐ February 7, 2022



Stemming the Guns of Massacre in Mexico
☐ November 16, 2019



U.S. gun industry wants a bigger piece of the world's arms trade
☐ June 1, 2018

**VIDEO: BORDER ENCUENTRO**



Youth from 67 Sueños protest at U.S.-Mexico border against guns and imprisoning of migrants.

**FOLLOW US**



**SEARCH**



**STOP US ARMS TO MEXICO**

**SUBSCRIBE VIA EMAIL**

GO

**FOLLOW US**

**ARCHIVES**

June 2023

May 2023

April 2023

March 2023

February 2023

December 2022

October 2022

September 2022

**A PROJECT OF:**

# EXHIBIT O





Scholars, advocates, and activists seeking to make the U.S. a more responsible global partner.



Gun exports have reached record highs under the Trump administration. (Photo: verifex / Flickr / creative commons)

# THE U.S. IS FLOODING THE WORLD WITH GUNS.

≡

▄ ▄▀ ▄▀ ▄▀ ▄▀ •

*Gun exports reached record levels in 2017 and again in 2018. Can Congress stop Trump from loosening the rules even further?*
By John Lindsay-Poland | July 22, 2019

When gun exporters and importers gather at a trade conference at the Trump Hotel in Washington later this month, they will confront mixed trends in their industry.

Gun manufacturing in the United States fell sharply in the first year of the Trump presidency, by more than 27 percent — a change widely attributed to gun buyers' confidence that Trump would maintain or expand commercial access to firearms, limiting the impulse to stock up over a short period of time. Gun imports into the United States have also dropped significantly, with pistol imports falling by over 20 percent from 2016 to 2018.

But reduced gun production was partly compensated by a record level of U.S. gun exports to other nations, which grew by nearly 30 percent in 2017. U.S. gun companies dramatically increased their firearms exports globally — to 488,300 guns in 2017, more than in any year on record, according to a report by the Bureau of Alcohol, Tobacco, and Firearms (ATF). The United States exported even more firearms in 2018, according to U.S. Census Bureau data, and the Trump administration seeks to expand such exports even more.

Last year, the administration proposed a regulatory change to transfer the export licensing of guns to the much looser rules of the Commerce Department, which industry leaders expect will "significantly expand their opportunities," while removing congressional oversight and severely reducing the capacity to control the end uses of exported weapons.

The proposed rule would apply to sniper rifles, semi-automatic assault rifles, and other weapons used in warfare around the world. The change

But the proposed change was set back on July 11, when the House of Representatives approved an amendment sponsored by Rep. Norma Torres (D-CA) to the National Defense Authorization Act (NDAA) that prohibits taking gun exports off the State Department's U.S. Munitions List.

**The State Department Trashed Its Own Authority to Control Weapons Sales**

The growth in U.S. gun sales outside the country occurred as the Trump administration's weapons export licensing agency was understaffed and in devastating disarray, according to a State Department Inspector General report in February.

The report found that the Directorate of Defense Trade Controls, which reviews and issues licenses to export weaponry, was 28 percent understaffed. The agency also had failed to notify Congress of arms sales as required by law, scrapped a unit for training officers, failed to consult the State Department's regional and human rights bureaus on proposed arms exports, and mistakenly approved an export license (later revoked) for more than *a billion dollars* of firearms to the Philippines.

Philippines police and military forces are credibly alleged to have committed thousands of extrajudicial killings under current President Rodrigo Duterte. Yet the United States shipped more than 86,000 semiautomatic handguns to the Philippines in 2018, more than six times as many as the previous year, according to U.S. International Trade Commission (USITC) records.

Nearly all of these weapons were Glock handguns exported from Georgia, a comparison of ATF and Census Bureau data reveals. Like other European gun producers, Glock has much moved its production from Austria to the United States to take advantage of the enormous U.S. police and civilian market as well as looser export laws.

Practically the entirety of the uptick in 2017 in foreign gun sales comes from pistols exported by New Hampshire-based Sig Sauer Inc., which

New Hampshire pistol exports amounted to $41.8 million in 2017, according to U.S. Census Bureau data. (Sig Sauer was virtually the only company to export pistols from New Hampshire in 2017, according to the ATF report.) The largest buyers were Thailand ($15 million), followed by United Arab Emirates (UAE, at $4.8 million), Canada, and Germany.

**Foreign Gun Sales Were Even Higher in 2018**

ATF doesn't publish detailed gun manufacturing and export data until a full year has passed, but the Census Bureau and U.S. International Trade Commission post the data monthly. Exports accounted for 6 percent of U.S. gun production in 2017, a portion that nearly doubled from 2016, when it was only 3.3 percent. The increased exports in 2018 suggest that portion has grown even more.

And total pistol exports from New Hampshire in 2018 grew to more than $64 million, about half more than in 2017. The biggest buyers in 2018 were Thailand — which received a whopping $39.5 million worth of pistols from New Hampshire — and UAE, which purchased $5.9 million worth. The UAE is waging war in Yemen, which has led to thousands of deaths and a humanitarian catastrophe.

In 2017, Congress was notified of two licenses for exporting 9mm pistols to Thailand valued at $93.9 million, as well as $48.6 million for five export licenses in various types of firearms to UAE.

Meanwhile, the U.S. exported more than 72 million bullets (valued at $125 million) to Afghanistan in 2018, far more than any other country, and more than eight times the dollar value of bullets exported to Afghanistan in 2017. Most of the ammunition was exported to Afghanistan from Kentucky and Indiana, Census Bureau data shows.

Four of the top ten recipients of ammunition last year were countries with relatively low levels of violence (Canada, Australia, Germany, and UK). But Israel received more than $26 million worth of bullets, while the

**Policy Options**

Democrats in the House of Representatives have proposed legislation to stem gun violence, including proposals to ban assault weapons and high-capacity magazines. Such measures would have significant impacts in Mexico, where criminal organizations rely heavily on such weaponry, which can be purchased easily in the United States and trafficked over the border.

But it is crucial that the House Democratic majority also consider action to control and reduce the explosive growth of weapons exports to countries all over the world. The NDAA amendment approved by the House to prohibit the transfer of gun export licensing to the Commerce Department is an important step.

In May, more than 100 organizations called on Congress to stop the regulatory change, even proposing to prohibit the change through an NDAA amendment. The House amendment is part of the 1,200-plus-page military spending bill that will go to conference to be reconciled with the Senate version of the NDAA, which did not address gun export rules. The bill then goes to the White House for the president's signature.

More is required. Congress should hold hearings on the devastating atrocities committed with these weapons and fund (and require) the State Department to adequately control weapons export licenses. Organizations working to reduce gun violence should expand their sights to stopping violence from U.S. guns exported beyond our militarized borders. The lives of people all over the world hang in the balance.

John Lindsay-Poland
*John Lindsay-Poland coordinates the project to Stop U.S. Arms to Mexico of Global Exchange.*

# EXHIBIT P



# Western Friend

Quaker Plain Speech and Spirit in the West

Log in/Register

Home    Magazine    Bookstore    Library    Community    Memorials    About Us    Contact Us

Subscribe    Donate

Home  /  Articles  /  Bullet Points

# Bullet Points

View other articles in "On Weapons" issue of magazine.
January 2019, February 2019

Author(s): John Lindsay-Poland,
Department: Healing the World,

### Bullet Points: The Gun Problem We Share with Mexico

**On the "open wound" of borde**r between Nogales, Arizona, U.S.A., and Nogales, Sonora, Mexico (actually one city, divided), a steel-tube fence stretches thirty feet high and miles to the east and west – beyond our seeing. Dozens of people entered a restricted zone beside that wall and enacted a die-in last November, to remember 123 migrants who died in the nearby desert during the previous twelve months, as a result of U.S. "preventive deterrence" border policies. The die-in also honored the lives of people killed or disappeared by U.S.-trained, U.S.-equipped, military and police forces in Latin America.

Six year before, on October 10, 2012, in the same place as that symbolic die-in, a U.S. Border Patrol agent shot his gun through the border wall, downward from an elevated position, and hit 16-year-old José Antonio Elena ten times – in his back, in the back of his neck, and in the back of his head – killing the boy and destroying his body. On November 21, 2018, an Arizona jury declined to call this an excessive use of force, and the agent was acquitted.

For the past three years, each November, this site has been the focus of a pilgrimage and mass resistance to militarism and injustice. For almost thirty years, School of the Americas Watch (SOAW) has led grassroots resistance to U.S. military training of coup leaders and soldiers who commit atrocities in Latin America. Founded by Father Roy Bourgeois, for 25 years SOAW organized an annual mobilization outside Fort Benning, Georgia, site of the U.S. Army School of Americas. During the past three years, SOAW has conducted their

*For the past three years, each November, this site has been the focus of a pilgrimage and mass resistance to*

annual mobilization as an "encuentro" in Nogales.

*militarism and injustice.*

Each Nogales border encuentro has provided three days of opportunities for activists and community members to educate each other and create ceremony – across borders; across languages, cultures, and generations; and across migratory statuses and religious beliefs. The encuentro crossed outwardly and inwardly, and it joined the directions. It fed our imaginations and inspired our action.

**National borders** are used to define nation-states geographically, and states require a capacity for violence. The sociologist Max Weber famously defined the state as "a human community that successfully claims the monopoly of the legitimate use of physical force within a given territory . . . The state is considered the sole source of the 'right' to use violence." ("Politics as Vocation," 1946)

The U.S.-Mexico border today expresses state violence graphically. The U.S.-Mexico Mérida Initiative, which is best known for its militarized drug-war policies, also includes programs for a "21st Century Border." This border is primarily designed for the massive commerce of things: every day, more than 225,000 trucks and cars cross the border from Mexico into the United States. The U.S. Bureau of Transportation Statistics doesn't track the number of vehicles that cross into Mexico (a sign of indifference toward illicit southbound traffic), but recent estimates are that 180,000 trucks and cars enter Mexico daily from the United States. This massive two-way movement of goods is one reason that attempting to stop narcotics or firearms trade at the border is generally a losing proposition: it clashes with the priority placed on commerce and profit. This failure of border fortification to stop illicit trade also highlights the fact that border walls and militarization are promoted to instill fear among U.S. citizens: fear of people and things coming into the United States from south of the border.

In many U.S. states, most notably in Texas and Arizona, any adult citizen with enough cash and no felony record can choose among hundreds of gun shops or gun shows, walk in, and purchase a semi-automatic assault rifle – or five, or ten, or twenty assault rifles – and walk out with their purchase. At that point, it is relatively easy to carry the weapons – in a vehicle or even on foot – over the border into Mexico, where criminal organizations continually seek to obtain more assault weapons. Like militaries, criminal organizations need military assets – weapons and trained soldiers – to control their territories. When these organizations control territory, they control its illicit economy, including the movement of drugs and migrants, extortion, theft of oil, and increasingly, legal investments such as mining.

*In many U.S. states, most notably in Texas and Arizona, any adult citizen with enough cash and no felony record can choose among hundreds of gun shops or gun shows, walk in, and purchase a semi-automatic assault rifle – or five, or ten, or twenty assault rifles – and walk out*

Mexican immigration police, with U.S. urging and support, routinely detain migrants in Mexico and deport them back to El Salvador, Honduras, or Guatemala. Those migrants then seek other northbound routes, which are often controlled by organized crime. These cartels extort large fees from migrants and their relatives, frequently rape

women and girls, and have killed, forcibly "disappeared," or
abandoned thousands of migrants. The Mexican state of Tamaulipas,
near the Rio Grande Valley, where the Zetas and Gulf cartels operate, is notorious for such violence against migrants. Tamaulipas is also the Mexican state with the largest number of guns recovered at crime scenes, many supplied by gun markets in Houston and small towns in the Rio Grande Valley.

*with their purchase.*

The United States' problem and obsession with guns thus has deep and devastating consequences well beyond national borders. Guns sold in the United States make life untenable in many Mexican communities, for native-born and migrant families alike.

**Public debates** about guns in the United States typically only consider the ownership and use of guns by private parties. However, the acquisition of weapons by state agencies is a key area of concern for several reasons – the large number of weapons controlled by police and military forces, the types of those weapons, and the vast exceptionalism afforded to state forces in their use. California, where I live, is known for having strong gun laws, including bans on assault weapons and high-capacity magazines. Yet police are exempt from these bans. Not only have local police forces inherited tens of thousands of military rifles from the Pentagon; they also routinely purchase AR-15s and keep them in patrol cars. Police officers are individually exempt from the ban on personal possession of semi-automatic rifles, which they may keep at home or bring to work with them.

If we believe in the continued existence of the state, if we rely on surveillance cameras tied to armed agencies, such as when we withdraw cash from an ATM, if we choose to call the police, then we are choosing to use firearms, even if they are not in our hands or homes.

Yet, in this society, it is almost impossible to separate ourselves from systems fortified by people with guns. The U.S. retail firearms market is qualitatively and quantitatively different from every other gun market in the world. The United States, with 4.4% of the world's population, comprises more than 45% of the world's firearms in civilian possession – an estimated 393 million firearms. This is more than 50 times the number of guns possessed by U.S. police and military forces.

The number of families possessing firearms in the United States has steadily decreased during the last 30 years. The response of the gun industry to this decline is, in part, to promote more legal exports. In Europe, gun exports are increasingly restricted, and European gun manufacturers have responded by establishing gun production in the United States, which is not only more permissive for exporting weapons, but has a major domestic market. Sig Sauer, Glock, Beretta, and FN Herstal are major European gun manufacturers that have set up significant production in the United States, especially in right-to-work states.

*In Europe, gun exports are increasingly restricted, and European gun manufacturers have responded by establishing gun production in the United States, which is not only more*

While hunting with guns has declined, the number of firearms held by each gun-owning household has steadily increased. In other words, a

larger number of guns is more concentrated among fewer people. And those people are disproportionately white men. White men in the U.S. are twice as likely to own a gun as Latino people, African Americans, or women.

*permissive for exporting weapons, but has a major domestic market.*

This fact has implications for the argument for abolishing police. On one hand, police are responsible for many gun homicides in the United States. But it is important to remember the terrible bloodbaths that occurred before the United States had standing police forces, when U.S. colonists and Antebellum militias used guns to enforce slavery and to carry out genocide against indigenous peoples. If we abolish police without also massive disarmament of private citizens, large numbers of armed white supremacist men would become de facto militias.  That is why I believe work to stop state violence should also address the private gun industry and gun culture.

**Most people** in the United States consider gun violence to be a domestic issue, but because of the way gun markets work, it is, also, very much a foreign policy issue. The international character of gun violence is nowhere more evident than in the relationship between the United States and Mexico. The United States consumes the vast majority of illegal heroin, methamphetamines, and marijuana produced in Mexico, but it is also the chief global champion of the prohibition of those substances. Consequently, disputes in this market are impossible to resolve through legal mechanisms such as courts; instead, armed violence is typically used.

Unlike the United States, Mexico has no equivalent of the Second Amendment, and the legal personal possession of firearms is highly restricted. Mexico is not unique in this regard. In most countries, civilians are severely restricted from owning firearms. In China, for example, firearm purchases are banned for most people, and private gun ownership is almost unheard of.

In all of Mexico, an individual can legally purchase a firearm in only one store, run by the Mexican Army in a suburb of Mexico City. The Mexican military is also the only entity in Mexico that may legally import firearms. Most of these weapons are sold to police forces or used by the military itself.

Since 2007, when Mexico declared a war on drugs and with the United States launched the Merida Initiative, U.S. gun exports to Mexico have grown exponentially. In 2015, the State Department issued a license to New-Hampshire-based Sig Sauer to sell up to $265 million worth of semi-automatic pistols and submachine guns to the Mexican Navy. If the license is completely fulfilled (by 2024), the Mexican Navy's weapons purchases from Sig Sauer alone would nearly double U.S. gun exports to Mexico.

**Many people** have given up on controlling guns in the United States. In the 1990s, the Democratic Party leadership abandoned gun-violence prevention, after concluding that the issue was losing them elections. One journalist wrote that the lack of legislation after the 2012 killing of twenty small school children in Newtown, Connecticut showed that the United States accepted massive gun violence. If even then Congress would not pass background check laws that are consistently supported by more than 80% of the electorate, including gun owners, it would never do anything.

Yet this reading fails to recognize important changes that have occurred since the Newtown massacre. In public opinion, in many state legislatures, and in the Democratic Party, there are now substantial majorities that favor background-check laws and an assault-weapons ban. Eight states have enacted laws that allow people to petition to remove guns from individuals who are at extreme risk of committing violence to themselves or others, and more states are considering such laws. In the past two election cycles, many Democratic candidates ran on messages of gun-violence prevention, bragging about their "F" ratings from the NRA. For the most part, these candidates won.

There is much to be done. One critical goal is to suspend all gun-export licenses to Mexico until systems are in place to identify military and police agencies there that have committed serious crimes and prevent them from obtaining weapons. State or federal bans on sales in the U.S. of assault-weapons and high capacity magazines are also important measures for stemming violence in Mexico. An equally important goal is to make visible to policy-makers, journalists, and ordinary people the stories of Mexicans and Central Americans whose family members have been killed or disappeared by state forces or criminal groups using U.S.-sourced arms.

> *One critical goal is to suspend all gun-export licenses to Mexico until systems are in place to identify military and police agencies there that have committed serious crimes and prevent them from obtaining weapons.*

Imagination is crucial for our transformation – but it is not likely to be sufficient. We must also act, even though we act in a world that makes it easier to obtain a gun than to receive medical care. In this environment, our actions might be symbolic, or small, or reformist, or palliative. But we must still act, or leave our imaginations solitary in our minds and words. ~~~

John Lindsay-Poland coordinates "Stop US Arms to Mexico," a project of Global Exchange (stopusarmstomexico.org). He also serves as Healing Justice Associate of the American Friends Service Committee in Oakland, California.

**Sources:**

Max Weber, "Politics as Vocation," in *Max Weber: Essays in Sociology,* pp. 77-128, New York : Oxford University Press, 1946.

Aaron Karp, *Estimating Global Civilian-Held Firearms Numbers,* Small Arms Survey, June 2018, at: www.smallarmssurvey.org/fileadmin/docs/T-Briefing-Papers/SAS-BP-Civilian-Firearms-Numbers.pdf

Stop US Arms to Mexico and Mexican Commission for the Defense and Promotion of Human Rights, *Gross Human Rights Violations: The Legal and Illegal Gun Trade to Mexico*, August 2018, at: stopusarmstomexico.org.

# Please Subscribe

**Subscribe or renew** now to read all articles online.

## Advertise

Rates, deadlines, and specifications for print advertising in *Western Friend*.

Western Friend
2625 Middlefield Road, #565
Palo Alto, CA 94306
USA
650-318-1652

Western Friend is published by the Friends Bulletin Corporation, an independent 501(c)3 non-profit (EIN 93-1156843), established jointly by Pacific, North Pacific and Intermountain Yearly Meetings.

## Find Us On...





Powered by Drupal

# EXHIBIT Q



Donate

  

Home

# Mexican Police Who Massacred Guatemalan Migrants Get Their Guns from the U.S.

Guns exported from the U.S. to Mexico end up in the hands of state security forces who commit human rights atrocities. Existing mechanisms for monitoring and controlling the trade are ineffective.

John Lindsay-Poland                    Tweet

April 1, 2021



*The Special Operations Group (GOPES) in Tamaulipas, Mexico, which has been implicated in several human rights violations. (Gobierno de Tamaulipas)*

SIGN UP FOR OUR NEWSLETTER!

Tweets by @NACLA

**Support NACLA!**

As the Americas stand at a crossroads, NACLA's research and analysis remains as important as ever. **Can we count on your to support our work?**

DONATE NOW!

**From NACLA Partners**





O n the third day of the Biden administration, January 22, 16 Guatemalan migrants and three Mexicans were massacred by police gunfire and their bodies burned on a lonely road in Mexico's Tamaulipas state, near the Texas border. The murdered migrants    were as young as 15 years old. The oldest, Edgar López  , 49, had been deported a year and a half before after an ICE raid in Carthage, Mississippi, where he had lived, worked, and raised a family for 22 years.

The bodies of the Guatemalan migrants were finally returned on March 12 to their families in Comitancillo, a poor, Indigenous Mam community in Guatemala's mountainous San Marcos Department. The Guatemalan government declared  three days of mourning and pledged to pursue punishment of those responsible.

The massacre is the latest of thousands of attacks by both state and non-state groups in Mexico, who have forcibly disappeared an estimated 35,000 migrants. The Camargo tragedy took the largest number of victims of any single state atrocity in Mexico in more than five years, when federal police killed more than 20 alleged members of a criminal organization in Tanhuato, Michoacán in May 2015. Outside of confrontations with criminal organizations, the killing of the Guatemalan migrants in Camargo is the worst atrocity since the forced disappearance of 43 student teachers from the Ayotzinapa Normal School in Guerrero in September 2014.

Initially, the Camargo events received little international attention. That began to change after Mexican authorities arrested 12 police officers    on February 2 on charges of homicide, abuse of authority, and making false statements. Though the pickup truck in which the bodies were found had 113 bullet holes, there were no spent bullet shells around the vehicle. Authorities believe that police removed bullet shells from the scene because they had used their service firearms in the massacre.

Eight of the officers implicated in the Camargo massacre were part of a Tamaulipas state police special forces unit, the Grupo de Operaciones Especiales (Special Operations Group, GOPES), armed and trained  by the United States. According to the State Department, its counter-narcotics bureau has trained approximately 27,000 Mexican police officers since 2016, and supports Tamaulipas police with training facilities, first responder training, and weapons simulators.

"The Camargo massacre was not the first atrocity committed by the GOPES, but the flow of U.S. guns to the unit continued unabated."

The United States has exported weapons for use by police in Tamaulipas for at least six years. According to documents from the Mexican army, more than 1,000 U.S.-produced Sig Sauer rifles were sold for use by police in the state of Tamaulipas between 2014 and May 2019. The Camargo massacre was not the first atrocity committed by the GOPES, but the flow of U.S. guns to the unit continued unabated. Tamaulipas state government has posted photos of GOPES officers in which they are brandishing Sig Sauer assault rifles.

In September 2019, GOPES agents–then part of a unit called the Centro de Análisis, Información y Estudios de Tamaulipas (Analysis, Information, and Studies Center)–extrajudicially killed eight people in Valles de Anahuac, a neighborhood in Nuevo Laredo just over the border from Texas. The United Nations initiated an investigation , and two police agents were charged but have not been tried for the killings. Yet shortly after those events, in October and December 2019, Tamaulipas state police received 600 more Sig Sauer rifles and 250 Sig Sauer handguns, according to receipts we obtained from the Mexican army, known as the Mexico Defense Secretariat (SEDENA). Some Sig Sauer rifles ended up with the special forces unit that committed the Camargo massacre.

In February 2020, Tamaulipas state police killed 23-year-old Juan Daniel Ortiz Martínez, shooting him with at least 50 bullets. A video of the episode captures the sound of dozens of high-caliber gunshots, being fired at a stationary pickup truck. The victim's mother reported that she was on the phone with her son and could hear him pleading for his life.

Until last March, all foreign importers of U.S. weapons had to provide an end user certificate to the exporting company, which would submit it to the U.S. State Department. In Mexico, SEDENA is the sole authorized importer of firearms, and also the only legal seller of firearms, most of which are sold to state, local and federal police forces.

End user certificates for firearms exported by U.S. companies and sold to police in Tamaulipas, which we obtained through a public records request to SEDENA, falsely show the end user as the Mexican military. In fact, every single end user certificate for more than 147,000 firearms exported from the United States to Mexico for use by police from 2008 through 2019 declares

the army as the end user.

"In late 2014, Mexican media reports implicated Guerrero state police in the forced disappearance of the 43 Ayotzinapa students."

Yet more than 8,200  receipts , also obtained from SEDENA, show that the Army sold U.S.-exported weapons to police, including state and local police in Tamaulipas, Guerrero, Chihuahua, and other states with extensive documented records of state violence and corruption. In late 2014, Mexican media reports implicated Guerrero state police in the forced disappearance of the 43 Ayotzinapa students. Yet, on February 3, 2015, SEDENA notified Colt's Manufacturing in Hartford, Connecticut that Colt carbines would go to state police in Guerrero and several other states, according to a document we obtained. On the exact same day, SEDENA submitted a certificate for 387 imported Colt carbines, naming itself as the end user.

A Mexican army officer who handles weapons imports recognized the end use declarations as a problem. "We are the end users. From my perspective it's a misnomer, because the end user should be who owns the weapon, but normally the importer is listed as the end user," said the officer, who was not authorized to speak for attribution about the practice. The purpose of the certificate, officers said, is to assure exporters that Mexico won't transfer the weapons to another country. But this arrangement shields criminal users in Mexico.

On March 12, eight U.S. senators  wrote  to Secretary of State Anthony Blinken, noting the evidence that "U.S. firearms that were exported to Mexico were subsequently provided to state police forces shortly after such forces had been publicly implicated in the commission of atrocities," the senators asked Blinken a series of pointed questions about the State Department's oversight of Colt and Sig Sauer weapons exports to Mexico for which it issued licenses, including whether they were used by GOPES agents in the Camargo massacre.

Last March, the Trump administration loosened  rules for firearms exports by transferring their oversight from the State Department to the Commerce Department. Since then, U.S. exports of semi-automatic pistols–especially those produced by Sig Sauer–have exploded, more than doubling compared to the same period in 2019, according to U.S. Census Bureau  trade data.

This included the export of more than 50,000 Sig Sauer pistols to Mexico's National Guard last April, making Mexico the second buyer of U.S. handguns in the world in 2020. Yet sales of U.S. assault rifles and handguns to police in Tamaulipas, Guerrero, Veracruz, and other states with extensively documented abuses pre-dated Trump's export rule change. Biden's campaign platform included returning weapons export oversight to the State Department, but the administration and Congress must do a lot more to stop the flow of weapons to criminal actors.

"The same day as Tamaulipas police were charged for the Camargo massacre, President Biden issued an executive order to address the "root causes" of migration from Central America to the United States."

The same day as Tamaulipas police were charged for the Camargo massacre, President Biden issued an executive order to address the "root causes" of migration from Central America to the United States. The order pledged action to prevent "violence, extortion, and other crimes perpetrated by ...criminal organizations." More than two thirds of migrants who cross Mexico report being victims of violence in Mexico, and 70 percent of illicit firearms recovered in Mexico are produced or sold in the United States unfettered gun market. Yet Biden's order did not even mention the flow of weaponry to Mexico from retail gun shops just over the river from Camargo, much less the federally-licensed exportation of rifles and pistols from U.S. companies to Mexican and Central American police involved in atrocities and criminal collusion.

President Biden has suspended arms sales to Saudi Arabia and the United Arab Emirates because of their use against civilians in the war in Yemen, and announced a review of other arms deals. Such a review should be extended to Mexico, where exported firearms are cutting down the possibilities of migrants and Mexicans alike not just to find safe haven, but to live.

Preventing the use of U.S. weapons for atrocities in Mexico requires the United States to establish effective mechanisms for monitoring and controlling where weapons exported to Mexico end up. Until then, U.S. gun exports to Mexico are likely to arm those who commit human rights atrocities or do business with criminal organizations. The Biden administration should suspend them as part of changes to both Washington's

disastrous security strategy in Mexico and Central America and the failed
end user system for U.S. weapons exports.

*John Lindsay-Poland is coordinator of Stop US Arms to Mexico, a
project of the human rights organization Global Exchange in San
Francisco.*

Tweet



Like this article? Support our work.    Donate  now.



**INFO**
About
Staff & Board
Jobs
**CONNECT**
Facebook
Twitter
Instagram

**SUPPORT US**
Donate
Subscribe

**MAGAZINE**
Current Issue
Archives
Advertise

NACLA | c/o NYU CLACS, 53 WASHINGTON SQ. SOUTH FL. 4W, NEW YORK, NY 10012 | TEL: (212) 992-6965

Copyright NACLA 2019
The North American Congress on Latin America is a 501(c)3 not-for-profit organization.

