

Meghan Fenzel <mfenzel@jassyvick.com>

# Fwd: CIR v. DOJ
1 message

**Meghan Fenzel** <meghan.fenzel@gmail.com>                                      Mon, Mar 27, 2023 at 9:57 AM
To: Meghan Fenzel <mfenzel@jassyvick.com>

> ---------- Forwarded message ---------
> From: **Victoria Baranetsky** <vbaranetsky@revealnews.org>
> Date: Mon, Mar 27, 2023 at 9:55 AM
> Subject: Fwd: CIR v. DOJ
> To: Meghan Fenzel <meghan.fenzel@gmail.com>, Dara Gray <dgray@revealnews.org>, Anise McKinney <amckinney@revealnews.org>
>
>
> To be discussed tomorrow.
>
> Vickie
>
> ---------- Forwarded message ---------
> From: **Victoria Baranetsky** <vbaranetsky@revealnews.org>
> Date: Tue, Apr 5, 2022 at 12:09 PM
> Subject: CIR v. DOJ
> To: <Mary.Carney@atf.gov>
> Cc: Andrew Bridges <abridges@fenwick.com>, Shawn Musgrave <smusgrave@revealnews.org>, Rina Plotkin <rplotkin@fenwick.com>, Todd Gregorian <TGregorian@fenwick.com>
>
>
> Dear Ms. Carney,
>
>
> I represent The Center for Investigative Reporting and write to follow up on the Ninth Circuit's decision - regarding a FOIA for data in ATF's trace database.  As you know the Ninth Circuit found in CIR's favor that ATF had to release statistical aggregate data from the agency's database - and has just made its disclosure in that case after 5 years of litigation.
>
>
> Despite this ruling in CIR's favor and the agency's recent disclosure, CIR has become aware of a response to a very similar FOIA request (submitted by John Lindsay-Poland of Oakland, California), in which ATF refused to provide the requested information.  ATF's response cited to the Ninth Circuit decision, but chose to follow the Second Circuit's decision in *Everytown for Gun Safety v. ATF*, 984 F.3d 30 (2d. Cir. 2020) in order to justify its withholding.
>
>
> This response puzzles us, and seems to flout Ninth Circuit law - based on an *en banc* decision - and it provokes a question:  Does the Government intend to ignore the Ninth Circuit's decision, and the principles it relied upon, regarding FOIA requests that arise within its geographic jurisdiction? This is especially our question, given the government's decision not to petition for certiorari. Was the refusal of Mr. Lindsay-Poland's request an oversight of the Ninth Circuit's decision or a deliberate refusal to acknowledge it?  We look forward to your prompt response.
>
>
> Yours very truly,
>
>
> Victoria

--
Victoria D. Baranetsky
General Counsel
**(w)** 510-982-2890
**(c)** 201-306-4831
**PGP** EA48 1FB7 98E3 156E 3AFF  6748 F7B1 8B23 0838 D7F5



--
Victoria D. Baranetsky
General Counsel
**(w)** 510-982-2890
**(c)** 201-306-4831
**PGP** EA48 1FB7 98E3 156E 3AFF  6748 F7B1 8B23 0838 D7F5



--
**Meghan Fenzel**