OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
Northern District of California

CIVIL MINUTES

**Date:** October 19, 2023  **Time:** 1:48-2:26  **Judge:** EDWARD M. CHEN
                                   38 minutes

**Case No.:** 22-cv-07663-EMC  **Case Name:** Lindsay-Poland v. United States Department of Justice

**Attorney for Plaintiff:** Andrew Khanarian
**Attorney for Defendant:** Pardis Gheibi, Amanda Saber (Global Action on Gun Violence)

**Deputy Clerk:** Vicky Ayala  **Court Reporter:** Summer Fisher

PROCEEDINGS

Motion for Summary Judgment and Cross Motion for Summary Judgment- held

SUMMARY

Parties stated appearances.  Oral argument presented.  Matter taken under submission.