**CLEARY GOTTLIEB STEEN & HAMILTON LLP**
Heather S. Nyong'o (SBN 222202)
(415) 796–4400
hnyongo@cgsh.com
650 California Street Suite 2000
San Francisco, CA 94108

Elizabeth Vicens (Admitted *Pro Hac Vice*)
Andrew G. Khanarian (Admitted *Pro Hac Vice*)
One Liberty Plaza
New York, NY 10006

**GIFFORDS LAW CENTER TO PREVENT GUN VIOLENCE**
David Pucino (Admitted *Pro Hac Vice*)
William T. Clark (Admitted *Pro Hac Vice*)
244 Madison Ave., Suite 147
New York, NY 10016

*Attorneys for Plaintiff John Lindsay-Poland*

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| JOHN LINDSAY-POLAND, | CASE NO. 3:22-CV-07663-EMC |
| Plaintiff, | |
| v. | **STIPULATION AND [PROPOSED] ORDER OF VOLUNTARY DISMISSAL** |
| UNITED STATES DEPARTMENT OF JUSTICE; and BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES, | |
| Defendants. | Judge: Hon. Edward M. Chen |

Plaintiff John Lindsay-Poland and Defendants United States Department of Justice and Bureau of Alcohol, Tobacco, Firearms and Explosives (collectively, the "Parties"), by and through their undersigned counsel, hereby stipulate as follows:

1. Execution of this Stipulation and its approval by the Court shall constitute dismissal of this case with prejudice pursuant to Fed. R. Civ. P. 41(a).

2. This Stipulation is binding upon and inures to the benefit of the Parties hereto and their

respective successors, officers, agents, servants, employees and assigns.

3. The Parties agree that they will each incur their own costs in this case.

4. This Stipulation shall constitute the entire agreement between the Parties, and it is expressly understood and agreed that this Stipulation has been freely and voluntarily entered into by the Parties hereto. The Parties further acknowledge that no warranties or representations have been made on any subject other than as set forth in this Stipulation.

IT IS SO STIPULATED.

|   |   |
|---|---|
|   | Respectfully submitted, |
| /s/ Elizabeth Vicens | BRIAN M. BOYNTON<br>Principal Deputy Assistant Attorney General |
| CLEARY GOTTLIEB STEEN<br>& HAMILTON LLP<br>Heather S. Nyong'o (SBN 222202)<br>hnyongo@cgsh.com | MARCIA BERMAN<br>Assistant Director, Federal Programs Branch |
| 650 California Street Suite 2000<br>San Francisco, CA 94108 | /s/ Pardis Gheibi[1] |
|   | Pardis Gheibi |
| Elizabeth Vicens (Admitted *Pro Hac Vice*)<br>Andrew Khanarian (Admitted *Pro Hac Vice*)<br>One Liberty Plaza<br>New York, NY 10006 | Trial Attorney (D.C. Bar No. 90004767)<br>United States Department of Justice<br>Civil Division, Federal Programs Branch<br>1100 L Street, NW<br>Washington, DC 20530 |
| GIFFORDS LAW CENTER TO<br>PREVENT GUN VIOLENCE<br>Esther Sanchez-Gomez (SBN 330408)<br>268 Bush Street # 555<br>San Francisco, CA 94104 | pardis.gheibi@usdoj.gov<br>Telephone: (202) 305-7632<br>Counsel for Defendants |
| David Pucino (Admitted *Pro Hac Vice*)<br>William T. Clark (Admitted *Pro Hac Vice*)<br>244 Madison Ave., Suite 147<br>New York, NY 10016 |   |
| Attorneys for Plaintiff John Lindsay-Poland |   |

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Date: _____

_____
The Honorable Edward M. Chen
United States District Judge

---

[1] In compliance with Civil Local Rule 5-1(h)(3), the filer of this document attests under penalty of perjury that all signatories have concurred in the filing of this document.