# EXHIBIT R

# Gross Human Rights Abuses

## The Legal and Illegal Gun Trade to Mexico



 Stop US Arms to Mexico

CMDPDH
Comisión Mexicana de Defensa y
Promoción de los Derechos Humanos



# Gross Human Rights Abuses

## The legal and Illegal Gun Trade to Mexico

**August 2018**





**Mexican Commission for the Defense and Promotion of Human Rights**

**Stop US Arms to Mexico**

**Editor**
José Antonio Guevara Bermúdez

**Authors**
Natalia Paulina Báez Zamudio
Lucía Guadalupe Chávez Vargas
John Lindsay-Poland
Montserrat Martínez Téllez

**Publication Design**
El Recipiente

**Cover Design**
Karina Álvarez Medrano

**Photography**
Sentinel Mexico
Erick Almeida
Luis María Barranco Soto

August, 2018
Some rights reserved

The financial support of the Appleton Foundation, Charity Pot, Reis Family Foundation,
and individual donors made the realization of this report possible.

# G R O S S   H U M A N   R I G H T S   A B U S E S :

## THE LEGAL AND ILLEGAL GUN TRADE TO MEXICO[1]

Mexican Commission for the Defense and Promotion of Human Rights
and Stop US Arms to Mexico

### Introduction

Mexico faces an acute crisis of human rights violations and violent crimes, most of which are committed with firearms. The country is experiencing the highest homicide rate  in its recorded history, with two out of every three homicides committed with firearms.[2] Most guns recovered and traced at crime scenes in Mexico -70%- come from the United States.[3] And after more than a decade of military deployment to fight crime, new military equipment and firearms, and U.S. military training for thousands of soldiers as part of the Merida Initiative, human rights violations by state forces remain much higher than before the Initiative began, with nearly complete impunity.[4]

It is time to make a decisive and substantial change of course. The change of leadership in Mexico provides a critical opportunity to heed the voices and analysis that have called for ending policies of warfare and instead focusing on development, fighting poverty, and community investment.

In December 2006, then-president of Mexico Felipe Calderón (2006-2012) implemented a security strategy, known as "the war on drugs,' which, among other things, included militarizing public security. This strategy continued in full force under President Enrique Peña Nieto (2012-2018). This strategy has provoked escalated violence in the country, where organized criminal groups, police officials at all levels of government, and soldiers have committed serious crimes, including murders, forced disappearances, and torture. In that context, criminal organizations and state agencies have committed crimes against humanity.[5]

---

1   The coordinators of this publication thank Sam Storr, Louis Epstein-Escobar and Paola Badani, volunteers of the CMDPDH, for their support provided in the development of this research.

2   Reports on 2017 and 2018 of Secretariado Ejecutivo del Sistema Nacional de Seguridad Pública, "Incidencia Delictiva del Fuero Común," at: http://secretariadoejecutivo.gob.mx/incidencia-delictiva/incidencia-delictiva-fuero-comun.php (Accessed July 14, 2018).

3   U.S. Bureau of Alcohol, Tobacco, Firearms and Explosives, *Mexico: January 1, 2011 – December 31,* 2016 (U.S. Department of Justice, 2017), at: https:// www.atf.gov/ rearms/docs/report/ rearms-trace- data-mexico-cy-11-16pdf/download.

4   *Overlooking Justice*, Washington Office on Latin America and Centro Prodh, November 2017.

5   Cfr. Open Society Justice Initiative (2016) *Undeniable Atrocities. Confronting Crimes Against Humanity in Mexico*, New York, at: https://www.opensocietyfoundations.org/sites/default/files/undenialble-atrocities-2nd-edition-20160808.pdf; International Federation for Human Rights (FIDH), et. al.  (2017) "Mexico: Murders, Disappearances, and Torture in Coahuila de Zaragoza are Crimes against Humanity," at: https://www.fidh.org/en/region/americas/mexico/mexico-murders-disappearances-and-torture-in-coahuila-de-zaragoza-are; *Comunicación de acuerdo con el artículo 15 del Estatuto de Roma de la Corte*

The violence in Mexico[6] has led to severe and growing consequences, including massive displacement and forced migration, psychic trauma, broken justice, economic losses, and damage to freedom of expression and journalism. Waging war and trading in its weapons have made these problems worse. From December 2006 through June 2018, at least 37,435 people are known to have been forcibly disappeared in Mexico and 121,035 murdered with firearms - with 16,898 gun homicides in 2017 alone. The large majority of these serious crimes remain in impunity - with no judicial investigation or sentencing and no reparations to victims.

Recent official data from Mexico and the United States shows that the legal export of weapons and explosives from the United States to Mexico is at its highest in years, reaching nearly $122 million between 2015 and 2017, according to trade records of the U.S. Census Bureau, more than 12 times the amount of those exports in 2002-2004.[7] This growth coincides with an increase in Mexico's own production of weapons for military use.

In June 2018, twelve members of the U.S. Congress stated in a letter to the U.S. Secretaries of State and Defense that "The use of Mexican military forces in the war on drugs has resulted in a dramatic increase in human rights violations, including torture, forced disappearances, and extrajudicial executions." They called for "a full and public evaluation of the Merida Initiative, U.S. security aid and arms sales to Mexico."[8] Other members of Congress have also requested a General Accounting Office report on the Merida Initiative.[9]

It is well past time to change the course of security strategies in Mexico and cease depending on the acquisition of weapons to achieve reductions in violence. The election of a new government in Mexico provides opportunities for both the United States and Mexico to focus on stopping the sources of violence, including the gun trade, money laundering, lack of economic equity, and on ending support for government entities that are implicated in human rights violations and collusion with organized crime.

The data shows that the United States plays a primary role as the principal source of arms flowing legally to Mexico, while other studies suggest the same about the illegal flow of weapons.

Yet the Trump administration has indicated it will facilitate the growth of the already-overwhelming transfer of U.S. weapons to Mexico, in part through its Arms Transfer Initiative, aimed at promoting U.S. arms sales globally. The Trump administration followed this initiative with a proposed new policy designed to facilitate the export of firearms and munitions by transferring responsibility for overseeing export licenses to the Department of Commerce, instead of the State Department. This

---

*Penal Internacional sobre la presunta comisión de crímenes de lesa humanidad en México entre 2006 y 2012. México*, at: http://www.cmdpdh.org/publicaciones-pdf/cmdpdh-comunicacion-coahuila.pdf; FIDH, et al. (2018), "Comunicación de acuerdo con el artículo 15 del Estatuto de Roma de la Corte Penal Internacional sobre la presunta comisión de crímenes de lesa humanidad en Chihuahua, México entre 2008 y 2010," at: http://www.cmdpdh.org/publicaciones-pdf/cmdpdh-comunicacion-cpi-chihuahua-esp-2018.pdf (Accessed July 14, 2018).

6    Secretariado Ejecutivo del Sistema Nacional de Seguridad Pública (2018). Data base of the National Registry of Missing or Disappeared Persons, available at: http://www.secretariadoejecutivo.gob.mx/rnped/datos-abiertos.php, (Accessed: June 5, 2018). Statistics are up to April 30, 2018. Lindsay-Poland. "How U.S. Guns Sold to Mexico". *The Intercept.* op. cit.

7    Lindsay-Poland. "How U.S. Guns Sold to Mexico". *The Intercept.* op. cit.

8    Letter to Mike Pompeo and James Mattis from Rep. Keith Ellison et. al., June 18, 2018, at: http://stopusarmstomexico.org/wp-content/uploads/2018/06/Letter-Re-Security-Assistance-to-Mexico.pdf.

9    "Cook, Sires, McCaul, Castro Request GAO Review of Mérida Initiative," press release, May 29, 2018, at: https://cook.house.gov/media-center/press-releases/cook-sires-mccaul-castro-request-gao-review-of-m-rida-initiative.

could have a devastating impact with respect to the number and frequency of gun homicides and other violence in Mexico.[10]

The United States seeks to implement these measures despite the disastrous results of the current security policy and war on drug trafficking.

Unfortunately, the exponential growth in the number of weapons entering Mexico has not been accompanied by controls to effectively and transparently register, control, and track the end uses of these guns to ensure that they do not land in the hands of police or military units that are credibly alleged to have committed gross human rights abuses or have colluded with criminal groups – the very groups that security forces are being armed to combat.

As a result, U.S. firearms exported to Mexico with the rationale of combating crime and establishing security have been used in serious crimes, including extrajudicial executions, massacres, and forced disappearances by military and police forces, including security forces that collude with criminal groups in Mexico.[11] The forced disappearance of 43 students from Ayotzinapa and extrajudicial execution of 15 persons in Tlatlaya are among the most representative of excessive uses of force and gross human rights violations by the security forces.[12]

During the last two years, alleged extrajudicial killings by Mexican security forces have received widespread media attention. Such is the case of the extrajudicial execution in Palmarito, Puebla, after a battle between alleged oil thieves and army soldiers.[13] Similarly, during a reported shootout in Nayarit state, captured on video, a Navy helicopter can be observed firing onto the roof of a construction area, an incident in which eight civilians were killed, presumably members of an organized criminal group.[14]

10   William Hartung, "Trump's arms export rules will undermine US security and risk human rights abuses," *The Hill*, July 15, 2018, at: http://thehill.com/opinion/international/397096-trumps-arms-export-rules-will-undermine-us-security-promote-human. On the Arms Transfer Initiative, see Jeff Abramson, "Trump Favors Arms Industry in Effort to Loosen Export Controls," Issue Brief, Arms Control Association, June 7, 2018, at: https://www.armscontrol.org/issue-briefs/2018-06/trump-favors-arms-industry-effort-loosen-export-controls (Accessed July 9, 2018).

11   For background, see: International Federation for Human Rights (FIDH), *et. al.* (2017) "Mexico: Murders, Disappearances, and Torture in Coahuila de Zaragoza are Crimes against Humanity," at: https://www.fidh.org/en/region/americas/mexico/mexico-murders-disappearances-and-torture-in-coahuila-de-zaragoza-are; FIDH (2012), "Mexico: Report on the alleged commission of crimes against humanity in Baja California between 2006 and 2012," at: https://www.fidh.org/IMG/pdf/mexique642ang2014web.pdf; and FIDH, *et al.* (2018), "Comunicación de acuerdo con el artículo 15 del Estatuto de Roma de la Corte Penal Internacional sobre la presunta comisión de crímenes de lesa humanidad en Chihuahua, México entre 2008 y 2010," at: http://www.cmdpdh.org/publicaciones-pdf/cmdpdh-comunicacion-cpi-chihuahua-esp-2018.pdf.

12   In a warehouse in the community of San Pedro Limón, in Tlatlaya in the State of Mexico, 22 people lost their lives. According to the investigation by Mexico's National Human Rights Commision, four of them were reportedly wounded during a confrontation with Mexican army soldiers, three were killed in cross-fire, and 12 were arbitrarily executed. During the firefight only some of those who were armed inside the warehouse shot at soldiers, and eight soldiers participated, one of whom was wounded. Afterward, some soldiers entered the warehouse, detained the people, and executed them, though they had surrendered and were disarmed. Among the victims was a 15-year-old girl; the rest were males, including three who were 17 years old. CNDH, Recommendation 51/2014, at: http://www.cndh.org.mx/sites/all/doc/Recomendaciones/ViolacionesGraves/RecVG_051.pdf (Accessed July 18, 2018).

13   Known colloquially as *huachicoleros*, these persons steal fuel by clandestinely siphoning pipelines owned by the state oil company, Pemex. Díaz,L. (2017) AI confirma ejecución extrajudicial por parte de militares en Palmarito; pide investigación civil "urgente". *Proceso*. At: http://www.proceso.com.mx/488056/ai-confirma-ejecucion-extrajudicial-parte-militares-en-palmarito-pide-investigacion-civil-urgente (Accessed July 18, 2018).

14   "Balacera desde helicóptero en Nayarit," *Aristegui Noticias*, February 9, 2017, at: https://aristeguinoticias.com/0902/mexico/nayarit-se-registra-balacera-desde-helicoptero-video/ (Accessed July 18, 2018).

Studies have shown that deployment of Mexican military forces in law enforcement has led to increases in homicides.[15] One of the factors contributing to the deteriorating violence in Mexico is the diversion of legally obtained firearms. More than 20,000 firearms purchased by state and federal police have gone missing or been stolen since 2006, according to official sources. Approximately 7,000 of these weapons were reported missing in Mexico City and Mexico State alone.[16]

In this report we analyze the influx of both legal and illegal firearms into Mexico, focusing particularly on legal imports because of the availability of information and its importance to policies of gun exports and imports. In addition, we will address the impact of this gun trade on human rights and increases in violence. One of the most violent areas in Mexico is the northern border state of Tamaulipas, and we examine gun violence in that state as a case study for our analysis. Finally, we also consider the proposal in the United States to transfer regulation of firearms exports from the Department of State to the Commerce Department, and its potential impact in Mexico.

We have obtained the data presented here from official information accessed through public records requests to the National Transparency Platform and interpreted from a human rights perspective. We also drew from other governmental documents and media reports.

### Why this study on the legal and illegal arms trade to Mexico?

One reason for undertaking this study is the increase in gun homicides since the beginning of the war on drugs. Figure 1 shows that since 1997, when Mexico began to formally register homicides committed with firearms, the number of such killings decreased from 2000 to 2006, at which point they began to increase dramatically. In a 20-year span, gun homicides increased by 570% in Mexico.

Figure 1: *Intentional Homicides with Firearms in Mexico (1997-2017)*



| | 1997 | 1998 | 1999 | 2000 | 2001 | 2002 | 2003 | 2004 | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | 2012 | 2013 | 2014 | 2015 | 2016 | 2017 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Homicides | 2,522 | 3,286 | 4,390 | 3,605 | 3,512 | 2,616 | 3,006 | 2,858 | 3,208 | 3,610 | 4,040 | 5,085 | 8,804 | 11,987 | 12,615 | 11,391 | 9,774 | 8,592 | 9,531 | 12,603 | 16,898 |

Graph: By the authors, with data from the Executive Secretariat of the National System for Public Security (SESNSP).

15   Laura Atesta and Aldo F. Ponce, *Cómo las intervenciones de las fuerzas públicas de seguridad alteran la violencia. Evidencia del caso mexicano*, CIDE, 2016.

16   SEDENA, responses to public records requests, folio numbers: 0000700119913; 0000700149117. *Reforma.* "Desaparecen dos armas cada día… a la ¡Policía!", January 14, 2018, at: http://www.abc-noticias.com.mx/verno-ticiaseguridad.php?recordID=1385 (Accessed June 14, 2018). *Animal Político*, "Las bajas en las armas de los policías en México: pierden 6 al día", May 8, 2015, at: http://www.animalpolitico.com/2015/05/policias-en-mexico-pierden-seis-armas-de-fuego-al-dia-ya-van-15-mil-robadas-o-extraviadas/ (Accessed: June 14, 2018).

In 2017, approximately 46 people were murdered with guns every day in Mexico. The majority of these homicides were never investigated, with no trial and no one held accountable. The serious problem of violence, together with access to large numbers of military-grade weapons and generalized impunity in Mexico, contribute to a spiral of violence. On the one hand, those who commit murders face no significant risk that the legal system will investigate or punish their crimes. On the other hand, state forces in the police and military have no incentive to respect the principles of legality, necessity, and proportionality in the use of force, and to only use lethal force as a last resort to protect one's own life or the lives of others.

## How Do Weapons Come into Mexico?
## National Legal Framework

Article 10 of Mexico's Constitution recognizes the right of residents to keep firearms in the home for their security and legitimate defense, with the exception of weapons prohibited by law or reserved exclusively for use by the military.[17] Nevertheless, the majority of firearms legally sold in Mexico are purchased by state and federal law enforcement agencies. Weapons reserved for the exclusive use by the armed forces are those arms, munitions and materials destined only for warfare, with few exceptions.[18]

In Mexico, the army (National Defense Secretariat, known as SEDENA) is the only entity empowered to legally distribute firearms in the country. SEDENA functions as an intermediary between sellers and buyers; that is, it does not buy and sell weaponry as such, but is responsible for buying and distributing arms to local governments, companies, and individuals that seek to acquire them.[19]

## Military Budget

Beginning in 2006, military operations to combat drug trafficking and organized crime increased, together with a clear  rise of serious human rights violations. With the frequency of military operations, the military budget also grew, especially for the army's purchase, maintenance, and production of weapons.

---

17    Weapons for exclusive use by the armed forces, according to Article 11 of the Federal Law on Firearms and Explosives, are: a).- Revolvers caliber .357 Magnum and those larger than a .38 Special.  b).- 9 mm pistols; Parabellum, Luger and similar arms; .38 Super and Comando, and larger calibers. c).- Rifles, carabiners, carbines and mausers with calibers of .223, 7 mm, 7. 62 mm, and .30 caliber carbines of all models. d).- Pistols, carbines and rifles that issue fire bursts, sub-machine guns and machine guns of all calibers. e).- Shotguns with barrels less than 635 mm. (25), with calibers more than 12 (.729 or 18. 5 mm) and flamethrowers except those for industrial use. f).- Munitions for the above firearms and cartridges with special features such as tracers, incendiaries, cartridges with special mechanisms such as tracers, incendiaries, perforants, fumigants, expansive gases and those loaded with relays greater than 00 (.84 cms. diameter) for a shotgun. g).- Cannons, artillery pieces, mortars and combat vehicles with respective adjuncts, accessories, projectiles, and munitions. h).- Projectiles: rockets, torpedos, grenades, bombs, mines, depth charges, flame-throwers and similar weapons, as well as the apparatus, mechanism and machines for their launch. i).- Bayonets, sables and lances. j).- Ships, submarines, boats and hydro-aircraft for naval warfare and their armament. k).- War planes and their armament. l).- Artifacts of war, gases and chemical substances with only military applications, and the different machinery for their use by the armed forces.

18    The use of these weapons can be authorized for people with positions in federal, state or local government based on a justified necessity.

19    SEDENA, response to public records request, folio number: 00007000024618.

As a result of militarized strategies that are part of the war on drugs, the Mexican armed forces budget has increased exponentially during the last twelve years (two presidential terms), as has the country's domestic capacity for weapons production. Mexico's national security budget increased by 18.8% between 2017 and 2018, from $4.4 billion in 2017 to $5.2 billion dollars in 2018 - an increase of some $826 million.[20] The army was the budget's biggest beneficiary. The 2018 budget for security forces was allocated to the Interior Ministry ($152.2 million), the army ($3.6 billion), and the navy ($1.4 billion).[21]

## Weapons for the Army

From 2010 to 2016, SEDENA stated that it spent US$16,086,620 and 29,698,203 Euros on weapons imports, mostly long guns, for its own use.[22] (See Figure 2) During this period SEDENA imported 10,149 arms for military use only (6,622 long guns and 4,571 handguns), including more than two thousand rifles from Nammo Talley, headquartered in Mesa Arizona.[23] These amounts do not include national production of weapons used by the military, nor the importation of weapons parts. They also do not include some specialized imported weapons, such as multiple-grenade launchers used by Mexican Army Special Forces and produced by Milkor USA, based in Tucson, Arizona,[24] or the $8.3 million in military explosives exported from an undetermined company in Arizona in 2017.[25]

In addition to the army, the Mexican Navy also imports weapons. In 2015, the U.S. State Department approved a license for New Hampshire-based gun producer Sig Sauer, Inc. to export to the Mexican Navy up to $265 million worth of assembly kits for semi-automatic pistols and submachine guns from the U.S. gun producer Sig Sauer, up to 2024. The license permits the Mexican navy to assemble Sig Sauer MPX submachine guns,[26] capable of firing 850 rounds a minute, from "kits" made of parts produced by the company.[27] As of May 2018, $26.7 million in gun parts and $4.3 million in complete guns had been exported from Sig Sauer and other New Hampshire manufacturers to Mexico since April 2015, according to U.S. Census Bureau trade records. This means that Sig Sauer has at least $234 million left in sales to make before its license expires in 2024. If the license is completely fulfilled, the Navy's weapons purchases from Sig Sauer alone would nearly double the already elevated U.S. exports of guns and gun parts to Mexico.

---

20    Cámara de Diputados, "Proyecto del Presupuesto Público Federal para la función seguridad nacional, 2017-2018," available at: http://www.diputados.gob.mx/sedia/sia/se/SAE-ISS-23-17.pdf (Accessed July 12, 2018).

21    Ibid.

22    SEDENA, response to public records request, folio number: 0000700075417

23    Nammo Talley web site, https://www.nammo.com/who-we-are/locations/usa/nammo-talley--mesa/ (Accessed July 26, 2018).

24    Sentinel Mexico Facebook, photo and text in January 31, 2018 post, at https://www.facebook.com/SentinelMexico1/posts/1142849252485393 (Accessed July 26, 2018).

25    U.S Census Bureau data, accessed at: www.usatrade.census.gov.

26    Assistant Secretary of State Julia Frifield, letter to Senator Patrick Leahy, January 18, 2017, at: https://www.afsc.org/sites/default/files/documents/State%20Dept%20End%20Use%20Controls%20Mexico%2018%20Jan%202017.pdf  (Accessed July 9, 2018).

27    Sig MPX brochure, at: http://www.birlesikltd.com/docs/SIGMPX-Brochure_.pdf (Accessed July 9, 2018).

Figure 2:

| Firearms Imported to Mexico for Exclusive Use by the Army | | | | | | |
|---|---|---|---|---|---|---|
| Year | Quantity | Type of gun | Manufacturer | Provider | Cost | Currency |
| 2010 | 30 | Long Gun | COLT DEFENSE | COLT DEFENSE,LLC | 58,899.60 | USD |
| 2011 | 150 | Long Gun | NAMMO TALLEY | MLM INTERNATIONAL CORPORATION | 626,250.00 | USD |
| | 874 | Long Gun | FN HERSTAL | FN HERSTAL, S.A. | 7,651,210.12 | EUROS |
| 2013 | 16 | Long Gun | DILLON AERO M134D/H | DILLON AERO, INC | 1,081,536.00 | USD |
| | 129 | Long Gun | ABRAMS AIRBONE | ABRAMS AIRBONE MANUFACTURING, INC | 1,086,825.00 | USD |
| | 56 | Long Gun | RM EQUIPMENT | RIVI EQUIPMENT, INC | 77,840.00 | USD |
| | 180 | Long Gun | COMBINED SYSTEMS | COMBINED SYSTEMS, INC | 143,100.00 | USD |
| 2014 | 200 | Long Gun | BARRET | BARRET FIREARMS MANUFACTURING, INC | 2,804,000.00 | USD |
| | 54 | Long Gun | KNIGHT'S ARMAMENT COMPANY | KNIGHT'S ARMAMENT COMPANY, LLC | 900,547.00 | USD |
| | 18 | Long Gun | FN HERSTAL | FN HERSTAL, S.A. | 1,517,281.35 | EUROS |
| | 700 | Long Gun | FN HERSTAL | FN HERSTAL, S.A. | 7,361,025.00 | EUROS |
| | 72 | Long Gun | FN HERSTAL | FN HERSTAL, S.A. | 2,060,642.06 | EUROS |
| | 175 | Long Gun | FN HERSTAL | FN HERSTAL, S.A. | 780,187.40 | EUROS |
| 2015 | 546 | Corta | SIG SAUER | SIG SAUER, INC | 210,210.00 | USD |
| | 770 | Handgun | FABARM | FABARM-FABRIC BRESCIANA ARMI S.P.A. | 74,690.00 | USD |
| | 60 | Handgun | SIG SAUER | SIG SAUER, INC | 24,000.00 | USD |
| | 214 | Long Gun | SIG SAUER | SIG SAUER, INC | 317,790.00 | USD |
| | 2204 | Handgun | IWI | ISRAEL WEAPON INDUSTRIES (IWI) LTD | 870,580.00 | EUROS |
| 2016 | 777 | Handgun | SIG SAUER | SIG SAUER, INC | 299,145.00 | USD |
| | 69 | Long Gun | FN HERSTAL | FN HERSTAL, S.A. | 749,632.09 | EUROS |
| | 729 | Long Gun | FN HERSTAL | FN HERSTAL, S.A. | 7,707,645.42 | EUROS |
| | 97 | Long Gun | O.F. MOSSBERG & SONS, INC | ESSEX INTERNATIONAL TRADING, INC | 80,420.00 | USD |
| | 2029 | Long Gun | NAMMO TALLEY | NAMMO TALLEY, INC | 8,301,368.00 | USD |

Table: Authors, from SEDENA response to public records request.[28]

---

28   SEDENA, response to public records request, folio number: 0000700000518.

In addition to the army, the Mexican Navy also imports weapons. In 2015, the U.S. State Department approved a license for New Hampshire-based gun producer Sig Sauer, Inc. to export to the Mexican Navy up to $265 million worth of assembly kits for semi-automatic pistols and submachine guns from the U.S. gun producer Sig Sauer, up to 2024. The license permits the Mexican navy to assemble Sig Sauer MPX submachine guns,[29] capable of firing 850 rounds a minute, from "kits" made of parts produced by the company.[30] As of May 2018, $26.7 million in gun parts and $4.3 million in complete guns had been exported from Sig Sauer and other New Hampshire manufacturers to Mexico since April 2015, according to U.S. Census Bureau trade records. This means that Sig Sauer has at least $234 million left in sales to make before its license expires in 2024. If the license is completely fulfilled, the Navy's weapons purchases from Sig Sauer alone would nearly double the already elevated U.S. exports of guns and gun parts to Mexico.

It is important to note that firearm *components* like those exported by Sig Sauer to the Mexican Navy and assembled within Mexico into firearms are not included in the military's reports of weapons acquired, Mexico's reports to the ATT, or in the documents SEDENA has disclosed in response to public records requests, but they have become an important part of the Mexican military's acquisition of armament.

### Weapons Production in Mexico

SEDENA produces firearms for Mexican soldiers (not for police or private parties). According to its annual reports, such production has risen to 23,600 rifles in 2016-2017. In 2015, SEDENA produced 3,200 FX-05 assault rifles, 11,570 40-mm grenades, more than 29 million bullets of different calibers, and maintained or repaired 13,508 firearms. In 2017, SEDENA had revenues of $67.2 million, which were used to acquire new machinery from the United States and Germany and increase production of 40-mm grenades and high-caliber ammunition.[31] In all, SEDENA's expenditures for weapons production amounted to more than $1.4 billion between 2007 and 2017.

Figure 3: *Production of firearms in México (2012-2017)*



| | 2012-2013 | 2013-2014 | 2014-2015 | 2015-2016 | 2016-2017 |
|---|---|---|---|---|---|
| Manufactured firearms | 4,000 | 11,000 | 13,200 | 16,600 | 23,600 |

Graph: By the authors with statistics from SEDENA annual reports.[32]

---

29   Assistant Secretary of State Julia Frifield, letter to Senator Patrick Leahy, January 18, 2017, at: https://www.afsc.org/sites/default/files/documents/State%20Dept%20End%20Use%20Controls%20Mexico%2018%20Jan%202017.pdf (Accessed July 9, 2018).

30   Sig MPX brochure, at: http://www.birlesikltd.com/docs/SIGMPX-Brochure_.pdf (Accessed July 9, 2018).

31   Jorge Medellín, "Se va a Puebla la Industria Militar," *Estado Mayor*, August 30, 2017, at: http://www.estadomayor.mx/76454 (Accessed July 9, 2018).

32   SEDENA, Informes de labores de la SEDENA, at: http://www.sedena.gob.mx/pdf/informes/5to_informe_de_labores.pdf (Accessed July 18, 2018).

**Firearms Exported to Mexico from the United States**

In Latin America, Mexico imports more firearms from the United States than any other country does, as seen in Figure 4.[33]

Figure 4. *U.S. Firearms and Explosives Exports to Latin America, 2017*



Graph: By the authors, with data from the U.S. Census Bureau.

The United States exports a significant number of firearms, ammunition, explosives, and gun parts to Mexico - averaging more than $40 million annually in firearms and components exports from 2015 through 2017. Those exports have grown enormously since 2008, the first year of the Merida Initiative (see Figure 5).

Figure 5: *Guns, ammunition, parts, explosives exported by U.S. to México 2001-2017.*



Graph: By the authors, with data from the U.S. Census Bureau.

---

33   Data from U.S. Census Bureau, accessed at: www.usatrade.census.gov.

**Firearms Sales to Police and Private Parties**

The firearms acquired by SEDENA for sale referenced above have been legally transferred to Mexican state governments, to public buyers, to private security companies, and the Bank of Mexico. The chart in Figure 6 shows the percentage of legally imported firearms in Mexico from 2010 to 2016, by the type of end user.

Figure 6: *Firearms acquisitions by SEDENA for sale, by type of end user, 2010-2016*



Chart: By the authors, based on SEDENA response to public records request.[34]

According to SEDENA, of the 166,763 firearms sold to state police agencies in Mexico from 2010 to 2016, the State of Mexico received the largest number of weapons (22,020), followed by Michoacán (11,805), Mexico City (11,398), Chihuahua (10,094), and Jalisco (10,015). It is worth noting that the states that have purchased the largest number of legal firearms are also among those with the largest number of armed confrontations and gun homicides occurring during the war on drugs.

Firearms sold by SEDENA for the most part end up in the hands of state police and private individuals. Between 2007 and 2017, the gun makes most sold were: Beretta (Italy and United States, 113,233 guns), Glock (Austria, 74,889), I.W.I (Israel, 30,376), Colt (United States, 19,804), Bushmaster (United States, 17,471), Mossberg (United States, 16,248) y Heckler & Koch (Germany, 17,109), as seen in Figure 7.

---

34   SEDENA, response to public records request, folio number: 0000700075417.

14

Figure 7: *Manufacturers and countries of origin of firearms acquired and sold by SEDENA*

| MANUFACTURER | COUNTRY OF ORIGIN | MANUFACTURER | COUNTRY OF ORIGIN |
|---|---|---|---|
| DPMS | United states | Walther | Germany |
| Remington | United states | Heckler & Koch | Germany |
| Marlin | United states | ISSC | Germany |
| Savage | United states | Morini | Germany |
| North American Arms | United states | GSG | Germany |
| Penn Arms | United states | Fabarm | Italy |
| Cobra | United states | Tangfoglio | Italy |
| Smith & Wesson | United states | Benelli | Italy |
| Winchester | United states | Stoeger | Italy |
| Barret | United states | Caesar Guerinni | Italy |
| Bushmaster | United states | Rossi | Italy |
| Colt | United states | Franchi | Italy |
| DS Arms | United states | Armsan | Turkey |
| Adams | United states | Khan | Turkey |
| Mossberg | United states | Hatsan | Turkey |
| Sig Sauer | United states | Ata | Turkey |
| I.W.I. | Israel | Tikka | Finland |
| Astra | Switzerland | Sako | Finland |
| Grand Power | Slovakia | Norinco | China |
| Ceska | Chech Republic | FN Herstal | Belgium |

Source: SEDENA, response to public records request.[35]

Data on firearm sales provided by SEDENA in response to public records requests has not been consistent. For example, in May 2017, SEDENA reported having acquired 305,086 firearms for sale to non-military buyers from 2010 to 2016.[36] Yet in February 2018, it stated to have imported 250,839 firearms (long guns and handguns) for sale during the same period.[37] In addition, in

---

35   SEDENA, response to public records request, folio number: 0000700000518.

36   SEDENA, response to public records request, folio number: 0000700075417.

37   SEDENA, response to public records request, folio number: 0000700000518.

its annual reports for the Arms Trade Treaty, Mexico has reported on only a portion of firearms acquired from other countries and sold in Mexico. In its report on 2016, for example, it showed 21,977 firearms acquired for sale to police and private parties,[38] while SEDENA's responses to public records requests state that it sold between 35,268 and 42,356 firearms that year.[39]

## Human Rights Violations Committed with U.S. Exported Firearms

There is evidence that firearms legally imported from the United States have been used in some of the worst human rights violations in Mexico in recent years.

• The local police from Iguala, Guerrero who attacked the 43 Ayotzinapa students in September 2014 were armed with AR6530 rifles, a model variant of the AR-15, legally supplied through licensed shipments from Colt, according to documents in the judicial record.[40]

• An investigation by Mexico's National Human Rights Commission found that Federal Police, who carried out the massacre of 22 persons in Tanhuato, Michoacán, in 2015, killed five of them with Dillon Aero guns mounted on Black Hawk helicopters. The Dillon guns fire some 125 rounds *per second*, and Mexico obtained 16 of them for the army in 2013, for just over $1 million,[41] and then another 28 in 2015 and 2016, according to Mexico's Arms Trade Treaty reports for those years.[42]

• In another example, in Chihuahua state, two members of the Federal Police armed with a .450 caliber Bushmaster XM15 rifles approached the vehicle of the mayor's bodyguards, ordering them to identify themselves. When they did not answer, the police opened fire twice, killing them.[43]

• In Veracruz, the police responsible for at least 15 death squad murders[44] purchased, since 2013, at least 674 firearms exported by three U.S. arms companies: Colt, Bushmaster, and Combined Systems, according to the Veracruz public security secretariat. Local police in Veracruz also obtained weapons from Sig Sauer and Connecticut-based Mossberg.[45]

• In Tamaulipas in 2011, a man was arrested for belonging to a criminal organization and brought

---

38   Arms Trade Treaty Annual Reports, at: https://www.thearmstradetreaty.org/images/Annual_Reports_2016/Mexico_Annual_Report_2016P.pdf (Accessed July 14, 2018). Mexico's reports for the ATT also indicate 19,968 firearms acquired in 2016 for use by the military only, or 47.6% of the total acquired that year.

39   SEDENA, responses to public records requests, folio numbers: 0000700075417 and 0000700000518.

40   American Friends Service Committee, *Where the Guns Go: u.s. Policy and the Crisis of Violence in Mexico*, 2016, at: https://www.afsc.org/resource/report-where-guns-go (Accessed: June 18, 2018).

41   Gob.mx, Aeronaves, Armamento y Vehículos Adquiridos por la Secretaría de la Defensa Nacional en el periodo de 2006 a 2017, at: https://www.gob.mx/cms/uploads/attachment/file/285435/ADQS._DE_AERONAVES_ARMAMENTO_Y_VEHICULOS_DIC._17.pdf (Accessed June 18, 2018).

42   Arms Trade Treaty Annual Reports, at: http://www.thearmstradetreaty.org/index.php/en/2017-01-18-12-27-42/reports (Accessed July 14, 2018).

43   Criminal sentence, Chihuahua State, Sixth District Court, criminal case 14/2011-III, July 13, 2012.

44   Associated Press, "Mexican police allegedly used near death-squad tactics," February 28, 2018, at: http://www.nydailynews.com/newswires/news/world/mexican-police-allegedly-death-squad-tactics-article-1.3846863 (Accessed July 14, 2018).

45   Public Security Secretariat, State of Veracruz, response to public records request, folio number: 989417.

to a military installation. While in custody, a navy lieutenant responsible for the detainee killed with him with a shot to the head, according to the court sentence. The firearm used was a 5.56 Colt M16 rifle.[46]

• At the federal level, from December 1, 2006 to December 31, 2016, the Federal Judicial Council registered 38 convictions for intentional homicides committed by public officials, 13 of them committed by army or navy personnel.[47] Sentencing documents identify firearms - some for military use only - involved in the commission of these crimes, including pistols and rifles of diverse calibers exported by U.S. gun producers Colt, Smith & Wesson, High Standard, and Bushmaster.[48]

Another example - but of German firearms - is the sale of 9,652 G36 assault rifles to SEDENA by Heckler & Koch. Of these, 4,796 were sold to police in four states (Chihuahua, Jalisco, Guerrero and Chiapas) that the German government had prohibited as end users for this type of military weaponry because of human rights abuses and violent conflict in those states. A criminal trial for these exports is before the Stuttgart Provincial Court in Germany.[49]



©Erick Almeida, "Antonio Tizapa, father of one of 43 disappeared students of the Ayotzinapa teacher school, calls for end to sale of U.S. arms to Mexico."

---

46   Fifth Criminal Court, Nuevo Leon State, Monterrey, Nuevo León, sentence, criminal case 263/2012-II, October 10, 2016.

47   Consejo de la Judicatura Federal (CJF), response to public records request, folio: 0320000407817. The list disclosed by CJF shows 48 verdicts, of which 12 exonerated the accused. Two additional convictions were disclosed in public digital versions (147/2012 and 90/2006).

48   These include: 7.62 G3 rifle; 5.56 rifle; .45 caliber pistol; Smith & Wesson Parabellum semi-automatic 9mm pistol; 5.56 Colt M16 rifle; 5.56 High Standard NATO HSA-15 rifle; 7.62 Romarm/Cugir WASR-10 rifle; 5.56 Bushmaster XM15E2S rifle.

49   Artemis Morales, "Armas alemanas en México," La Jornada, May 13, 2018, at: http://www.jornada.com.mx/2018/05/13/opinion/012a1pol. (Accessed June 11, 2018).

## Case Study: Tamaulipas State

The northern Mexico border state of Tamaulipas exemplifies the deadly cocktail of gun trafficking, militarization, impunity and corruption that is devastating many Mexican communities. Some 6,128 people have been forcibly disappeared in Tamaulipas (out of 37,186 nationally),[50] according to the National Registry of Missing Persons (RNPED), while others estimate even larger numbers, since many migrants kidnapped and disappeared in Tamaulipas are not counted in official records.[51]

From 2000 to 2015, more than 30,000 illegal firearms were recovered in Tamaulipas, according to the Mexican military - more than in any other state. Of these, more than three quarters were long guns, the highest proportion of long guns recovered in any Mexican state, a reflection of criminal organizations' preference for rifles, especially assault rifles. Crime gun recovery in Tamaulipas peaked in 2011, with 10,544 guns.[52] In the largest seizure of crime guns during the Peña Nieto administration, authorities recovered 220 high-powered rifles and 185,000 cartridges in Nuevo Laredo, Tamaulipas in April 2018.[53] During a 320-day period In 2016-2017, the military recovered 601 firearms in Tamaulipas, again more than in any other state.[54] This is no accident: Tamaulipas sits across the border from the most active corridor of gun trafficking from the United States. Texas was the source of 41% of all crime guns traced to the United States from 2008 to 2014,[55] and Houston - with over 300 licensed gun dealers[56] - has long served as a large source of weapons trafficked to Mexico.[57]

Tamaulipas has been the destination for a large amount of legally exported weaponry as well. From 2010 through 2016, the Mexican military sold 2,828 firearms to police forces in the state, according to official figures.[58] Of these, 508 were exported by Sig Sauer, Inc., the New Hampshire-based gun producer.[59] These firearms do not include those of military forces deployed in the state.

---

50   RNPED, Registro Nacional de Datos de Personas Extraviadas o Desaparecidas, April 30, 2018, at: https://www.gob.mx/sesnsp/acciones-y-programas/registro-nacional-de-datos-de-personas-extraviadas-o-desaparecidas-rnped (Accessed July 16, 2018).

51   "Familias rotas y morgues llenas," *Expansión en Alianza con CNN*, February 27, 2018, at: https://expansion.mx/nacional/2018/02/27/familias-rotas-y-morgues-llenas-el-saldo-de-las-desapariciones-en-tamaulipas (Accessed June 11, 2018).

52   SEDENA, response to public records request, folio number: 0000700121115.

53   *Aresteguí Noticias*, "Incauta Sedena 220 armas de alto poder y lanzacohetes en Nuevo Laredo," April 30, 2018, at: https://arasteguinoticias.com/3004/mexico/incauta-sedena-220-armas-de-alto-poder-y-lanzacohetes-en-nuevo-laredo-video/ (Accessed June 11, 2018).

54   SEDENA, response to public records request, folio number: 0000700079717.

55   U.S. *General Accounting Office, "Firearms Trafficking: U.S. Efforts to Combat Firearms Trafficking to Mexico Have Improved*, but Some Collaboration Challenges Remain," 2016.

56   Bureau of Alcohol, Tobacco and Firearms, https://www.atf.gov/firearms/listing-federal-firearms-licensees-ffls-2017.

57   James V. Grimaldi and Sari Horwitz, "As Mexico drug violence runs rampant, U.S. guns tied to crime south of border," *The Washington Post*, December 15, 2010, http://www.washingtonpost.com/wp-dyn/content/article/2010/12/12/AR2010121202663.html?sid=ST2010121203267; Dane Schiller, "Seven Houstonians convicted in running guns to Mexico," *Houston Chronicle*, April 21, 2014, https://www.houstonchronicle.com/news/houston-texas/houston/article/Seven-Houstonians-convicted-in-running-guns-to-5418890.php (Accessed July 24, 2018).

58   SEDENA, response to public records request, folio number: 0000700075417.

59   SEDENA, response to public records request, folio number: 0000700016317.

A large number of weapons sold to Tamaulipas police were lost or stolen: 463 between 2006 and August 2017, according to SEDENA.[60] Moreover, more than $41 million dollars worth of ammunition exported from the United States through the Laredo, Texas port between 2012 and 2017 were transported by rail cars through Tamaulipas state.[61] Hundreds of U.S.-exported HUMVEES were also transported by rail in Tamaulipas in 2015.[62] In a state with strong organized criminal networks interested in weaponry and ammunition, this appears to be a hazardous means of transport.

The state has been the object of the largest number of armed confrontations by state forces with other groups: 43% of such confrontations in the entire country between 2007 and 2017.[63] Four hundred additional Mexican Navy soldiers arrived in Tamaulipas in 2016; the Navy is the primary state security force present in Nuevo Laredo. The state's governor was secretary of the Mexican Senate's Navy Committee from 2012 to 2015.[64]

The Mexican Navy has also developed a close relationship with the U.S. military. From 2010 through 2016, the United States trained nearly 10,000 Navy soldiers.[65] Although the army legally imports firearms for Mexican police and private gun buyers in Mexico, the Mexican Navy in 2015 obtained a license to import up to $265 million worth of firearms from the United States.[66]

On May 30, 2018, the UN High Commissioner for Human Rights Zeid Ra'ad Al Hussein "called on the Mexican authorities to take urgent steps to end a wave of disappearances in and around the city of Nuevo Laredo, amid strong indications that these crimes have been committed by federal security forces."[67]

The Mexican Navy has been denounced as responsible for the largest number of these forced disappearances in Nuevo Laredo: 44 forced disappearances were attributed to the Navy between January and May 2018, according to the Nuevo Laredo Human Rights Committee. After Navy special forces soldiers were removed from Tamaulipas in June 2018 for an investigation of alleged Navy violations,[68] reports of forced disappearances in Nuevo Laredo ceased, according to human rights defenders in the city.[69]

---

60   SEDENA, responses to public records requests, folio numbers: 0000700119913 and 0000700149117.

61   Data from U.S. Census Bureau, downloaded from usatrade.census.gov.

62   "Cruzan cientos de vehículos militares de EU a México," El Mañana (video), April 3, 2015, at: https://www.youtube.com/watch?v=Z5hPJOaWn3Y (Accessed July 14, 2018).

63   SEDENA, response to public records request, folio 0000700059817, April 24, 2017.

64   "Perfil del legislador," (Francisco Javier García Cabeza de Vaca), at: http://sil.gobernacion.gob.mx/Librerias/pp_PerfilLegislador.php?Referencia=9215945 (Accessed June 19, 2018).

65   U.S. Department of State, Foreign Military Training Report, Joint Report to Congress, for successive Fiscal Years 2010 to 2016, at: https://www.state.gov/t/pm/rls/rpt/fmtrpt/index.htm (Accessed June 19, 2018).

66   Assistant Secretary of State Julia Frifield, letter to Senator Patrick Leahy, 18 January 2017, at: https://www.afsc.org/document/state-department-response-to-senator-leahy-jan-18-2017 (Accessed June 19, 2018).

67   United Nations Office of the High Commissioner on Human Rights, "Zeid urges Mexico to act to end wave of disappearances in Nuevo Laredo," May 30, 2018, https://www.ohchr.org/EN/NewsEvents/Pages/DisplayNews.aspx?NewsID=23157&LangID=E (Accessed June 19, 2018).

68   Jorge Medellín, "Permite la Marina a la CNDH inspeccionar sus cuarteles en busca de civiles desaparecidos", EstadoMayor.mx, June 19, 2018, at: https://www.estadomayor.mx/83462 (Accessed July 14, 2018).

69   Testimony of Jessica Molina, spouse of forcibly disappeared victim, July 12, 2018.

## Impact of Military Confrontations on Homicide Rates

We have been able to confirm that in the states where the Mexican army participates in armed confrontations, gun homicide rates increase. The result, at least in the states analyzed, has been increased violence. In addition, while the number of armed confrontations in these states has decreased, this has not led to a reduction in gun homicides to the levels occurring before the military's deployment to those states.

Figure 8: *Mexican States with the highest number of Military confrontations*



Chart: By the authors, with data from SEDENA.[70]

70    SEDENA response to public records request, folio number: 0000700059817.

Here we offer two examples of this phenomenon:

Figure 9: *Relationship of army confrontations with gun homicides in Tamaulipas*



| | 2007 | 2008 | 2009 | 2010 | 2011 | 2012 | 2013 | 2014 | 2015 | 2016 | 2017 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | 265 | 308 | 288 | 721 | 855 | 1,016 | 556 | 628 | 533 | 595 | 805 |
| | 6 | 21 | 45 | 158 | 216 | 228 | 161 | 131 | 101 | 84 | 119 |

Graph: By the authors, based on data from SESNSP and SEDENA.[71]

Figure 10: *Relationship of army confrontations with gun homicides in Chihuahua*



| | 2007 | 2008 | 2009 | 2010 | 2011 | 2012 | 2013 | 2014 | 2015 | 2016 | 2017 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | 617 | 2,030 | 3,156 | 3,903 | 3,085 | 1,997 | 1,443 | 1,086 | 945 | 1,232 | 1,578 |
| | 0 | 13 | 23 | 29 | 14 | 27 | 21 | 6 | 3 | 7 | 10 |

Graph: By the authors, based on data from SESNSP and SEDENA.[72]

---

71   SEDENA, response to public records request, folio number: 0000700059817.

72   SEDENA, response to public records request, folio number: 0000700059817.

**The Weapons That Go Missing**

Official information indicates that from 2006 to August 2017, a total of 20,066 firearms that had been sold to state and federal police agencies were reported to SEDENA as lost or stolen. State agencies include state police and judicial law enforcement, while federal agencies include Federal Police, the Office of the Attorney General (Procuraduría General de la República, equivalent to FBI), the Center for Investigation and National Security (the federal intelligence agency, CISEN), and the Federal Protective Service. Figure 11 shows the states that reported the largest number of weapons missing or stolen.

Figure 11: *Weapons Reported as Missing or Stolen from Police (2006-August 2017)*



Source: SEDENA responses to public records requests.[73]

In addition, from 2010 to 2016, some states reported an alarming percentage of lost or stolen weapons, in comparison to the number of weapons sold by SEDENA to state and federal police forces. For example, Guerrero police reported 20% of the firearms that it acquired as stolen or lost weapons in that period; Tamaulipas police 11%. On average, 4% of the weapons sold to state police were lost or stolen during 2010-2016 (See Figure 12).

---

73   SEDENA, responses to public records request, folio numbers: 119913 and 149117.

Figure 12: *Percentage of weapons acquired by police that were lost or stolen (2010-2016)*



Source: SEDENA responses to public records requests.[74]

## What Do We Know about Illegal Trafficking of Guns to Mexico?

There are many gaps in knowledge of the illegal gun trade to Mexico, since by its nature the availability of reliable and complete data is not extensive. However, the available information demonstrates that it is a critical factor in the violence that Mexico is experiencing. During the six-year period of 2011-2016, the U.S. Department of Justice reported tracing 74,515 firearms that were recovered at crime scenes in Mexico and were produced or sold in the United States. These weapons constituted 70% of all those firearms recovered and traced in Mexico during that period.[75] Yet the number of firearms recovered by Mexican authorities has fallen steeply since 2012 (see Figure 13), a reflection of the low priority placed on recovering weapons in relation to other law enforcement objectives.

Figure 13: *Gun Homicides vs. Crime Guns Recovered in Mexico*



| | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | 2012 | 2013 | 2014 | 2015 | 2016 | 2017 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Crime guns recovered by Army | 1,936 | 4,990 | 14,945 | 25,426 | 28,035 | 32,340 | 20,670 | 9,309 | 6,465 | 5,447 | 3,506 | 5,082 |
| Guns homicides | 3,610 | 4,040 | 5,085 | 8,804 | 12,478 | 13,027 | 11,637 | 9,985 | 8,709 | 9,646 | 12,765 | 16,898 |

Source: SESNSP and SEDENA response to public records request.[76]

---

74   SEDENA. Public records requests, folio numbers: 119913, 149117 and 0000700075417.

75   Bureau of Alcohol, Tobacco, Firearms and Explosives, *Mexico: January 1, 2011 - December 31, 2016* (U.S. Department of Justice, 2017), https://www.atf.gov/firearms/docs/report/firearms-trace-data-mexico-cy-11-16pdf/download. (Accessed June  21, 2018).

76   SEDENA, public records requests, folio number: 0000700097618.

According to a study by the University of San Diego's Trans-Border Institute, in 2010-2012 alone, approximately 253,000 firearms were sold annually in the United States with the purpose of trafficking them into Mexico. The most common means for trafficking firearms is through legal sales at gun shops or gun shows in the United States; "straw purchasers" then transfer the guns to third parties, who bring them across the border, converting them from legal to illegal guns.

To analyze illegal gun traffic from the United States to Mexico, we worked with a database created by the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) of firearms sold by gun dealers in the United States and recovered in Mexico. The database includes detailed records on each of 2,921 firearms sold and recovered between December 2006 and December 2010, representing a portion of the approximately 50,000 firearms recovered and traced by the United States during that period.

The majority of transactions in the ATF database occurred in Texas (1,470) and Arizona (852), with Tamaulipas and Sonora being the primary Mexican states where the firearms purchased on those two states were recovered. Of the guns listed in the database purchased anywhere in the United States, most were recovered in Tamaulipas (639), Sonora (521), Nuevo Leon (206), Mexico City (163), Sinaloa (153), and Chihuahua (119). Nearly half (46.8%) were recovered in just three states that also have high rates of gun homicides. More than half of the weapons purchased legally and later trafficked illegally were rifles (1,705); 589 were pistols.[77]

One study shows that the growth of homicides in northern Mexico states during 2004-2006 correlated with the expiration of the federal assault weapons ban in the United States in 2004. California maintained an assault weapons ban, and communities in Baja California were not as impacted by the sudden availability of assault weapons in Texas and Arizona as were communities in Tamaulipas, Nuevo León, Chihuahua, and Sonora.[78]

Figure 14: *Firearms Purchased in the United States and Recovered in Mexico, 2007-2010 (partial)*



| | | |
|---|---|---|
| ■ Chihuahua | ■ Tamaulipas | ■ Sonora |
| ■ Nuevo León | ■ Ciudad de México | ■ Sinaloa |
| ■ Jalisco | ■ Guerrero | ■ Michoacán |
| ■ Rest of the country | | |

Chart: By the authors, based on data from leaked ATF database.

---

77    It is important to note that this database was leaked and contains data representing only a fraction - between 5% and 6% - of firearms recovered and traced to the United States during that period.

78    Arindrajit Dube, *et. al.*, "Cross-Border Spillover: U.S. Gun Laws and Violence in Mexico," *American Political Science Review*, August 2013, Vol. 107, No. 3, pp. 397-417.

Figure 15: *Intentional Gun Homicides, 2006-2017*



| | | |
|---|---|---|
| 🟥 Chihuahua | 🟩 Guerrero | 🟩 Sinaloa |
| 🟥 Jalisco | 🟪 Ciudad de México | 🟨 Nuevo León |
| 🟫 Michoacán | 🟥 Sonora | 🟪 Tamaulipas |
| 🟦 Rest of the country | | |

Chart: By the authors, with data from the Executive Secretariat of the National System for Public Security (SESNSP).

Figure 16: *Recovered Firearms by County of Purchase (2007-2010)*



Map: By the authors, based on partial database of ATF traces, 2007-2010.

**International Legal Framework and the Importance of Transparency**

Mexico has actively participated in international fora related to controls on conventional, nuclear, chemical, and biological weapons as well as landmines and cluster bombs, both in the regional system and globally.[79] One of the aims of the Arms Trade Treaty (ATT) is to regulate and make transparent international transfers of firearms with the goals of prohibiting the sales of arms if the exporting country has knowledge that the weapons would be used in war crimes, crimes against humanity, and human rights violations.[80] The United States has signed but not ratified the treaty.

Although the ATT allows each State Party to determine how it will organize its national system to prevent the diversion of conventional arms, it highlights the importance of national control mechanisms for the effective and transparent regulation of firearm transfers. Mexico thus has an obligation to keep a national registry of firearms transferred for end use in the country.

The issue of transparency is also relevant in the context of violence which confronts nations such as Mexico. We can assume that illegal weapons transfers are one of the causes of violence in Mexico, but weapons legally transferred to Mexico are also involved - particularly given the lack of clarity about their  end users.

In this context, it is critical that the United States - as the largest exporter of firearms to the Mexican government - proactively strengthen transparency and improve systems for recording, monitoring and controlling the markets and flow of firearms in both countries. The United States can take these steps even without ratifying the ATT.

At the same time, Mexico's Internal Security Law, ratified in December 2017, allows the military to conduct law enforcement activities which do not correspond to their mission and training, and with no controls that would prevent or investigate human rights violations. If the Internal Security Law continues in force, it is likely that the Mexican military's activities will become even less transparent, based on the argument that the disclosure of information related to the manufacture, imports, transfers, and sale of weapons would represent a risk to national security. There is no evidence to support this argument.[81] Efforts to promote more effective systems for registering and tracing weapons sold by the military are key to preventing their use in serious crimes and human rights violations. But reduced transparency will make such efforts more difficult.[82]

It is critical to end the inadequate controls on the issuing of licenses for firearms exports. On one hand, the United States is seeking to expand its weapons market by transferring responsibility for such licenses to the Commerce Department. On the other hand, Mexico has a serious problem of weapons diversion and misuse, which could be addressed by means of effective oversight of

---

79   See the list of multilateral treaties related to disarmament to which Mexico is a party, in SRE, *Búsqueda de Tratados*, Government of Mexico, México, July 2018, at: https://aplicaciones.sre.gob.mx/tratados/consulta_nva.php (Accessed July 9, 2018).

80   According to Articles 6 and 7 of the Arms Trade Treaty on prohibitions, export, and export assessment. United Nations, *Arms Trade Treaty*, at: http://disarmament.un.org/treaties/t/att/text (Accessed July 17, 2018).

81   Natalia Báez, Sam Storr, John Lindsay-Poland. Desatinado, ocultar información sobre armas. *El Plumaje - Blog. Verdad, Justicia y Reparación. Animal Político*, April 02, 2018, at: https://www.animalpolitico.com/blogueros-verdad-justicia-reparacion/2018/04/02/desatinado-ocultar-informacion-sobre-armas-de-fuerzas-policiales/ (Accessed July 18, 2018).

82   *Animal Político*, "Matar en México: Impunidad garantizada", at: https://www.animalpolitico.com/muertos-mexico-homicidios-impunidad/ (Accessed July 18, 2018).

both legal arms flows and of end users of those arms. Therefore, the United States should monitor the contexts of violence in weapons-importing countries and, in the case of Mexico, prohibit the export of weapons to law enforcement agencies of those Mexican states that have committed serious human rights violations. End users that frequently lose weapons, alleging that they have been robbed, should also be excluded from U.S. arms exports, unless investigations determine who was responsible for the weapons' disappearance and they are held accountable.

## Proposed Changes to U.S. Export Licensing Rules: Heightened Risks

In May 2018, the Trump administration proposed to make it easier to export U.S. guns and ammunition globally. The proposed rule treats semi-automatic assault rifles and other powerful firearms as "non-military," moving export licenses from the State Department to the Commerce Department and removing requirements for Congressional and public notification of licenses for gun exports of more than a million dollars.

The proposed rule states that the weapons that would remain under State Department regulation "are inherently for military end use," and that weapons to be moved to Commerce Department include "many items which are widely available in retail outlets in the United States and abroad."[83] One State Department official was quoted in a press report about the proposed rule: "We kind of refer to it as the Walmart rule. If it's like something you can buy at a Walmart, why should we have control?"[84] But the retail availability of firearms in the United States should not be a criterion for export controls, since this is not the market to which exports treated by the proposed rule will be directed. In Mexico, the retail availability of all firearms is substantially limited, with only one retail outlet in the entire country for the legal purchase of any kind of firearm.[85]

Shortly after the period for public comment on the proposed rule ended in July 2018, the State Department disclosed that it settled litigation to allow Texas-based Defense Distributed to publish designs on the internet for producing AR-15 assault weapons and other firearms using 3D printers.[86]  The weapons can even evade metal detectors.[87] This technological proliferation of semi-automatic rifles required a license under firearm export rules, and the State Department had prevented it from occurring since 2013. Now, organized criminal groups in Mexico are likely to have an inexpensive and nearly unlimited source of weapons, creating an even greater risk of gun violence.

---

83   U.S. Department of State, proposed rule, "International Traffic in Arms Regulations: U.S. Munitions List Categories I, II, and III," at: https://www.regulations.gov/document?D=DOS_FRDOC_0001-4527 (Accessed July 14, 2018).

84   David Sherfinski, "Trump officials to roll back rules on some gun exports," *The Washington Times*, May 1, 2018, https://m. washingtontimes.com/news/2018/may/1/trump-officials-to-roll-back-rules-on-some-gun-exp/. Walmart does not operate in more than 100 nations (see: https://corporate.walmart.com/our-story/our-locations) In the United States Walmart does not sell semi-automatic assault rifles, high capacity magazines, or even (except in Alaska) handguns. See: https://news.walmart. com/2018/02/28/walmart-statement-on-firearms-policy.

85   Kate Linthicum, "There is only one gun store in all of Mexico. So why is gun violence soaring?" *The Los Angeles Times*, May 24, 2018, https://www.latimes.com/world/la-fg-mexico-guns-20180524-story.html (Accessed June 18, 2018).

86   Andy Greenberg, "A Landmark Legal Shift Opens Pandora's Box for DIY Guns," *Wired*, July 10, 2018, at: https://www.wired.com/story/a-landmark-legal-shift-opens-pandoras-box-for-diy-guns/.

87   Simon Murphy, "How Mail On Sunday 'printed' first plastic gun in UK using a 3D printer," *The Daily Mail*, May 11, 2013, at:  http://www.dailymail.co.uk/news/article-2323158/How-Mail-On-Sunday-printed-plastic-gun-UK--took-board-Eurostar-stopped-security-scandal.html#ixzz2TAN1xKSB (Accessed June 18, 2018).

Mexico and other countries impose limitations on the retail availability, the types of firearms that may be legally purchased, and licensing processes for parties seeking to purchase a firearm because they recognize that guns are not like ordinary commercial items that can be purchased at a store. The potential and actual negative consequences of the ill use of such firearms are devastating, as the violence in Mexico has demonstrated. A coherent, ethical, and politically strategic approach to firearm exports would increase controls to help reduce violent harm by both state and non-state actors that will more easily acquire them under the proposed rules.

# Recommendations

### To the United States Government

1. Reduce legal firearms exports to Mexico to levels below their amount before the "war on drugs" was declared and the Merida Initiative began in 2007.
2. Establish and implement criteria for end users of legally exported firearms that exclude exports to all police and military units for which there is credible information of members of those units having colluded with criminal organizations or committed gross human rights abuses.
3. Ensure that applications for gun export licenses correctly identify end users for exported weapons, including firearms and other equipment, and establish efficient mechanisms for tracing such weapons from producer to end users.
4. Until U.S. policy excludes firearms end users that are credibly alleged to have colluded with organized crime or human rights violations, and has implemented systems to identify end users, the United States should suspend firearms exports to the Mexican military and police, including  the license for the Mexican Navy to conduct assembly of up to $265 million worth of military firearms parts produced by Sig Sauer, Inc.
5. Prohibit the sale of military-type assault weapons and high-capacity magazines, which are easily obtained by Mexican criminal organizations through retail purchases in the United States and trafficked over the border.
6. Continue to regulate export licenses for semi-automatic firearms (including designs for 3D printing of weapons) within the State Department, with Congressional oversight, rather than the Commerce Department.

### To the Mexican Government

1. As part of Mexico's overall change in security strategy, reduce legal firearms imports to levels below their amount before the "war on drugs" was declared and the Merida Initiative began in 2007 (approximately $10 million annually).
2. Prioritize the enforcement of firearms prohibitions in national territory over drug enforcement, especially through performance incentives and resources, and applied analysis of firearms trafficking routes and modalities.
3. Increase transparency of legal weapons imports, in order to strengthen accountability and to counter weapons diversion.
4. Strengthen controls on the military's weapons transfers to Mexican police forces, especially regarding investigations of lost and stolen weapons.

The Mexican Commission for the Defense and Promotion of Human Rights (CMDPDH) is a Mexican NGO founded in 1989, our mission is to contribute to the consolidation of a democratic rule of law, based on a culture of respect, protection and guarantee of human rights, from a comprehensive, multidisciplinary perspective that promotes structural changes. The CMDPDH has earned consultative status from the Organization of American States and the United Nations, and is member of various (international) human rights networks.
http://cmdpdh.org/

Stop U.S. Arms to Mexico is a project of the human rights organization Global Exchange and seeks to contribute to a substantial reduction of the legal and illegal U.S. weapons trade that contributes to growing violence in Mexico.
http://stopusarmstomexico.org/

**The financial support of the Appleton Foundation, Charity Pot, Reis Family Foundation, and individual donors made the realization of this report possible.**



**Comisión Mexicana de Defensa y Promoción de los Derechos Humanos, A.C.**

**Board of Directors**
Ximena Andión Ibáñez
(President)
Alejandro Anaya Muñoz
Beatriz Solís Leere
Jacobo Dayán
José Luis Caballero Ochoa
Luis González Plascencia
Mariclaire Acosta Urquidi
Miguel Concha Malo
Paulina Vega González
Susana Erenberg Rotbar

**Executive Director**
José Antonio Guevara Bermúdez

**Legal Defense Coordination**
Nancy Jocelyn López Pérez
(Coordinator)
Anahí Adriana Ruelas Orozco
Carla Sofía Loyo Martínez
Carolina Hernández Nieto
Daniela Gutiérrez Escobedo
Federico Manuel Rodríguez Paniagua
Mariana Teresa Peguero Moreno

**Research Coordination**
Lucía Guadalupe Chávez Vargas
(Coordinator)
Ana Lucía Juárez Armenta
Jorge Luis Amaya Lule
Marion Jullie Rouillé
Montserrat Martínez Téllez
Natalia Paulina Báez Zamudio

**Advocacy Coordination**
Olga Guzmán Vergara
(Coordinator)

Jürgen Moritz
María Corina Muskus Toro

**Communication Coordination**
Luis María Barranco Soto
(Coordinator)
Daniela Michelle Caballero García
Efraín Tzuc Salinas
Karina Álvarez Medrano

**Institutional Development Coordination**
Rodolfo Franco Franco
(Coordinator)
Paulina Daniela Romero López

**Administration Coordination**
Eduardo Macías Sánchez
(Coordinator)
Ayari Hernández Cervantes
Héctor Adrián Avendaño Cortez
Lizbeth Montessoro Elías

**Forced Internal Displacement Coordination**
Brenda Gabriela Pérez Vázquez
(Coordinator)
Montserrat Castillo Portillo
Lígia De Aquino Barbosa Magalhães

**Psychosocial Support Coordination**
Valeria Patricia Moscoso Urzúa
(Coordinator)
Norma Isabel García Flores

**International Justice Consultant**
Paulina Vega González

**Forced Internal Displacement Consultant**
Laura Gabriela Rubio Díaz Lea

www.cmdpdh.org

30



**Stop us Arms to Mexico A project of Global Exchange**

**Coordinator**
John Lindsay-Poland
**Media and Research Assistant**
Leslie Benavides
**Advisory Committee**
Abad Leyva (Filmmaker/Activist)
Arnie Alpert (American Friends Service Committee)
Carlos Pérez Ricart, Oxford University (Mexiko via Berlin)
Eduardo García (School of the Americas Watch)
Eugeno Weigend (Center for American Progress)
Ivonne del Valle (UC Berkeley)

Janice Gallagher (Rutgers University)
José Luis Fuentes (National Lawyers Guild Task Force on the Americas)
Kristen Rand (Violence Policy Center)
Laura Carlsen (Americas Program)
Linda Sánchez (67 Sueños - American Friends Service Committee)
Lucía Chávez (Comisión Mexicana de Defensa y Promoción de los Derechos Humanos)
Luis López Reséndiz (Frente Indígena de Organizaciones Binaciones)
Raed Jarrar (Amnesty International USA)
Sarah Kinosian (Freelance Journalist)
Ted Lewis (Global Exchange)

www.stopusarmstomexico.org



This publication was created
at www.elrecipiente.com,
Ilallali Hernandez was in
charge of revising the edition,
Emma Felizardo designed it.
The typefaces used in this
book are from Avenir family.
August 2018, Mexico City.

32



# EXHIBIT S

Log In

U.S. Edition

**CONTRIBUTOR**

# Las Vegas, SWAT Teams, and the Cult of the Gun

Las Vegas, SWAT Teams, and the Cult of the Gun

**By John Lindsay-Poland, Contributor**

Researcher and Analyst of US Military Policy, Policing and Human Rights

Oct 17, 2017, 06:46 PM EDT

*This post was published on the now-closed HuffPost Contributor platform. Contributors control their own work and posted freely to our site. If you need to flag this entry as abusive, send us an email.*





Sniper rifle raffled at Urban Shield SWAT expo.

The Alameda County Sheriff's Office in California recently claimed that the Las Vegas shooting on October 1 is reason to continue the annual SWAT team competition and gun show known as Urban Shield. But programs like Urban Shield are unlikely to stop violence as occurred in Las Vegas earlier this month. In fact, they are likely to make matters worse. Here is why.

The Las Vegas Police Department could do nothing to stop the killing of 58 people in Las Vegas. They entered the shooter's Mandalay Bay Hotel room a full hour after he stopped shooting, finding that he had already killed himself. He had been shooting for only ten minutes.

Las Vegas's counter-terrorist elite police squad, which has trained for these incidents since 2009, did not get to the shooter's hotel room at all, and could not accurately fire at the shooter from below.

What happened in Las Vegas is consistent with most active shooter situations, which typically end in 5 minutes or less. An FBI study of 160 of these shootings found that a majority of them ended on the shooter's initiative, often by suicide, before law enforcement ever arrived. In another 21 of these shootings, unarmed citizens – mostly school personnel - successfully restrained the shooter.

Sheriff Joe Lombard went even further, claiming that police who arrived at the hotel room well after the shooting had stopped "prevented a thousand deaths." In a Sixty Minutes piece, overawed interviewer Bill Whitaker buys without question the version that police stopped the shooting short. First, he cites the Sheriff saying that the shooter had "an escape plan," and an officer who entered the room says, "he could have held us off for hours." But that's speculation; the shooter was already dead from his own hand.

Then Whitaker draws on the initial and mistaken timeline that "the shooting stopped shortly after security guard Campos and the first of Sheriff Lombardo's officers arrived on the 32nd floor." We now know that Campos was shot *before* the massacre, which ended at

10:15. Police call records published by National Public Radio show that the police arrived on the 32nd floor two minutes later. However, because of a screwed-shut hallway door, fear of possible booby traps, and the earlier firing into the hallway, they didn't get to the shooter's door until 11:09.

Sheriff Lombard and other police have provided no evidence that actions by police in the hotel in Las Vegas, as courageous and dedicated as they were, saved any lives. The shooter had positioned cameras outside his room and fired into the hallway when security guard Jesus Campos approached the room, wounding him, before beginning to fire into the concert. Campos may have accelerated the shooter's plan. But it was concert-goers and first-aid workers who provided immediate assistance to those suffering from gunshot wounds. Before official responders could arrive, by-standers carried out the injured, applied tourniquets, and brought survivors to hospitals in their vehicles. "Everybody that was alive or salvageable was dragged outside the venue by bystanders, all the great Samaritans," said Gregory Cassell of the Clark County Fire Department.

Sgt. Ray Kelly of the Alameda County Sheriff's Office used the shooting to make the case for police to have armored vehicles that break down a door. Law enforcement often deploy such tank-like vehicles at protests, but they were irrelevant to stopping the shooter on the 32nd floor in Las Vegas. Yet Kelly asked a pertinent question: "How do you prevent high rise, high density attacks on innocent people?"

Police function as *responders*, not *preventers*. We should focus more of our energies on *preventing* the mass killing that is made possible by easy availability of assault weapons. Such weapons can easily be made to be fully automatic machine guns. In addition to the use of assault weapons in Newtown Connecticut, Las Vegas and other massacres, the weapons' legalization after 2004, according to a New York University study, directly contributed to the escalated lethal firepower of organized crime in Mexico and to hundreds of murders and other violent crimes there.

Even the most extensively trained military-style SWAT teams are ineffective against a shooter from 32 floors firing up into a crowd of 22,000. But the teams trained in such tactics will use them in other policing encounters in the community. Most deployments of Bay Area SWAT teams are for serving warrants, and most SWAT teams are made up of officers on other police duties most of the time.

In fact, the annual Urban Shield exercise reinforces the cult of the gun, of which the Las Vegas shooter was such an enthusiastic member, by raffling off sniper rifles and giving away high-powered rifles to SWAT competition winners. Last month, I served as an observer of the Urban Shield event over three days. It is hard to convey how deeply the culture of guns pervades the Urban Shield vendor show and exercise. Assault weapon producers Sig Sauer and FN Herstal, who also made some of the guns found in the Las Vegas shooter's hotel room, have been among the vendors at Urban Shield.

Urban Shield exercise scenarios also leave no time for realistic de-escalation, so they become practice to kill. De-escalation requires slowing down interactions with suspects, but in Urban Shield the action in a scenario must be completed in 15 minutes in order to move on to the next one. In one exercise scenario, SWAT teams initiated gunfire on terrorist Hezbollah role players, who were patrolling a rural area, ambushing them. This is a wartime protocol.

The men playing the roles of the killed terrorists wore kaffiyehs, an Arabic scarf that tagged them as Muslim, as "other." The scenario evaluators, recently returned from war-fighting in Afghanistan, reinforced the protocol, telling a SWAT team that, "Increasingly what we are seeing over there [in Afghanistan] you are seeing here: it's coming up over the border," as if immigrants from Mexico were establishing terrorist camps in Alameda County.

Thirty-six SWAT teams, most from the Bay Area, participated in sequenced competition in this scenario. As police return from Urban Shield to their communities, we cannot calculate what will be required to undo the damage of this practice for offensive military operations against those whom law enforcement perceive as suspects.

Instead of further militarizing police in our communities, we should respond to the Las Vegas shooting by reducing the legal availability and cultural worship of high-powered guns – in anyone's hands – that are designed only to violently take human life.

## RELATED



⌐  GO TO HOMEPAGE

**John Lindsay-Poland, Contributor**
Researcher and Analyst of US Military Policy, Policing and Human Rights

Suggest a correction

## POPULAR IN THE COMMUNITY

# EXHIBIT T

Log In

THE BLOG
**RACISM**
**MILITARIZATION**
**CRIME**

# Removing Military Weaponry From Our Streets

Ultimately, we must slow down and stop the accelerated arming of police and citizens with military weapons of war. We can begin by stopping the importation of foreign-produced assault weapons for the U.S. civilian market, and by removing assault weapons from ordinary police patrols.

**By John Lindsay-Poland, Contributor**

Researcher and Analyst of US Military Policy, Policing and Human Rights

Aug 6, 2015, 11:57 AM EDT

*This post was published on the now-closed HuffPost Contributor platform. Contributors control their own work and posted freely to our site. If you need to flag this entry as abusive, send us an email.*

Police and sheriff departments in California have obtained more than 15,000 assault rifles, many for use in ordinary street patrolling. Police in the state received about half of these military-grade weapons through Pentagon handouts during the last decade, while California police have purchased more than 7,600 AR-15 assault weapons themselves.

In February, one of these military-grade weapons was put to tragic use. Police in Emeryville, California shot and killed a 38-year-old African American woman, Yuvette Henderson, after she left a Home Depot not far from where I live. Henderson was killed with an AR-15 assault rifle, issued to Emeryville PD patrol officers. Possession of the AR-15 is prohibited for ordinary citizens in California (and was part of a national ban on assault weapons from 1994 to 2004).

It is unclear whether the police use of a military weapon -- as opposed to an ordinary gun -- made any difference to the outcome. But "supplying military weaponry to police reinforces the idea that they're going to war when they go into communities of color," Cat Brooks, founder of the Anti Police Terror Project, told me.

Henderson reportedly had a gun at the time she was shot, although she did not fire it and police have not said she pointed it at them. It was clear that she was in mental distress, and had apparently been injured in the Home Depot.

In any case, being unarmed might not have saved Henderson, either. Across the

country, police have killed at least 55 unarmed Black people so far this year, according to an ongoing count documented by *The Guardian*. That is more than *four times* the number of unarmed victims, per capita, as unarmed White people killed by police. Just six blocks from where Henderson was killed, less than a week before, a White marijuana grower pursued police deputies and fired a high-powered gun at the officers, but they did not even return fire.

The argument you often hear for equipping police patrolmen with military-grade weapons is the armament of criminals. People want police to come out of a gunfight with such criminals and to "win," in the repeated words of some police training course descriptions. The practice of equipping street cops with assault weapons surged after a 1997 bank heist in Los Angeles, in which the robbers used both assault rifles and full body armor to wage a 30-minute battle with police. Ultimately, a SWAT team arrived and killed the robbers.

The use of this event to argue for military weaponry for law enforcement is instructive. It is all about planning for worst-case scenarios. (To be clear, we are talking about the worst case for police, not for other citizens.) According to that logic, every police department should plan for -- and arm themselves completely for -- a September 11 scenario. Since it happened once, it could happen again here. Near where I live, San Francisco has some corporate skyscrapers. Since these high-rise buildings could be attacked by hijackers, by this argument, the San Francisco PD should be equipped with F-16 fighter jets to deal with such a prospective attack.

The most probable outcomes of this, by far, would be either that the $165 million F-16 would gather dust, or it would be used in other situations, as shock-and-awe and overkill. You can use your imagination here. The effect is an arms race between law enforcement and their prospective adversaries.

But the pervasiveness of military grade weapons in the hands of police, and the inherent rarity of worse case scenarios, means these weapons are overwhelmingly deployed in ordinary policing and patrols. Just as SWAT teams are mostly used to serve warrants, usually in searches of homes for drugs, assault weapons are used for ordinary policing, especially against communities and individuals of color.

San Francisco resident Steven Gray was strolling in that city's Aquatic Park one evening around sundown a month ago, he told me, when he was startled to encounter two policemen from the National Park Service on foot patrol armed with AR-15s. An assault without a firearm had occurred in the area earlier in the day. "They walked along the promenade of the harbor, patrolling slowly," Gray said, and allowed him to take a photo. One of the officers smiled for the camera, the normalization of war. When Gray said he asked why they carried such big weapons, and one of them replied, "It gets the job done."



*Police with AR-15 assault weapons patrol a San Francisco park. Photo: Steven Gray*

The number of households in the United States that own a gun has declined to less than a third (down from half in the 1970s). But those who do own guns have more of them than they did before, according to studies by the University of

Chicago and the Injury Prevention Center.

Moreover, Whites in the United States are more than twice as likely as Blacks or Latinos to own guns. Data on ownership of assault weapons is more sparse, but enthusiasm for assault rifles in gun shows and online appears to be overwhelmingly White. The vast majority of gun owners do not commit homicides. Nevertheless, if police are worried about how highly armed ordinary citizens are, their concern would focus proportionately more on high-powered guns in the hands of Whites, more than the Blacks who are disproportionately the targets of police violence.

Guns are durable goods -- they are not consumed like drugs. Yet we produce guns in the United States much faster each year than our population grows -- and assault weapons are popular guns in this country. In other words, both a portion of the citizenry and police are becoming more highly armed with military weapons.

Ultimately, we must slow down and stop the accelerated arming of police and citizens with military weapons of war. We can begin by stopping the importation of foreign-produced assault weapons for the U.S. civilian market, and by removing assault weapons from ordinary police patrols. We have more fruitful means of addressing violence, racism, and mental illness than escalating the number and kinds of military weapons available in this country.

# RELATED

| RACISM |
| --- |
| MILITARIZATION |
| CRIME |
| POLICE |

# EXHIBIT U

# Investigating the Global Firearms Trade and Its Human Impacts in Mexico: International Delegation Report

## Introduction

From February 19 to 25, 2023, an International Delegation visited Mexico to investigate the flow of firearms, with the aim of strengthening the visibility, understanding and strategies to reduce and control the flow of firearms to Mexico from other countries, especially the United States, and demonstrate the interest and opposition of international civil society to the uncontrolled flow of firearms.

The visit occurred in the context of enormous violence: From 2010 through 2022, Mexico experienced more than 214,000 gun homicides, constituting more than two every three murders in the country.[1] This gun violence does not impact all equally or in the same way. Migrants traversing Mexico seeking safe haven are victims of forced disappearance. Mexicans who are indigenous or of African descent face oppression that can lead them to be victims of violent conflict, while those without material resources are harder hit when a breadwinner is murdered, displaced, or forcibly disappeared. Women experience gun violence more frequently at home, without a means to denounce it.

Nearly all of the weapons used in these crimes were produced in the United States and Europe. In addition, the delegation learned that criminal organizations in Mexico obtain weapons primarily from the United States, where military-grade rifles and pistols are easily purchased from any of thousands of gun dealers or gun shows, moved legally within the United States, and trafficked across the commercially busy border with Mexico.

Even as hundreds of thousands of firearms are trafficked illegally from the United States into Mexico each year,[2] Mexico has increasingly militarized its security policies, with assistance from the United States, especially since the declaration of the war on drugs in Mexico in 2006. Mexico is by far the largest purchaser of U.S. firearms in Latin America, with no controls on end uses of those exports.

The delegation undertook dialogues with survivors and family members of victims of gun violence in Guerrero and other parts of Mexico, human rights defenders, journalists, high-level officials from the Mexican government's executive branch, Mexican senators, and the Prosecutor General's Office. The

delegation also held public conversations to help identify joint international policies and campaigns to reduce and restrict the export and traffic of weapons



International Delegation to Investigate Firearms in Mexico

to Mexico. The delegation also participated in the binational Peace Summit, which brought together more than 300 community members and activists from Mexico and the United States to build a binational policy platform and a grassroots and intersectional movement, led by African-descendant, indigenous, displaced people, and others most impacted by gun violence.

An emblematic case is that of María Herrera, two of whose sons were disappeared in 2008. Another two were taken and disappeared in 2010. Fourteen years later, she knows that her four disappeared sons are, in all likelihood, dead. Mexico faces a forensics crisis, where the state's institutional capacity is overwhelmed by the number of human remains found in clandestine graves, with more than 52,000 unidentified bodies.[3] In this context, María will not stop searching, and fights on behalf of all disappeared through organized community-led searches for the remains of disappeared persons.

We prepared for and decided to visit Chilpancingo, Guerrero, in order to hear directly from survivors of gun violence, family members of victims, human rights defenders and journalists, after consultations with human rights organizations working in Guerrero, with national organizations hosting the delegation, and with the United States Embassy (who advised us not to travel to Guerrero). The delegation was deeply moved by the stories of horror and determination that we heard. Delegation members expressed solidarity, shared their indignation, and declared their profound admiration for the tireless struggle of those we met.

International delegation members were: Po Murray, president of the Newtown Action Alliance; Jonathan Lowy, Global Action on Gun Violence, who represents Mexico in its lawsuit against gun producers; Jorden Giger, co-founder of Black Lives Matter-South Bend; Manuel Oliver, director of Change the Ref and father of a student killed in the Parkland, Florida shooting; Laëtitia Sédou, director of the European Network Against the Arms Trade; Wolf Dieter Vogel, German journalist focused on firearms and human rights; Charlotte Kehne, expert on arms export control of weapons from Germany; Jonathan Hempel, co-founder Database on Israeli Military and Security Exports; Austrian documentarian Fernando Romero-Forsthuber; and John Lindsay-Poland, coordinator of the Stop US Arms to Mexico Project of Global Exchange.

The delegation was sponsored by Stop US Arms to Mexico, a project of Global Exchange, and in Mexico by the Mexican Commission for the Defense and Promotion of Human Rights, Center for Ecumenical Studies, Global Thought Mx, and the Tlachinollan Center for Human Rights.

## Voices of Victims and Survivors

The delegation visited Chilpancingo, the capital of the state of Guerrero to hear first-hand from victims and survivors of gun violence. Guerrero is one of Mexico's economically poorest states, and has a long history of armed violence, including a "dirty war" waged by the military against social movements and an armed insurgency in the 1970s. The state has significant natural resources, including gold and water, which have led to conflicts in response to extractivist projects opposed by local communities. The state is also an important region for growing poppies for heroin and for narcotics trans-shipments,

especially through the port in Acapulco. In response to these conflicts and the failure of state forces to protect communities, armed groups have proliferated in Guerrero, with 32 now operating in different parts of the state.

Many of the people we heard from were families of people who were forcibly "disappeared." The "disappeared" are people who have been forcibly taken away, mainly by state forces or organized criminal groups, and not been found. Many are presumed to have been killed. Over 111,000 people in Mexico have been forcibly disappeared.[4]

We heard from community leaders and numerous families of disappeared people. Their stories were uniquely personal, but similar.

> "The cocaine from Colombia comes to Guerrero – to its coasts, its beaches and ports. And that's where they use the guns. Those who have guns in their hands have the power here in Guerrero. Here it's not [President] López Obrador who governs, it's not [Governor] Evelyn Salgado. In Acapulco, Mayor Abelina López doesn't govern. It's 32 organized crime groups that have taken power in our states. Our lives are in their hands. To defend human rights today is really to stir up death, to invite them to kill you."
>
> - Marco Antonio Suástegui

One leader told us that the violence in Guerrero is dire, and deteriorating. He described the state as an "exemplar of impunity," in which violence arises from state and local government as well as criminal organizations, with police and the military often seen to be accomplices to or perpetrators of criminal violence.

Individual victims and survivors supported this account through their individual testimonies. A woman told of how her parents vanished one day, forcibly taken from their car. Their bodies were never found, but the evidence indicates they were burned. She searches for them still.

A woman told of how her husband vanished, forcibly taken. His body was never recovered. She searches for him still.

We heard more stories of disappeared. They told us that the cartels were responsible. Many family members told that the state or local police were complicit. Some described people in uniform abducting their loved ones. Many said that they had nowhere to turn – that there was no one they could trust, there was no one who would take action to find their loved ones.

The tragedy of losing their loved ones was compounded by the fact that they could not put their loss to rest, because they were never found, and their fate was uncertain. Every person we heard from had their lives consumed by their search for their loved ones. When asked what could be done to prevent more disappearances, all agreed that stopping the flow of guns into Guerrero was critically important.

Journalists told us how the cartels used abductions, torture and intimidation to silence reporting on their crimes. They told how reporting has virtually been eliminated in Guerrero, and there is not a single journalist operating in the Guerrero mountain area.

One journalist told how his brother was disappeared by a criminal group, tortured for 12 days, then returned. The group signaled that his mother would be next to be taken if he continued reporting. They made clear that they knew where he lived, and where his family lived. In response, he lives in seclusion, without  contacting his family. His brother travels with bodyguards. They have "panic buttons" at all times to contact law enforcement if needed in an emergency, but have little confidence in such devices. One man told of how he was tortured, and had his toenails removed.

Some families were displaced, rather than disappeared. They were forcibly removed from their homes, and literally run out of town. One man told of how he led his family walking for days away from their home to find safety and shelter. Internal displacement in Guerrero, as well as many other states in Mexico, is mainly due to violence perpetrated by armed organized groups, political violence, territorial conflicts and gross human rights violations. In 2021, 42 massive displacement episodes are registered, in which 90.48% of the cases firearms were involved.[5]

Members of the Gender-Based Violence Observatory in Guerrero noted that women are in the middle of armed violence in Mexico and become territory to be conquered. Often their aggressors are members of criminal organizations, complicating any possible judicial process or complaint. They are often re-victimized as a result.

"More journalists have fled from Guerrero than any other state – 36 reporters forcibly displaced. Three reporters disappeared. In the last 20 years they have killed 20 colleagues."

"While one group tells you not to publish, the other pressures you to publish. But if you publish, soon the opposing group writes you and says 'you son of a whatever, we know where your family is, take it down or tomorrow morning you'll have no head', and they say you are working for the opposing group."

"It's no exaggeration: there are zones of silence. In Guerrero, in the mountain region, for example, we don't know what's happening there. There isn't a single reporter there, not one media outlet."

"I don't want to sound alarmist, but it is becoming impossible to report."

"The problem is there is information and they don't want it to get out. But the information is a public asset that all of us have to defend. Not just journalists."

    Journalists in Guerrero, who requested not to reveal their names to protect their safety

## Voices of Officials

The delegation met with numerous government officials and staff, including several high-ranking officials of Mexico's Foreign Relations Ministry (Secretaria de Relaciones Exteriores -SRE-, the equivalent of the U.S. State Department). The meeting lasted over two hours, and was frank and wide-ranging. Alejandro Celerio and Maria de Haas explained the Government's strategy to stop gun violence through its lawsuits against the gun industry and other measures. Delegation members asked officials probing questions and engaged in responses.

The delegation met with a high-ranking official of the Office of the Attorney General of Mexico (Fiscalía General de la República), who provided background information on the threats posed by guns in Mexico, and the types of guns and ammunition. The official explained that most of the guns used in homicides in Mexico – more than 80% -- are rifles, and noted that in recent years .50 caliber sniper rifles have become more commonly used by criminal groups. He said it is difficult for police to match the firepower of the cartels.

Several delegation members met with commanders in the Guerrero state police, former Navy intelligence officers, who said their agency had confiscated 265 firearms in the state in 2022. They emphasized that while organized crime has access to high-powered weapons, including .50 caliber rifles and grenade launchers. Referring to the easy purchase of .50 caliber firearms in the United States, one commander asked, "What would you use a .50 caliber rifle for?" Guerrero police are not permitted to own .50 caliber firearms (which they must purchase through the Mexican army). One reason? Army documents indicate that Guerrero state police had 1,447 firearms stolen between 2006 and 2017, more than any other state. The commanders noted that police don't face sanctions if they lose a firearm, though they also admitted that the current Guerrero government could impose such sanctions, but has not. A delegation member noted that in some parts of Guerrero, police or National Guard are stationed very close to roadblocks established by criminal organizations. After an exchange of glances, one of the commanders responded, "Either they are there, or there is no one. It calms things a bit."

Some members of the delegation attended a forum on gun trafficking issues, at which one member spoke. Mexican Government officials discussed the Government's pending



Delegation meeting with Mexico Foreign Relations Ministry

lawsuits against the gun industry, and other gun violence prevention strategies. The Ambassador of Belize spoke about the problems posed by gun trafficking from the United States to the Caribbean and Latin America.

The delegation met with a senior analyst of violence for the federal Government, who provided an overview of what crime gun data is available, and gaps in that data. Asked how much of the violence in Mexico is a result of U.S. policies, he replied: 90%.

Some members of the delegation requested meetings with embassies of their respective countries to discuss their perspectives.

- Belgian embassy officials said that arms exports licensing is a regional authority, while they represent and inform the federal government. They said they have neither the resources nor the authority to trace weapons, which they believe should be the responsibility of companies.

- The EU delegation said that authorizing arms exports is a national responsibility and their role is limited to sharing information that EU countries can use to evaluate the risks of weapons diversion. Regarding arms trafficking, the EU funded a UN project involving Mexico, and will provide technical assistance to the Mexican government.

- U.S. Embassy officials met with us, but requested that the exchanges not be shared.

- A meeting with the German Embassy was not possible.

- Israel's embassy did not respond to a request to meet.

The delegation also met with six members of the Mexican Senate, from various political parties. They all expressed deep concern over the gun violence in Mexico. Several pointed out that most of the guns used in crime in Mexico come from the United States. As one Senator put it, "our neighbor brings the guns, we bring the dead people. This is not fair," though one recognized that there are also victims of gun violence in the United States. One senator called the gun violence in Mexico a "social cancer." Another senator complained that there are big financial interests in firearms on both sides of the border. Several noted that the United States is not doing enough to regulate guns to prevent their trafficking to Mexico.

Mexican civil society organizations called out the urgent need to reform Mexico's federal Firearms and Explosives Law, which was established more than 50 years ago. They also described human rights violations committed with firearms by state forces and the lack of transparency on information on the flow of firearms. There was agreement to open a shared public debate on the issue between legislators and civil society of both Mexico and the United States.

## Voices of civil society, experts and activists

Meeting with civil society organizations

The delegation met with members of numerous civil society organizations from Mexico. The participants discussed plans for potential actions, what are the most effective measures civil society organizations can take to prevent gun violence, and how organizations in our countries can work together to achieve results. The meeting concluded with plans to establish transnational working groups on specific areas of interest, and to continue communication and work together.



Delegates meet Afro-descendant Mexican leaders

Peace Summit

The delegation joined more than 300 community leaders, victims of violence and activists from across the Americas for a two-day international Peace Summit, organized by Global Exchange, that addressed solutions to several societal problems, including gun violence.

The Summit was inspired by the conviction that North America's problems cannot be solved without joint action by the societies of the three countries in the region. Grassroots organizations, communities that have suffered the impacts of violence, inequality, discrimination and racism from Canada, the United States and Mexico came together in the Peace Summit to build an agenda for peace that reflects a common reality and charts a path of actions and solutions in favor of the region.

The Peace Summit was organized in 4 themed panel discussions (justice a no violence; human rights beyond borders and identities, development with respect for land and the environment and equal labor rights) and in 5 strategic sessions for affinity groups, including migrants, afro descendants, victims and survivors of gun violence, indigenous peoples and journalists.

During these sessions, delegation members helped craft policy recommendations that were then presented to Mexican federal government officials, including representatives of President López Obrador's press secretary, Jesús Ramírez, and that will be used to promote a binational agenda for peace, justice and human rights in the lead up to the 2024 presidential elections both in Mexico and the United States.

## Conclusions and Common Themes

a) Gun violence survivors, victims and their families lack justice for the suffering produced by violence committed with U.S., European and Israeli firearms, whether those firearms were trafficked illegally into Mexico or exported legally and used or diverted by state forces.

b) Mexico – U.S. cooperation, in addition to Mexico's cooperation with the rest of the international community, should prioritize the prevention and control of weapons flows that cause so much human damage in Mexico, and identify and support best practices.

c) U.S.-trafficked guns. One dominant concern that was raised repeatedly in delegation meetings was the role played by United States guns that are trafficked to Mexico. Researchers and government officials observed that the vast majority of guns used to commit crimes and human rights violations in Mexico come from the United States, and that the U.S. has a responsibility to stop that irresponsible flow of guns.

d) Assault weapons. Mexican officials and civil society groups raised specific concerns about military-grade weapons used in violence in Mexico, including assault rifles, .50 caliber sniper rifles, and high-capacity magazines for ammunition.

Assault weapons are the weapons of choice for drug cartels and armed groups in Mexico, and also were used in the 2019 mass shooting by a white supremacist in El Paso, Texas that killed 22 people, including eight Mexican citizens. Firearms tracing data indicates that thousands of assault weapons, primarily trafficked from the United States, have been used in crimes in Mexico.

The United States banned sales of assault weapons and high-capacity ammunition magazines to civilians from 1994 to 2004. However, Congress allowed the ban to expire in 2004, which has led to more mass shootings, and more high-powered guns trafficked to the cartels in Mexico. In July 2022, the U.S. House of Representatives passed a new assault weapons ban, with bipartisan support, but the Senate did not vote on the bill. Currently, HR698 and S25 would ban the sale of assault rifles, including .50 caliber sniper rifles. President Joe Biden has repeatedly urged Congress to pass the ban and deliver it to his desk.

e) Many applauded the Government of Mexico's lawsuits against the U.S. gun industry, which they saw as a ray of hope that could lead to a reduction of crime and violence in Mexico. A U.S. law - the Protection of Lawful Commerce in Arms Act - has led to the dismissal of the Government of Mexico's lawsuit against gun manufacturers; the case is on appeal.)

f) Due diligence on gun exports / imports. A major concern regarding European arms in Mexico is that European Union (EU) countries - although all have ratified the Arms Trade Treaty - do not seem to feel responsible at all for the use of European firearms in violence in Mexico. European rules can be circumvented by European

makes of guns being either manufactured in US-based plants, or sold through the US retail market and trafficked into Mexico.

Regarding guns directly exported from the EU, most exporting countries lack the capacity and/or political will to trace those firearms. Instead, they blame the Mexican government for their diversion or misuse. EU countries should not license such firearms exports in the first place, as they contradict the criteria of the EU Common Position on arms exports.

European nations are currently in negotiations for an EU law on corporate sustainability and due diligence by private companies. In this context, EU countries are pushing to exclude arms companies from the scope of this due diligence draft law for arms that are sold with an export license. This would legalize the current de facto accountability gap, and runs counter to the Mexican government's view of the arms industry as a risk industry.

## What's Next: Commitments for Delegation Work

The purpose of the delegation was three-fold: 1) to listen and learn; 2) to inform and contribute; and 3) to act. The members of the delegation were united in our commitment to convert our experiences into action to prevent gun violence in Mexico. That commitment is focused on carrying the stories we heard to policymakers and people who have the power to stop the flow of guns used in violence, to prevent future violence, and demand concrete effective actions. Delegation members plan to carry the stories we heard to political leaders in our countries to seek change. The delegation is considering returning to Mexico in 2024 to continue and follow up on its mission.



## Recommendations

The delegation urges the governments of the United States, Mexico and Europe not to turn their backs on the victims and take immediate and long-term actions to ensure their protection and the adequate, effective and prompt repair of harms to them.

The key policies the delegation recommends that the **United States Government** implement to help stop the flow of guns used in violence in Mexico are:

1. A ban on the commercial sale in the United States of assault weapons and high-capacity ammunition magazines.

   ○ Until such an assault weapon ban is instituted, the executive branch should use its authority under the Gun Control Act of 1968 to ban the importation into the United States of foreign-produced assault weapons.

   ○ State or federal legislation to reduce, control or prohibit the export of assault weapons to other nations.

2. Congress should pass the ARMAS Act, introduced by Rep. Joaquin Castro. The ARMAS Act focuses initially on U.S.-sourced firearms in Mexico, Central America and three Caribbean countries, and requires:

   ○ the development of a comprehensive interagency strategy, led by the State and Commerce Departments, to disrupt illicit trafficking and the diversion of firearms exported from the United States;

   ○ Congressional notification and blocking of high-risk firearms arms exports;

   ○ the submission of a report that will allow Congress to understand the challenges and successes of current efforts to address illegal arms trafficking and inform future strategies; and

   ○ a report by the Commerce Department with more detailed information on export licenses, giving Congress greater data to understand the effect of current regulations.

All countries, including the United States, Germany, Belgium, Israel, Austria, and Italy, should exercise greater controls on firearms exports, including post-shipment inspections and compliance with existing export guidance, to prevent their downstream use in human rights abuses or in collusion with criminal organizations.

- EU member states should enforce the EU Common Position that prohibits export of small arms to nations where there is a clear risk of prolonging violent conflict or use in human rights violations. The risk of diversion to criminal organizations must also be considered.

- The EU Directive on Due Diligence currently under negotiation should define the arms industry as a high-risk sector that should fall within the scope of this law in all circumstances, including for authorized exports.

In addition to the above key recommendations, International Delegation members support the following:

1. Firearms exporting countries should establish and implement criteria for end users of legally exported firearms that exclude exports to all police and military units for which there is information of members of those units having colluded with criminal organizations or committed serious human rights abuses.

2. Ensure that applications for gun export licenses correctly identify end users for exported weapons. Establish a proper tracking system for legal firearms exports to Mexico which includes vital information that transparently registers, controls, and inspects the end uses of exported guns, including all prospective end user units, not only central distribution units.

In the case of the United States, we additionally recommend that the U.S. Government:

1. Ratify the Arms Trade Treaty, as a minimal commitment to U.S. transparency for firearms exports and imports.

2. Reduce legal firearms exports to Mexico to levels below their amount before the "war on drugs" was declared and the Merida Initiative began in 2007.

3. Repeal the federal Protection of Lawful Commerce in Arms Act and state laws that restrict accountability and liability on gun companies that facilitate trafficking and violence.

4. The U.S. Congress should repeal the Tiahrt Amendment from future spending bills in order to permit the ATF and other U.S. federal agencies to compile, keep and disclose electronic records of gun production, distribution, purchases, trafficking, and theft of firearms.

5. Increase enforcement of gun laws against gun industry actors who facilitate trafficking, with a focus on the U.S. Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) taking actions against gun dealers, manufacturers and distributors, and encouraging safer sales practices.

6. Approve legislation to require universal background checks for all firearms sales, to prevent gun trafficking and sales in the criminal gun market.

7. The U.S. Department of Justice (DOJ) should increase access to and sharing of international gun trafficking data. Specifically, DOJ should revise the Memorandum of Understanding with Mexico's Prosecutor General's Office (Fiscalía General de la República) for using eTrace data on firearms recovered in Mexico and traced to the United States to exclude unnecessary restrictions on use of such data.

8. Return oversight of U.S. firearms exports from the Commerce Department to the State Department and the U.S. Munitions List, and ensure that the State Department has the authority and resources to implement rigorous firearms export controls.

**Stop US Arms to Mexico – A Project of Global Exchange**

For further information, contact:

www.stopusarmstomexico.org
John Lindsay-Poland, coordinator
johnlindsaypoland@gmail.com



---

**Notes**

[1] Data from the Executive Secretariat of the National Public Security System (SESNSP) and the National Institute of Statistics and Geography (INEGI); and Comisión Mexicana de Defensa y Promoción de los Derechos Humanos. *La Guerra interiorizada: de los crímenes internacionales a la vida pública de México (2006-2021)*, January 2023, p. 4. Available at: https://cmdpdh.org/wp-content/uploads/2023/01/Informe-Guerra-Interiorizada.pdf

[2] Topher MacDougal, et.al., Trans-Border InstitUniversity of San Diego. *The Way of the Gun: Estimating Firearms Traffic Across the U.S.-Mexico Border*, 2013. Available at:
http://catcher.sandiego.edu/items/peacestudies/way_of_the_gun.pdf

[3] Ruiz A, Benumea I. (2022). *Presupuesto y crisis forense en México. Opacidad e insuficiencia del presupuesto en materia de identificación forense.* Colección PPEF 2023. Fundar, Centro de Análisis e Investigación, Ciudad de México. Available at: https://fundar.org.mx/wp-content/uploads/2022/12/CrisisForense_PEF2023.pdf

[4] Registro Nacional de Personas Desaparecidas y No Localizadas, Comisión Nacional de Búsqueda, at:
https://versionpublicarnpdno.segob.gob.mx/Dashboard/ContextoGeneral

[5] Mexican Commission for the Defense and Promotion of Human Rights, *Episodios de desplazamiento interno forzado en México 2021*, December, 2022. Available at:
https://cmdpdh.org/2023/01/24/presentacion-informe-episodios-de-desplazamiento-interno-forzado-en-mexico-2021/

# EXHIBIT V

Log In

THE BLOG

**MEXICO**
**WAR**
**DRUG WAR**

# Supplying the World's Third Most-Deadly War

The massive militarization represented by billions of dollars of U.S. and European arms sales to Mexico as well as illegal gun trafficking is bad news for the many Mexicans devastated by the abuses of police and soldiers.

**By John Lindsay-Poland, Contributor**

Researcher and Analyst of US Military Policy, Policing and Human Rights

Sep 24, 2015, 02:03 PM EDT

*This post was published on the now-closed HuffPost Contributor platform. Contributors control their own work and posted freely to our site. If you need to flag this entry as abusive, send us an email.*





At one of the largest weapons fairs in the world last week, the Defence & Security Equipment International (DSEI), leaders of Mexico's navy and other military branches hobnobbed with arms dealers from around the globe.

The International Institute of Strategic Studies earlier this year called Mexico the third most deadly conflict in the world. While the war is purportedly between the state and drug traffickers, Mexican police, military and civilian institutions are deeply involved in protecting drug trafficking organizations, and many of those killed, tortured, or disappeared are Mexican and Central American families who have nothing to do with the drugs trade. European and U.S. governments and arms producers are well aware of the Mexican government's involvement in widespread abuses, which is well documented, but the weapons kept flowing.

In the most prominent case, Mexican police using imported arms attacked, kidnapped, and disappeared 43 student teachers from Ayotzinapa in Guerrero State in September 2014. Investigators of the disappearance of the students discovered that the police implicated in the atrocity used dozens of semi-automatic weapons produced by Colt Industries in the United States, Beretta of Italy, and Heckler & Koch of Germany, all companies that are showing their

wares at the DSEI arms fair.

Germany bans weapons sales to the Mexican states of Guerrero, Chihuahua, Chiapas and Jalisco because of serious human rights problems. Heckler & Koch's sales of high-powered G36 rifles violated this ban and other German trade laws, according to Germany's Customs Investigation Bureau. Guerrero and Chihuahua have high levels of state violence, including extrajudicial killings, torture, and forced disappearances, according to investigations by the Mexican National Human Rights Commission and other human rights organizations.

German customs agents called for the prosecution of five ex-directors of Heckler & Koch a fine of three million Euros. But the UK, Italy, and United States have no such restrictions on arms sales to Mexico.

Lately Mexico has been on a buying spree for U.S. military equipment, especially helicopters and armored vehicles, with purchases amounting to more than a billion dollars since March 2014. U.S. Admiral William Gortney said the combined deals represent "a 100-fold increase from prior years."

Since April 2014, the U.S. State Department has approved sales of 21 Blackhawk helicopters to the Mexican military for $790 million, to support Mexican troops engaged in counter-drug operations. The helicopters are produced by Sikorsky, based in Connecticut, and General Electric, in Massachusetts, both vendors at DSEI (Sikorsky through its new parent company, Lockheed). The United States will also reportedly supply six M134 7.62mm machine guns for the helicopters, which fire up to 6,000 rounds a minute.

In May 2015, a Federal Police operation in Tanhuato, Michoacán fired from a Blackhawk helicopter indiscriminately at members of a drug trafficking organization, killing 42 civilians. In July, Mexican federal forces used helicopters and armed patrol carriers ('mini-tanks') to attack the indigenous community of Santa Maria de Ostula, also in Michoacán, while shouting "Up with the Knights of Templar," referring to a narco-trafficking organization that has terrorized the area.

In May 2014, Washington approved a sale of more than 3,000 Humvees for the Mexican military, at a cost of $556 million, in order to expand "existing army architecture to combat drug trafficking organizations" and enhance "interoperability between Mexico and the U.S." The Humvees will be built by AM General in Mishawaka, Indiana. A later report said that in December the Pentagon approved sale of 2,200 of the Humvee vehicles, for just $245 million.

Oshkosh Corporation of Wisconsin sold 245 'Sandcat' armored vehicles in 2012, according to UN data, not long after showcasing them at an arms fair in Brazil in 2011. The vehicles when equipped cost $250,000 apiece.

Mexico City police purchased five helicopters from Texas-based Bell in February, for another $26.4 million. The helicopters were to be assigned to the Condores, a group of special police. Two weeks later, the Mexican Air Force sealed a deal for 15 Bell helicopters, valued for at least $37 million, to be based at an airbase in Jalisco state. In January, the Pentagon said that the Mexican Navy, too, is buying Blackhawks - five of them, for $56 million. Last year, the Navy also received delivery of four King Air 350ER aircraft, to be used for "maritime surveillance of strategic installations, light transport, and medical evacuation." The aircraft are built by Beechcraft Corporation, a subsidiary of Textron Aviation, which sold another six aircraft to the Mexican Air Force in 2012, while Airbus earlier this year sold a C295 aircraft to the Mexican Navy, which are valued at $28 million and can carry anti-ship missiles.

All told, Mexico has purchased $3.5 billion worth of weapons and military equipment from the United States since late 2012, when current President Enrique Peña Nieto came into office, according to the *Washington Post*. Some were facilitated by the Pentagon at a discount. U.S. arms sales are not subject to human rights legislative restrictions.

In 2013, the U.S. approved more direct commercial sales (which may occur later) of military equipment to Mexico worth more than a billion dollars in, most of it for "spacecraft systems and associated equipment." This could include satellites, GPS systems, or ground control stations. It also approved sales of more than 116 million rounds of ammunition and $187 million in "military electronics."

The sales have also included guns and ammunition. In 2014, the U.S. legally transferred more than 28,000 firearms to Mexico, most of them military rifles, at a value of $21.6 million. The year saw the most firearms sales in dollars of the 15 years that the U.S. Census Bureau has kept data.

Many more weapons crossed the border from the United States illegally. In 2013, the Bureau of Alcohol, Tobacco and Firearms traced 10,488 firearms recovered at crime scenes in Mexico back to U.S. manufacturers or sales. A University of San Diego study estimated that a quarter of a million firearms were purchased annually in the United States to be trafficked into Mexico from 2010 to 2012. These numbers dwarf the disastrous "Fast and Furious" program by which ATF allowed hundreds of weapons purchased in Arizona to cross into Mexico in 2009 and 2010.

The massive militarization represented by billions of dollars of U.S. and European arms sales to Mexico as well as illegal gun trafficking is bad news for the many Mexicans devastated by the abuses of police and soldiers, the escalation of firepower when fights between government and non-governmental criminal groups occur, and the weapons that make their way illegally to trafficking organizations. To find a healthy balance of trade and address our own problems, the U.S. and European nations must develop other capacities besides producing guns and military equipment for use in dirty wars.

# EXHIBIT W



# WHERE THE GUNS GO

U.S. ARMS AND THE CRISIS OF VIOLENCE IN MEXICO



**American Friends
Service Committee**

# WHERE THE GUNS GO

U.S. ARMS AND THE CRISIS OF VIOLENCE IN MEXICO

## TABLE OF CONTENTS

Introduction ............................................................................ 1

Corruption in the Mexican state ............................................. 2

Impunity ................................................................................. 4

U.S. interests in arms sales to Mexico .................................... 5

Exporting surveillance ............................................................ 7

Mexican interests in U.S. weapons ......................................... 8

An open wound: forced disappearances .................................. 9

Conclusion ............................................................................ 11

Recommendations to the U.S. government ........................... 12

# Introduction

U.S. legal arms sales to the Mexican police and military have grown enormously, to $3.5 billion between late 2012 and April 2015—nearly 10 times as much as the three-year period of 2000-2002, despite a climate of increasing fear and concern among Mexicans about state violence and impunity. These concerns have heightened in the wake of the September 2014 forced disappearance of 43 students from the Ayotzinapa teachers school in the southern state of Guerrero, bringing global attention to the more than 27,000 people reported as forcibly disappeared in Mexico and 150,000 homicides since 2007, when then-President Felipe Calderón deployed the military to cities.[1] A large volume of military-grade assault weapons are also purchased on the open retail market in the United States and trafficked to Mexico for use by criminal organizations.



María Herrera has experienced the forced disappearance of four sons. "They put up huge walls to stop migrants, people seeking work, but how strange that weapons pass from there to here, with no control." *Photo: AFSC*

Recognizing the role the United States plays in arming Mexican police and military amid a growing human rights crisis experienced by Mexicans and Central American migrants in Mexico, the Quaker organization American Friends Service Committee (AFSC) (afsc.org) organized a two-week fact-finding mission to Mexico in June 2016. The U.S.-based delegation of 17 peace, social justice, and human rights advocates sought to gauge the impact of U.S. military programs and arms sales to Mexico, and to obtain firsthand accounts of the increased collaboration between the U.S. and Mexico in their effort to curb immigration flows on Mexico's southern border. (A second report will focus on the impacts of U.S. policy on Central American migrants in Mexico.) The delegation visited Mexico City, Cuernavaca, Chiapas, and Guerrero, and met with human rights defenders, migrants, journalists, Mexican refugee agency and military officials, U.S. Embassy officials, and families of disappeared persons. In Guerrero, we visited the Ayotzinapa school and spoke with students and family members of some of the 43 disappeared students, as well as with families affected by forced disappearances and displacement throughout the state of Guerrero.

AFSC has a 100-year history of and commitment to support victims of war and violence, beginning with its founding during World War I. AFSC has also long engaged in efforts to investigate and address militarization and its effects on state violence. Our mission to Mexico built upon these efforts.

# Corruption in the Mexican State

Corruption of government authorities does damage under any conditions. Public funds are pocketed, favoritism hurts the quality of public services, and decreased trust in authorities and institutions often means community members have nowhere to go for justice and other basic government functions.

The problem is compounded when state agencies collaborate with violent organized criminal groups— the same state agencies that are the designated institutions for fighting such organized crime, and are the chosen U.S. partners to do so. In Mexico, we heard testimony pointing to these problems and their grave consequences again and again.

Although 43 percent of Mexicans believe that neither they nor their family members are corrupt,[2] Mexico is considered the most corrupt of all 34 nations in the Organization for Economic Cooperation and Development, according to the Corruption Perception Index.[3] Critical government agencies— including the armed forces, police in general, judicial investigators, the prison system, and immigration authorities—are considered to be highly corrupt and corruptible organizations, as well as sources of violence instead of order.[4]

The corruption of Mexican state forces has been widely known and in the spotlight since at least the 1980s. This has coincided with progressively greater involvement of the military in anti-drug programs, opening the door to further corruption. The De la Madrid presidency (1982-1988) attempted to purge the Federal Security Directorate, whose members were linked to drug trafficking. The Salinas administration (1988-1994) tried to clean up Mexico's justice ministry by establishing the Drug Control Planning Center and then the National Institute to Combat Drugs, which included the armed forces for the first time in counter-drug agencies. Both

> "We have found, for example, that sometimes you file a police report and get home, and you find the report you've just filed glued to your door. In other cases, people have filed a police report and on the way home they're ambushed and killed. It shows there is collusion between authorities and groups of organized crime."
>
> —ISABEL ROSALES JUÁREZ, human rights defender with Guerrero Families and Friends of Kidnapped, Disappeared and Killed

administrations considered drug trafficking to be a national security issue.[5]

The trends continued. The Zedillo administration (1994-2000) intensified the use of the military in counter-drug operations, and began to substitute soldiers for Federal Judicial Police. The Federal Preventive Police, created in 1999, were largely military personnel, thus initiating joint police-military operations. The military presence in the drug war was further strengthened during the Fox administration (2000–2006). The notoriously corrupt Federal Judicial Police were dissolved in 2001 and incorporated into the Federal Investigation Agency (AFI). In 2003, all agencies involved in the drug war were united in a single bureau to fight organized crime, which then prosecuted hundreds of AFI agents. Justice agencies remained filled with military personnel, and the armed forces broadened its policing role. The Fox government reached a new level of cooperation with the United States in counter-drug matters, but violence related to drug trafficking continued to grow, and spiked during the last year of Fox's term.[6]

2

During the last two presidencies—that of Felipe Calderón and his declared policy of a "war on drugs" to be fought by the army, and that of the current Enrique Peña Nieto administration—the violence spiked dramatically. The state's actions have become increasingly opaque, and the period has been marked by one high-level corruption scandal after another.[7] Taken together, the violence unleashed by criminal groups, the corruption of police, and the government's lack of transparency led Stanford University researcher Beatriz Magaloni to speak of "the collapse of the Mexican State."[8] The long list of corruption scandals includes charges against several state governors for close ties to organized criminal groups. Current or former governors of at least five different Mexican states have been charged with crimes ranging from illicit enrichment and the diversion of millions of dollars (Tabasco Governor Andrés Rafael Granier Melo) to the death of 17 people (Veracruz Governor Javier Duarte) to participation in the Juarez Cartel criminal organization (former Quintana Roo governor Mario Villanueva Madrid).[9] Since civilian government leaders have both formal command and informal relationships with police forces, their involvement in corruption impacts state forces' relationships with organized crime, as well.

The disappearance of the 43 students in Guerrero, who were handed over by the police to a local criminal gang, reflects the level of cooperation between the Mexican State and criminal organizations. "Ayotzinapa was the event that uncovered all that was happening in Guerrero, which many of us knew, because we heard but we didn't know the depth of the reality people were experiencing," Alejandro Ramos of the Morelos y Pavón Human Rights Center in Guerrero (centromorelos.org) told us. "And the reality is that the Guerrero authorities, the whole state government, and the federal and municipal governments are in collusion with organized crime."

# Impunity

Widespread impunity in Mexico—the failure of the Mexican state to pursue, capture, and punish criminal acts—is another key reason why weapons sales, military aid, and personnel training to Mexico are deeply problematic. The United Nations Commission on Human Rights describes impunity as "a failure by States to meet their obligations to investigate violations; to take appropriate measures in respect of the perpetrators, particularly in the area of justice, by ensuring that those suspected of criminal responsibility are prosecuted, tried, and duly punished."[10] The U.S. State Department Country Report for Mexico in 2015 states that impunity for human rights abuses continues to be "a serious problem ... throughout the country."[11]

The Inter-American Commission on Human Rights, in its 2015 report The Human Rights Situation in Mexico, concludes that the climate of generalized violence in the country carries with it grave consequences for rule of law.[12] When crimes of violence—those committed by individuals and organized crime as well as by agents of the State—remain unpunished, a spiral of impunity results. The perpetrators do not face consequences for their acts, inviting them and others to repeat these acts. The widely recognized impunity in the vast majority of violent crimes in Mexico is part of the growth and repetition of lawlessness and injustice, including on the part of the State.

U.S. policy recognizes the importance of overcoming impunity, which the State Department names as

having "a corrosive effect ... on respect for human rights and the rule of law." United States law prohibits assistance to foreign military and police units that have not been prosecuted for serious human rights violations their members commit.

Mexico's impunity rates are incredibly high. The Open Society Foundations estimates this rate at close to 98 percent—meaning that about 2 percent of crimes are prosecuted.[13] When we met with officials at the U.S. Embassy in Mexico City connected to implementation of the Merida Initiative—the multibillion U.S. assistance program focused on counter-drug operations—they confirmed these figures. Others, such as Ricardo Neves of Peace Brigades International in Mexico, stated that when you include prosecutions that are started but never completed, the impunity rate is closer to 99 percent.



Sister Leticia Gutiérrez, Scalabrinian Mission with Migrants and Refugees. *Photo: AFSC*

## THE FACES OF IMPUNITY'S VICTIMS

Federal prosecutors avoid prosecuting both state and non-state actors for crimes by miring investigations in bureaucratic confusion, reclassifying serious crimes as lesser offenses, and tampering with evidence. We spoke with activist Margarita Lopez, the mother of a young woman who was disappeared and murdered. She related to our delegation how, while she was helping another family look for four missing teenage girls in the state of Guerrero, they found the bodies and were able to identify them by their clothes and

shoes. State officials mixed up the corpses, giving the wrong bodies back to the families. When family members asked for DNA testing, they were told the government did not have resources to do so. "If you're looking for a car, you can find the vehicle ID number if it was stolen," said Mrs. Lopez. "But for people who are disappeared, there is no database."

Torture by the military and the police is still a common method of investigation in Mexico. We met with the brothers Francisco and Antonio Cerezo of the Comité Cerezo, a human rights group (comitecerezo.org), who were imprisoned and tortured for seven years. According to the Open Society Foundations report, as of April 2015, there had been only six convictions for torture since 2007 and no convictions of military officials, despite thousands of complaints of torture during the period.

The militarization of Mexican police has been accompanied by a dramatic rise in reports of human rights violations by federal and state security forces, and the vast majority of these have not been judicially investigated.[14] The State Department Report cites unlawful killings, torture, and forced disappearances as among the most significant human rights abuses involving the military and law enforcement.

Forced disappearances are among the most shocking examples of this impunity (see section, "An Open Wound"). Mrs. Lopez also described a recent case to us in which state investigative authorities apparently collaborated with organized crime to eliminate the remains of disappeared persons. A man in Guerrero searching for disappeared relatives, together with other families, found the body of his brother in a mass clandestine grave at the bottom of a steep canyon. They immediately went to the authorities to get help and for permission to exhume the area, but authorities stalled, despite having a forensic team on site. Returning the next morning to recover the bodies, they found that the area had been burned overnight. The local head of public safety was fired for helping the families, and the searchers were prohibited from going back to the site.

# U.S. interests in arms sales to Mexico

Under the framework of the Merida Initiative, the U.S. government has funneled billions of dollars into Mexico with the stated intent "to fight organized crime and associated violence while furthering respect for human rights and the rule of law." Launched in 2007, the initiative is formally focused on (1) disrupting organized criminal groups, (2) institutionalizing the rule of law, (3) creating a 21st-century border, and (4) building strong and resilient communities in Mexico. According to a January 2016 report by the Congressional Research Service, "Newer areas of focus have involved bolstering security along Mexico's southern border and addressing the production and trafficking of heroin in Mexico."[15] Most of the $2.1 billion of military and police assistance to Mexico since 2008 has been counter-drug equipment and training for Mexican police agencies, including $590 million worth of aircraft.

In addition to U.S. grant assistance to Mexico, most of which is channeled to U.S. companies, the United States has also approved the transfer through sales of billions of dollars' worth of other arms to the Mexican government. According to The Washington Post, the value of weapons and military equipment sold was $3.5 billion from

> "I think people would be grateful to know where these weapons are ending up, because to see a death with one of those, what do they call it, an M-15, an M-13 used by a soldier, and to see someone killed with that kind of weapon outside of [the military], it's like, where did that weapon come from? If there could at least be transparency from government to government about where these weapons are going, where they come from, and where they're going to end up, that would be great."
>
> —JOSÉ DASAEB TÉLLEZ ADAME, photojournalist

2012 to 2015 and included firearms, armored vehicles, helicopters, and other military aircraft.[16] "We didn't sell them just the helicopters," a former Pentagon official on Mexico policy told The New York Times. "We sold them 15 years of working intimately together that we would not otherwise have."[17]

Whatever the pretext or mode of delivery, the evidence is strong that such U.S. military transfers contribute significantly to violence, instability, and the denial of human rights. Because of the depth of corruption in the Mexican government, police and armed forces blur the lines between official groups and criminals, and legal arms sales frequently end up arming criminal gangs and criminal conduct directly. Moreover, the Mexican police and military have a long history of repression against mostly peaceful social movements.

In 2013 alone, the United States exported to Mexico 5,810 revolvers and pistols, 7,223 rifles, 30 assault



**ANNUAL U.S. ARMS SALES**
**HOMICIDES IN MEXICO**

When arms sales increased after 2006, homicides increased in the following years.



Police who disappeared 43 Ayotzinapa students had Colt AR-15 assault rifles sold to armed forces.

rifles, 1,311 machine guns, 7,145 shotguns, 34 grenade launchers, and 20 anti-tank missile launchers, according to data reported to the United Nations.

Among these weapons were U.S.-produced and exported rifles used by the police who attacked and handed over 43 student teachers from Ayotzinapa to a local criminal gang in September 2014. Documents from the Mexican defense ministry's arms registry include the weapons possessed by municipal police in Iguala, who carried out the crime. Among the arms listed: 20 assault rifles produced by Colt's Manufacturing, headquartered in Hartford, Connecticut. Colt sold the Mexican government those rifles, which arrived in Guerrero in 2013.[18]

U.S. Embassy staff assured us that police who are shown to have committed grave human rights abuses are barred from receiving U.S. training. But the restriction apparently does not apply to police receiving U.S.-exported weapons.  An increasing amount of arms sales to Mexico are made directly by the United States government, through its Foreign Military Sales program, rather than in commercial transactions with the producers, known as Direct Commercial Sales, even though those producers still profit from the sales.

These governmental sales do not count the assault rifles and other firearms sold at retail stores and gun shows in the United States and smuggled into Mexico. Paulina Arriaga, executive director of Desarma Mexico (desarmamexico.org), told us that one can't talk about arms in Mexico without talking about the United States. For example, the end of the assault weapons ban in 2004 provoked a spike in the presence

of such weapons in Mexico.[19] Seventy percent of firearms seized in criminal investigations in Mexico come from the U.S., according to the U.S. Bureau of Alcohol, Tobacco, and Firearms. In fact, Arriaga says the U.S. is "without a doubt the primary provider of legal and illegal arms in Mexico." Those weapons contributed to some 65 percent of the nearly 15 million "common crimes" committed in Mexico from 2011 to 2013, and roughly 56 percent of the 57,000 homicides committed since 2013. Of the U.S.-sourced guns seized by authorities at crime scenes in Mexico, up to a half of them were imported into the United States from other nations, according to a Violence Policy Center report. If the United States restricted imports of assault weapons, it could reduce the flow of such weapons to Mexico, even without a full U.S. legislative ban on the sale of assault weapons.[20]

While the United States has the biggest external role in Mexico's militarization, other countries also contribute to and benefit from it, including Spain, the Netherlands, France, Canada, and Germany. In the display showcases that we saw at the Mexican Secretary of National Defense (SEDENA), guns manufactured by companies from the United States,[21] Israel,[22] Italy, Slovakia, China, and the Czech Republic are offered to private security companies and federal, state, and local police forces shopping for weapons.

German arms sales to Mexico demonstrate both how exported arms are used in atrocities and how exporting states can seek to exercise controls. The German firm Heckler and Koch sold nearly ten-thousand G-36 assault rifles to Mexico between 2006 and 2009, on the condition that they not send them to the conflictive states of Chihuahua, Guerrero, Jalisco, and Chiapas. Yet dozens of the rifles were recovered from the Iguala municipal police who participated in the disappearance of the 43 Ayotzinapa students in September 2014. In response, German prosecutors charged six Heckler and Koch employees with criminal violations, and German officials visited Mexico to request forgiveness of family members of the Ayotzinapa students.[23]

# Exporting surveillance

Surveillance technology sales have been increasingly lucrative. These sophisticated intelligence systems are used not only by Mexican border control agents, but also by military and police, most notably in the Control, Command, Communication Computer and Intelligence public security system (called the C4I or C4). This system, funded by the United States through Merida Initiative programs beginning in 2010, allows all security agencies in Mexico, including municipal, state, and federal police as well as the military, to access surveillance information in real time. For example, the C4 system allowed both local police and the Mexican military in Iguala, Guerrero to follow the buses of the students from Ayotzinapa on the night that 43 were disappeared.[24]

Given the collusion between Mexican law enforcement agencies and criminal organizations and direct violations by Mexican state forces, these surveillance technologies may be used in human rights violations by either criminal actors or state agents.

Security Tracking Devices sold $355 million worth of surveillance equipment to the Mexican military in 2011. Though the company has headquarters in Mexico, it was also active in California, until the FBI arrested its CEO, Jose Susumo Azano, in 2014. Mexico has also purchased long-range AN/TPQ-78 radars produced by Northrop Grumman, a $221 million project.[25]

Israel's US$4 million annual military export sales to Mexico include small arms, but the exports are mostly surveillance equipment, especially drones. In 2004, the drone model Hermes 450, made by Israeli arms manufacturer Elbit Systems, were the first unmanned aerial vehicles (UAVs) to patrol the skies above Mexico's southern border. Another sale of these drones followed in 2011, and today three of the five types of drones used for border control by the Mexican military are made in Israel.[26] In 2015, Mexico ordered two Dominator 2 XP UAVs[27] from Israeli company Aeronautics Limited. This drone, with the capability to carry over 650 pounds and which can be converted into a bomber, made its first successful test run in Mexico at the end of 2015. The XP is now an operational component of the Mexican military for intelligence missions.

Israel is involved in other Mexican efforts to increase surveillance and control of the civilian population. Today, the Israeli defense ministry is working with the southeastern state of Chiapas to improve their C4 systems.[28] In 2006, an Israeli technology firm, Verint Systems, won a U.S. State Department contract for the wiretapping of Mexican telecommunications in the service of the Mexican government.[29] By 2012, this system was able to collect all telephone communications in the country and allow the Mexican government to access them—all entirely funded by the United States.[30]

# Mexican interests in U.S. weapons



The Mexican military increasingly uses U.S. weaponry.
*Photo: D. Myles Cullen*

When Mexico's federal electoral tribunal declared Felipe Calderón the winner of the presidential elections in 2006, millions of Mexicans contested the election's validity in the streets of Mexico City and elsewhere. After he took office, Calderón immediately sought to legitimize his presidency by declaring a war on drug cartels and leaning heavily on the Mexican military, whose forces he deployed into cities. For Calderón, the militarization of law enforcement and army operations within the country did more than ally his administration with the military. It also was a means to get the United States on board economically as part of the drug war, through the $3 billion Mérida Initiative, focused on building Mexico's police and military.

The presidency of Enrique Peña Nieto, despite early announcements of a change of course, has continued the same policies of military operations, especially focused on "high value targets"—killing or arresting criminal leaders, leading to fragmentation, competition, and further conflict between smaller organizations.

Mexican political leaders have other interests in militarization, as well. The Calderón and Peña Nieto governments have responded with force to nonviolent grassroots mobilizations for democracy and labor rights and against forced disappearances and other state violence. While our delegation was in Mexico, federal police agents attacked unarmed participants in a teachers' protest in Nochixtlán, Oaxaca on June 19, killing at least nine people. Police snipers deployed to put down the protest used Belgian and Czech assault weapons.[31]

Mexico also uses imported weapons to enforce the Southern Border Plan that deports thousands of Central American migrants, many of whom are fleeing violence. Although agents of the Mexican immigration enforcement agency INAMI are not armed, immigrant rights defenders in Chiapas have documented frequent INAMI operations with federal and state police and military agencies. Those agencies are armed with U.S.-supplied weapons.

SEDENA controls all legal weapons imports into Mexico and markets them to police, private security companies, and the military itself. Gun possession by private citizens is highly restricted. During a visit by members of our delegation to SEDENA's arms showroom, Col. Eduardo Tellez Moreno, director of the Office of Weapons and Munitions Marketing, told us that there is no uniform weapons purchasing plan for federal, state, or local police. "It's like selling cars," he said. "People buy what is popular." The absence of standardized purchasing means that state police have arsenals that vary widely in country of origin, manufacturer, age, and characteristics.

Mexican communities, of course, have an interest in stopping the inflow of weaponry that is doing so much damage in the absence of the rule of law or a government that protects its citizens and others within its borders. "I would call on U.S. citizens to really question weapons policy, the production and freedom and sale of weapons from the United States to Mexico, to the Mexican government," said Manuel

Olivares of the Morelos y Pavón Human Rights Center in Guerrero. "The sale of these weapons is serving to massacre people."

"All of us in Mexico know that this is not a war against drug trafficking, but a war against the society, against our families, and above all against our children,"

María Herrera told us. Four of her sons were forcibly disappeared. Those responsible for selling weapons to Mexico, she said, "should think about the damage and destruction brought by these weapons, and that eventually it will harm them as well, which in fact we are seeing."

# An open wound: forced disappearances

A person is taken, arrested, or abducted against her or his will, and then not seen again. Nor do authorities recognize knowing of the person's whereabouts or confirm that she or he is in custody, though state agencies may be responsible. This is a forced disappearance.

The Mexican government has registered nearly 27,000 disappearances since 2007, but evidence points to several times that many, largely because these figures exclude "kidnappings," and because only a small portion of kidnappings are reported. Many kidnappings involved state responsibility through support or acquiescence; Open Society estimates that kidnappings—which also include temporary abductions—exceeded 580,000 from 2007 through 2014. By any count, it is a human catastrophe.

Why are people forcibly disappeared? Historically, state forces targeted dissidents and activists for political reasons, in order to terrorize opposition. The most well-known example is the forced disappearance in September 2014 by police—while the Army watched from a surveillance center—of 43 student teachers of Ayotzinapa, Guerrero. The Ayotzinapa school, which we visited, has a long tradition of training teachers from poor communities, including bilingual education for indigenous communities, and of militant protest. The students' family members and human rights organizations have persisted in their struggle to

find the young men, clarify what happened, and bring those responsible to justice. The Mexican government has denied its responsibility and shut down an effective investigation by experts assigned by the Inter-American Human Rights Commission.

There are other motives and actors in forced disappearances: criminal organizations, often in collusion with government officials, also abduct people for ransom, forced labor, and human trafficking for the sex trade. Family members of disappeared persons we spoke with represented broad classes of people: middle-class devout Christian



Tranquilina Hernández, whose daughter was disappeared and buried in a clandestine, state-run grave in Morelos, Mexico. *Photo: AFSC*

women, people from poor indigenous communities, urban doctors and other professionals, and people who had recently moved to a new state. Some had no idea why their loved ones had been targeted.

But a universal aspect of the stories of those we met was the absolute refusal of state officials to help them find their children, husbands, wives, or siblings, reflecting not only a lack of resources, but a lack of will. "Police are in cahoots with organized crime and won't do anything," said Margarita Lopez. "In terms of its purpose to care for, to guard, to protect people's human rights," Scalabrinian Sister Leticia Gutiérrez told us, "the state's policy is to do nothing, to not recognize anything happening. That is its policy."

It is probable that most disappeared persons have been murdered, which means there are many unmarked graves. At least 118 mass graves had been discovered as of November 2015,[32] but more continued to be found.

Because state agencies have refused to investigate where the remains of people disappeared and killed are located--much less bring to justice those responsible—families and communities increasingly have begun their own investigations and uncovered a growing number of clandestine graves, moving "from indignation to action," in the words of one family member. In Guerrero alone, at least 60 such mass graves have been identified.[33]

In some cases, the state itself has created mass graves of disappeared persons. In Cuernavaca, we met with Tranquilina Hernández Lagunas, whose daughter was disappeared. She sought to recover her remains in a mass grave created by the state prosecutor's office, but



In Guerrero, José Navarro's brothers were seized and GPS data located them in real time, but authorities refused to intervene. *Photo: AFSC*

her daughter's body was not among those recovered at the site.

Juan Carlos Trujillo, four of whose brothers have been disappeared, told our delegation how his group had gone to churches to tell their story and seek support. After passing a collection jar, they would find a slip of paper someone had deposited that described in detail where a grave could be found. Using such outreach, the group located more mass graves than the government itself, in a shorter period. Yet identification of remains has been paralyzed by the state's failure to establish a DNA database.

# Conclusion

A rms sales are a pivotal element of U.S. policy with regard to Mexico, motivated largely by the "war on drugs." This military approach to combating drug trafficking has led to a dramatic escalation of homicides in Mexico since 2007, making it the second-most deadly armed conflict in the world in 2015.[34] And the Mexican government is responsible for flagrant abuses of human rights, including forced disappearances, torture, and extrajudicial killings, as documented by the U.S. Department of State, Inter-American Human Rights Commission, and Mexico's National Human Rights Commission. Victims are disproportionately indigenous people and migrants. Collaboration between organized criminal groups and the Mexican state is also extensively documented at the local, state, and federal levels, leading observers such as journalist

*"I think they should establish a policy—and they can do it—banning weapons of extermination, and a stronger policy on the sale of weapons to the Mexican military, which is the sale of weapons to organized crime, because unfortunately, they have become the same thing. Those who suffer from this are the public, the citizens ourselves."*

—JAVIER SICILIA, whose son was murdered in 2011



**U.S. Arms Sales Deliveries and U.S. Military/Police Aid to Mexico, 2000-2014**

Legend:
- International Narcotics Control and Law Enforcement
- Foreign Military Financing
- Other military aid/training
- Section 1004 Counter-Drug Assistance
- Section 1033 Counter-Drug Assistance
- Arms sales probable delivery

AFSC chart. Source: securityassistance.org. Arms sales deliveries shown as 1-2 years after agreements signed.

Anabel Hernández to call Mexico a "criminal state" that lacks legitimacy.[35]

Arms sales to Mexican government forces escalate violence between the state and criminal organizations. At the same time, tens of thousands of weapons have gone missing from Mexican police inventories.

In a 2014 directive on conventional arms transfers, the Obama administration states that the U.S. should maintain "the appropriate balance between legitimate arms transfers to support U.S. national security and that of our allies and partners, and the need for restraint against the transfer of arms that would enhance the military capabilities of hostile states, serve to facilitate human rights abuses or violations of international humanitarian law, or otherwise undermine international security." Clearly, the balance has tipped far from the need to restrain violations of human rights and humanitarian law.

# Recommendations to the U.S. government

1. End training and other assistance to Mexican military and police, until Mexico demonstrates full accountability for past abuses, brings those responsible to justice, establishes effective investigative and justice mechanisms for state abuses and corruption, and institutes reparations to those who have been harmed by violence committed by Mexican forces.

2. End U.S. arms sales to the Mexican military and police.

3. Fully and publicly disclose all past and pending military and police sales of military and police weapons, equipment, and training to Mexico, both through the Foreign Military Sales and Direct Commercial Sales mechanisms, as well as of U.S. assistance used by Mexico to support such sales, including "end use monitoring" reports that show where and how U.S.-supplied arms are being used by Mexican government agencies.

4. Fully and proactively implement the Leahy Law that prohibits U.S. assistance to foreign police and military units for which there is credible information that members have committed gross human rights abuses. In Mexico as elsewhere, this requires dedicating resources to track information on assisted units and on which units have allegedly committed abuses.

5. Reorient U.S. counter-drug policy to address narcotic addiction as a public health issue in order to focus more resources on drug demand and away from militarized and ineffective operations against narcotics production and transit.

6. Re-establish a federal ban on the sale of assault weapons, following the model of California law.

7. Until such an assault weapon ban is instituted, the executive branch should use its authority under the Gun Control Act of 1968 to ban the importation of foreign-produced assault weapons.

## END NOTES

1    Open Society Foundations, "Undeniable Atrocities: Confronting Crimes Against Humanity in Mexico," 2016.

2    María Amparo Casar "México: Anatomía de la Corrupción," (2015), http://imco.org.mx/politica_buen_gobierno/mexico-anatomia-de-la-corrupcion/

3    http://www.animalpolitico.com/2016/01/mexico-el-mas-corrupto-de-los-34-miembros-de-la-ocde-indice-de-percepcion-de-la-corrupcion/

4    Informe CIDH 2015, p. 35, http://www.oas.org/es/cidh/informes/pdfs/Mexico2016-es.pdf

5    Maureen Meyer, At a Crossroads:  Drug Trafficking, Violence and the Mexican State, 2007, https://www.wola.org/sites/default/files/downloadable/Mexico/past/Beckley%20Briefing13spanishweb%20(2)%20(1).pdfhttps://www.wola.org/analysis/at-a-crossroads-drug-trafficking-and-violence-in-mexico/.https://www.wola.org/sites/default/files/downloadable/Mexico/past/Beckley%20Briefing13spanishweb%20(2)%20(1).pdf

6    Ibid.

7    "Escándalos de corrupción deterioran imagen de México y el entorno de negocios: analistas,"Sin Embargo, November 6, 2015, http://www.sinembargo.mx/06-11-2015/1541814?utm_source=Relacionados&utm_medium=Lista&utm_campaign=SEO; Erik Ortiz, NBC News, "Why Is Mexican President Enrique Peña Nieto So Unpopular?" August 31, 2016, http://www.nbcnews.com/news/latino/why-mexican-president-enrique-pe-nieto-so-unpopular-n640611.

8    Beatriz Magaloni and Zaira Razu, "Mexico in the Grip of Violence," Current History, February 2016, 57-62.

9    "Cinco gobernadores acusados de corrupción y lavado de dinero," Publimetro, http://www.publimetro.com.mx/noticias/cinco-gobernadores-acusados-de-corrupcion-y-lavado-de-dinero/mpby!kiBGIHBGYw3g/http://www.publimetro.com.mx/noticias/cinco-gobernadores-acusados-de-corrupcion-y-lavado-de-dinero/mpby!kiBGIHBGYw3g/

10   The First Principle of the amended Set of Principles for the Protection and Promotion of Human Rights Through Action to Combat Impunity, February 8, 2005.

11   Mexico Country Report on Human Rights Practices for 2015 http://www.state.gov/j/drl/rls/hrrpt/humanrightsreport/index.htm#wrapper

12   http://www.oas.org/en/iachr/reports/pdfs/Mexico2016-en.pdf

13   Open Society Foundations, Undeniable Atrocities, op. cit.

14   See Human Rights Watch, Neither Rights nor Security: Killings, Torture and Disappearances in Mexico's 'War on Drugs', 2011; Human Rights Watch, "Events in Mexico 2015," www.hrw.org/world-report/2016/country-chapters/mexico.

15   Clare Ribando Seelke and Kristin Finklea, "U.S.-Mexican Security Cooperation: The Mérida Initiative and Beyond," Congressional Research Service, February 16, 2016.

16   Joshua Partlow, "What's Behind Mexico's Military Buying Binge?" The Washington Post, June 15, 2015.

17   Azam Ahmed and Eric Schmitt, "Mexican Military Runs Up Body County in Drug War," The New York Times, May 27, 2016.

18   SEDENA, "Registro Federal de Armas," November 8, 2013, part of Ayotzinapa disappearances case record, cited in John Lindsay-Poland, "A Border Wall Against U.S. Weapons," May 31, 2016, https://www.afsc.org/blogs/mexico-arm-sales.

19   Arindrajit Dube, et. al., "Cross-Border Spillover: U.S. Gun Laws and Violence in Mexico," American Political Science Review, August 2013, pp. 397-417.

20   Clay Boggs and Kristen Rand, "How Foreign Guns are Funneled through the United States to Mexico," July 2015. https://www.wola.org/analysis/new-report-how-foreign-guns-are-funneled-through-the-united-states-to-mexico/.

21   Including Colt, Winchester, Browning, U.S. Ordnance, Safariland, Sig Sauer, Adams Arms, Anderson, and Mossberg.

22   Meprolight and IWI.

23   "Alemania acusa a 6 empleados de Heckler & Koch por los rifles ligados a la tragedia de Iguala," Sin Embargo, November 5, 2015, http://www.sinembargo.mx/05-11-2015/1541013.

24   Jesse Franzblau and Cora Currier, "Mexican Authorities Implicated in Violence, But U.S. Security Aid Still Flows," The Intercept, May 8, 2015, https://theintercept.com/2015/05/08/ayotzinapa-mexico-u-s-security-aid-keeps-flowing.

25   "A Flexible War," NACLA Report on the Americas, vol. 48, no. 2, pp. 167-172.

26   "UAV maker Aeronautics to supply Mexican police," Globes, February 15, 2009, http://www.globes.co.il/en/article-1000425962.

27   Transfers of major conventional weapons: sorted by supplier. Deals with deliveries or orders made for year range 2013 to 2015, SIPRI Arms Transfers Database.

28   "Chiapas recibe al Ministerio de Defensa de Israel," Noticias, March 2, 2016,  http://old.nvinoticias.com/sites/default/files/flipping_book/tgtz/2016/03/02/secc_a/files/assets/basic-html/page22.html. http://old.nvinoticias.com/sites/default/files/flipping_book/tgtz/2016/03/02/secc_a/files/assets/basic-html/page22.html

29   Jimmy Johnson and Linda Quiquivix, "Israel and Mexico swap notes on abusing rights," The Electronic Intifada, May 21, 2013, electronicintifada.net/content/israel-and-mexico-swap-notes-abusing-rights/12475.

30   http://www.calcalist.co.il/markets/articles/0,7340,L-3571047,00.html

31   http://educaoaxaca.org/images/VFINAL_INFO_PRELIMINAR_rev.pdf

32   http://www.24-horas.mx/olvidan-desapariciones-forzadas-desde-2006/

33   Ibid.

34   International Institute for Strategic Studies, Armed Conflict Survey 2016.

35   "'México se ha convertido en un estado criminal': Anabel Hernández,"La Raza, November 4, 2015, http://laraza.com/2015/11/04/mexico-se-ha-convertido-en-un-estado-criminal-anabel-hernandez/.

## WHO WE ARE

The American Friends Service Committee (AFSC) is a Quaker organization that promotes lasting peace with justice, as a practical expression of faith in action. The AFSC delegation traveled in Mexico from June 12 to 26, 2016. It was made up of 17 participants, primarily from the United States, as well as from Mexico, Guatemala, and Israel. The group included AFSC staff with long experience in issues of arms transfers and immigration policy, as well as journalists, a videographer, and other activists. We were supported in country by Casa de los Amigos (Mexico City, casadelosamigos.org), Fray Matías Human Rights Center (Chiapas, cdhfraymatias.org), and the Tlachinollan Human Rights Center (Guerrero, tlachinollan.org). This report was written by delegation participants, with editorial assistance from Willie Colón.

Delegation participants: Daisy Alonso, Arnie Alpert, Fernando Becerra, Gabriela Flora, Fabiola Flores, Kathryn Johnson, Steve Latimer, Milli Legrain, John Lindsay-Poland, Michaelene Loughlin, Benjamin Prado, Layla Razavi, Linda Sanchez, Sahar Vardi, Emily Verdugo, Ivan Vilchis Ibarra, Laura Weiss, and Nicholas Wright.

NOVEMBER 2016

# EXHIBIT X

# Confronting the Crisis of U.S. Gun Violence in Mexico

By John Lindsay-Poland
*Armed With Reason*, April 13, 2023
armedwithreason.substack.com/p/confronting-the-crisis-of-us-gun

The protracted and polarized debates about firearms in the United States frequently track the importance that each side attributes to two factors: human decisions to do harm ('people kill people') and the nature of firearms for doing harm ('guns kill people').

The gun violence prevention side of this debate has developed considerable nuance in the last decade, given the embrace of community violence interruption programs and red flag laws that recognize the importance of human factors in gun violence, such as systemic racism, suicidal depression, and the lack of police accountability for use of firearms.

While there are plenty of gun owners who have their own nuanced approaches, their voices tend to be drowned out by pro-gun arguments that double down on the idea that it's bad people or mental illness – and the lack of interventions against criminals or illness – that are the problem.

When it comes to trans-border gun violence between the United States and Mexico though, the differences become deeper and even more complex. After the kidnapping on March 3, 2023, of four U.S. citizens, and subsequent killing of two of them, in Matamoros, Tamaulipas – very close



to the U.S. border – Republican leaders revived a call for U.S. military intervention to "take out" criminal organizations in Mexico. The Republican fallback position, which the Biden administration seems to be considering, is to formally declare such groups as "foreign terrorist organizations." That would put in motion mandates to impose sanctions as well as criminalize anyone associated with these groups, including migrants who have been forced to pay criminal groups to transit through Mexico.

U.S. guns have been trafficked and sold to Mexico since the 1800s. But the role of those guns became much more pervasive and devastating in the mid-2000s, coinciding with several changes that made the problems worse. The drug war has exploded in Mexico, fueled by violent competition between criminal organizations as well as the Mexican government's declaration of a drug war, with U.S. support. This has created vast new markets for weaponry in Mexico, a country with almost no gun industry of its own.

The expiration of the U.S. federal assault weapons ban in 2004, and the gun industry's embrace of assault rifles to boost otherwise declining demand within the United States, generated an enormous supply of exactly the type of weapons sought by criminal organizations to control territory and make money from their illicit businesses. Indeed, criminal access to U.S. military-grade firearms has enabled the power of criminal groups to traffic massive amounts of fentanyl into the United States.

By the 2000s, the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) was reliably tracing upwards of 70% of firearms recovered in Mexico and submitted for tracing to U.S. production and/or purchases. A disproportionate number of these trafficked firearms were assault rifles. If 70% of the more than 24,000 gun homicides in Mexico in 2019 were committed with U.S.-sourced firearms, then there were more murders committed with U.S. guns in Mexico that year than in all of the United States. As University of Michigan researcher Eugenio Weigend says, you can't understand the gun industry and gun violence in the United States without looking internationally.

Central American countries were experiencing something similar to Mexico, with a post-war growth of violence that made continued life in Salvadoran, Honduran, and Guatemalan communities unsustainable, driving massive and desperate migration north. Yet, during the Obama and Trump years especially, the United States mostly shut down access to asylum for those migrants. They increasingly became prey to organized criminal groups in Mexico who took over the market of "coyotes" (people who bring people across the border for pay), expanding their extortion business, and relying heavily on U.S.-sourced weapons. Mexico increasingly enforced U.S. dictates to keep migrants away from the U.S., especially through measures during the Trump presidency, concentrating asylum-seeking migrants near the U.S. border where armed groups could more easily extort money from them – or, failing that, murder them.

At the same time, Mexico militarized its internal security measures beginning in the 1990s. That accelerated under President Felipe Calderon's drug war (2006-2012) and current President López Obrador's (2018-2024) replacement of federal police with a military National Guard and

the transfer of dozens of powers (including control of maritime ports, airports, customs, and transit construction) from civilian agencies to the military. This militarization was supported by the importation of more than 305,000 firearms for police from 2006 to 2018. The National Guard, now armed with more than 50,000 Sig Sauer pistols exported from the United States in 2020, was tasked with rounding up migrants to be deported.

In the context of the U.S. debate on firearms, the anti-Mexican, xenophobic rhetoric of Trump and his supporters morphed with the former president's fealty to the gun industry into a narrative that declared violence was coming north from Mexico. In fact, most U.S. border communities are unusually safe; what violence they experience is overwhelmingly committed by U.S. citizens.

A recent twist on this narrative occurred during the House Judiciary Committee's debate on banning assault weapons last summer. Republicans – then in the minority and knowing the committee's Democratic majority would approve the ban – claimed that U.S. border communities face an "invasion" of migrants. Texas Representative Chip Roy proposed an exemption to the ban within ten miles of the border for residents to defend themselves from this "invasion." (Federal assault weapons legislation would not be retroactive to people who already own assault weapons.) Texas is the source of more than 40% of firearms recovered in Mexico and traced to the United States. Such an exemption would be a boon for weapons trafficking by gun dealers in the border region, and for the cartels that Republicans use so effectively in their narratives.

Democrats on the committee responded that, in fact, the Biden government is defending the border (indeed, the Biden government regularly calls for increasing the budget of Customs and Border Patrol, despite its racist practices and lack of accountability), and that Republicans were essentially inviting people to shoot peaceful migrants on sight. No one mentioned the impact of concentrating the entire U.S. assault weapons market near the Mexican border on the cartels' access to such weapons, thus accelerating the very violence that leads migrants to seek refuge in the United States. Most Democrats in the federal government have no such analysis of the relationship between the U.S. gun trade, reasons that people migrate north, and militarized border policies. The Government Accountability Office has observed that there is no U.S. strategy to address cross-border gun trafficking.

However, some elected officials have begun to promote actions to stem the systemic trans-border gun trade that is contributing to so much violence and displacement.

In December, 2022, Rep. Joaquin Castro (D-TX) and five other Representatives introduced the ARMAS Act, which would mandate an integrated strategy to reduce gun trafficking from the United States to Mexico, Central America, and Caribbean countries. The legislation would also require end-use controls on firearms exported to the region and regular reporting to Congress, enabling legislators to stop export licenses that risk increasing violence and destabilization. Castro is likely to reintroduce the ARMAS Act in the House of Representatives later this month.

In the Senate, Elizabeth Warren (D-MA) has pressed Commerce Department officials about increased exports of assault weapons since firearms export oversight transferred to Commerce from the State Department in 2020. She is taking up some of the leadership of former Senator Patrick Leahy, who led other senators in pressing the State Department for accountability for U.S. weapons exported to Mexico that were used in atrocities – including mass forced disappearances in Guerrero and Tamaulipas states by forces with Colt and Sig Sauer rifles.

In August, 2021, the Government of Mexico filed a lawsuit in Boston against 11 U.S. gun manufacturers and distributors for their negligence and marketing practices that have resulted in the flood of military-grade firearms trafficked into Mexico and used in violence. This was followed by a suit against five Arizona gun dealers for their voluminous sales to traffickers of firearms into Mexico. A judge dismissed the Boston lawsuit, but Mexico recently appealed, with support from Caribbean countries, two dozen U.S. district attorneys, and 17 U.S. state governments who submitted *amicus* briefs, along with Mexican and U.S. victims and their families, scholars, and policy advocates.

Governments are unlikely to take effective action without organizing from below – that includes community members, faith groups, migrant associations, gun violence prevention activists, feminists, academics, public health advocates, local elected officials, and others. Trans-border gun violence and its consequences are the result of a toxic cocktail of problems long brewing, and it will take many different efforts to reverse them.

The Binational Peace Summit aims to do that, and is developing a grassroots, binational policy platform to influence presidential elections in both the United States and Mexico in 2024. The Summit is an ongoing process, highlighted by a gathering in Mexico City in February of more than 300 community members from Mexico and the United States, including indigenous and Afro-descendant leaders, victims of gun violence, human rights leaders, and land rights activists. To raise awareness of how U.S.-sourced guns impact people in Mexico, Summit participants will organize speaking tours by Mexican community leaders and advocates over the course of the coming year.



Family members of those taken by gun violence in Mexico and the United States know, and often say, that the lives stolen and destroyed could be your children. We need to act as if our children's lives were on the line – because they are.

*John Lindsay-Poland coordinates Stop US Arms to Mexico, a project of Global Exchange. He can be reached at johnlindsaypoland@gmail.com*

# EXHIBIT Y

Log In

THE BLOG
**POLITICS**
**MILITARIZATION**
**URBAN SHIELD**

# 'Good Guy' Narratives and Community Safety

"I'm too old for this s--t," the deputy says as we wait on the bus for processing. He is 65 years old.
"I feel sorry for the ones coming up, I couldn't do 25 years of this." He is referring to a lack of
public appreciation for police.

**By John Lindsay-Poland, Contributor**
Researcher and Analyst of US Military Policy, Policing and Human Rights

Sep 13, 2016, 02:33 PM EDT

*This post was published on the now-closed HuffPost Contributor platform. Contributors control their own work
and posted freely to our site. If you need to flag this entry as abusive, send us an email.*





"I'm too old for this s--t," the deputy says as we wait on the bus for processing. He is 65 years old. "I feel sorry for the ones coming up, I couldn't do 25 years of this." He is referring to a lack of public appreciation for police.

We are outside the Urban Shield expo of militarized equipment for police and other agencies. From where we sat in peacefully at the Alameda County Fairgrounds, we could see men in military fatigues entering the expo. As part of Urban Shield occurring in the Bay Area this weekend, dozens of SWAT teams from northern California, Mexico, and beyond also are competing in extreme exercise scenarios that must have a "nexus to terrorism," according to Homeland Security funding criteria.

The deputy continues. "Just like not everyone in prison is guilty, not every police officer is bad."

I'm down with that. But it's not really the point. If you are a good person, a police officer, and I give you military tools for fighting enemies, if prosecutors don't hold your peers accountable when they commit crimes or use excessive force, if you don't live in the community where you work, if you are not aware of implicit racial bias or toxic masculinity, then even you as a good person will likely commit abuses.

Alameda County Sheriff spokesman J.D. Nelson claims that police militarization is nothing new, that police have used military technology for a hundred years. This would not be reassuring, even if it were true. After all, Southern police departments first adopted the .38 revolver - a measure of militarization at the time - on the basis of spurious and racist claims that black men high on cocaine were resistant to lower caliber bullets.

Today's normalization of militarized policing is evident in the phrase "first responders," which conflates police with fire and EMS personnel, and removes from the meaning of law enforcement its capacity for force and violence. It also makes invisible those who are typically first responders: family, neighbors, and other community members. The phrase sounds so good, especially when Sheriff spokesmen reference emergencies such as earthquakes. Of course we want agencies that will help us prepare for and respond to natural disasters. But why would you want a SWAT team to be the first to respond to an earthquake?

In fact, many community-based initiatives in California's East Bay - where Urban Shield is centered - respond to emergencies, including Community Emergency Response Trainings, People's Community Medics, and Learn, Lead, Lift, which trains low-income communities in emergency preparedness.

The other image invoked for Urban Shield training is of terrorists hell-bent on killing and destroying, for which no negotiation or de-escalation skills supposedly can be applied. In fact, an FBI study of 160 active shooter incidents found that a majority of the incidents ended on the shooter's initiative, most before police arrived on the scene; in 21 incidents, unarmed citizens - primarily staff and students in school shootings - safely restrained the shooter.

Urban Shield training is actually applied to much more ordinary law enforcement. Two thirds of SWAT team deployments in 2014-2015 disclosed by police departments that participated in Urban Shield and responded to public records requests were for serving search, arrests and parole warrants, rather than for situations requiring specialized tactical capacities. Limited data indicate they also were deployed disproportionately against people of color, consistent with a national study by the American Civil Liberties Union.

As criticism of policing in the United States has increased, it's become more important for police to maintain the narrative that they are "good guys" going up against "the bad guys." That's why the deputy so desperately wanted the community to see him as a "good guy." Yet no one always behaves as wholly "good" or "bad."

The Alameda County Sheriff's deputy who arrested me put on plastic cuffs and zipped them tight against my wrists, until they cut off circulation and stopped the feeling in my thumb. Safariland, which produces such cuffs, was also vending its wares inside Urban Shield. (One online ad for these cuffs says to "please use carefully when releasing your hostage." Your hostage.) As I write, more than a day later, some of my thumb is still numb.

Others arrested with me, mostly white, also had highly constricted plastic cuffs that cut off feeling. This tight application of cuffs can produce nerve damage. When asked to adjust them, officers simply ignored us for awhile. It was a version for white people of casually applied indifference-cum-brutality. I know officers are human, of course, and would like to believe they are mostly "good guys," but so often, institutions generate police behavior that doesn't reinforce that idea.

A colleague of mine who comes from a family with many police officers observes that police are exposed to the worst in people, while also having enormous power. They are, after all, authorized to use lethal force in some

circumstances. The combination of pessimism with power, he notes, has awful consequences. And current training focused on worst-case scenarios reinforces both of these features.

To construct genuine security, we and our local, state and national officials must decide to shift resources away from militarized law enforcement and toward underfunded programs for community emergency response, mental health care, education, and housing.

┌  **GO TO HOMEPAGE**

**John Lindsay-Poland, Contributor**
Researcher and Analyst of US Military Policy, Policing and Human Rights

Do you have information you want to share with HuffPost? Here's how.

Suggest a correction

## POPULAR IN THE COMMUNITY

## YOU MAY LIKE

## WHAT'S HOT

# EXHIBIT Z

# MotherJones

**POLITICS   SEPTEMBER 25, 2008**

# Mission Creep Dispatch: John Lindsay-Poland

**MOTHER JONES**

*Fight disinformation: Sign up for the free* Mother Jones Daily *newsletter and follow the news that matters.*

As part of our special investigation "Mission Creep: US Military Presence Worldwide," we asked a host of military thinkers to contribute their two cents on topics relating to global Pentagon strategy. (You can access the archive here.)



The following dispatch comes from John Lindsay-Poland, author of *Emperors in the Jungle: The Hidden History of the US in Panama* and the Latin America program director for the Fellowship of Reconciliation in Oakland, California.

**Transforming Unaccountable Force**

What impresses about the sprawl of US bases and its reconstitution since 2001 is the lack of accountability. The US military presence overseas serves as an implicit threat of intervention to host countries and neighbors, and so enables the United States to defy international law and other obligations to the global community. The bases are also themselves unaccountable, especially as polluters, purveyors of sexual violence, and sites for torture. For most nations, it is an exercise in frustration to use political, diplomatic, or judicial channels to address the United States' abuses or extralegal demands, because Washington's military stands ready for aggression.

The Pentagon uses a variety of methods to keep itself unaccountable. The arbitrary official numbers given for its military presence are one. Understanding the true extent of that presence is complicated by the increasing use of private contractors to carry out military functions —in Iraq, such contractors are estimated to be nearly as numerous as soldiers under direct military command.

The Defense Department also manipulates language to disguise or pretty up the structure of global military dominance. It has denied that the United States has a base in Ecuador, for example, instead calling the US installation in Manta a "Forward Operating Location" and implying that it is only a parking strip for aircraft, though the US commander there publicly declared the installation "important for "Plan Colombia." When Washington attempted to negotiate continued bases in Panama in the 1990s, the bases were to be called the Multinational Counternarcotics Center. The same semantic sleight of hand is repeated today for facilities in Africa.

The deception and absence of accountability are especially alarming in light of the global-policeman role that Washington has assigned itself, since the United States is increasingly (and openly) an outlaw regime. Whether the US military is welcome in some countries is not a measure of whether military presence is coercive: the preparation for war that these facilities represent, coupled with the preemptive war doctrine, is by its nature coercive. The allocation of humanitarian assistance through the military also only makes sense as an attempt to legitimate the use of coercion that is linked to that assistance.

In this sense, bringing home the US military from its hundreds of overseas bases is linked to a greater commitment to international law and negotiation as means for managing our country's role in the world, instead of through the threat or use of lethal and destructive force.

For readers to understand how such a transformation could occur, it's important to know more of the movements around the world that are contesting US military projection. From Italy to Ecuador, from Puerto Rico and Hawaii to Okinawa, citizen movements have organized against the US arrogation of the "rights" to use land, contaminate the environment, make war, and define what is legitimate. In some

places, such as Vieques, Puerto Rico, nonviolent civil disobedience and a mass movement with support around the world forced the Navy to close a bombing range it had called the "crown jewel" of its training facilities. In Ecuador, citizen movements elected a government that has staked its self-determination on the eviction of the US military.

A sensible foreign policy, when the next US president enters office, would neither reflexively try to maintain the same military capacity, nor to project US dominance with reduced military capacity. Instead, the mission itself should be transformed, by redirecting resources toward meeting human needs, away from controlling others' behavior. Instead of being the "indispensable nation," in Madeleine Albright's memorable phrase, US leaders and citizens have an opportunity to see ourselves as part of the *community* of nations.

**More Dispatches**

**Robert Kaplan**

**Katherine McCaffrey**

**Winslow Wheeler**

**Steven Metz**

**C. Douglas Lummis**

**Douglas Macgregor**

**John Nagl**

**William Hartung**

**John Feffer**

**Catherine Lutz**

**Peter Beck**

**Nick Turse**

**John Pike**

**Mark Selden**

This site is protected by reCAPTCHA and the Google Privacy Policy and Terms of Service apply.

Copyright © 2023 Mother Jones and the Foundation for National Progress. All Rights Reserved.

# EXHIBIT AA

6/15/23, 4:32 PM
Case 3:22-cv-07663-EMC Document 36 Filed 07/31/23 Page 248 of 280
US must stem 'iron river' of guns flowing to Latin America, activists say | Reuters

Learn more about **REFINITIV**

Americas

## US must stem 'iron river' of guns flowing to Latin America, activists say

By **Sarah Morland**

April 18, 2023 10:30 PM EDT · Updated 2 months ago



AR-15 style rifles are displayed for sale at Firearms Unknown, a gun store in Oceanside, California, U.S., April 12, 2021. REUTERS/Bing Guan/File Photo



April 18 (Reuters) - U.S. guns, many of them exported legally, are flowing into Latin America in an "iron river" ending in the hands of drug cartels and abusive security forces, activists said Monday, calling for greater oversight from U.S. law and federal agencies.

More than half of "crime guns" recovered and traced in Central America are sourced from the United States, according to U.S. gun control agency ATF. This level nears 70% for Mexico and is around 80% across the Caribbean.

Case 3:22-cv-07663-EMC Document 36 Filed 07/31/23 Page 244 of 280

"It's called the iron river and it's flooding countries to the south," Elizabeth Burke of U.S. non-profit Global Action on Gun Violence said at an event organized by the Center for American Progress in Washington.

Burke called for rules preventing manufacturers from selling to dealers with lax distribution practices. Manufacturers should also stop selling armor-piercing weapons and guns that can easily be modified to shoot hundreds of bullets at a time, she said.



REUTERS®

My View    Following    Saved

Advertisement · Scroll to continue

"Why would we be arming the very people that we say we are fighting?" he said, calling for more controls at the start of the supply chains.

Sixteen U.S. states and a handful of Caribbean governments last month expressed support for Mexico's appeal in a civil lawsuit against U.S. gun manufacturers, which seeks to hold them responsible for facilitating the trafficking of deadly weapons.

U.S. gunmakers have maintained that they sell firearms legally to Americans who pass a background check, and their lawyers have argued that holding them responsible opens the door for other lawsuits, such as the deaths of Russians killed by their weapons in Ukraine.

U.S government figures show last year that income from legal firearm shipments to Latin America increased 8%, with most sales going to Brazil, Mexico, Guatemala and Colombia.

Advertisement · Scroll to continue

The National Rifle Association and the State Department did not immediately respond to a Reuters request for comment.

"We don't want more tragedies in our families," said Maria Herrera, who founded a national collective investigating the many forced disappearances in Mexico and where the number of gun homicides is surging.

"It destroys lives, breaks families apart, fills communities with pain and panic," Herrera said at the event. "We can't live like this."

Reporting by Sarah Morland; Editing by Edwina Gibbs



Our Standards: **The Thomson Reuters Trust Principles.**

### Read Next

World
**Russian foreign ministry summons Canadian envoy over plane confiscation**
2:39 PM EDT



# EXHIBIT BB



Smith & Wesson Corporation is among the manufacturers being sued by the Mexican government.
Photograph: Bloomberg/Getty Images

**Mexico**

<mark>This article is more than **1 year old**</mark>

# Mexico sues US gunmakers in unprecedented attempt to stop weapons crossing border

- **Country seeking up to $10bn in damages in Massachusetts lawsuit**
- **US-made weapons used in cartel battles and attacks on civilians**

**David Agren** *in Mexico City and* **Amanda Holpuch** *in New York*

Wed 4 Aug 2021 16.42 EDT

The Mexican government has launched legal action against US gunmakers in an unprecedented attempt to halt the flow of guns across the border, where US-made weapons are routinely used in cartel gun battles, terror attacks on civilians – and increasingly to challenge the state itself.

The Mexican government is suing six gun manufacturers in a Massachusetts court, alleging negligence in their failure to control their distributors and arguing that the illegal market in Mexico "has been their economic lifeblood".

'They're culpable': the countries supplying the guns that kill Mexico's journalists

Read more

Announcing the suit on Wednesday, the foreign minister, Marcelo Ebrard, alleged that units of Smith & Wesson, Barrett Firearms, Colt's Manufacturing Company, Glock and Ruger have catered to the tastes and needs of Mexican drug cartels and depend on illegal Mexican sales to boost their bottom lines.

The lawsuit alleges that gun companies openly pandered to Mexican criminals, citing Colt's special edition .38 pistol, engraved with an image of the Mexican revolutionary Emiliano Zapata. One such weapon was used in the 2017 murder of the Chihuahua journalist Miroslava Breach, who investigated links between politicians and organised crime and was shot dead while taking her son to school.

"We're going to litigate in all seriousness and we're going to win at trial and we're going to drastically reduce the illegal weapons trafficking to Mexico, which cannot remain unpunished with respect to those who produce, promote and encourage this trafficking from the United States," Ebrard said.



The Colt .38 special edition with an engraved image of Emiliano Zapata. Photograph: Handout

"The companies must immediately stop negligent practices, which cause damage in Mexico and cause deaths in Mexico."

Mexico is seeking up to $10bn in damages, as well as better safety features on guns and tighter controls on sales.

Mexican officials said there were legal precedents for the suit, including a recent offer by Remington to pay nearly $33m to families to settle lawsuits claiming that its marketing of firearms contributed to the 2012 Sandy Hook school massacre in Connecticut, where 26 people died.

None of the companies named in the suit made any immediate public response.

Mexico has been plagued by violence for the past 15 years, since the then president, Felipe Calderón, deployed troops to fight a militarized "war on drugs". Much of the violence has been perpetrated with weapons originally sold in the US and smuggled into Mexico, according to analyses of firearms recovered from crime scenes.

A study by the Mexican government found that 2.5m weapons had been illegally smuggled into the country over the past 10 years, including military-grade weapons such as 50-calibre Barrett rifles capable of taking down helicopters.

Organised crime factions have become increasingly audacious as they confront rivals in battles over territory and even challenge security forces in pitched battles. In October 2019, cartel gunmen with machine guns and armoured trucks overran

the city of Culiacán, forcing the military to release Ovidio Guzmán, son of the imprisoned cartel boss Joaquín "El Chapo" Guzmán.



After Ovidio Guzman López was captured by troops in 2019, heavily armed cartel gunmen overran the Mexican city of Culiacán Photograph: STR/EPA

Adam Winkler, a law professor and gun policy expert at the University of California, Los Angeles, told the Associated Press the lawsuit was part of a recent wave of efforts to work around immunity laws, which shelter gun companies from litigation by victims.

But he warned that the action was a "long shot".

"Even if this lawsuit moves forward, it will be extremely difficult for Mexico to win because it will be hard to show that this distribution process or their distribution practices are a manifestation of negligence on the part of the gun makers," he said.

John Lindsay-Poland, coordinator at Stop US Arms to Mexico, a project at the human rights group Global Exchange, said that even if the lawsuit does not succeed in bringing damages, it could expose the financial calculations gun companies make regarding gun imports to Mexico. "There is no way the gun companies don't know that their guns are purchased en masse and being trafficked illegally across the border to be used in violent crime," he said.

US weapons in Mexico are not only obtained through illegal trafficking. Last month, the arms maker Sig Sauer sought approval to sell $5m in automatic assault

rifles to Mexico's military.

"US weapons are essential to Mexican drug cartels," said Falko Ernst, senior Mexico analyst at the International Crisis Group. A successful lawsuit and stopping US weapons "would make a deep dent, at least in the short and medium term", Ernst said.

"But the question is whether alternative supply lines would eventually evolve if US weapons were unavailable," he said, pointing to the staggering number of weapons "lost" by the police.

Some Mexican victims of violence expressed skepticism that the lawsuit would change anything. "Good luck with that," said Carlos, whose partner was abducted at gunpoint in the border city of Reynosa in 2014 and has not been seen since. "I understand why they're doing it. But Mexico is drawing attention away from the fact that Mexico is at fault for its own mess."

Julián LeBarón,whose relatives were among nine Mormon women and children massacred in 2019, described the lawsuit as "the stupidest thing in the world" and called instead for Mexico to relax its strict gun laws.

"We would have loved to have had guns to shoot back when they were killing the women and children," he said.

On paper at least, legal weapons can be bought only at a single store on an army base in Mexico City.

The Mexican government has long demanded US action on stopping guns from crossing the border. Calderón pleaded his case in Congress to no avail. Ebrard raised the possibility of suing gunmakers after the August 2019 massacre in a Walmart store in El Paso, in which the gunman targeted Mexicans.

The lawsuit announcement came a day after the two-year anniversary of the crime.

"Given the US government's total lack of action [on guns], it's a reasonable action," said Tom Long, international relations professor at the University of Warwick. "We have a decade and a half of interagency 'cooperation' that at best nibbles at the margins."

Gema Kloppe-Santamaría, a Mexican crime investigator at Loyola University Chicago, said: "The initiative and timing are politically charged. It's to see if

Mexico gets more promise of a change via this lawsuit than it has gotten via diplomatic/bilateral efforts to pressure the US government into changing its gun control policies."

The suit comes as Mexico suffers spasms of violence and drug cartels acting increasingly brazen in their battles with rivals and security forces alike.

President Andrés Manuel López Obrador promised a security policy of "hugs not bullets" while campaigning for office, but he has largely turned to the military to calm the country. Mexico's homicide rate has remained stubbornly high, however, at 29 per 100,000 – little different from when he took office in December 2018.

Topics

Mexico

Americas / news

Reuse this content

# EXHIBIT CC

✕

**POLITICS**
**JUSTICE**
**NATIONAL SECURITY**
**WORLD**
**TECHNOLOGY**
**ENVIRONMENT**

---

**SPECIAL INVESTIGATIONS**
**VOICES**
**PODCASTS**
**VIDEOS**
**DOCUMENTS**

**BECOME A MEMBER** 🔒

---

ABOUT
POLICIES AND REPORTS
BECOME A SOURCE
JOIN NEWSLETTER

f
t

☐

☐

☐

☐

☐

☐

© THE INTERCEPT
ALL RIGHTS RESERVED

TERMS OF USE PRIVACY

**DURING HIS 2020** presidential campaign, Joe Biden promised to maintain the State Department's authority over firearms exports. President Donald Trump, with the backing of the National Rifle Association, had put in place a rule that weakened oversight of firearms exports by shifting regulation from the State Department to the Department of Commerce. "If needed," Biden pledged, speaking of when the rule came into effect, he would reverse it.

The rule went into effect in March 2020. The Biden administration has not pursued any changes to it since he took office.

With back-to-back high-profile mass shootings in California last month, the United States continues to confront gun violence on a massive scale.

**"Commerce's aim is to promote exports. They have an incentive that's built into their mandate to overlook things that could generate more violence."**

Less attention, however, is paid to the gun crisis abroad — one made in part thanks to the U.S. itself: The country exports hundreds of thousands of firearms around the world every year. More than half of the world's guns are sourced from the U.S., with an estimated 620,00 firearms shipped abroad in 2022.

Biden is expected to address two interrelated crises in his State of the Union speech on Tuesday: gun violence in the U.S., and the migration crisis in Central America. Some gun control advocates are skeptical that he'll acknowledge the role U.S. firearms play in that crisis. (The White House did not respond to a request for comment.)

"The federal government is not known for having an intersectional analysis," said John Lindsay-Poland, coordinator at the Stop U.S. Arms to Mexico project. The Biden administration discusses the migration crisis as an issue that's purely economic. Violence is a key reason that many people flee north to the U.S. That violence is fed both by legal exports and the U.S. gun retail market, he said.

## MOST READ



**What Does the FBI Have on Hunter and Joe Biden?**

Ryan Grim, Ken Klippenstein



**Trump Is a Predator Who Feeds on Lackeys**

James Risen



**How Many Indictments Does It Take to Bring Down a Cult Leader?**

James Risen

"That's providing a very toxic cocktail in Mexico, Central America, Haiti, and Jamaica for people who are caught between criminal organizations and state organizations that are not being held accountable for the way they use firearms," said Lindsay-Poland. "And one of the ways they are not being held accountable is by continuing to receive exports."

More than half of crime guns traced from outside the U.S. between 2017 and 2021 were recovered in Mexico, according to a new report released last week from the Bureau of Alcohol, Tobacco, Firearms, and Explosives. Florida was the largest source of crime guns traced from Central America, followed by Texas,

California, Virginia, and Georgia.

Legal munitions exports go to countries with few controls over how those weapons change hands, including government forces that are often colluding with organized crime, Lindsay-Poland said. That's why moving oversight of those exports to the Department of Commerce is cause for concern.

"Commerce's aim is to promote exports," he said. "They have an incentive that's built into their mandate to overlook things that could generate more violence."

**Join Our Newsletter**
**Original reporting. Fearless journalism.**
**Delivered to you.**

**I'm in** □

## WHERE THE BIDEN ADMINISTRATION is failing to act, Congress

could step in. Congressional opposition helped to stop gun exports to the Philippines in 2016 and Turkey starting in 2018.

"That's now not happening," Lindsay-Poland said. "A lot of these exports are just going through without any serious review of the consequences."


Related

## California Police Are Buying Guns From Dealers With Troubling Records

Rep. Joaquin Castro, D-Texas, introduced legislation in December to address exports and trafficking of firearms from the U.S. to recipients in Mexico, Central America, and the Caribbean. The bill includes safeguards like restoring Congress's ability to block small arms exports. It was written as a starting point for negotiations to move oversight back to the State Department, a Castro aide

said in a statement to The Intercept: "Congressman Castro's position remains that the Trump administration's decision to shift oversight to Commerce — and the delay in reversing this decision — have made it easier for dangerous people to get dangerous weapons."

Castro raised concerns about the rule change during a July hearing with Commerce Undersecretary Alan Estevez. "There are fewer registration requirements, less oversight, more exemptions and significantly curtailed congressional review," the Texas Democrat said. "It was essentially a giveaway to gun manufacturers a few years ago."

And it worked: Small arms exports have increased at least 30 percent over the last 16 months.

Under the previous rule, Congress would be notified of proposed gun export licenses on sales of $1 million or more. In July, the Commerce Department published a new rule that Congress will be notified of recommendations to approve certain firearms exports worth $4 million or more.

Castro asked Estevez why Commerce was trying to evade congressional oversight by raising the threshold for notification. Estevez said the higher threshold was based on the department's licensing capabilities and that the department was "not trying to evade oversight." (The State Department referred questions to the Department of Commerce, which did not respond.)

The NRA has itself acknowledged that export munitions regulated by the State Department are "generally treated more strictly, with national and international security considerations trumping all other factors in the granting of licenses," while

**"The Trump administration's decision to shift oversight to Commerce — and the delay in reversing**

export items regulated by the Department of Commerce are subject to "more flexible" regulation.

## this decision — have made it easier for dangerous people to get dangerous weapons."

With a narrow lens on the domestic gun violence crisis, the House passed an assault weapon ban in July at Biden's urging. The bill has not moved in the Senate.

During a House Judiciary Committee hearing on the bill, a Republican member raised an amendment to allow the sale of assault weapons within 10 miles of the border with Mexico, in part to make up for the defunding of law enforcement agencies in the region — a common, though false, Republican talking point.

Democrats defeated the amendment, with some Democrats arguing that the federal government was doing all it could to protect the border and Democrats voted repeatedly to fund the police. They did not connect the sales of U.S. weapons to the violence that pushes people to flee their home countries and arrive at U.S. borders, Lindsay-Poland said.

"The Democrats just don't offer that analysis," he said, "and the policy remedies follow that poor analysis."

## CONTACT THE AUTHOR:



Akela Lacy akela.lacy@theintercept.com @akela_lacy

## RELATED

### California Police Are Buying Guns

# EXHIBIT DD

June 29, 55424│10:12:40 PM GMT-4



SIGN IN    **SUBSCRIBE**

| Haiti News | Haiti Politics | Immigration News | New York | Florida | Haitian Diaspora | U.S. Politics |

Event Calendar    Video    State of Haiti: By the numbers    Search Haiti Postal Codes    Special Reports    Newsletters

**TOPICS** Arts & Culture   Sports   Opinion   Business & Technology   Health & Science   Travel

Home » Haiti » Arms smuggling fuels gang violence in Port-au-Prince

HAITI

# Arms smuggling fuels gang violence in Port-au-Prince

  BY ONZ CHÉRY AND MURDITH JOSEPH
SEP. 15, 2022



Gang members fix their weapon in Cité Soleil Slum in Port-au-Prince, Haiti, Tuesday, May 28, 2019. ( Photo/Dieu Nalio Chery)



*This story is part of a special investigation into Haiti's gang crisis and potential solutions. To view the full series visit our special section, Gangs in Haiti: A deeper look.*

CAP-HAITIEN — In a cafe in Pétion-Ville in 2008, a man was turning an unloaded Glock 47 around to inspect it among a group of friends.

"This is pretty nice, man," the man said. "[How] about I give you a thousand dollars for it?"

The gun belonged to a Haitian-American U.S. Navy veteran who traveled to Haiti. Taken aback, the veteran refused. The man raised the price to $US 1,500 then to $US 2,500 when the veteran bought the gun for $US 425, the veteran said.

"I said 'No, you're not going to buy it,'" the veteran, a criminal justice professor who preferred to remain anonymous, recalled. "'If you want to buy a gun go to the U.S., fill your own paperwork to get your own gun.'"

While the veteran refused the lucrative offer, several others have made it a business to purchase guns in the U.S. and resell them for a higher price to people in Haiti. Many times, they hide the guns in containers getting shipped to Haiti. The amount of those illegal transactions increased, said Anthony Salisbury, the special agent in charge of Homeland Security Investigations (HSI) Miami in an August press conference.

For instance, in mid-July, authorities with the Counter Narcotics Trafficking Unit (BLTS) and the Central Directorate Judicial Police (DCPJ) at Port-au-Prince Customs

intercepted and seized 60 weapons, 20,000 munitions, 14,600 bullets and 260 magazines in containers bound for the Episcopal Church of Haiti.

"It's incredibly disturbing," Salisbury said. "In the wrong hands, these weapons are capable of causing a vast amount of destruction."

Salisbury did not specify by how much arms trafficking increased in Haiti. But it is estimated that Haiti has the 65th most amount of arms trafficking in the world, according to the Global Organized Crime Index.

Gang members often pose for pictures or take videos of them holding rifles such as AR-15s, 50-caliber sniper rifles and more. Oftentimes, those gangs engaged in daylong shootouts, hinting that they do not lack ammunition. Indeed, a picture of gang leader "Ti Lapli" laying on thousands of bullets went viral in June. Gangs are better equipped than the police, many have said.

Salisbury said HSI has been ramping up its efforts to stem the flow of illicit weapons into Haiti and the Caribbean but did not provide details. More efforts are needed other than HSI's, said John Lindsay-Poland, an arms trafficking analyst who focuses on trafficking to Latin America.

"They [HSI] know the problem is serious and requires more attention," Lindsay-Poland said. "The legislative changes to control the US gun market, however, require political will beyond agencies such as ATF, prosecutors, or other law enforcement, in Congress and state houses."

On its end, the United Nations Security Council voted unanimously to ban the sale of small arms, light weapons and ammunition to "non-state actors" in Haiti in July. The UN had already imposed a trade embargo on Haiti that included "arms and related materiel including weapons and ammunition, military vehicles and equipment, police equipment and spare parts" in June 1993.

For the Haitian government, it has yet to comment on how it plans to decrease arms trafficking.

**Who sends guns to Haiti. Why and how?**

At times, Haitians in the diaspora or foreigners, send weapons to Haiti because they believe it will be used to protect people. But while gang members do protect their territories they also kidnap residents, steal and kill.

In the summer of 1999, five gang members from Cité Soleil asked Jason "Zeke" Petrie, an American who lived in Haiti from 1991 to 2012, to bring them guns from the U.S. Petrie said he thought of buying the guns so they could protect themselves and their families. Petrie even went to gun shops in Ohio and was linked to someone in Miami who was going to ship the weapons. But he changed his mind.

"I put a stop to it," Petrie, 49, said. "I didn't want anyone's blood in my hands."

Other times, politicians purchase guns for the gang members for the gang to help them reach their political ambitions, many have said.

"These armed groups are financed with weapons and ammunition and money by these politicians even when they have been able to develop a certain autonomy because they have become so powerful," said Jean Renel Sińtannis, general coordinator of Haitian Observatory of Human Rights (OHDH).

When politicians do not give gang members weapons they purchase them themselves with the connections they have in the U.S., said Jonas Guśtave, a Youtuber who blogs about gang activities.

"Guns, here's how they buy it, my friend," Guśtave said. "It's all about networking. This person tells the other. The diaspora is a little guilty in selling guns. They buy them in gun shows."

After buying the guns and ammunition, the U.S. accomplice hides them in containers, speakers, bags of rice or other large items, Guśtave said.

"And then people with connections make sure that those containers don't get verified," Guśtave said.

When the containers get to Haiti the people involved make sure they do not get verified there also.

"The idea that somebody juśt fills a container with different things including weapons and sends it to Haiti is the responsibility of the Haitian government," the veteran said. "They need to find ways to prevent that from happening."

Meanwhile, other experts added that the U.S. needs to make it harder to purchase weapons.

"Controlling the U.S. domeśtic market for firearms and munitions is an important piece of reducing the flows of illicit weapons to Haiti and other countries," Lindsay-Poland said. "The U.S. gun market is unique — it is enormous, permissive, and militarized, and groups using violence take advantage of those aspects to easily acquire military-grade weapons."



*"Guns, here's how they buy it, my friend. It's all about networking. This person tells the other. The diaspora is a little guilty in selling guns. They buy them in gun shows."*

— JONAS GUSTAVE, GANGS OBSERVER

Lindsay-Poland added that authorities need to do universal background checks on the purchase of weapons in the U.S. to make it harder for people with criminal or violent histories to get weapons, and ban the commercial sale and purchase of assault rifles, which are desired by violent organizations.

**Consequences of arms trafficking**

With the help of their weapons that are more powerful than the police's, gang members have taken full control of their territories, held massacres, [prevented gas distribution](#) in November 2021 and they have been blocking entry from Port-au-Prince to the southern region since June 2021.

Many times, residents wake up with several bullets in their front yard or sometimes the bullets pierced through their homes and [kill](#) them. Other times, gang members fired gunshots at point blank to residents escaping, survivors said.

During a gang war that lasted several weeks in Cité Soleil, a slum in Port-au-Prince, hundreds of children took refuge in schools, churches and other locations in July 2022. About 768 of them lost a parent or both, according to The Kisito Family, a religious group.

"In Cité Soleil, we can't live, too many people were killed, including my dad who was shot in the head," said a 15-year-old who took refuge at Saint-Elisabeth. "My mom can't take care of her three children because she's not doing anything."

Haiti is also going through a kidnapping crisis as a result of arms trafficking. Many times, bandits kill the people who resist getting kidnapped. On Sept. 13, gang members killed Marie Lydie Duvivier, Digicel's account manager, for resisting getting kidnapped in Tabarre, Port-au-Prince, according to [Rezo Nodwès](#).

While the U.S. said it is working on diminishing arms trafficking to Haiti, for the guns who already made their ways to the Caribbean country residents can only hope that the police will become strong enough to annihilate gangs — or that gang members will turn from their wicked ways.

"Put the guns down," Gustave said. "The guns they're holding is what's causing their misery and that's what will cause them to die. But the people giving them the guns are at ease."

*Read more about about Haiti's gangs in our special section, [Gangs in Haiti: A deeper look](#)*

**TAGGED:**   arms trafficking in Haiti, gangs in Haiti, guns trafficking in Haiti, haiti gang crisis, latest news



## Onz Chéry
onz@haitiantimes.com

facebook
twitter
linkedin

Email me at <u>onz@haitiantimes.com</u>
Onz Chery is a Haiti correspondent for The Haitian Times. Chery started his journalism career as a City College of New York student with The Campus. He later wrote for First Touch, local soccer leagues in New York and Elite Sports New York before joining The Haitian Times in 2019.

**More by Onz Chéry**



## Murdith Joseph
Genevieve@haitiantimes.com

facebook
twitter
instagram
linkedin

Murdith Joseph is a social worker and journalist. She studied at the State University of Haiti and Maurice Communication. She first worked as a journalist presenter and reporter for Radio Sans Fin (RSF) then as a journalist reporter for Radio tele pacific and writting for the daily Le National. Today she joined the Haitian Times team and covers the news in Port-Au-Prince-Haiti.

**More by Murdith Joseph**

# Join the Conversation

1 Comment

**David Camp**
Dec. 08, 2022 at 10:35 am

As the gun laws in the United States, where I live, become weaker and weaker, we see the amount of gun violence increase in my country, and those around. Mexican cartels get most of their weapons from the United States.
The United States had blood on their hands by letting the permissive gums law infiltrate other countries and cause instability and in the case of Haiti, a humanitarian crisis.
I wish you and you colleagues safety during these precarious times, and it's greatly appreciated the important journalism you are reporting.

Reply

Your email address will not be published.  Required fields are marked *

Comment *

Website

Name *

Email *

Save my name, email, and website in this browser for the next time I comment.

Notify me of follow-up comments by email.

Notify me of new posts by email.

# Leave a comment



**News**

Immigration & Migration

Education

Beauty & Style

Lists & Guides

THT Archives

**Contribute**

Opinion Submission Guidelines

Republishing Guidelines

Careers

**About**

About Haitian Times

Company Updates

Contact

© 2023 The Haitian Times.

Proudly powered by Newspack by Automattic

# EXHIBIT EE

**Support us** →





The cartel project

# 'They're culpable': the countries supplying the guns that kill Mexico's journalists

Many of the weapons used in the murders of 119 journalists were imported – and Mexico's laws and

culture make tracing them
impossible
by Phineas Rueckert from Forbidden Stories and Nina Lakhani

An expert works at a crime scene in Mexico City on 26 June. Photograph: Pedro Pardo/AFP/Getty Images

Fri 11 Dec 2020 16.23 EST

I t was around daybreak when Mexican crime reporter Luis Vallejo received a call from a local police officer telling him that a bag of human remains had been found in the city of Salamanca where he lives.

Vallejo had become accustomed to calls like this: in recent years, violence in Guanajuato, the surrounding region, has spiraled to unprecedented levels amid bloody turf wars between rival cartels.

But when he reached the scene he found Israel Vázquez, a fellow reporter – and a lifelong friend of Vallejo – gasping for breath in a pool of blood. Vázquez, 31, had been shot 11 times by drive-by assailants as he prepared to broadcast live on Facebook. Police found bullet casings from two guns: a 9mm and a .45 caliber.

Vázquez, a father of two little girls, died later on 9 November, becoming the third journalist shot dead in 10 days in Mexico – the most dangerous country in the world for the media outside war zones.



Journalist Israel Vázquez on assignment in Guanajuato. Photograph: Luis Vallejo

"Everything came crashing down on me," said Vallejo, 32, who was inspired to become a journalist by his friend.

A few days later, two men linked to the murder were arrested, along with seven other alleged local gang members. According to local news reports, authorities also seized an arsenal of high-caliber weapons from around the world, including a US-made semi-automatic rifle, Israeli and German assault rifles, and a modified semi-automatic shotgun from Turkey.

Since 2000, almost three-quarters of the 119 journalists murdered in Mexico were killed by firearms, an investigation by the Cartel Project has found – and most of those weapons are imported.

"Almost all of the journalists in Mexico are killed with foreign weapons," said Laura Angelina Borbolla, a former federal prosecutor in charge of investigating crimes against journalists. More than 90% of the killings remain unsolved.

The Cartel Project

Show

An international coalition of journalists, coordinated by the non-profit Forbidden Stories, examined the flow of weapons into Mexico in an effort to understand where the guns are coming from.

The main findings include:

Weapons manufactured in Europe and Israel sold legally to the Mexican army – as well as guns trafficked illegally across the US border – are probably being used to commit human rights violations and gangland executions, according to declassified military documents obtained by the non-governmental organization (NGO) Stop US Arms to Mexico.

Trade is booming, but European arms companies are shipping hundreds of millions of dollars worth of guns, parts and ammunition to Mexican states with dire human rights records.

Multinational arms companies could be violating European export laws as only a fraction of end-users are being reported, according to analysis of the documents published in a new report by a group of international NGOs.

A combination of weak international regulations and a culture of impunity in Mexico makes tracing firearms used to commit crimes back to their origins virtually impossible.

# A booming business

In 2006, the Mexican president, Felipe Calderón, launched a militarized war against drugs which has been continued by successive presidents, and has led to a sustained surge in human rights violations. Violence has since soared: about 300,000 people have been murdered, and tens of thousands more have disappeared.



Police investigate a drug-related homicide in 2008 in Juárez, Mexico, where violence soared since the start of Felipe Calderón's war on drugs. Photograph: Shaul Schwarz/Getty Images

Mexico's misery has been a bonanza for the arms trade.

According to US International Trade Commission data, about 28,465 weapons, mostly handguns, were legally sold to Mexico in 2019, but many more US weapons are trafficked across the border, with some estimating as many as 213,000 weapons illegally making their way to Mexico each year.

And between 2006 and 2018, European and Israeli companies exported more than 238,000 firearms to Mexico for use by state and local police. More than half came from just two companies, Beretta, based in Italy, and Austria-based Glock, in trade deals worth tens of millions of euros, according to declassified Mexican military documents obtained by Stop US Arms to Mexico.

The documents show that European weapons have regularly been sold to states where security forces have a well-documented history of human rights violations and collusion with criminal groups, such as Guerrero, where local police and soldiers have been implicated in the 2014 forced disappearance of 43 trainee teachers.

"In most cases where we have documented enforced disappearance, there is always this collusion between the state authorities and organized crime – and there is always

the exchange of weapons between these two entities," said Erika Guevara Rosas, the Americas director for Amnesty International.

Beretta and Glock did not respond to repeated requests for comment.

Even countries that sell relatively few weapons to Mexico – such as the United Kingdom – have seen exports increase. According to figures from Campaign Against Arms Trade (CAAT), UK export licenses to Mexico increased from 58 in 2008 to 350 in 2017.

In early 2015, just weeks after the 43 students were forcibly disappeared, the UK ambassador to Mexico told the Guardian: "In the long term we would aspire to become a player in Mexico's military procurement."

Since then, Mexico is listed as a "priority market" for arms exports for the UK.

While most licences have been for large-scale military equipment, the UK has also sanctioned £4m of small arms to Mexico. But the true value of the arms deals could be higher, as there were three open export licences which campaigners say make tracking sales much more difficult. Open export licences, which typically last for about five years, allow for unlimited exports.

"By using this opaque mechanism, the government is making proper scrutiny of arms sales even harder," said Andrew Smith of CAAT.

A government spokesperson said: "The UK operates one of the most comprehensive export control regimes in the world."

# A perverse monopoly

In Mexico, the army controls all weapons imports and resales to local and state police, and private individuals. More than 95% of European weapons the army has sold to police forces since 2006 were classified as for "military use" under Mexican law, which on paper restricts legal gun sales to civilians.



Weapons belonging to the Sinaloa Cartel are repaired in a workshop located in the countryside near Culiacán (Sinaloa, Mexico). Heckler & Koch (Germany), Beretta (Italy) and Llama (Spain) pistols sit on the work table. Photograph: Forbidden Stories

Beyond the use of these arms by police, evidence suggests that some of the European weapons flooding the market in Mexico have also been linked to the killing of journalists, human rights defenders and civilians, according to analysis of the army documents published in a new report, by a group of international NGOs including Global Exchange.

José Armando Rodríguez Carreón who worked for El Diario de Ciudad Juárez, was shot dead in 2008 with an Italian pistol, according to prosecutor Borbolla. In 2013, a Belgian weapon was used to gun down Jaime Guadalupe González Domínguez in the northern state of Chihuahua.

Veracruz – the Mexican state with the highest number of journalists killed since 2000 – has regularly received weapons and ammunition from a number of European and Israeli companies.

US law enforcement officials said that the many killings and disappearances, including of local journalists, in Veracruz during the 2010-2016 administration of Governor Javier Duarte, could not have taken place without complicity between the cartels, politicians and police.

The most frequently targeted journalists are those who dare to investigate relationships between corrupt officials and organized crime. The Mexico Violence

Resource Project estimates that nearly half of threats against journalists came from state actors such as police and mayors, compared to 5% by criminal groups.

Despite this, international weapons manufacturers are undiscerning when it comes to selling to states with a long track record of human rights violations, according to John Lindsay-Poland, the director of Stop US Arms to Mexico.

"They clearly know that weapons are going to states like Guerrero and Veracruz and Tamaulipas and Chihuahua that have long, well-documented histories of corruption and human rights abuses and impunity," he said. "In our view, they're culpable."

Evidence suggests that significant numbers of military-grade European weapons have ended up in the hands of cartels, according to Forbidden Stories' analysis of open-source photos.



Javier Valdez, a Mexican journalist, was murdered in 2017. Photograph: Pedro Pardo/AFP via Getty Images

Security guards working for Dámaso López Serrano – the son of a senior lieutenant in the Sinaloa cartel, who Mexican prosecutors say ordered the murder of journalist Javier Valdez in 2017 – were photographed carrying a German-produced machine gun. The same model has been sold to police in more than half of Mexico's 32 states including Sinaloa, according to the declassified documents.

Other cartels have also obtained military grade weaponry from abroad. Images from the attempted assassination of police chief Omar García in Mexico City in June 2020 by the Cartel Jalisco Nueva Generacion show a Belgian assault rifle sitting in the bed of a pickup truck.

In the past decade, more than 4,000 weapons from companies based in Europe - Italy, Romania, Austria, Belgium and Germany - were recovered at crime scenes in Mexico, according to the army documents.

Between 2000 and 2015, more than 20,000 weapons were lost by or stolen from federal, state and local police, according to the army data. In Guerrero and Tamaulipas, two of the most violent states in Mexico, 20% and 10% of weapons respectively, were lost between 2006 and 2017.

After Israel Vázquez was shot dead in Salamanca, protesters took to the streets when the local mayor appeared to blame the journalist for reporting early in the morning in a dangerous neighborhood.

Despite the arrest of two men linked to his murder, Vázquez's colleagues continue to demand a full investigation into the weapons and motive behind the killing.

"The people of Salamanca are demanding justice for Israel - for the loss that he left as a brother, son, father and friend," Vallejo said. "We don't want him to be just another cold case."

*Additional reporting by Veronica Espinosa (Proceso) in Guanajuato and Dana Priest (The Washington Post)*

Article count **on**

***You've read 7 articles in the last year***

I hope you appreciated this article. Before you move on, I was hoping you would consider taking the step of supporting the Guardian's journalism.

From Elon Musk to Rupert Murdoch, a small number of billionaire owners have a powerful hold on so much of the information that reaches the public about what's happening in the world. The Guardian is different. We have no billionaire owner or shareholders to consider. Our journalism is produced to serve the public interest - not profit motives.

And we avoid the trap that befalls much US media - the tendency, born of a desire to please all sides, to engage in false equivalence in the name of neutrality. While fairness guides everything we do, we know there is a right and a wrong position in the fight against racism and for reproductive justice. When we report on issues like

the climate crisis, we're not afraid to name who is responsible. And as a global news organization, we're able to provide a fresh, outsider perspective on US politics – one so often missing from the insular American media bubble.

Around the world, readers can access the Guardian's paywall-free journalism because of our unique reader-supported model. That's because of people like you. Our readers keep us independent, beholden to no outside influence and accessible to everyone – whether they can afford to pay for news, or not.

**If you can, please consider supporting us just once from $1, or better yet, support us every month with a little more. Thank you.**



**Betsy Reed**
*Editor, Guardian US*

| Single | **Monthly** | Annual |
|--------|-------------|--------|
| $5 per month | $7 per month | Other |

**Continue** →    **Remind me in October**    

## Most viewed